SIRI & GLIMSTAD LLP
Aaron Siri (Pro Hac Vice To Be Filed)
Email: aaron@sirillp.com
Elizabeth A. Brehm (Pro Hac Vice To Be Filed)
Email: ebrehm@sirillp.com
200 Park Avenue
Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967

Caroline Tucker (SBN 261377)
Email: ctucker@sirillp.com
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone 213-376-3739
Facsimile 646-417-5967

CHRIS WIEST ATTORNEY AT LAW, PLLC
Chris Wiest (Pro Hac Vice To Be Filed)
Email:  chris@cwiestlaw.com
25 Town Center Blvd, STE 104
Crestview Hills, KY 41017
Telephone: 513-257-1895
Facsimile: 859-495-0803

Attorneys for Plaintiff
AARON KHERIATY, M.D.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| AARON KHERIATY, M.D., <br><br> Plaintiff, <br><br> v. | Case No.: 8:21-cv-01367 JVS (KESx) <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation, et al.,<br><br>Defendants. | Date: September 27, 2021<br>Time:  1:30 pm<br>Place: Courtroom 10C<br>Judge: Hon. James V. Selna |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 27, 2021, at 1:30 p.m. or as soon thereafter as counsel may be heard, before the Honorable James V. Selna in Courtroom 10C of the United District Court for the Central District of California located at 411 West 4th Street, Room 1053, Santa Ana, CA 92701-4516, Plaintiff AARON KHERIATY, M.D., will and hereby does move for a preliminary injunction as set forth below and for the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction ("**Memorandum**") pursuant to Fed. R. Civ. P. 65(a).

As stated more fully in the Memorandum and Complaint in this matter, Plaintiff seeks a preliminary injunction enjoining Defendants from implementing and enforcing as against Plaintiff and those who have been infected with SARS-CoV-2 and recovered (the "**naturally immune**") the mandate entitled "Policy: SARS-CoV-2 (COVID-19) Vaccination Program" issued by Defendants and effective as of July 15, 2021 that requires all, "personnel, students or trainees who physically access a University Facility or Program in connection with their employment, appointment or education/training" to receive a COVID-19 vaccination (the "**mandate**") as the mandate violates the Fourteenth Amendment to the United States Constitution.

As further explained in the accompanying Memorandum, Plaintiff submits that he meets the standards for a preliminary injunction, *i.e.*, he has likelihood of success on the merits, he will be irreparably harmed, the balance of the equities and public interest are in Plaintiff's favor, and there is no adequate remedy at law.

Because the preliminary injunction requested by Plaintiff presents no monetary

1 risks to Defendants, Plaintiff requests that bond be set at $1. Fed. R. Civ. P. 65(c).

2     For the reasons stated in the accompanying Memorandum and in the Complaint in this matter, Plaintiff respectfully requests that the Court grant this Motion and preliminarily enjoin Defendants from implementing and enforcing the mandate as against Plaintiff and individuals who have been infected with SARS-CoV-2 and recovered.

    This Motion is based upon this Notice of Motion and Motion, the Memorandum filed concurrently herewith, the Decalaration of Plaintiff, the Declaration of the UC Faculty, the Declaration of Peter McCullough MD, MPH, all Exhibits to such Declarations, all documents on file in this action, and any such further or additional evidence or argument as may be presented before or at the time of the hearing on this Motion.

Dated: August 23, 2021    SIRI & GLIMSTAD LLP

    By: /s/ Caroline Tucker
        Aaron Siri (Pro Hac Vice to be filed)
        Elizabeth Brehm (Pro Hac Vice to be filed)
        Caroline Tucker

    CHRIS WIEST ATTORNEY AT LAW, PLLC
        Chris Wiest (Pro Hac Vice to be Filed)

        Attorneys for Plaintiff
        AARON KHERIATY, M.D.