Name and address:
CHRIS WIEST ATTORNEY AT LAW, PLLC
Christopher Wiest
Email: chris@cwiestlaw.com
25 Town Center Blvd., Suite 104
Crestview Hills, KY 41017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Aaron Kheriaty, M.D.,

Plaintiff(s),

v.

The Regents of the University of California, a corporation, et al.,

Defendant(s),

CASE NUMBER

8:21-cv-01367 JVS (KESx)

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Wiest, Christopher
Applicant's Name (Last Name, First Name & Middle Initial)

check here if federal government attorney ☐

Chris Wiest Attorney at Law, PLLC
Firm/Agency Name

25 Town Center Blvd.
Suite 104
Street Address

(513) 257-1895
Telephone Number

(859) 495-0803
Fax Number

Crestview Hills, KY 41017
City, State, Zip Code

chris@cwiestlaw.com
E-mail Address

**I have been retained to represent the following parties:**

Aaron Kheriaty, M.D.      ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

_____                  ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

Name(s) of Party(ies) Represented

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Ohio | 11/8/2004 | Yes |
| Kentucky | 5/2/2005 | Yes |
| U.S. District Court, Southern Dist. of Ohio | 2/1/2005 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[ ]

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated August 24, 2021

Christopher Wiest
*Applicant's Name (please type or print)*

*/s/ Christopher Wiest*
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Tucker, Caroline
*Designee's Name (Last Name, First Name & Middle Initial)*

Siri & Glimstad LLP
*Firm/Agency Name*

700 S. Flower Street
Suite 1000
*Street Address*

Los Angeles, CA 90017
*City, State, Zip Code*

(213) 376-3739
*Telephone Number*

(646) 417-5967
*Fax Number*

ctucker@sirillp.com
*Email Address*

261377
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  August 24, 2021

Caroline Tucker
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

List all state and federal courts...

| Name of Court | Date of Admission | Good Standing |
| --- | --- | --- |
| U.S. District Court, Northern District of Ohio | 12/06/2004 | Yes |
| U.S. Court of Appeals for the Sixth Circuit | 11/22/2004 | Yes |
| U.S. Court of Appeals for the D.C. Circuit | 12/20/2004 | Yes |
| U.S. District Court, Eastern District of Kentucky | 2/7/2006 | Yes |
| U.S. District Court, Western District of Kentucky | 1/13/2006 | Yes |



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Christopher David Wiest**
Attorney Registration No. **77931**

was admitted to the practice of law in Ohio on November 8, 2004; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 10th day of August, 2021.

GINA WHITE PALMER
*Director, Attorney Services Division*

Bradley J. Martinez
*Attorney Services Counsel*

No. 2021-08-10-1
Verify by email at GoodStandingRequests@sc.ohio.gov

# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
J.D. Meyer
*President*

Amy D. Cubbage
*President-Elect*

W. Fletcher Schrock
*Vice President*

Thomas N. Kerrick
*Immediate Past President*

Megan P. Keane
*Chair, Young Lawyers Division*

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Rhonda Jennings Blackburn
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### CHRISTOPHER DAVID WIEST

*25 Town Center Boulevard, Suite 104*
*Crestview Hills, Kentucky 41017*

### Membership No. 90725

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 6th day of August, 2021.

**JOHN D. MEYERS**
**REGISTRAR**

By: *Michele M. Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar