EMILY T. KUWAHARA (SBN 252411)
ekuwahara@crowell.com
URI NIV (SBN 307487)
univ@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

KRISTIN J. MADIGAN (SBN 233436)
kmadigan@crowell.com
SUZANNE E. RODE (SBN 253830)
srode@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

[Additional Counsel Listed on Next Page]

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and MICHAEL V. DRAKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AARON KHERIATY, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation, and MICHAEL V. DRAKE, in his official capacity as President of the UNIVERSITY OF CALIFORNIA,<br><br>    Defendants. | Case No. 8:21-cv-01367-JVS-KES<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    September 27, 2021<br>Time:    1:30 pm<br>Ctrm.:   Courtroom 10C<br>Judge:  Hon. James V. Selna |

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
NORMAN J. HAMILL (SBN 154272)
norman.hamill@ucop.edu
KATHARINE ESSICK (SBN 219426)
katharine.essick@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607
Telephone: 510.987.9800
Facsimile: 510.987.9757

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND MICHAEL V. DRAKE

1  Plaintiff's Motion for Preliminary Injunction (Docket No. 15) came before
2  the Court on September 27, 2021.
3  Having considered Plaintiff's Motion for Preliminary Injunction, including
4  all papers filed in support of and in opposition to the motion and the arguments of
5  counsel, the Court **DENIES** the motion in its entirety because (a) Plaintiff does not
6  have Article III standing; (b) Plaintiff is not likely to prevail on his Fourteenth
7  Amendment Claims on rational basis review; and (c) the balance of the equities tip
8  heavily in favor of Defendants.  Accordingly, Plaintiff has failed to establish the
9  required factors for such extraordinary relief.

**IT IS SO ORDERED.**

Dated: _____, 2021

Hon. James V. Selna
United States District Judge