EMILY T. KUWAHARA (SBN 252411)
    ekuwahara@crowell.com
URI NIV (SBN 307487)
    univ@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

KRISTIN J. MADIGAN (SBN 233436)
    kmadigan@crowell.com
SUZANNE E. RODE (SBN 253830)
    srode@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

[Additional Counsel Listed on Next Page]

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA and MICHAEL V. DRAKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AARON KHERIATY, M.D.,<br><br>       Plaintiff,<br><br>     v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation, and MICHAEL V. DRAKE, in his official capacity as President of the UNIVERSITY OF CALIFORNIA,<br><br>       Defendants. | Case No. 8:21-cv-01367-JVS-KES<br><br>**DECLARATION OF SHANE CROTTY, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     September 27, 2021<br>Time:    1:30 P.M.<br>Place:   Courtroom 10 C<br>Judge:  Hon. James V. Selna |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CHARLES F. ROBINSON (SBN 113197)
   charles.robinson@ucop.edu
NORMAN J. HAMILL (SBN 154272)
   norman.hamill@ucop.edu
KATHARINE ESSICK (SBN 219426)
   katharine.essick@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607
Telephone: 510.987.9800
Facsimile: 510.987.9757

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA AND MICHAEL V. DRAKE

CROTTY, PH.D., DECL. ISO DEF.'S OPP. TO PL.'S
MOT. FOR PRELIMINARY INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

I, Shane Crotty, Ph.D., declare as follows:

1.      I provide this declaration in support of Defendants The Regents of the University of California ("UC") and President Michael V. Drake's ("Defendants") Opposition to Plaintiff's Motion for Preliminary Injunction.  I base this declaration on my expertise as outlined below and facts within my personal knowledge, to which I could and would testify competently if called upon to do so.

**Professional Background and Experience**

2.      I am a Professor at the Center for Infectious Disease and Vaccine Research at the La Jolla Institute for Immunology ("LJI").  I graduated from Massachusetts Institute of Technology ("MIT") and then obtained my Ph.D. in Molecular Biology and Biochemistry at the University of California, San Francisco ("UCSF") in 2001, where I studied RNA virus genetics (coronaviruses are RNA viruses).  I carried out postdoctoral studies at Emory University, at the Emory Vaccine Center before starting my laboratory at the La Jolla Institute for Allergy & Immunology (now the La Jolla Institute for Immunology), in 2003, where I am now a full professor.  I also hold an Adjunct Professor position in the University of California, San Diego School of Medicine, Department of Medicine, Division of Infectious Diseases and Global Health.  I have given scientific seminars on vaccines, viruses, and immunology at Stanford, Harvard, Yale, UCSF, and dozens of other universities.  I am internationally recognized as an expert in my field and have been a Highly Cited Researcher for five years running (2016-2020, Thompson Reuters ISI, Clarivate), ostensibly a tabulation of the top ~0.1% of immunologists in the world based on scientific publications.  I recently earned the distinction of "World Expert" in vaccine research from Expertscape, ranking me in the top 0.1% of scholars publishing information about vaccines over the past ten years. I have published over 150 scientific papers in peer reviewed journals, on virology, immunology, and vaccines.  I was a Pew Scholar in Biomedical Research ("BD"), received the 2012 American Association of Immunology BD Biosciences

Investigator Award for outstanding early-career research contributions to the field of Immunology, received the 2019 Cancer Research Institute's ("CRI") Fredrick W. Alt Award for New Discoveries in Immunology, and was elected a fellow of the American Association for the Advancement of Science ("AAAS") in 2019.

3.     My 2020 COVID-19 immunology paper with Dr. Alessandro Sette at LJI, "Targets of T Cell Responses to SARS-CoV-2 Coronavirus in Humans with COVID-19 Disease and Unexposed Individuals," is the most widely recognized paper published in *Cell* [1].  My more recent study on COVID-19 immune memory, "Immunological memory to SARS-CoV-2 assessed for up to 8 months after infection," published this year in *Science*[2], is the largest study of antigen-specific adaptive immunity (CD4 T cells, CD8 T cells, antibodies, and memory B cells) for any viral infection, and has already been cited by hundreds of other scientific and medical studies.

4.     At LJI, I lead a team that studies immunity against infectious diseases and how the immune system remembers infections and vaccines.  The goal of my lab is to understand factors that cause the development of long-lasting antibody responses and to harness that knowledge for vaccine design.  After working on an AIDS vaccine for several years in graduate school, I concluded that more information concerning immunology was required for vaccine development.  My focus since that point has been to take the steps necessary to build the fundamental immunology knowledge needed for rational vaccine design.  The Crotty Lab focuses on understanding the cellular and genetic mechanisms regulating long-term, high quality, antibody responses, and is considered one of the top labs in the world on these topics.

5.     The Crotty Lab, with Dr. Alessandro Sette, made some of the most impactful immunological findings on COVID-19 and immunity in 2020 and 2021. One of the reasons the Crotty Lab studies natural immunity to COVID-19 is the evidence from many labs that antibody responses in natural immunity are

concerningly low.  Our paper "Targets of T Cell Responses to SARS-CoV-2 Coronavirus in Humans with COVID-19 Disease and Unexposed Individuals" in *Cell* is widely recognized as a key paper for understanding immune responses and immunity to COVID-19[1], and has been referenced by close to 2,000 other scientific papers in the past year.  The Crotty Lab has published 16 immunology papers on COVID-19 and COVID-19 vaccines in highly respected journals, such as *Science* and *Cell*, and the Crotty Lab is recognized worldwide for COVID-19 immunology research.  Most recently, the Crotty Lab, with colleagues at LJI, was the first to show that T cell memory to the Moderna mRNA COVID-19 vaccine is quite robust for over six months[3].

6.      Attached hereto as **Exhibit A** and incorporated by reference to this declaration is a copy of my curriculum vitae.

7.      My opinions are based on my professional training, experience and expertise.  I do not offer any legal opinion, nor do I intend to interpret the legal terms of UC's COVID-19 vaccination policy.

## **COVID-19 Disease Severity**

8.      COVID-19 can be a serious disease for any age adult, young or old. COVID-19 has caused over 600,000 deaths in the USA.  The majority of those deaths have been in older adults.  While that mortality has been extraordinary, COVID-19 disease burden in the USA is much greater than mortality alone.  There have been over 2 million hospitalized cases of COVID-19 in the USA, and most likely the actual number is over 6 million hospitalized cases of COVID-19 in the USA[4].  Half of those hospitalizations have been in people under the age of 65, and half of those have been in people under the age of 50.  Regarding younger adults, over 117,000 Americans ages 18-29 years old have been hospitalized with COVID-19 in the past 12 months (https://covid.cdc.gov/covid-data-tracker/#new-hospital-admissions).

## COVID-19 Vaccine Safety

9.      COVID-19 vaccines have impressive safety records and are highly efficacious, including for previously infected individuals.

10.     The three COVID-19 vaccines that are authorized by the U.S. Food and Drug Administration ("FDA") for Emergency Use Authorization ("EUA") in the USA have impressive safety records.

11.     As a consequence of needing vaccine efficacy data quickly, the COVID-19 vaccine trials have been some of the largest vaccine trials ever, and consequentially have some of the most robust safety data collection of any vaccine trials ever in America.  Between the Pfizer ("BioNTech"), Moderna, and Johnson & Johnson ("J&J") COVID-19 vaccine clinical trials, over 55,000 people were vaccinated and tracked for safety.  Including the placebo control groups, that amounts to over 110,000 people. This represents safety data for 90,000 vaccine doses.  That is much larger than most clinical trials, and most safety data sets for drug trials. If the international COVID-19 vaccine clinical trials for Pfizer, Moderna, and J&J are also included, those numbers are substantially higher. Furthermore, the Moderna and Pfizer and J&J COVID-19 vaccine clinical trials were some of the most inclusive vaccine trials ever, with good representation of different ages, both sexes, and multiple racial and ethnic groups.

12.     The published COVID-19 vaccine safety data in peer reviewed medical journals has been outstanding, with the Pfizer, J&J, and Moderna vaccines showing excellent safety profiles [5–9].  It is worth noting that safety does not mean zero reactogenicity, which means that the vaccine will cause a reaction in the body. Reactogenicity is a normal expected immunological process for vaccines.  Vaccines work by training/teaching the immune system to recognize the Spike protein, and some local reactogenicity (i.e., 'side effects' or inflammation) or systemic effects (e.g., mild fever) are a common sign that the immune system is doing its job and learning to recognize the target.  Such reactogenicity is normal for vaccines and

self-resolves in a few days as the immune system goes through its learning process. The safety profiles of the Moderna and Pfizer COVID-19 vaccines have been similar to the profiles of the FDA-approved and licensed Shingles vaccine, Shingrix, which has impressive safety records, and is a widely used vaccine.

13.     The safety data in vaccine clinical trials are a very robust data set. They are only visible to an independent safety monitoring committee during the clinical trial, not the companies. Each vaccine trial has its own safety monitoring board. The comparable safety profiles of the Moderna and Pfizer mRNA vaccines in independent clinical trials serves as even more robust evidence of the safety of each of those similar COVID-19 mRNA vaccines. Those data were used for the initial vaccine EUA filings [10–12], and the FDA concluded that the vaccines were safe, resulting in rapid EUA approval. The Centers for Disease Control and Prevention ("CDC") Advisory Committee on Immunization Practices ("ACIP") also concluded that the Pfizer and Moderna vaccines are safe.

14.     Subsequent to the EUA filings, the Phase 3 COVID-19 vaccine trials have continued to collect safety data for 6 months. Both Pfizer and Moderna have reported excellent 6-month safety profiles. Reactogenicity data were collected for almost 10,000 vaccinated people in the Pfizer trial [13], with the same conclusions as the earlier findings [9]. For full safety data, from the Pfizer six-month preprint (the official name of the Pfizer COVID-19 vaccine is BNT162b2): "Cumulative safety follow-up was available up to 6 months post-dose 2 from combined blinded and open-label periods for 12,006 participants originally randomized to BNT162b2. The longer follow-up for this report, including open-label observation of original BNT162b2 recipients and placebo recipients who received BNT162b2 after unblinding, revealed no new safety signals" [13]. These are the data submitted to the FDA for full vaccine approval (it is standard practice to require 6 months of safety data).

15.     FDA approval of COVID-19 vaccines: The FDA has reviewed the

Pfizer COVID-19 vaccine safety and efficacy data now and awarded full approval to the vaccine. The Moderna COVID-19 vaccine safety data and efficacy data and documentation have been submitted to the FDA for full vaccine approval, along with the publicly available data. The Moderna vaccine clinical trial started after the Pfizer trial, and so is on a slightly later timetable.

16.     COVID-19 vaccine safety data includes previously infected individuals.

17.     The Pfizer COVID-19 vaccine Phase 1-3 clinical trial did not exclude previously infected people.  364 participants in the clinical trial had evidence of previous SARS-CoV-2 infection, and the vaccine was safe in those individuals. This includes participants ages 16 and older. From the full 6-month clinical trial data [13]: "Participants with or without evidence of prior SARS-CoV-2 infection reported local reactions with similar frequency and of similar severity.  No Grade 4 local reactions were reported." And "Systemic reactogenicity was similar in those with and without evidence of prior SARS-CoV-2 infection."  In addition, there are multiple medical studies independent of the Pfizer vaccine trial that have also shown that the Pfizer vaccine is safe in people with previous cases of COVID-19, in published peer-reviewed studies [14–16].

18.     The Moderna clinical trials did not exclude people with previous SARS-CoV-2 exposure.  343 people were enrolled who had previous COVID-19, and vaccine safety was equal in those people compared to the COVID negative participants (~15,000) [6].  In addition, studies independent of the Moderna vaccine trial have also shown that the Moderna vaccine is safe in people with previous cases of COVID-19, in published peer-reviewed research [14].

19.     Studies show that the one-dose J&J (Janssen) COVID-19 vaccine is also safe for people who have been previously infected with SARS-CoV-2 [8].

**COVID-19 Vaccine Efficacy**

20.     The COVID-19 vaccines are incredibly effective.  The Pfizer,

CROWELL & MORING LLP
ATTORNEYS AT LAW

CROTTY, PH.D., DECL. ISO DEF.'S OPP. TO PL.'S
MOT. FOR PRELIMINARY INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

Moderna, and J&J vaccines all provide very high protection against COVID-19

hospitalizations and deaths.  The Pfizer and Moderna mRNA vaccines also have

provided exceptional protection against symptomatic COVID-19 cases,

asymptomatic cases, and transmission.  The vaccines are also highly efficacious

against variants, particularly variants of concern.  This success is due to the broad

immune response elicited by the mRNA vaccines.

21.    Pfizer and Moderna vaccines have both proven to be ~95% protective

against symptomatic COVID-19 in clinical trials[6,9].  Those protection results have

been confirmed in "real world" studies outside of clinical trials [17–20]. Six month

vaccine efficacy data are now available from the Pfizer and Moderna clinical trials

in the USA, with the Pfizer vaccine showing an overall efficacy over six months in

the USA of 91%[13], and the Moderna vaccine showing an overall efficacy over six

months in the USA of 93%.

22.    These mRNA vaccines have shown outstanding efficacy against

variants of concern. Protection against Alpha (B.1.1.7, the "UK variant) is almost

identically good to protection against the original strain [10,17,18,20].  Protection against

Delta has also proven to be high, with 88% protection against symptomatic

COVID-19 [21], and very high protection against hospitalizations[22] in a large UK

study. A second large UK study using independent approaches (384,543 people

undergoing regular testing), found 86% protection against Delta variant COVID-19

with a viral test Ct < 30 (as a molecular surrogate of cases that were likely to be

symptomatic and potentially transmissible).  Corroborating evidence has come from

Canada [23], and the USA, where the vast majority of Delta infections are in

unvaccinated individuals, and almost all of the COVID-19 hospitalizations in May

through July were of unvaccinated or partially vaccinated individuals [24].

23.    Immune protection is provided by several different parts of the

adaptive immune system [25].  The Pfizer and Moderna vaccines elicit neutralizing

antibody responses [5,26,27], but also CD4 T cells, CD8 T cells, and memory B cells

[3,28–35]. This breadth of immune response provides several independent lines of defense against SARS-CoV-2 [36]. Importantly, these different parts of the immune system also are particularly good at stopping variants, as variants have an easier time "escaping" antibody by viral mutation, but it is extremely unlikely the virus can escape T cells or memory B cells, because of the ways they recognize the virus [25,35,37].

24.    The Vaccine Adverse Event Reporting System (VAERS) database is sometimes used as evidence of lack of COVID-19 vaccine safety; the VAERS database cannot be used in that way. A fuller explanation is provided below.

**Hybrid Immunity and Natural Immunity**

25.    Individuals previously infected with SARS-CoV-2 who get vaccinated generate a potent "hybrid immunity," which is more potent than that obtained by other vaccinated individuals and more potent than natural immunity.

**Hybrid Immunity**

26.    Individuals previously infected with SARS-CoV-2 who get vaccinated with one dose of a COVID-19 mRNA vaccine (Moderna or Pfizer) rapidly make a neutralizing antibody response 10 to 100 times higher than that of people with no previous exposure to the virus.  This has been clearly and consistently recorded in a series of high-profile scientific papers, in peer reviewed journals, by multiple independent research groups, and covering all four major types of immune memory: neutralizing antibodies, CD4 T cells, CD8 T cells, and memory B cells [14,29–32,38–41]. Notably, the hybrid immunity recognizes variants far better than natural immunity, as published in *Science* [32,42].  I reviewed this overall immunity topic in a June 2021 article titled "Hybrid Immunity" in *Science*.[36]

**Natural Immunity and Delta Variant**

27.    While hybrid immunity is quite broad against variants[29,32,35,41,42], natural immunity can be narrow against variants and of uncertain protective capacity.  Antibodies generated by mRNA COVID-19 vaccines outperform natural

immunity for potency against variants [43–47].  Additionally, one of the main concerns early on about natural immunity against COVID-19 was that antibody levels after COVID-19 were relatively low.  Indeed, for COVID-19, the mRNA vaccines consistently generate higher antibody levels than natural immunity[5,26,48].

28.     The best study of natural immunity against a variant with substantial antibody escape mutations was an important scientific study from Brazil on the Gamma variant (aka P.1 or Manaus variant) [49].  The Gamma wave in Manaus, Brazil caused a high number of deaths [50]. In the immunity study in Manaus, Brazil, many individuals previously infected with SARS-CoV-2 were subsequently infected with the Gamma variant, showing a substantial loss of natural immunity against reinfection with Gamma [49].  (Notably, the Gamma variant is one of the few variants circulating in the United States during 2021 at a frequency > 1%.)

**University of California's COVID-19 Vaccine policy**

29.     I have reviewed the University of California's COVID-19 vaccination policy requiring that, with limited exceptions, students and employees must be vaccinated against COVID-19 as a condition of their physical access to campus facilities, issued on July 29, 2021. I am fully supportive of the University of California policy.

**Rebuttals to Plaintiff's Evidence**

30.     The rebuttals below are to specific points made by Plaintiff in his brief and supporting papers. The rebuttals focus on two main scientific and medical topics that are central to Plaintiff's arguments and complaints: 1) COVID-19 vaccine safety, and 2) COVID-19 vaccine efficacy (benefit), particularly for persons previously infected with SARS-CoV-2. In brief, in contrast to the claims made by the Plaintiff, COVID-19 vaccines actually have impressive benefits in persons previously infected with SARS-CoV-2, and there is extensive safety data showing that COVID-19 vaccines are safe in persons previously infected with SARS-CoV-2.

**Rebuttal to Plaintiff's Statements Regarding Safety of the COVID-19 Vaccines Currently Available in the United States**

31.     Plaintiff presents three lines of relevant evidence pertaining to his claims regarding COVID-19 vaccine safety: 1) COVID-19 vaccine clinical trials; 2) VAERS database; and 3) "real world" studies of COVID-19 vaccine safety. These three areas of COVID-19 vaccine safety are each addressed in turn below.

**1. Rebuttal to Plaintiff's Statements Regarding Vaccine Safety and COVID-19 Vaccine Clinical Trials**

32.     Plaintiff claims, "Relevant to this case, the clinical trials for the Covid vaccines which received Emergency Use Authorization deliberately excluded Covid-recovered patients." As described above, in actuality, the Pfizer, Moderna, and J&J clinical trials in the USA all included SARS-CoV-2 infected individuals. Those data are all public, and have been published in peer-reviewed scientific papers in major journals, and have been an important dataset for demonstrating safety of the vaccines in previously SARS-CoV-2 infected individuals. The details were described above in "COVID-19 Vaccine Safety". The FDA also considered those data when it awarded the Pfizer COVID-19 vaccine full approval this month.

**2. Rebuttal to Plaintiff's Statements Regarding Vaccine Safety and VAERS**

33.     Plaintiff states that there are a "growing number of reported serious harms as a consequence of receiving the Covid-19 vaccine after a SARS-CoV-2 infection," and refers to VAERS as the primary source of information. Plaintiff refers to VAERS and makes conclusions from VAERS as evidence that the COVID-19 vaccines may cause injury.  However, VAERS data alone cannot determine if a vaccine caused a reported adverse event.

34.     VAERS is an open system, to which anyone can report adverse events, including false or fake adverse events.  This is well known, and it is even stated on the VAERS database web page that the information in VAERS is unverified.  (See https://www.cdc.gov/vaccinesafety/ensuringsafety/monitoring/vaers/index.html.)

CROWELL & MORING LLP
ATTORNEYS AT LAW

35.     VAERS was started with a noble purpose of allowing people to self-report vaccine adverse events.  In recent years, sadly, VAERS has been rendered almost useless.  A simple, now famous, example of this is the Incredible Hulk, where someone added a COVID-19 vaccine adverse event report to the VAERS database, stating that the vaccine had made them turn green and angry.  That report could be viewed by anyone who searched the database (https://twitter.com/PolitiFact/status/1369735306816159747).  The report has since been removed by the submitter, as they only did it for demonstration purposes.  Others recognized the potential to corrupt the VAERS database in 2020 with fake reports, and they have submitted numerous such reports.  Many impossible events are in the database, and it takes the CDC a great deal of time to remove individual fake reports.  This past month, at some point, it appeared that there were over 1,000 fake "vaccine related deaths" reports being added to VAERS every day.

36.     The unreliability of the reports in VAERS is one reason that the Phase 3 clinical trials, with independent data and safety monitoring boards and tracking of confirmed vaccinations, are so important.  Those clinical trials have shown the vaccines to be safe, as described above.

**3. Rebuttal to Plaintiff's Statements Regarding Vaccine Safety and "Real World Study Safety Data"**

37.     "Real world" studies are another way to collect data on vaccines outside of clinical trials. Plaintiff asserts that two studies support his argument that there is a "significantly increased risk of adverse reactions to the vaccine among those previously infected."  Declaration of Plaintiff in Support of Motion for Preliminary Injunction, ¶ 29.  The first study ("Mathioudakis et al.") was simply an online Google Form survey, which is a type of online survey heavily biased for responders with complaints. The second ("Raw et al.") is a preprint reporting a study of people with or without previous COVID-19, examining adverse events in persons receiving the Pfizer/BioNTech COVID-19 mRNA vaccine (known as

BNT162b2) [51].  The study observed the same types of symptoms in both groups after vaccination.  While some symptoms were slightly more vigorous in persons with confirmed previous COVID-19, no different or new symptoms were observed.  In the Raw et al. study[51], among people with confirmed previous COVID-19 (the "Sensitivity Analysis Subset"), only two symptoms were statistically more vigorous.  Overall, the results in the Raw et al. preprint are consistent with (a) the Pfizer clinical trial, (b) the Moderna clinical trial, and (c) peer-reviewed published studies of COVID-19 vaccination of previous COVID-19 cases, addressed in turn below.

38.      (a) As described in the "COVID-19 Vaccine Safety" section above, the Pfizer COVID-19 vaccine safety was tracked in many individuals who had evidence of previous SARS-CoV-2 infection and the vaccine was safe in those individuals.  Of note, the Raw et al. preprint study only followed people receiving the first dose of the Pfizer vaccine, resulting in an incomplete comparison.  The Pfizer vaccine clinical trial tracked vaccine safety after both doses, and reported similar responses overall, but distributed differently between the two immunizations[13]: "Systemic reactogenicity was similar in those with and without evidence of prior SARS-CoV-2 infection, although BNT162b2 recipients with evidence of prior infection reported systemic events more often post-dose 1, and those without evidence reported systemic events more often post-dose 2."  This makes sense immunologically.

39.      (b) As described in the "COVID-19 Vaccine Safety" section above, the Moderna COVID-19 vaccine trial also did not exclude participants with previous SARS-CoV-2 infections.  The Moderna vaccine was safe in people with previous SARS-CoV-2 infections.  Notably, in contrast to the Raw et al. study, the Moderna and Pfizer clinical trials were placebo controlled, double blind studies.  This is particularly important when assessing side effects, as even subjects in the placebo control group will report a variety of side effects.  That is one well known version

of the "placebo effect".  Thus, much more weight is placed on safety data from Phase 1-3 vaccine clinical trial data because of the placebo controlled blinded design, as well as their use of independent data and safety monitoring boards.

40.     (c) There are three peer-reviewed published studies of COVID-19 vaccination of previous COVID-19 cases [14–16], analogous in design to the Raw et al. preprint, except these studies also directly assess successful immune responses to the COVID-19 vaccine, as described in paragraph 26, the Hybrid Immunity section above.  These three papers are published in highly respected scientific journals, and they all report that vaccines are safe in persons with previous SARS-CoV-2 infection history [14–16].  Persons with previous SARS-CoV-2 infections exhibited the same types of reactogenicity as seen in vaccinated persons with no previous infection history, demonstrating safety consistent with the Pfizer and Moderna clinical trials.  Indeed, two of the studies report the same findings as the Pfizer clinical trial described above; the symptoms had a reversed distribution between the first and second vaccination for the two groups, but an overall comparable amount of reactogenicity[15,16].  And, as discussed in paragraph 26, the Hybrid Immunity section, persons with previous SARS-CoV-2 infections who get vaccinated have impressively broad and more potent immunity.

41.     Overall, across two Phase 3 clinical trials and three additional independent "real world" studies, the Pfizer and Moderna vaccines have been shown to be safe in persons with previous SARS-CoV-2.

**Rebuttal of Plaintiff's Claims Regarding COVID-19 Vaccine Efficacy (i.e., Benefit)**

42.     Plaintiff makes a series of claims that the COVID-19 vaccine has no benefit in people with previous SARS-CoV-2 exposure.  For example, Plaintiff claims: "But jabbing students who are already immune contributes nothing whatsoever to campus safety. All that it does, medically speaking, is create danger." Declaration of Plaintiff in Support of Motion for Preliminary Injunction, ¶ 28.  As

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-13-

CROTTY, PH.D., DECL. ISO DEF.'S OPP. TO PL.'S
MOT. FOR PRELIMINARY INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

1   addressed above, COVID-19 vaccines are safe for people who have been previously

2   infected with SARS-CoV-2.  Below I address the topic of the benefits of the

3   vaccine for people who have been previously infected with SARS-CoV-2.

4       43.     Persons with previous SARS-CoV-2 infection who get vaccinated

5   make outstanding immune responses to the COVID-19 vaccines, as described

6   above in paragraph 26, the section on "Hybrid Immunity". The antibody responses

7   by such persons are both larger and of higher quality than in individuals previously

8   infected with SARS-CoV-2 or vaccinated individuals who have not previously had

9   COVID-19, resulting in 10 to 100 times better neutralizing antibodies.

10      44.     New studies are now available that demonstrate that individuals

11  previously infected with SARS-CoV-2 who go on to get a COVID-19 vaccine

12  (people with "hybrid immunity") have enhanced protective immunity against

13  COVID-19 [52–54]. Based on these studies, persons who have been previously

14  infected with SARS-CoV-2 who get vaccinated are even more protected against the

15  Delta variant than are persons who are vaccinated but have not been infected, who

16  are in turn better protected than persons who have been previously infected

17  withSARS-CoV-2 [52], i.e. hybrid immunity > vaccine immunity > natural immunity

18  alone. These findings are supported by a large longitudinal study in the UK of over

19  300,000 people [52]. A Kentucky study compared immunity between persons with

20  previous SARS-CoV-2 infection who got vaccinated (hybrid immunity) compared

21  with those who had only been previously infected with SARS-CoV-2 (natural

22  immunity alone), and observed significantly better protection from COVID-19 in

23  persons with hybrid immunity[53]. This is consistent with the findings in the UK

24  study. In sum, the scientific and medical data on COVID-19 vaccine immunology

25  and protective immunity, including against the Delta variant, indicate that getting

26  vaccinated confers benefits to both persons who have previously had COVID-19

27  and to persons who have never been infected.  Previously infected individuals gain

28  better protection (hybrid immunity), so there is no reason for a COVID-19 vaccine

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-14-

CROTTY, PH.D., DECL. ISO DEF.'S OPP. TO PL.'S
MOT. FOR PRELIMINARY INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

policy to treat previously infected individuals differently than individuals who have
never been infected.

**Rebuttal to Plaintiff's Statements Regarding Disease Transmission**

45.     Plaintiff portrays COVID-19 vaccines as useless for prevention of
disease transmission on UC campuses, stating that "…the vaccines, according to
the CDC, do not prevent infection and viral transmission."  Declaration of Plaintiff
in Support of Motion for Preliminary Injunction, ¶ 36.  This is a mischaracterization
of the CDC's statement, and a basic misunderstanding of the science of COVID-19
vaccines and SARS-CoV-2 transmission. The CDC statement describes a change in
SARS-CoV-2, and a resultant change in the protection by the vaccines. The
vaccines were incredibly effective at stopping the Alpha wave in the USA in early
2021, and the data indicated that essentially no SARS-CoV-2 transmissions were
occurring from vaccinated individuals; hence the CDC recommended not requiring
masks for vaccinated individuals. However, the emergence of Delta variant
required a re-evaluation of that policy. Delta variant is much more transmissible
than the original SARS-CoV-2 strain or any previous SARS-CoV-2 variant (the R0
increasing from ~2 to ~6.5, which is probably unprecedented for a virus), and
examples of SARS-CoV-2 Delta variant transmission by vaccinated individuals
were observed. Thus, at least some transmissions started occurring from vaccinated
individuals, and the CDC felt it was important to communicate this change.
However, it was based on very preliminary data (which can be acceptable in times
of crisis). The reality is that vaccination does an important and impressive job
reducing transmission. The vast majority of SARS-CoV-2 transmission in the USA
is by unvaccinated individuals.

46.     How often do vaccinated individuals transmit SARS-CoV-2 Delta
variant compared to unvaccinated individuals? 93% fewer transmissions is a
conservative estimate (14-times fewer transmissions).  There are at least 86% fewer
transmissions of SARS-CoV-2 by vaccinated individuals (7-times fewer), because

vaccinated individuals get fewer SARS-CoV-2 Delta infections. Every infection prevented is a transmission source prevented.  More specifically, vaccinated individuals get 7-times fewer SARS-CoV-2 Delta variant infections of sufficient viral load for transmission, based on either symptomatic disease or viral RNA load < 30 Ct, using the data from two large studies [21,52].  In addition, the total amount of Delta virus over time in a vaccinated individual versus an unvaccinated individual is different. Studies show that viral replication is controlled much faster in vaccinated individuals based on viral RNA measurements[55], and thus vaccinated individuals are likely only capable of transmitting Delta variant for a much shorter window of time.  Lastly, viral RNA measurements (by RT-PCR, the Ct values often reported as "viral load") are a helpful surrogate marker of viral loads but do not directly measure infectious virus. A study of actual infectious virus isolation found that vaccinated persons were significantly less likely than unvaccinated persons to shed infectious virus, even where the viral RNA levels are equal[56]. Thus, overall, a conservative estimate is that vaccinated individuals likely have a 93% reduction in transmissions, based on 7-times fewer infections and a 50% shorter window of time for transmission.

47.    In conclusion, regarding the two major scientific and medical topics of interest: COVID-19 vaccine efficacy (benefit) and safety, COVID-19 vaccines have impressive benefits in persons previously infected with SARS-CoV-2, and there is extensive safety data showing that COVID-19 vaccines are safe in persons previously infected with SARS-CoV-2.

**Rebuttal of Plaintiff's Claims Regarding Reinfection and Viral Transmission**

48.    Can someone with natural immunity transmit virus after reinfection? Based on currently available data, this likely happens in some cases. The clearest case study of this phenomenon was published in *Clinical Infectious Diseases*[57], a well-respected scientific journal, in a situation with a reinfected healthcare worker (HCW1): "It seems likely that HCW1 played a role in the spread of this outbreak as

she provides the only link between some of the patients.… HCW1's nasopharyngeal swabs contained replicating virus but no neutralizing antibodies, which suggests the reinfecting virus was fully capable of onward transmission." The frequency of viral transmission to others by persons with reinfections is an area of scientific uncertainty, in large part because it is difficult to study because it is resource intensive. But there is some evidence it occurs. The most extensive epidemiological evidence at a population level was the devastating P.1 (Gamma) variant SARS-CoV-2 epidemic in Brazil [49,58], where 76% of the population had evidence of natural immunity (previous infection) [58], and yet the city of Manaus still experienced a subsequent massive outbreak of Gamma variant, consistent with extensive viral transmission upon reinfections [49]. Lastly, more broadly, many scientists think that reinfections with other coronaviruses result in transmissions ("common cold coronaviruses"), and thus it is plausible the biology of SARS-CoV-2 is similar [59]. In sum, it is plausible that persons with reinfections transmit virus, and because of the current scientific uncertainty on this topic, it is most appropriate to take the conservative scientific position that reinfections do result in meaningful numbers of transmissions.

**Rebuttal of Plaintiff's Characterization of the Overall Quality of Natural Immunity**

49.   A recent preprint that has received a lot of attention claims that natural immunity is vastly superior to vaccine immunity[60]. While that preprint captured many headlines because of its claims, there are other scientific studies that have not come to the same conclusion. "Real world" immunity studies are challenging to control for "confounders", which are properties such as differences in test-seeking behaviors that can lead to erroneous conclusions. In contrast, a large, prospective, longitudinal study in the UK of over 300,000 people with regular testing was done in such a way that the conclusions have higher confidence compared to a variety of other studies[52]. The regular testing component (over two million SARS-CoV-2 tests

CROWELL & MORING LLP
ATTORNEYS AT LAW

CROTTY, PH.D., DECL. ISO DEF.'S OPP. TO PL.'S
MOT. FOR PRELIMINARY INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

in the study) and the randomization component eliminate concerns found with other study designs (confounders)[52]. In the large UK study, one of many findings was that mRNA COVID-19 vaccine immunity was somewhat better than natural immunity, including against Delta[52]. This is not an area with a final scientific answer and clear scientific consensus. Confidence in vaccine efficacy conclusions from Phase 3 vaccine clinical trials is higher than for observational studies of natural immunity because of inherent constraints of study design, such as the important roles of placebo controls and being blinded to vaccination status, which controls for important behavioral differences.

**Rebuttal of Plaintiff's Characterization of Two Additional Topics**

50.     Rebuttal of two additional topics are addressed below: COVID-19 disease severity, and analogy of vaccines to other safety measures.

51.     Plaintiff only portrays COVID-19 disease burden in terms of deaths in America. COVID-19 has caused over 600,000 deaths in the USA, but it has also caused millions of hospitalizations. Over 117,000 Americans ages 18-29 years old have been hospitalized with COVID-19 in the past 12 months.  That does not include the disease burden of long COVID-19, which also occurs in a significant fraction of non-hospitalized COVID-19 cases.

52.     Plaintiff attempts to draw parallels between vaccine safety policies and transportation safety policies, using vehicle speed limits as the analogy.  However, seat belts are the proper analogy between cars and vaccines, not speed limits. We don't tell people they can't drive their car, we tell people they need to drive their car with a seatbelt on. Vaccine mandates do not tell people they can't go to work, they tell people they need to be vaccinated to go to work. Seatbelts are required for all as a simple, and very successful, safety measure. Vaccines required for all is also a simple and successful measure.

I declare under penalty of perjury under the laws of the United States of

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-18-

CROTTY, PH.D., DECL. ISO DEF.'S OPP. TO PL.'S
MOT. FOR PRELIMINARY INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

America that the foregoing is true and correct.

Executed this _2nd__ day of September 2021 at La Jolla, California.

Shane Crotty, Ph.D.

1. Grifoni A, Weiskopf D, Ramirez SI, Mateus J, Dan JM, Moderbacher CR, Rawlings SA, Sutherland A, Premkumar L, Jadi RS, Marrama D, Silva AM de, Frazier A, Carlin AF, Greenbaum JA, Peters B, Krammer F, Smith DM, Crotty S, Sette A. Targets of T Cell Responses to SARS-CoV-2 Coronavirus in Humans with COVID-19 Disease and Unexposed Individuals. Cell. 2020;181(7):1489-1501.e15. PMID: 32473127

2. Dan JM, Mateus J, Kato Y, Hastie KM, Yu ED, Faliti CE, Grifoni A, Ramirez SI, Haupt S, Frazier A, Nakao C, Rayaprolu V, Rawlings SA, Peters B, Krammer F, Simon V, Saphire EO, Smith DM, Weiskopf D, Sette A, Crotty S. Immunological memory to SARS-CoV-2 assessed for up to 8 months after infection. Science. 2021;371(6529):eabf4063. PMID: 33408181

3. Mateus J, Dan JM, Zhang Z, Moderbacher CR, Lammers M, Goodwin B, Sette A, Crotty S, Weiskopf D. Low dose mRNA-1273 COVID-19 vaccine generates durable T cell memory and antibodies enhanced by pre-existing crossreactive T cell memory. Medrxiv. 2021;2021.06.30.21259787.

4. CDC. Estimated COVID-19 Burden | CDC [Internet]. 2021 [cited 2021 Aug 29]. Available from: https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/burden.html

5. Jackson LA, Anderson EJ, Rouphael NG, Roberts PC, Makhene M, Coler RN, McCullough MP, Chappell JD, Denison MR, Stevens LJ, Pruijssers AJ, McDermott A, Flach B, Doria-Rose NA, Corbett KS, Morabito KM, O'Dell S, Schmidt SD, Swanson PA, Padilla M, Mascola JR, Neuzil KM, Bennett H, Sun W, Peters E, Makowski M, Albert J, Cross K, Buchanan W, Pikaart-Tautges R, Ledgerwood JE, Graham BS, Beigel JH, Group mRNA-1273 S. An mRNA Vaccine against SARS-CoV-2 — Preliminary Report. New Engl J Med. 2020;383(20):1920–1931. PMID: 32663912

CROWELL
& MORING LLP
ATTORNEYS AT LAW

6. Baden LR, Sahly HME, Essink B, Kotloff K, Frey S, Novak R, Diemert D, Spector SA, Rouphael N, Creech CB, McGettigan J, Khetan S, Segall N, Solis J, Brosz A, Fierro C, Schwartz H, Neuzil K, Corey L, Gilbert P, Janes H, Follmann D, Marovich M, Mascola J, Polakowski L, Ledgerwood J, Graham BS, Bennett H, Pajon R, Knightly C, Leav B, Deng W, Zhou H, Han S, Ivarsson M, Miller J, Zaks T, Group CS. Efficacy and Safety of the mRNA-1273 SARS-CoV-2 Vaccine. New Engl J Med. 2020;384(5):403–416. PMID: 33378609

7. Sadoff J, Gars ML, Shukarev G, Heerwegh D, Truyers C, Groot AM de, Stoop J, Tete S, Damme WV, Leroux-Roels I, Berghmans P-J, Kimmel M, Damme PV, Hoon J de, Smith W, Stephenson KE, Rosa SCD, Cohen KW, McElrath MJ, Cormier E, Scheper G, Barouch DH, Hendriks J, Struyf F, Douoguih M, Hoof JV, Schuitemaker H. Interim Results of a Phase 1–2a Trial of Ad26.COV2.S Covid-19 Vaccine. New Engl J Med. 2021; PMID: 33440088

8. Sadoff J, Gray G, Vandebosch A, Cárdenas V, Shukarev G, Grinsztejn B, Goepfert PA, Truyers C, Fennema H, Spiessens B, Offergeld K, Scheper G, Taylor KL, Robb ML, Treanor J, Barouch DH, Stoddard J, Ryser MF, Marovich MA, Neuzil KM, Corey L, Cauwenberghs N, Tanner T, Hardt K, Ruiz-Guiñazú J, Gars ML, Schuitemaker H, Hoof JV, Struyf F, Douoguih M, Group ES. Safety and Efficacy of Single-Dose Ad26.COV2.S Vaccine against Covid-19. New Engl J Med. 2021; PMID: 33882225

9. Polack FP, Thomas SJ, Kitchin N, Absalon J, Gurtman A, Lockhart S, Perez JL, Marc GP, Moreira ED, Zerbini C, Bailey R, Swanson KA, Roychoudhury S, Koury K, Li P, Kalina WV, Cooper D, Frenck RW, Hammitt LL, Türeci Ö, Nell H, Schaefer A, Ünal S, Tresnan DB, Mather S, Dormitzer PR, Şahin U, Jansen KU, Gruber WC, Group CCT. Safety and Efficacy of the BNT162b2 mRNA Covid-19 Vaccine. New Engl J Med. 2020; PMID: 33301246

10. Pfizer F. FDA Pfizer: Vaccines and Related Biological Products Advisory Committee December 10, 2020 Meeting Briefing Document- FDA [Internet]. 2020 [cited 2020 Dec 23]. Available from: https://www.fda.gov/media/144245/download

11. Moderna F. FDA Moderna: Vaccines and Related Biological Products Advisory Committee December 17, 2020 Meeting Briefing Document - FDA [Internet]. 2020 [cited 2020 Dec 17]. Available from: https://www.fda.gov/media/144434/download

12. EUA JF. JANSSEN SPONSOR BRIEFING DOCUMENT ADDENDUM [Internet]. Available from: https://www.fda.gov/media/146218/download

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-20-

CROTTY, PH.D., DECL. ISO DEF.'S OPP. TO PL.'S
MOT. FOR PRELIMINARY INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

13. Thomas SJ, Moreira ED, Kitchin N, Absalon J, Gurtman A, Lockhart S, Perez JL, Marc GP, Polack FP, Zerbini C, Bailey R, Swanson KA, Xu X, Roychoudhury S, Koury K, Bouguermouh S, Kalina WV, Cooper D, Frenck RW, Hammitt LL, Türeci Ö, Nell H, Schaefer A, Ünal S, Yang Q, Liberator P, Tresnan DB, Mather S, Dormitzer PR, Şahin U, Gruber WC, Jansen KU, Group CCT. Six Month Safety and Efficacy of the BNT162b2 mRNA COVID-19 Vaccine. Medrxiv. 2021;2021.07.28.21261159.

14. Krammer F, Srivastava K, Alshammary H, Amoako AA, Awawda MH, Beach KF, Bermúdez-González MC, Bielak DA, Carreño JM, Chernet RL, Eaker LQ, Ferreri ED, Floda DL, Gleason CR, Hamburger JZ, Jiang K, Kleiner G, Jurczyszak D, Matthews JC, Mendez WA, Nabeel I, Mulder LCF, Raskin AJ, Russo KT, Salimbangon A-BT, Saksena M, Shin AS, Singh G, Sominsky LA, Stadlbauer D, Wajnberg A, Simon V. Antibody Responses in Seropositive Persons after a Single Dose of SARS-CoV-2 mRNA Vaccine. New Engl J Med. 2021;384(14):1372–1374. PMID: 33691060

15. Debes AK, Xiao S, Colantuoni E, Egbert ER, Caturegli P, Gadala A, Milstone AM. Association of Vaccine Type and Prior SARS-CoV-2 Infection With Symptoms and Antibody Measurements Following Vaccination Among Health Care Workers. Jama Intern Med. 2021;181(12). PMID: 34398173

16. Ebinger JE, Fert-Bober J, Printsev I, Wu M, Sun N, Prostko JC, Frias EC, Stewart JL, Eyk JEV, Braun JG, Cheng S, Sobhani K. Antibody responses to the BNT162b2 mRNA vaccine in individuals previously infected with SARS-CoV-2. Nat Med. 2021;1–4.

17. Abu-Raddad LJ, Chemaitelly H, Butt AA, Vaccination NSG for C-19. Effectiveness of the BNT162b2 Covid-19 Vaccine against the B.1.1.7 and B.1.351 Variants. New Engl J Med. 2021; PMID: 33951357

18. Dagan N, Barda N, Kepten E, Miron O, Perchik S, Katz MA, Hernán MA, Lipsitch M, Reis B, Balicer RD. BNT162b2 mRNA Covid-19 Vaccine in a Nationwide Mass Vaccination Setting. New Engl J Med. 2021; PMID: 33626250

19. Pawlowski C, Lenehan P, Puranik A, Agarwal V, Venkatakrishnan AJ, Niesen MJM, O'Horo JC, Virk A, Swift MD, Badley AD, Halamka J, Soundararajan V. FDA-authorized mRNA COVID-19 vaccines are effective per real-world evidence synthesized across a multi-state health system. Med. 2021; PMID: 34223401

20. Hall VJ, Foulkes S, Saei A, Andrews N, Oguti B, Charlett A, Wellington E, Stowe J, Gillson N, Atti A, Islam J, Karagiannis I, Munro K, Khawam J, Chand

CROWELL
& MORING LLP
ATTORNEYS AT LAW

CROTTY, PH.D., DECL. ISO DEF.'S OPP. TO PL.'S
MOT. FOR PRELIMINARY INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

MA, Brown CS, Ramsay M, Lopez-Bernal J, Hopkins S, Andrews N, Atti A, Aziz H, Brooks T, Brown C, Camero D, Carr C, Chand M, Charlett A, Crawford H, Cole M, Conneely J, D'Arcangelo S, Ellis J, Evans S, Foulkes S, Gillson N, Gopal R, Hall L, Hall V, Harrington P, Hopkins S, Hewson J, Hoschler K, Ironmonger D, Islam J, Kall M, Karagiannis I, Kay O, Khawam J, King E, Kirwan P, Kyffin R, Lackenby A, Lattimore M, Linley E, Lopez-Bernal J, Mabey L, McGregor R, Miah S, Monk E, Munro K, Naheed Z, Nissr A, O'Connell A, Oguti B, Okafor H, Organ S, Osbourne J, Otter A, Patel M, Platt S, Pople D, Potts K, Ramsay M, Robotham J, Rokadiya S, Rowe C, Saei A, Sebbage G, Semper A, Shrotri M, Simmons R, Soriano A, Staves P, Taylor S, Taylor A, Tengbe A, Tonge S, Vusirikala A, Wallace S, Wellington E, Zambon M, Corrigan D, Sartaj M, Cromey L, Campbell S, Braithwaite K, Price L, Haahr L, Stewart S, Lacey E, Partridge L, Stevens G, Ellis Y, Hodgson H, Norman C, Lacey E, Larru B, Mcwilliam S, Roynon A, Northfield J, Winchester S, Cieciwa P, Pai A, Bakker P, Loughrey C, Watt A, Adair F, Hawkins A, Grant A, Temple-Purcell R, Howard J, Slawson N, Subudhi C, Davies S, Bexley A, Penn R, Wong N, Boyd G, Rajgopal A, Arenas-Pinto A, Matthews R, Whileman A, Laugharne R, Ledger J, Barnes T, Jones C, Osuji N, Chitalia N, Bailey T, Akhtar S, Harrison G, Horne S, Walker N, Agwuh K, Maxwell V, Graves J, Williams S, O'Kelly A, Ridley P, Cowley A, Johnstone H, Swift P, Democratis J, Meda M, Brake S, Gunn J, Selassi A, Hams S, Irvine V, Chandrasekaran B, Forsyth C, Radmore J, Thomas C, Brown K, Roberts S, Burns P, Gajee K, Lewis T, Byrne T, Sanderson F, Knight S, Macnaughton E, Burton B, Smith H, Chaudhuri R, Aeron-Thomas J, Hollinshead K, Shorten R, Swan A, Shorten R, Favager C, Murira J, Baillon S, Hamer S, Shah A, Russell J, Brennan D, Dave A, Chawla A, Westwell F, Adeboyeku D, Papineni P, Pegg C, Williams M, Ahmad S, Horsley A, Gabriel C, Pagget K, Cieciwa P, Maloney G, Ashcroft J, Rosario ID, Crosby-Nwaobi R, Flanagan D, Dhasmana D, Fowler S, Cameron E, Prentice L, Sinclair C, Irvine V, Bateman V, McLelland-Brooks K, Ho A, Murphy M, Cochrane A, Gibson A, Patel M, Black K, Tempeton K, Donaldson S, Coke L, Elumogo N, Elliott J, Padgett D, Cross A, Mirfenderesky M, Joyce S, Sinanovic I, Howard M, Lewis T, Cowling P, Brazil M, Hanna E, Abdelrazik A, Brand S, Sheridan E, Wadams B, Lloyd A, Mouland J, Giles J, Pottinger G, Coles H, Joseph M, Lee M, Orr S, Chenoweth H, Browne D, Auckland C, Lear R, Mahungu T, Rodger A, Warren S, Brooking D, Pai S, Druyeh R, Smith E, Stone S, Meisner S, Delgado D, Underhill E, Keen L, Aga M, Domingos P, Gormley S, Kerrison C, Birch S, DeSilva T, Allsop L, Ambalkar S, Beekes M, Jose S, Tomlinson J, Painter S, Price C, Pepperell J, James K, Trinick T, Moore L, Day J, Boulos A, Knox I, Defever E, McCracken D, Brown K, Gray K, Houston A, Planche T, Jones RP, Wycherley D, Bennett S, Marrs J, Nimako K, Stewart B, Bain S, Kalakonda H, Khanduri S, Ashby A, Holden M, Mahabir N, Harwood J, Payne B, Court K, White N, Longfellow R, Hughes L, Green M, Halkes M, Mercer P, Roebuck A, Wilson-

CROWELL & MORING LLP
ATTORNEYS AT LAW

Davies E, Gallego L, Lazarus R, Aldridge N, Berry L, Game F, Reynolds T, Holmes C, Wiselka M, Higham A, Booth M, Duff C, Alderton J, Hilton D, Powell J, Jackson A, Plant A, Ahmed N, Chin T, Qazzafi M, Moody A, Tilley R, Donaghy T, O'Kane M, Shipman K, Sierra R, Parmar C, Mills G, Harvey D, Huang Y, Birch J, Robinson L, Board S, Broadley A, Laven C, Todd N, Eyre D, Jeffery K, Dunachie S, Duncan C, Klenerman P, Turtle L, Baxendale H, Heeney J. COVID-19 vaccine coverage in health-care workers in England and effectiveness of BNT162b2 mRNA vaccine against infection (SIREN): a prospective, multicentre, cohort study. Lancet. 2021;397(10286):1725–1735. PMID: 33901423

21. Bernal JL, Andrews N, Gower C, Gallagher E, Simmons R, Thelwall S, Stowe J, Tessier E, Groves N, Dabrera G, Myers R, Campbell CNJ, Amirthalingam G, Edmunds M, Zambon M, Brown KE, Hopkins S, Chand M, Ramsay M. Effectiveness of Covid-19 Vaccines against the B.1.617.2 (Delta) Variant. New Engl J Med. 2021; PMID: 34289274

22. Stowe J. Effectiveness of COVID-19 vaccines against hospital admission with the Delta (B.1.617.2) variant copy.pdf.

23. Nasreen S, Chung H, He S, Brown KA, Gubbay JB, Buchan SA, Fell DB, Austin PC, Schwartz KL, Sundaram ME, Calzavara A, Chen B, Tadrous M, Wilson K, Wilson SE, Kwong JC. Effectiveness of COVID-19 vaccines against variants of concern in Ontario, Canada. Medrxiv. 2021;2021.06.28.21259420.

24. Press A. Nearly all COVID deaths in US are now among unvaccinated. 2021 Jun 29; Available from: https://apnews.com/article/coronavirus-pandemic-health-941fcf43d9731c76c16e7354f5d5e187

25. Sette A, Crotty S. Adaptive immunity to SARS-CoV-2 and COVID-19. Cell. 2021;184(4):861–880. PMID: 33497610

26. Walsh EE, Jr. RWF, Falsey AR, Kitchin N, Absalon J, Gurtman A, Lockhart S, Neuzil K, Mulligan MJ, Bailey R, Swanson KA, Li P, Koury K, Kalina W, Cooper D, Fontes-Garfias C, Shi P-Y, Türeci Ö, Tompkins KR, Lyke KE, Raabe V, Dormitzer PR, Jansen KU, Şahin U, Gruber WC. Safety and Immunogenicity of Two RNA-Based Covid-19 Vaccine Candidates. New Engl J Med. 2020;383(25):2439–2450. PMID: 33053279

27. Mulligan MJ, Lyke KE, Kitchin N, Absalon J, Gurtman A, Lockhart S, Neuzil K, Raabe V, Bailey R, Swanson KA, Li P, Koury K, Kalina W, Cooper D, Fontes-Garfias C, Shi P-Y, Türeci Ö, Tompkins KR, Walsh EE, Frenck R, Falsey AR, Dormitzer PR, Gruber WC, Şahin U, Jansen KU. Phase I/II study of COVID-19

CROWELL
& MORING LLP
ATTORNEYS AT LAW

RNA vaccine BNT162b1 in adults. Nature. 2020;586(7830):589–593. PMID:
32785213

28. Tarke A, Sidney J, Methot N, Yu ED, Zhang Y, Dan JM, Goodwin B, Rubiro P,
Sutherland A, Wang E, Frazier A, Ramirez SI, Rawlings SA, Smith DM, Antunes
R da S, Peters B, Scheuermann RH, Weiskopf D, Crotty S, Grifoni A, Sette A.
Impact of SARS-CoV-2 variants on the total CD4+ and CD8+ T cell reactivity in
infected or vaccinated individuals. Cell Reports Medicine. 2021;100355. PMID:
34230917

29. Goel RR, Apostolidis SA, Painter MM, Mathew D, Pattekar A, Kuthuru O,
Gouma S, Hicks P, Meng W, Rosenfeld AM, Dysinger S, Lundgreen KA, Kuri-
Cervantes L, Adamski S, Hicks A, Korte S, Oldridge DA, Baxter AE, Giles JR,
Weirick ME, McAllister CM, Dougherty J, Long S, D'Andrea K, Hamilton JT,
Betts MR, Prak ETL, Bates P, Hensley SE, Greenplate AR, Wherry EJ. Distinct
antibody and memory B cell responses in SARS-CoV-2 naïve and recovered
individuals following mRNA vaccination. Sci Immunol. 2021;6(58):eabi6950.

30. Painter MM, Mathew D, Goel RR, Apostolidis SA, Pattekar A, Kuthuru O,
Baxter AE, Herati RS, Oldridge DA, Gouma S, Hicks P, Dysinger S, Lundgreen
KA, Kuri-Cervantes L, Adamski S, Hicks A, Korte S, Giles JR, Weirick ME,
McAllister CM, Dougherty J, Long S, D'Andrea K, Hamilton JT, Betts MR, Bates
P, Hensley SE, Grifoni A, Weiskopf D, Sette A, Greenplate AR, Wherry EJ. Rapid
induction of antigen-specific CD4+ T cells guides coordinated humoral and cellular
immune responses to SARS-CoV-2 mRNA vaccination. Biorxiv.
2021;2021.04.21.440862.

31. Tauzin A, Nayrac M, Benlarbi M, Gong SY, Gasser R, Beaudoin-Bussières G,
Brassard N, Laumaea A, Vézina D, Prévost J, Anand SP, Bourassa C, Gendron-
Lepage G, Medjahed H, Goyette G, Niessl J, Tastet O, Gokool L, Morrisseau C,
Arlotto P, Stamatatos L, McGuire AT, Larochelle C, Uchil P, Lu M, Mothes W,
Serres GD, Moreira S, Roger M, Richard J, Martel-Laferrière V, Duerr R,
Tremblay C, Kaufmann DE, Finzi A. A single dose of the SARS-CoV-2 vaccine
BNT162b2 elicits Fc-mediated antibody effector functions and T-cell responses.
Cell Host Microbe. 2021;

32. Stamatatos L, Czartoski J, Wan Y-H, Homad LJ, Rubin V, Glantz H, Neradilek
M, Seydoux E, Jennewein MF, MacCamy AJ, Feng J, Mize G, Rosa SCD, Finzi A,
Lemos MP, Cohen KW, Moodie Z, McElrath MJ, McGuire AT. mRNA vaccination
boosts cross-variant neutralizing antibodies elicited by SARS-CoV-2 infection.
Science. 2021;eabg9175. PMID: 33766944

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-24-

CROTTY, PH.D., DECL. ISO DEF.'S OPP. TO PL.'S
MOT. FOR PRELIMINARY INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

33. Corbett KS, Flynn B, Foulds KE, Francica JR, Boyoglu-Barnum S, Werner AP, Flach B, O'Connell S, Bock KW, Minai M, Nagata BM, Andersen H, Martinez DR, Noe AT, Douek N, Donaldson MM, Nji NN, Alvarado GS, Edwards DK, Flebbe DR, Lamb E, Doria-Rose NA, Lin BC, Louder MK, O'Dell S, Schmidt SD, Phung E, Chang LA, Yap C, Todd J-PM, Pessaint L, Ry AV, Browne S, Greenhouse J, Putman-Taylor T, Strasbaugh A, Campbell T-A, Cook A, Dodson A, Steingrebe K, Shi W, Zhang Y, Abiona OM, Wang L, Pegu A, Yang ES, Leung K, Zhou T, Teng I-T, Widge A, Gordon I, Novik L, Gillespie RA, Loomis RJ, Moliva JI, Stewart-Jones G, Himansu S, Kong W-P, Nason MC, Morabito KM, Ruckwardt TJ, Ledgerwood JE, Gaudinski MR, Kwong PD, Mascola JR, Carfi A, Lewis MG, Baric RS, McDermott A, Moore IN, Sullivan NJ, Roederer M, Seder RA, Graham BS. Evaluation of the mRNA-1273 Vaccine against SARS-CoV-2 in Nonhuman Primates. New Engl J Med. 2020;383(16):1544–1555. PMID: 32722908

34. Sahin U, Muik A, Vogler I, Derhovanessian E, Kranz LM, Vormehr M, Quandt J, Bidmon N, Ulges A, Baum A, Pascal KE, Maurus D, Brachtendorf S, Lörks V, Sikorski J, Koch P, Hilker R, Becker D, Eller A-K, Grützner J, Tonigold M, Boesler C, Rosenbaum C, Heesen L, Kühnle M-C, Poran A, Dong JZ, Luxemburger U, Kemmer-Brück A, Langer D, Bexon M, Bolte S, Palanche T, Schultz A, Baumann S, Mahiny AJ, Boros G, Reinholz J, Szabó GT, Karikó K, Shi P-Y, Fontes-Garfias C, Perez JL, Cutler M, Cooper D, Kyratsous CA, Dormitzer PR, Jansen KU, Türeci Ö. BNT162b2 vaccine induces neutralizing antibodies and poly-specific T cells in humans. Nature. 2021;1–10.

35. Wang Z, Schmidt F, Weisblum Y, Muecksch F, Barnes CO, Finkin S, Schaefer-Babajew D, Cipolla M, Gaebler C, Lieberman JA, Oliveira TY, Yang Z, Abernathy ME, Huey-Tubman KE, Hurley A, Turroja M, West KA, Gordon K, Millard KG, Ramos V, Silva JD, Xu J, Colbert RA, Patel R, Dizon J, Unson-O'Brien C, Shimeliovich I, Gazumyan A, Caskey M, Bjorkman PJ, Casellas R, Hatziioannou T, Bieniasz PD, Nussenzweig MC. mRNA vaccine-elicited antibodies to SARS-CoV-2 and circulating variants. Nature. 2021;1–10.

36. Crotty S. Hybrid immunity. Science. 2021;372(6549):1392–1393.

37. Brouillette M. Your Immune System Evolves to Fight Coronavirus Variants - Scientific American. Scientific American [Internet]. 2021 Mar 31; Available from: https://www.scientificamerican.com/article/your-immune-system-evolves-to-fight-coronavirus-variants/

38. Wang Z, Muecksch F, Schaefer-Babajew D, Finkin S, Viant C, Gaebler C, Barnes C, Cipolla M, Ramos V, Oliveira TY, Cho A, Schmidt F, Silva J da, Bednarski E, Daga M, Turroja M, Millard KG, Jankovic M, Gazumyan A, Bieniasz

CROWELL
& MORING LLP
ATTORNEYS AT LAW

PD, Caskey M, Hatziioannou T, Nussenzweig MC. Vaccination boosts naturally enhanced neutralizing breadth to SARS-CoV-2 one year after infection. Biorxiv. 2021;2021.05.07.443175.

39. Saadat S, Tehrani ZR, Logue J, Newman M, Frieman MB, Harris AD, Sajadi MM. Binding and Neutralization Antibody Titers After a Single Vaccine Dose in Health Care Workers Previously Infected With SARS-CoV-2. Jama. 2021;325(14):1467–1469. PMID: 33646292

40. Goel RR, Painter MM, Apostolidis SA, Mathew D, Meng W, Rosenfeld AM, Lundgreen KA, Reynaldi A, Khoury DS, Pattekar A, Gouma S, Kuri-Cervantes L, Hicks P, Dysinger S, Hicks A, Sharma H, Herring S, Korte S, Baxter AE, Oldridge DA, Giles JR, Weirick ME, McAllister CM, Awofolaju M, Tanenbaum N, Drapeau EM, Dougherty J, Long S, D'Andrea K, Hamilton JT, McLaughlin M, Williams JC, Adamski S, Kuthuru O, Unit TUpCP, Frank I, Betts MR, Vella LA, Grifoni A, Weiskopf D, Sette A, Hensley SE, Davenport MP, Bates P, Prak ETL, Greenplate AR, Wherry EJ. mRNA Vaccination Induces Durable Immune Memory to SARS-CoV-2 with Continued Evolution to Variants of Concern. Biorxiv. 2021;2021.08.23.457229.

41. Andreano E, Paciello I, Piccini G, Manganaro N, Pileri P, Hyseni I, Leonardi M, Pantano E, Abbiento V, Benincasa L, Giglioli G, Santi CD, Fabbiani M, Rancan I, Tumbarello M, Montagnani F, Sala C, Montomoli E, Rappuoli R. Hybrid immunity improves B cell frequency, antibody potency and breadth against SARS-CoV-2 and variants of concern. Biorxiv. 2021;2021.08.12.456077.

42. Reynolds CJ, Pade C, Gibbons JM, Butler DK, Otter AD, Menacho K, Fontana M, Smit A, Sackville-West JE, Cutino-Moguel T, Maini MK, Chain B, Noursadeghi M, Network‡ UCovidIC, Brooks T, Semper A, Manisty C, Treibel TA, Moon JC, Investigators‡ UCovid, Valdes AM, McKnight Á, Altmann DM, Boyton R. Prior SARS-CoV-2 infection rescues B and T cell responses to variants after first vaccine dose. Science. 2021;eabh1282. PMID: 33931567

43. Edara VV, Norwood C, Floyd K, Lai L, Davis-Gardner ME, Hudson WH, Mantus G, Nyhoff LE, Adelman MW, Fineman R, Patel S, Byram R, Gomes DN, Michael G, Abdullahi H, Beydoun N, Panganiban B, McNair N, Hellmeister K, Pitts J, Winters J, Kleinhenz J, Usher J, O'Keefe JB, Piantadosi A, Waggoner JJ, Babiker A, Stephens DS, Anderson EJ, Edupuganti S, Rouphael N, Ahmed R, Wrammert J, Suthar MS. Infection and vaccine-induced antibody binding and neutralization of the B.1.351 SARS-CoV-2 variant. Cell Host Microbe. 2021;

CROWELL
& MORING LLP
ATTORNEYS AT LAW

44. Edara V-V, Pinsky BA, Suthar MS, Lai L, Davis-Gardner ME, Floyd K, Flowers MW, Wrammert J, Hussaini L, Ciric CR, Bechnak S, Stephens K, Graham BS, Mokhtari EB, Mudvari P, Boritz E, Creanga A, Pegu A, Derrien-Colemyn A, Henry AR, Gagne M, Douek DC, Sahoo MK, Sibai M, Solis D, Webby RJ, Jeevan T, Fabrizio TP. Infection and Vaccine-Induced Neutralizing-Antibody Responses to the SARS-CoV-2 B.1.617 Variants. New Engl J Medicine. 2021; PMID: 34233096

45. Zhou D, Dejnirattisai W, Supasa P, Liu C, Mentzer AJ, Ginn HM, Zhao Y, Duyvesteyn HME, Tuekprakhon A, Nutalai R, Wang B, Paesen GC, Lopez-Camacho C, Slon-Campos J, Hallis B, Coombes N, Bewley K, Charlton S, Walter TS, Skelly D, Lumley SF, Dold C, Levin R, Dong T, Pollard AJ, Knight JC, Crook D, Lambe T, Clutterbuck E, Bibi S, Flaxman A, Bittaye M, Belij-Rammerstorfer S, Gilbert S, James W, Carroll MW, Klenerman P, Barnes E, Dunachie SJ, Fry EE, Mongkolsapaya J, Ren J, Stuart DI, Screaton GR. Evidence of escape of SARS-CoV-2 variant B.1.351 from natural and vaccine-induced sera. Cell. 2021;184(9):2348-2361.e6. PMID: 33730597

46. Dejnirattisai W, Zhou D, Supasa P, Liu C, Mentzer AJ, Ginn HM, Zhao Y, Duyvesteyn HME, Tuekprakhon A, Nutalai R, Wang B, Paesen GC, López-Camacho C, Slon-Campos J, Walter TS, Skelly D, Clemens SAC, Naveca FG, Nascimento V, Nascimento F, Costa CF da, Resende PC, Pauvolid-Correa A, Siqueira MM, Dold C, Levin R, Dong T, Pollard AJ, Knight JC, Crook D, Lambe T, Clutterbuck E, Bibi S, Flaxman A, Bittaye M, Belij-Rammerstorfer S, Gilbert S, Carroll MW, Klenerman P, Barnes E, Dunachie SJ, Paterson NG, Williams MA, Hall DR, Hulswit RJG, Bowden TA, Fry EE, Mongkolsapaya J, Ren J, Stuart DI, Screaton GR. Antibody evasion by the P.1 strain of SARS-CoV-2. Cell. 2021;

47. Supasa P, Zhou D, Dejnirattisai W, Liu C, Mentzer AJ, Ginn HM, Zhao Y, Duyvesteyn HME, Nutalai R, Tuekprakhon A, Wang B, Paesen GC, Slon-Campos J, López-Camacho C, Hallis B, Coombes N, Bewley K, Charlton S, Walter TS, Barnes E, Dunachie SJ, Skelly D, Lumley SF, Baker N, Shaik I, Humphries H, Godwin K, Gent N, Sienkiewicz A, Dold C, Levin R, Dong T, Pollard AJ, Knight JC, Klenerman P, Crook D, Lambe T, Clutterbuck E, Bibi S, Flaxman A, Bittaye M, Belij-Rammerstorfer S, Gilbert S, Hall DR, Williams MA, Paterson NG, James W, Carroll MW, Fry EE, Mongkolsapaya J, Ren J, Stuart DI, Screaton GR. Reduced neutralization of SARS-CoV-2 B.1.1.7 variant by convalescent and vaccine sera. Cell. 2021;

48. Anderson EJ, Rouphael NG, Widge AT, Jackson LA, Roberts PC, Makhene M, Chappell JD, Denison MR, Stevens LJ, Pruijssers AJ, McDermott AB, Flach B, Lin BC, Doria-Rose NA, O'Dell S, Schmidt SD, Corbett KS, Swanson PA, Padilla M, Neuzil KM, Bennett H, Leav B, Makowski M, Albert J, Cross K, Edara VV, Floyd

CROWELL
& MORING LLP
ATTORNEYS AT LAW

K, Suthar MS, Martinez DR, Baric R, Buchanan W, Luke CJ, Phadke VK, Rostad CA, Ledgerwood JE, Graham BS, Beigel JH, Group mRNA-1273 S. Safety and Immunogenicity of SARS-CoV-2 mRNA-1273 Vaccine in Older Adults. New Engl J Med. 2020; PMID: 32991794

49. Faria NR, Mellan TA, Whittaker C, Claro IM, Candido D da S, Mishra S, Crispim MAE, Sales FCS, Hawryluk I, McCrone JT, Hulswit RJG, Franco LAM, Ramundo MS, Jesus JG de, Andrade PS, Coletti TM, Ferreira GM, Silva CAM, Manuli ER, Pereira RHM, Peixoto PS, Kraemer MUG, Gaburo N, Camilo C da C, Hoeltgebaum H, Souza WM, Rocha EC, Souza LM de, Pinho MC de, Araujo LJT, Malta FSV, Lima AB de, Silva J do P, Zauli DAG, Ferreira AC de S, Schnekenberg RP, Laydon DJ, Walker PGT, Schlüter HM, Santos ALP dos, Vidal MS, Caro VSD, Filho RMF, Santos HM dos, Aguiar RS, Proença-Modena JL, Nelson B, Hay JA, Monod M, Miscouridou X, Coupland H, Sonabend R, Vollmer M, Gandy A, Prete CA, Nascimento VH, Suchard MA, Bowden TA, Pond SLK, Wu C-H, Ratmann O, Ferguson NM, Dye C, Loman NJ, Lemey P, Rambaut A, Fraiji NA, Carvalho M do PSS, Pybus OG, Flaxman S, Bhatt S, Sabino EC. Genomics and epidemiology of the P.1 SARS-CoV-2 lineage in Manaus, Brazil. Science. 2021;eabh2644. PMID: 33853970

50. Sabino EC, Buss LF, Carvalho MPS, Prete CA, Crispim MAE, Fraiji NA, Pereira RHM, Parag KV, Peixoto P da S, Kraemer MUG, Oikawa MK, Salomon T, Cucunuba ZM, Castro MC, Santos AA de S, Nascimento VH, Pereira HS, Ferguson NM, Pybus OG, Kucharski A, Busch MP, Dye C, Faria NR. Resurgence of COVID-19 in Manaus, Brazil, despite high seroprevalence. Lancet. 2021;

51. Raw RK, Kelly C, Rees J, Wroe C, Chadwick DR. Previous COVID-19 infection but not Long-COVID is associated with increased adverse events following BNT162b2/Pfizer vaccination. Medrxiv. 2021;2021.04.15.21252192.

52. Pouwels KB, Pritchard E, Matthews PC, Stoesser N, Eyre DW, Vihta K-D, House T, Hay J, Bell JI, Newton JN, Farrar J, Crook D, Cook D, Rourke E, Studley R, Peto T, Diamond I, Walker AS. Impact of Delta on viral burden and vaccine effectiveness against new SARS-CoV-2 infections in the UK. Medrxiv. 2021;2021.08.18.21262237.

53. Cavanaugh AM, Spicer KB, Thoroughman D, Glick C, Winter K. Reduced Risk of Reinfection with SARS-CoV-2 After COVID-19 Vaccination — Kentucky, May–June 2021. Mmwr Morbidity Mortal Wkly Rep. 2021;70(32):1081–1083. PMCID: PMC8360277

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-28-

CROTTY, PH.D., DECL. ISO DEF.'S OPP. TO PL.'S
MOT. FOR PRELIMINARY INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

54. Abu-Raddad LJ, Chemaitelly H, Ayoub HH, Yassine HM, Benslimane FM, Khatib HAA, Tang P, Hasan MR, Coyle P, Kanaani ZA, Kuwari EA, Jeremijenko A, Kaleeckal AH, Latif AN, Shaik RM, Rahim HFA, Nasrallah GK, Kuwari MGA, Butt AA, Romaihi HEA, Al-Thani MH, Khal AA, Bertollini R. Protection afforded by the BNT162b2 and mRNA-1273 COVID-19 vaccines in fully vaccinated cohorts with and without prior infection. Medrxiv. 2021;2021.07.25.21261093.

55. Chia PY, Ong SWX, Chiew CJ, Ang LW, Chavatte J-M, Mak T-M, Cui L, Kalimuddin S, Chia WN, Tan CW, Chai LYA, Tan SY, Zheng S, Lin RTP, Wang L, Leo Y-S, Lee VJ, Lye DC, Young BE. Virological and serological kinetics of SARS-CoV-2 Delta variant vaccine-breakthrough infections: a multi-center cohort study. Medrxiv. 2021;2021.07.28.21261295.

56. Shamier MC, Tostmann A, Bogers S, Wilde J de, IJpelaar J, Kleij WA van der, Jager H de, Haagmans BL, Molenkamp R, Munnink BasBO, Rossum C van, Rahamat-Langendoen J, Geest N van der, Bleeker-Rovers CP, Wertheim H, Koopmans MPG, GeurtsvanKessel CH. Virological characteristics of SARS-CoV-2 vaccine breakthrough infections in health care workers. Medrxiv. 2021;2021.08.20.21262158.

57. Selhorst P, Ierssel SV, Michiels J, Mariën J, Bartholomeeusen K, Dirinck E, Vandamme S, Jansens H, Ariën KK. Symptomatic SARS-CoV-2 reinfection of a health care worker in a Belgian nosocomial outbreak despite primary neutralizing antibody response. Clin Infect Dis. 2020;ciaa1850-. PMID: 33315049

58. Buss LF, Prete CA, Abrahim CMM, Mendrone A, Salomon T, Almeida-Neto C de, França RFO, Belotti MC, Carvalho MPSS, Costa AG, Crispim MAE, Ferreira SC, Fraiji NA, Gurzenda S, Whittaker C, Kamaura LT, Takecian PL, Peixoto P da S, Oikawa MK, Nishiya AS, Rocha V, Salles NA, Santos AA de S, Silva MA da, Custer B, Parag KV, Barral-Netto M, Kraemer MUG, Pereira RHM, Pybus OG, Busch MP, Castro MC, Dye C, Nascimento VH, Faria NR, Sabino EC. Three-quarters attack rate of SARS-CoV-2 in the Brazilian Amazon during a largely unmitigated epidemic. Sci New York N Y. 2020; PMID: 33293339

59. Kissler SM, Tedijanto C, Goldstein E, Grad YH, Lipsitch M. Projecting the transmission dynamics of SARS-CoV-2 through the postpandemic period. Science. 2020;368(6493):860–868. PMID: 32291278

60. Gazit S, Shlezinger R, Perez G, Lotan R, Peretz A, Ben-Tov A, Cohen D, Muhsen K, Chodick G, Patalon T. Comparing SARS-CoV-2 natural immunity to vaccine-induced immunity: reinfections versus breakthrough infections. Medrxiv. 2021;2021.08.24.21262415.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-29-

CROTTY, PH.D., DECL. ISO DEF.'S OPP. TO PL.'S
MOT. FOR PRELIMINARY INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

# EXHIBIT A

# Shane Crotty

Professor
Center for Infectious Disease and Vaccine Research
La Jolla Institute for Immunology (LJI)
9420 Athena Circle, La Jolla, CA 92037
https://www.lji.org/faculty-research/labs/crotty/#overview

## EDUCATION

| | |
|---|---|
| 1996 | B.S. Degree in Biology, Massachusetts Institute of Technology, GPA 5.0/5.0 |
| 1996 | B.S. Degree in Writing, Massachusetts Institute of Technology |
| 2001 | Ph.D. in Biochemistry and Molecular Biology, University of California, San Francisco (UCSF) |
| | Advisor: Prof. Raul Andino, UCSF Department of Microbiology and Immunology |
| | Thesis: "Poliovirus is (still) not dead: Vaccine vectors, antiviral drugs, and unexpected mutants" |

## HONORS & AWARDS

| | |
|---|---|
| 1991 | National Science Foundation (NSF) Young Scholar |
| 1995 | Congressional Goldwater National Scholar for Excellence in Science and Mathematics |
| 1995 | Irwin Sizer Award for Education Innovation at MIT |
| 1995 | MIT Burchard Scholar for Excellence in Humanities |
| 1996 | MIT Ned Holt Prize for Excellence in Scholarship and Service |
| 1996 | NSF Predoctoral Fellowship Finalist |
| 1996-2001 | Howard Hughes Medical Institute Doctoral Fellow |
| 2002-2003 | Cancer Research Institute Postdoctoral Fellowship |
| 2007 | American Association of Immunologists (AAI) Pfizer-Showell Junior Faculty Award |
| 2004-2008 | Cancer Research Institute Young Investigator Award |
| 2005-2009 | Pew Scholar in the Biomedical Sciences |
| 2012-present | Visiting Associate Professor / Professor, Graduate School of Medicine, Chiba University |
| 2011 | University of Iowa. Immunology Graduate Program, Graduate Students Annual Invited Speaker |
| 2011 | Wake Forest University School of Medicine. Immunology Graduate Program. Graduate Students Invited Speaker. |
| 2011 | Australian Society of Immunology, Visiting Speaker |
| 2012 | American Association of Immunologists (AAI) BD Biosciences Investigator Award for outstanding, early-career research contributions to the field of Immunology |
| 2012 | John Hopkins University, Immunology program. Graduate Students Invited speaker. |
| 2012 | University of Chicago Committee on Immunology (COI) Graduate Students Annual Invited speaker. |
| 2014 | UAB Medical School. Inaugural John Volanakis Immunology Lecturer, Graduate Student invited lecturer. |
| 2015 | University of Oklahoma Health Sciences Center. The UOHSC graduate student nominated Annual Distinguished Speaker. |
| 2016 | University of Minnesota, Microbiology and Immunology (MICaB) Program. Graduate students Annual invited speaker. |
| 2016 | Thompson Reuters ISI, Web of Science, Highly Cited Researcher. Ostensibly a tabulation of the most influential ~125 immunologists in the world during the period 2004-2014, based on high impact papers. |
| 2017 | Thompson Reuters ISI, Web of Science, Highly Cited Researcher. Ostensibly a tabulation of the most influential ~125 immunologists in the world during the period 2005-2015, based on high impact papers. |
| 2018 | UCSF Immunology Postdoctoral Fellows invited speaker. |

| 2018 | Stanford University Immunology Graduate Students invited speaker. |
| 2018 | Singapore Immunology Network (SIgN), A*STAR. Inaugural graduate student invited speaker. |
| 2018 | University of Chicago Committee on Immunology (COI) Graduate Student body invited speaker. |
| 2018 | Thompson Reuters ISI, Web of Science, Highly Cited Researcher. Ostensibly a tabulation of the most influential ~140 immunologists in the world during the period 2006-2016 based on high impact papers published during that period. |
| 2019 | Best of Immunity 2018 (Abbott et al. *Immunity* 2018. Top research article of 2018) |
| 2019 | Cancer Research Institute's (CRI) Fredrick W. Alt Award for New Discoveries in Immunology |
| 2019 | Web of Science, Highly Cited Researcher. Clarivate. Top 0.1% of researchers during the period 2007-2017 based on high impact papers published during that period. |
| 2019 | Elected Fellow. American Association for the Advancement of Science (AAAS). |
| 2020 | Web of Science, Highly Cited Researcher. Clarivate. Top 0.1% of immunologists during the period 2008-2018 based on high impact papers published during that period. |
| 2020 | Altmetric. #1 top ranked paper ever in *Cell*. Grifoni et al., 2020 |
| 2020 | Altmetric. #1 top ranked paper ever in *Nature Reviews Immunology*. Sette and Crotty 2020 |
| 2020- | World Health Organization (WHO) Working Group on COVID-19 Assays |
| 2020 | *Nature* top 10 COVID papers of 2020. Dan et al. COVID-19 immune memory. |
| 2021 | NIH MERIT Award |
| 2021 | University of Wisconsin, Cellular and Molecular Pathology Student Choice Seminar |
| 2021 | > 1,000,000 YouTube views |

## RESEARCH APPOINTMENTS

| 1991-1992 | Laboratories of Frederick Crescitelli and William MacFarland, UCLA Biology Dept. and USC Marine Biology Laboratory. *NSF Young Scholar* |
| 1993-1994 | Laboratory of Leonard Lerman, MIT Biology. *Undergraduate researcher* |
| 1995-1996 | Laboratory of Leonard Guarente, MIT Biology. *Undergraduate researcher, Research Technician* |
| 1997-2001 | Laboratory of Raul Andino, UCSF Microbiology and Immunology. *PhD student* |
| 2001-2003 | Laboratory of Rafi Ahmed, Emory University Microbiology and Immunology. *Postdoctoral research fellow* |
| 2003-2008 | Assistant Professor, La Jolla Institute of Allergy and Immunology (LIAI/LJI) |
| 2004-2009 | Adjunct Assistant Professor, Infectious Diseases Division, Department of Medicine, UCSD School of Medicine |
| 2009-2012 | Associate Professor with Tenure, La Jolla Institute of Allergy and Immunology (LJI) |
| 2010-2016 | Adjunct Associate Professor, Infectious Diseases Division, Department of Medicine, UCSD School of Medicine |
| 2015 | Adjunct Professor, Immunology and Microbial Science, The Scripps Research Institute (TSRI) |
| 2016- | Adjunct Professor, Division of Infectious Diseases and Global Public Health, Department of Medicine, UCSD School of Medicine |
| 2013- | Full Professor, La Jolla Institute of Allergy and Immunology (LJI) (January 1, 2013). Now La Jolla Institute for Immunology (LJI) |

## OTHER PROFESSIONAL EXPERIENCE

| 2005-2010 | LIAI Institutional Review Board (IRB) Vice Chair. |
| 2006- | LIAI/LJI Normal Human Blood Donor Program (NBDP) founder and faculty liaison |
| 2007 | NIH NIAID Special Emphasis Panel Study Section |
| 2008 | NIH NIAID IHD Immunity and Host Defense Study Section, ad hoc reviewer |
| 2008 | NIH NIAID Special Emphasis Panel Study Section |
| 2008 | NIH NIAID IHD Immunity and Host Defense Study Section, ad hoc reviewer |
| 2009 | NIH NIAID IHD Immunity and Host Defense Study Section, ad hoc reviewer |
| 2009 | NIH NIAID IHD Immunity and Host Defense Study Section, ad hoc reviewer |
| 2010-2014 | NIH Study Section Standing Member appointment, Immunity and Host Defense (IHD) |

| | |
|---|---|
| 2012-2015 | American Association of Immunologist (AAI) Program Committee |
| 2014-2019 | NIH NIAID Scripps Center for HIV/AIDS Vaccine Immunology & Immunogen Discovery (CHAVI-ID) Scientific Leadership Group |
| 2016 | Conference Organizer (w/Shannon Turley), Asilomar 55th Midwinter Immunology Conference |
| 2016 | Conference Organizer (w/Carola Vinuesa), Inaugural Keystone Conference on 'T Follicular Helper Cells (Tfh) and Germinal Centers'. The conference received a 97% positive rating by attendees. |
| 2016-2020 | Asilomar Midwinter Conference Council |
| 2016- | UCSD Biomedical Sciences Graduate Program (BMS), Immunology Track Chair, LJI |
| 2017 | NIH NIAID ZRG1 IMM Study Section |
| 2018 | NIH NIAID ZRG Special Emphasis Panel, Study Section reviewer |
| 2018 | 2019 Michelson Prizes, Scientific Advisory Panel |
| 2019 | NIH Director's New Innovator Award (DP2), Distinguished Editor/Reviewer Study Section Panel |
| 2019- | Human Vaccines Project, Scientific Leadership Group |
| 2019 | NIH AIDS Vaccine Research Subcommittee (AVRS) ad hoc member |
| 2019 | NIH NIAID CCHI IOF Review Panel |
| 2020 | NIH NIAID Immunity and Host Defense Study Section, ad hoc reviewer |
| 2022 | NIH NIAID Immunity and Host Defense Study Section, Winter, ad hoc reviewer |

Total NIH grant review panels participated to date (2020): 23

**PUBLICATIONS**
ORCID ID 0000-0002-6484-6262
Google Scholar: Shane Crotty
PubMed: Shane Crotty
NCBI: https://www.ncbi.nlm.nih.gov/myncbi/shane.crotty.1/bibliography/public/

**BOOKS**

Shane Crotty. ***Ahead of the Curve: David Baltimore's Life in Science***. (April 2001) 272 pgs. University of California Press. (Paperback, Spring 2003)
     Reviewed in: *Nature, Wall Street Journal, Washington Post, Nature Medicine, JAMA, Publishers Weekly, Library Journal, New Scientist, Discover, American Scientist.*

**ARTICLES**

1.   Colin A. Smith, Shane Crotty, Yoko Harada, Alan D. Frankel. "Altering the context of an RNA bulge switches the binding specificities of two viral Tat proteins". **Biochemistry**. 1998;37:10808-14.

2.   Luis J. Sigal, Shane Crotty, Raul Andino, Kenneth Rock. "Cytotoxic T-cell immunity to virus-infected non-haematopoietic cells requires presentation of exogenous antigen". **Nature.** 1999;398:77-80.
   ● News and Views. "Accessory to murder." *Nature* 398:26-27
   ● Selected for *Nature* "Best of 1999" collection

3.   Shane Crotty, Barbara Lohman, Fabien Lu, Shenbei Tang, Chris Miller, Raul Andino. "Mucosal immunization of cynomolgus macaques with two serotypes of live poliovirus vectors expressing simian immunodeficiency virus (SIV) antigens: Stimulation of humoral, mucosal, and cellular immunity". **Journal of Virology** 1999;73:9485-95. PMC112983

4.   David W. Gohara, Shane Crotty, Jamie J. Arnold, Joshua Yoder, Raul Andino, Craig E. Cameron. "Poliovirus RNA-dependent RNA polymerase (3D$^{pol}$): structural, biochemical and biological analysis of conserved structural motifs A and B". **J. Biological Chemistry.** 2000;275:25523-32.

5.  Shane Crotty, David Maag, Jamie J. Arnold, Weidong Zhong, Johnson Y.N. Lau, Zhi Hong, Raul Andino, Craig E. Cameron. "The broad-spectrum antiviral ribonucleoside ribavirin is an RNA virus mutagen". **Nature Medicine.** 2000;6:1375-9.

6.  Shane Crotty, Craig Cameron, Raul Andino. "RNA virus error catastrophe: direct molecular test by using ribavirin". **Proceedings of the National Academy of Sciences (PNAS)**. 2001;98:6895-900. PMC34449
    (Editor's Choice: Highlights of the recent literature. "Genetic Meltdown." *Science* 292:1969)

7.  Shane Crotty, Chris Miller, Barbara Lohman, Martha R. Neagu, Lara Compton, Ding Lu, Fabien Lu, Linda Fritts, Jeffrey D. Lifson, Raul Andino. "Protection from SIV vaginal challenge using Sabin poliovirus vectors". **Journal of Virology**. 2001;75:7435-52. PMC114979

8.  Shane Crotty, Craig Cameron, Raul Andino. "Ribavirin's antiviral mechanism of action: Lethal Mutagenesis?" **Journal of Molecular Medicine**. 2002;80:86-95.

9   Shane Crotty, Laura Hix, Luis Sigal, Raul Andino. "Poliovirus pathogenesis in a new poliovirus receptor transgenic mouse model: age-dependent paralysis and a mucosal route of infection." **Journal of General Virology**. 2002;83:1707-20.

10.  Shane Crotty, Raul Andino. "Implications of high RNA virus mutation rates: ribavirin and error catastrophe." **Microbes and Infection**. 2002;4:1301-7.

11.  Shane Crotty, Ellen Kersh, Jennifer Cannons, Pamela Schwartzberg, Rafi Ahmed. "SAP is required for generating long-term humoral immunity". **Nature.** 2003;421:282-7.
    (News and Views. "B cell memory: Sapping the T cell". *Nature Medicine* 9:164-166)

12.  Shane Crotty, David Gohara, Devin K. Gilligan, Sveta Karelsky, Craig E. Cameron, Raul Andino. "Manganese-dependent polioviruses caused by mutations within the viral polymerase". **Journal of Virology**. 2003;77:5378-88. PMC153957

13.  Shane Crotty, Phil Felgner, Huw Davies, John Glidewell, Luis Villarreal, Rafi Ahmed. "Cutting Edge: Long term B cell memory in humans after smallpox vaccination". **Journal of Immunology.** 2003;171:4969-73.

14.  Shane Crotty, Raul Andino. "Poliovirus vaccine strains as mucosal vaccine vectors and their potential use to develop an AIDS vaccine". **Advanced Drug Delivery Reviews**. 2004;56(6):835-52.

15.  Shane Crotty, Maria-Carla Saleh, Leonid Getlin, Oren Beske, Raul Andino. "Viral escape from a drug with a cellular protein target: Brefeldin A resistant poliovirus". **Journal of Virology**. 2004;78:3378-86.

16.  Shane Crotty, Rachael Aubert, John Glidewell, Rafi Ahmed. "Tracking human antigen-specific memory B cells: A sensitive and generalized ELISPOT system". **Journal of Immunological Methods.** 2004;286:111-22.

17.  Shane Crotty, Rafi Ahmed. "Immunological memory to infection". **Seminars in Immunology**. 2004;16:197-203.

18.  Conrad P. Quinn, Peter M. Dull, Vera Semenova, Han Li, Shane Crotty, Thomas H. Taylor, Evelyn Steward-Clark, Karen Stamey, Dan Schmidt, Kelly W. Stinson, Alison E. Freeman, Cheryl Elie, S.K. Martin, Carolyn Green, Rachael D. Aubert, John Glidewell, Bradley A. Perkins, Rafi Ahmed, David S. Stephens. "Immune response to *Bacillus anthracis* Protective Antigen in patients with bioterrorism-related cutaneous and inhalation anthrax". **Journal of Infectious Diseases (JID)**. 2004;190:1228-36.

19.  D. Huw Davies, Xiaowu Liang, Jenny E. Hernandez, Arlo Randall, Siddiqua Hirst, Yunxiang Mu, Kimberly M. Romero, Toai T. Nguyen, Mina Kalantari-Dehaghi, Shane Crotty, Pierre Baldi, Luis P. Villarreal, Philip L. Felgner.

"Profiling the humoral immune response to infection using proteome microarrays: High throughput vaccine and diagnostic antigen discovery". **Proceedings of the National Academy of Sciences (PNAS)**. 2005;102:547-52. PMC545576

20.  Roland R. Regoes, <u>Shane Crotty</u>, Rustom Antia, Mark Tanaka. "Optimal replication of poliovirus within cells". **American Naturalist**. 2005;165:364-73.

21.  D. Huw Davies, Megan M. McCausland, Conrad Valdez, Devan Huynh, Jenny E. Hernandez, Yunxiang Mu, Siddiqua Hirst, Luis Villarreal, Philip L. Felgner, <u>Shane Crotty</u>[*]. "Vaccinia virus H3L envelope protein is a major target of neutralizing antibodies in humans and elicits protection against lethal challenge in mice". **Journal of Virology.** 2005;79:11724-33. PMC1212608

22.  D. B. Graham, Michael P. Bell, Megan M. McCausland, Catherine J. Huntoon, Jan van Deursen, William A. Faubion, <u>Shane Crotty</u>, David J. McKean. "Ly9 (CD229)-deficient mice exhibit T cell defects yet do not share several phenotypic characteristics associated with SLAM- and SAP-deficient mice". **Journal of Immunology.** 2006;176:291-300.

23.  <u>Shane Crotty</u>*, Megan M. McCausland, Rachael D. Aubert, E. John Wherry, Rafi Ahmed. "Hypogammaglobulinemia and exacerbated CD8 T-cells-mediated immunopathology in SAP-deficient mice with chronic LCMV infection mimics human XLP disease". **Blood**. 2006;108:3085-93. *Corresponding author

24.  Jennifer L. Cannons, Li J. Yu, Dragana Jankovic, <u>Shane Crotty</u>, Reiko Horai, Martha Kirby, Stacie Anderson, Allen W. Cheever, Alan Sher, Pamela L. Schwartzberg. "SAP regulates T cell–mediated help for humoral immunity by a mechanism distinct from cytokine regulation". **Journal of Experimental Medicine**. 2006;203:1551-65. PMC2118305

25.  Ian Amanna, Mark Slifka, <u>Shane Crotty</u>*. "Immunity and immunological memory following smallpox vaccination". **Immunological Reviews**. 2006;211:320-37. *Corresponding author

26.  Mette A. Ejrnaes, Christophe M. Filippi, M. M. Martinic, Eleanor M. Ling, Lisa M. Togher, <u>Shane Crotty</u>, Matthias G. von Herrath. "Resolution of a chronic viral infection following IL-10 receptor blockade". **Journal of Experimental Medicine**. 2006;203:2461-72. PMC2118120

27.  Megan M. McCausland, Isharat Yusuf, Hung Tran, Nobuyuki Ono, Yusuke Yanagi, <u>Shane Crotty</u>*. "SAP regulation of follicular helper CD4 T cell development is independent of SLAM and Fyn kinase". **Journal of Immunology**. 2007 Jan 15;178:817-28. *Corresponding author.

28.  Magdalini Moutaftsi, Huynh Hoa-Bui, Bjoern Peters, John Sidney, Shahram Salek-Ardakani, Carla Oseroff, Valerie Pasquetto, <u>Shane Crotty</u>, Mick Croft, Elliot Lefkowitz, Howard Grey, Alessandro Sette. "Vaccinia virus-specific CD4+ T cell responses target a set of antigens largely distinct from those targeted by CD8+ T cell responses". **Journal of Immunology**. 2007;178:6814-20.

29.  D. Huw Davies, Douglas Molina, Jens Wrammert, Joe Miller, Siddiqua Hirst, Yunxiang Mu, Jozelyn Pablo, Berkay Unal, Rie Nakajima-Sasaki, Xiaowu Liang, <u>Shane Crotty</u>, Kevin Karem, Inger Damon, Rafi Ahmed, Luis Villarreal, Philip Felgner. "Proteome-wide analysis of the serological response to vaccinia and smallpox". **Proteomics.** 2007;7:1678-86.

30.  Bianca Mothe, Barbara Stewart, Carla Oseroff, Huynh-Hoa Bui, Stephanie Stogiera, Zacarias Garcia, Courteney Dow, Maria Pilar Rodriguez-Carreno, Maya Kotturi, Valerie Pasquetto, Jason Botten, <u>Shane Crotty</u>, Edith Janssen, Michael Buchmeier, Alessandro Sette. "Chronic lymphocytic choriomeningitis virus infection actively down-regulates CD4+ T cell responses directed against a broad range of epitopes". **Journal of Immunology**. 2007;179:1058-67.

31.  Kevin L. Karem, Mary Reynolds, Christine Hughes, Zach Braden, P. Nigam, Shane Crotty, John Glidewell, Rafi Ahmed, Rama Amara, Inger K. Damon. "Monkeypox-induced immunity and failure of childhood smallpox vaccination to provide complete protection". **Clinical and Vaccine Immunology**. 2007;14:1318-27. PMC2168110

32.  Megan M. McCausland, Shane Crotty*. "Quantitative PCR (QPCR) technique for detecting lymphocytic choriomeningitis virus (LCMV) in vivo". **Journal of Virological Methods.** 2008;147:167-76. (Epub Aug 2007) PMC2330273. *Corresponding author.

33.  Mohammed Rafii-El-idrissi Benhnia, Megan M. McCausland, Hua-Poo Su, Kavita Singh, Julia Hoffmann, D. Huw Davies, Philip L. Felgner, Steven Head, Alessandro Sette, David N. Garboczi, Shane Crotty*. "Redundancy and plasticity of neutralizing antibody responses are cornerstone attributes of the human immune response to the smallpox vaccine". **Journal of Virology**. 2008;82:3751-68. PMC2268460 *Corresponding author.

34.  Alessandro Sette, Magdalini Moutaftsi, Juan Moyron-Quiroz, Megan M. McCausland, D. Huw Davies, Robert Johnston, Mohammed Rafii-El-idrissi Benhnia, Julia Hoffman, Hua-Poo Su, Kavita Singh, David N. Garboczi, Steven Head, Howard Grey, Philip L. Felgner, Shane Crotty*. "Selective CD4+ T cell help for antibody responses to a large viral pathogen: deterministic linkage of specificities".  **Immunity**. 2008; 28:847-58. PMC2504733 *Corresponding author.

35.  Shahram Salek-Ardakani, Magdalini Moutaftsi, Shane Crotty, Alessandro Sette, Michael Croft. "OX40 drives protective vaccinia virus-specific CD8 T cells". **Journal of Immunology.** 2008; 181:7969-76. PMC2729132

36.  Emmanuel Tupin, Mohammed Rafii-El-Idrissi Benhnia, Yuki Kinjo, Rebeca Patsey, Chris Lena, Matthew Haller, Melissa J. Caimano, Masakazu Imamura, Chi-Huey Wong, Shane Crotty, Justin D. Radolf, Timothy J. Sellati, Mitchell Kronenberg. "NKT cells prevent chronic joint inflammation following infection with *Borrelia burgdorferi*". **Proceedings of the National Academy of Sciences (PNAS)**. 2008;105:19863-8. PMC2604993

— 2009 —

37.  Mohammed Rafii-El-Idrissi Benhnia, Megan McCausland, Juan Moyron, J. Laudenslager, S. Granger, Sandra Rickert, L. Koriazova, Ralph Kubo, S. Kato, Shane Crotty*. "Vaccinia virus extracellular enveloped virion neutralization in vitro and protection in vivo depend on complement".  **Journal of Virology**. 2009 Feb;83(3):1201-15. PMC2620895 *Corresponding author

38.  Yuko Kawakami, Yoshiaki Tomimori, Kenji Yumoto, Shunji Hasegawa, Tomoaki Ando, Yutaka Tagaya, Shane Crotty, Toshiaki Kawakami. "Inhibition of NK cell activity by IL-17 allows vaccinia virus to induce severe skin lesions in a mouse model of eczema vaccinatum". **Journal of Experimental Medicine**. 2009 June 8;206(6):1219-25. PMC2715052

39.  Robert J. Johnston, Amanda C. Poholek, Daniel DiToro, Isharat Yusuf, Danelle Eto, Burton Barnett, Alexander L Dent, Joe Craft, Shane Crotty*. "Bcl6 and Blimp-1 are reciprocal and antagonistic regulators of follicular helper (T$_{FH}$) CD4 T cell differentiation".  **Science.** (Epub July 16, 2009). 2009 Aug 21;325(5943):1006-10. PMC2766560 *Corresponding author.
   ●  News and Views. Immunology "The yin and yang of follicular helper CD4 T cells." **Science** 2009;953-5
   ●  Over 1000 citations. (Google Scholar, as of Jan 2019)

40.  Mohammed Rafii-El-Idrissi Benhnia, Megan McCausland, John Laudenslager, Steven W. Granger, Sandra Rickett, Lilia Koriazova, Tomoyuji Tahara, Ralph T. Kubo, Shinichiro Kato, Shane Crotty*. "Heavily isotype dependent protective activities of human antibodies against the extracellular virion form of vaccinia virus". **Journal of Virology.** 2009 Dec;83(23):12355-67. PMC2786738 *Corresponding author.

Exhibit A, Page 36

41.  Juan Moyron-Quiroz, Megan McCausland, Robin Kageyama, Alessandro Sette, Shane Crotty*. "The smallpox vaccine induces an early neutralizing IgM response". **Vaccine.** 2009 Dec 10;28(1):140-7. PMC2788018 *Corresponding author.

— 2010 —

42.  Alessandro Sette, Howard Grey, Carla Oseroff, Bjoern Peters, Magdalini Moutaftsi, Shane Crotty, Erika Assarsson, Jay Greenbaum, Yohan Kim, Ravi Kolla, David Tscharke, David Koelle, R. Paul Johnson, Janice Blum, Steven Head, John Sidney. "Definition of epitopes and antigens recognized by vaccinia specific immune responses: Their conservation in variola virus sequences, and use as a model system to study complex pathogens". **Vaccine**. 2010;27S:G21-26. PMC2928716

43.  Shane Crotty*, Robert J. Johnston, Stephen P. Schoenberger. "Effectors and memories: Bcl6 and Blimp-1 in T and B lymphocyte differentiation".  **Nature Immunology**. 2010 Feb;11(2):114-20. PMC2864556 *Corresponding author.

44.  Maya F. Kotturi, Jason Botten, Matt Maybeno, John Sidney, Jean Glenn, Huynh-Hoa Bui, Carla Oseroff, Shane Crotty, Bjoern Peters, Howard Grey, Daniel M. Altmann, Michael J. Buchmeier, Alessandro Sette. "Polyfunctional CD4+ T cell responses to a set of pathogenic arenaviruses provide broad population coverage". **Immunome Research**. 2010;6:4. PMC2880318

45.  Magdalini Moutaftsi, David C Tscharke, Kerrie Vaughan, David M Koelle, Lawrence Stern, Mauricio Calvo-Calle, Francis Ennis, Masanori Terajima, Gerd Sutter, Shane Crotty, Ingo Drexler, Genoveffa Franchini, Jon W Yewdell, Steven R Head, Janice Blum, Bjoern Peters, Alex Sette. "Uncovering the interplay between CD8, CD4 and antibody responses to complex pathogens". **Future Microbiology**. 2010;5:221-39. PMC3363998

46.  Megan M. McCausland, Mohammed Rafii-El-Idrissi Benhnia, Lindsay Crickard, John Laudenslager, Steven W. Granger, Tomoyuki Tahara, Ralph Kubo, Lilia Koriazova, Shinichiro Kato, Shane Crotty*. "Combination therapy of vaccinia virus infection with human anti-H3 and anti-B5 monoclonal antibodies in a small animal model". **Antiviral Therapy**. 2010;15:661-75. PMC2898516 *Corresponding author.

47.  Amanda C. Poholek, Kyle Hansen, Sairy G. Hernandez, Danelle Eto, Anmol Chandele, Jason S. Weinstein, Xuemei Dong, Jared M. Odegard, Susan M. Kaech, Alexander L. Dent, Shane Crotty, Joe Craft. "In vivo regulation of Bcl6 and T follicular helper cell development".  **Journal of Immunology.** 2010;185:313-26. PMC2891136

48.  Isharat Yusuf, Robin Kageyama, Laurel Monticelli, Robert J. Johnston, Daniel DiToro, Kyle Hansen, Burton Barnett, Shane Crotty*. "Germinal center T follicular helper cells require SLAM (CD150) for IL-4 production". **Journal of Immunology.** 2010;185:190-202. PMC2913439 *Corresponding author.

— 2011 —

49.  Yoshiaki Tomimori, Yuko Kawakami, Megan M. McCausland, Tomoaki Ando, Lilia Koriazova, Shinichiro Kato, Toshi Kawakami, Shane Crotty*. "Protective murine and human monoclonal antibodies against eczema vaccinatum". **Antiviral Therapy**. 2011;16(1):67-75. PMC3046123 *Corresponding author.

50.  Danelle Eto, Christopher Lao, Daniel DiToro, Burton Barnett, Tania C. Escobar, Robin Kageyama, Isharat Yusuf, Shane Crotty*. "IL-21 and IL-6 are critical for different aspects of B cell immunity and redundantly induce optimal follicular helper CD4 T cell (Tfh) differentiation". **PLoS ONE**. 2011;6(3):e17739. PMC3056724 *Corresponding author.
  ●  Possibly the most cited Immunology paper in PLoS ONE from 2011. *Google Scholar*

51.  Samira Salek-Ardakani, Youn Soo Choi, Mohammed Rafii-El-Idrissi Benhnia, Rachel Flynn, Ramon Arens, Stephen Schoenberger, Shane Crotty, Michael Croft, Shahram Salek-Ardakani. "B cell specific expression of B7-2 is

Exhibit A, Page 37

required for follicular T helper cell function in response to vaccinia virus". **Journal of Immunology**. 2011;186:5294-303. PMC3089765

52.  Shane Crotty*. "Follicular helper CD4 T cells (Tfh)". **Annual Reviews in Immunology**. 2011;29:621-63. *Corresponding author.
- The most cited review from the 2011 issue  (as of August 2013)
- The most downloaded review from the 2011 issue  (as of August 2013)
- > 1000 citations, Jan 2016 (*Google Scholar*)
- *Google Scholar* citations, as of 2020: > 2000
- Field Citation Ratio: 170

53.  Youn Soo Choi, Robin Kageyama, Danelle Eto, Tania C. Escobar, Robert J. Johnston, Laurel Monticelli, Christopher Lao, Shane Crotty*. "ICOS receptor instructs T follicular helper- versus effector-cell differentiation via induction of the transcriptional repressor Bcl6". **Immunity**. 2011;34:932-46. PMC3124577 *Corresponding author.
- Immunity Preview: "A Fine Romance". *Immunity* 34:827-828
- Chosen by Immunity for "Best of 2011" collection
- The 2nd most cited research article published in *Immunity* in the year 2011 (as of January 2015. *Google Scholar*)

54.  Chungui Xu, Xiangzhi Meng, Bo Yan, Shane Crotty, Junpeng Deng, Yan Xiang. "An epitope conserved in orthopoxvirus A13 envelope protein is the target of neutralizing and protective antibodies". **Virology.** 2011;418:67-73. PMC3163717

— 2012 —

55.  Robert J. Johnston, Youn Soo Choi, Jeffrey A. Diamond, Jessica A. Yang, Shane Crotty*. "STAT5 is a potent negative regulator of $T_{FH}$ differentiation". **Journal of Experimental Medicine**. 2012;209(7):243-50. PMC3281266 *Corresponding author.
- News and Views: "STAT5 Reins in the follicular helpers". *Nature Reviews Immunology*

56.  Mark A. Kroenke, Danelle Eto, Michela Locci, Michael Cho, Terence M. Davidson, Elias Haddad, Shane Crotty*. "Bcl6 and Maf cooperate to instruct human follicular helper CD4 T cell (Tfh) differentiation". **Journal of Immunology**. 2012;188:3734-44. PMC3324673 *Corresponding author.
- The 7th most cited paper published in J. Immunology in 2010. *Google Scholar*

57.  Shane Crotty*. "The 1-1-1 Fallacy". **Immunological Reviews.** 2012;247(1):133-42. *Corresponding author.

58.  Robin Kageyama, Jennifer L. Cannons , Roseanne Zhao, Christopher Lao, Michela Locci, Isharat Yusuf, Pamela L. Schwartzberg, Shane Crotty*. "The receptor Ly108 functions as a SAP adaptor dependent on-off switch for T cell help to B cells and NKT development". **Immunity**. 2012;36:986-1002. PMC3389310 *Corresponding author.
- Preview: "SAP Signaling: A Dual Mechanism of Action". *Immunity*

59.  Michael H. Matho, Matt Maybeno, Mohammed Rafii-El-Idrissi Benhnia, Danielle Becker, Xiangzhi Meng, Yan Xiang, Shane Crotty, Bjoern Peters, Dirk M. Zajonc, "Structural and biochemical characterization of the vaccinia virus envelope protein D8 and its recognition by the antibody LA5". **Journal of Virology.** 2012 May;86(15):8050-8. PMC3421696

60.  Tobias Boettler, Friedrich Moeckel, Yang Cheng, Maximillian Heeg, Shahram Salek-Ardakani, Shane Crotty, Michael Croft, Matthias von Herrath. "OX40 facilitates control of a persistent virus infection". **PLoS Pathogens**. 2012;8(9):e1002913. PMC3435255

61.  Dennis R. Burton, Rafi Ahmed, Dan H. Barouch, Salvatore T. Butera, Shane Crotty, Adam Godzik, Daniel E. Kaufmann, M. Juliana McElrath, Michel C. Nussenzweig, Bali Pulendran, Chris N. Scanlan, William R. Schief, Guido

Silvestri, Hendrik Streeck, Bruce D. Walker, Laura M. Walker, Andrew B. Ward, Ian A. Wilson, Richard Wyatt. "A blueprint for HIV vaccine discovery". **Cell Host and Microbe**. 2012;12(4):396-407. PMC3513329

62.   Lindsay Crickard, Tahar Babas, Sidharth Seth, Peter Silvera, Lilia Koriazova, <u>Shane Crotty</u>*. "Protection of rabbits and immunodeficient mice against lethal poxvirus infections by human monoclonal antibodies". **PloS ONE**. 2012;7(11):e48706. PMC3487784 *Corresponding author.

— 2013 —

63.   Mohammed Rafii-El-idrissi Benhnia, Matthew Maybeno, David Blum, Rowena Aguilar-Sino,Michael Matho, Xiangzhi Meng, Steven Head, Philip P Felgner, Dirk Zajonc, Lilia Koriazova, Shinichiro Kato, Dennis Burton, Yan Xiang, James Crowe, Bjoern Peters, <u>Shane Crotty</u>*. "Unusual features of vaccinia virus extracellular virion form (EV) neutralization resistance revealed in human antibody responses to the smallpox vaccine". **Journal of Virology**. 2013 Feb;87(3):1569-85. PMC3554146 *Corresponding author.

- Spotlight: "The challenge of poxvirus resistance to antibody neutralization". *J. Virology*

64.   Hendrik Streeck*, M. Patricia D'Souza, Dan R. Littman, <u>Shane Crotty</u>*. "Harnessing CD4 T cell responses in HIV Vaccine Development". **Nature Medicine**. 2013:19(2):143-9. PMC3626561 *Corresponding author

65.   Rafael A. Cubas, Joseph C. Mudd, Anne-Laure Savoye, Matthieu Perreau, Julien van Grevenynghe, Talibah Metcalf, Elizabeth Connick, Amie Meditz, Gordon J. Freeman, Guillermo Abesada-Terk Jr., Jeffrey M. Jacobson, Ari Brooks, <u>Shane Crotty</u>, Jacob D. Estes, Giuseppe Pantaleo, Michael M. Lederman, Elias K. Haddad. "Inadequate T follicular cell help impairs B cell immunity during HIV infection". **Nature Medicine**. 2013 Apr;19(4):494-9. PMC3843317

66.   Youn Soo Choi, Danelle Eto, Jessica A. Yang, Christopher Lao, <u>Shane Crotty</u>*. "Cutting Edge: STAT1 is required for IL-6 mediated Bcl6 induction for early Tfh differentiation". **Journal of Immunology, Cutting Edge**. 2013;190:3049-53. PMC3626564 *Corresponding author.

67.   Youn Soo Choi, Jessica A. Yang, Isharat Yusuf, Robert J. Johnston, Jason Greenbaum, Bjoern Peters, <u>Shane Crotty</u>*. "Bcl6 expressing follicular helper CD4 T cells are fate committed early and have the capacity to form memory". **Journal of Immunology**. 2013 Apr 15;190(8):4014-26. PMC3626566 *Corresponding author.

68.   Youn Soo Choi, Jessica A. Yang, <u>Shane Crotty</u>*. "Dynamic regulation of Bcl6 in follicular helper CD4 T (Tfh) cells". **Current Opinion in Immunology.** 2013 Jun;25(3):366-72. PMC3763739 *Corresponding author.

69.   Joyce Hu, Colin Havenar-Daughton, <u>Shane Crotty</u>*. "Modulation of SAP dependent T:B cell interactions as a strategy to improve vaccination". **Current Opinion in Virology.** 2013 Jun;3(3):363-70. PMC3763741 *Corresponding author.

70.   Michela Locci, Colin Havenar-Daughton, Elise Landais, Jennifer Wu, Mark A. Kroenke, Cecilia L. Arlehamn, Laura F. Su, Rafael Cubas, Mark M. Davis, Alessandro Sette, Elias K. Haddad, IAVI Protocol C Principal Investigators, Pascal Poignard, and <u>Shane Crotty</u>*. "Human circulating PD-1$^+$CXCR3$^-$CXCR5$^+$ memory Tfh cells are highly functional and correlate with broadly neutralizing HIV antibody responses". **Immunity**. 2013:39(4):758-69. PMC3996844 *Corresponding author.

- *Immunity* "Preview" = "Blood Tfh Cells Come with Colors", Oct 17, 2013
- *Nature Reviews Immunology* "Research Highlight" = "Want to neutralize HIV? Get help!", Oct 11, 2013
- "The research represents 'a really important advance.'" Tony Fauci, NIAID Director. *San Diego Union-Tribune.* Sept 12, 2013

71.   Tobias Boettler, Youn Soo Choi, Shahram Salek-Ardakani, Yang Cheng, Friedrich Moeckel, Michael Croft, <u>Shane Crotty</u>, Matthias von Herrath "Exogenous OX40 stimulation during lymphocytic choriomeningitis virus infection

impairs follicular Th cell differentiation and diverts CD4 T cells into the effector lineage by upregulating Blimp-1". **Journal of Immunology.** 2013;191(10):5026-35. PMC3915873

— 2014 —

72.  Inbal Sela-Culang, Mohammed Rafii-El-Idrissi Benhnia, Michael H. Matho, Thomas Kaever, Matt Maybeno, Andrew Schlossman, Guy Nimrod, Sheng Li, Yan Xiang, Dirk Zajonc, <u>Shane Crotty</u>, Yanay Ofran, Bjoern Peters. "Using a combined computational-experimental approach to predict antibody-specific B cell epitopes". **Structure.** 2014;22(4):646-57.

73.  Haikun Wang, Jianlin Geng, Xiaomin Wen, Enguang Bi, Andrew V. Kossenkov, Amaya I. Wolf, Jeroen Tas, Youn Soo Choi, Hiroshi Takata, Timothy J. Day, Li-Yuan Chang, Stephanie L. Sprout, Emily K. Becker, Jessica Willen, Tianfeng Li, Xinxin Wang, Changchun Xiao, Ping Jiang, <u>Shane Crotty</u>, Gabriel D. Victora, Louise C. Showe, Haley O. Tucker, Jan Erikson Hui Hu. "The transcription factor Foxp1 is a critical negative regulator of the differentiation of follicular helper T cells". **Nature Immunology.** 2014 Jul;15(7):667-75. PMC4142638

74.  Nengming Xiao, Danelle Eto, Chris Elly, Guiying Peng, <u>Shane Crotty</u>*, Yun-Cai Liu*. "The E3 ubiquitin ligase Itch is required for the differentiation of T follicular helper ($T_{FH}$) cells". **Nature Immunology.** 2014;15(7):657-66. PMC4289613. *Co-corresponding author.

75.  Jung Joo Hong, Praveen K. Amancha, Kenneth A. Rogers, Cynthia L. Courtney, Colin Havenar-Daughton, <u>Shane Crotty</u>, Aftab A. Ansari, Francois Villinger. "Early lymphoid responses and germinal center formation correlate with lower viral load set points and better prognosis of simian immunodeficiency virus infection". **Journal of Immunology.** 2014 Jul 15;193(2):797-06. PMC4084862

76.  Thomas Kaever, Xiangzhi Meng, Michael H. Matho, Andrew Schlossman, Sheng Li, Inbal Sela-Culang, Yanay Ofran, Mark Buller, Ryan W. Crump, Scott Parker, April Frazier, <u>Shane Crotty</u>, Dirk M. Zajonc, Bjoern Peters, Yan Xiang. "Potent neutralization of vaccinia virus by divergent murine antibodies targeting a common site of vulnerability in L1 protein". **Journal of Virology.** 2014;88(19):11339-55. PMC4178804

77.  Runqiang Chen^, Simon Bélanger^, Megan Frederick, Bin Li, Robert J. Johnston, Nengming Xiao, Yun-Cai Liu, Sonia Sharma, Bjoern Peters, Anjana Rao, <u>Shane Crotty</u>*, Matthew Pipkin*. "In vivo RNA interference screens identify regulators of antiviral CD4 and CD8 T cell differentiation". **Immunity.** 2014;41:325-38. PMC4160313. ^equal contributions. *Co-corresponding author.

78.  <u>Shane Crotty</u>*. "T follicular helper cell differentiation, function, and roles in disease". **Immunity.** 2014 Oct;41:529-42. PMC4223692. *Corresponding author.
    - Accompanying video lecture: https://youtu.be/u77uDyXqlG0
    - Field citation ratio: 117

79.  Michael H. Matho, Natalia de Val, Gregory M. Miller, Joshua Brown, Andrew Schlossman, Xiangzhi Meng, <u>Shane Crotty</u>, Bjoern Peters, Yan Xiang, Linda C. Hsieh-Wilson, Andrew B. Ward, Dirk M. Zajonc. "Murine anti-vaccinia virus D8 antibodies target different epitopes and differ in their ability to block D8 binding to CS-E". **PLoS Pathogens.** 2014 Dec;10(12):e1004495. PMC4256255

— 2015 —

80.  Gustavo J. Martinez, Renata M. Pereira, Tarmo Äijö, Edward Y. Kim, Francesco Marangoni, Matthew E. Pipkin, Susan Togher, Vigo Heissmeyer, Yi Chen Zhang, Shane Crotty, Edward D. Lamperti, K. Mark Ansel, Thorsten R. Mempel, Harri Lähdesmäki, Patrick G. Hogan, Anjana Rao. "The transcription factor NFAT promotes exhaustion of activated CD8(+) T cells". **Immunity.** 2015 Feb 17;42(2):265-78. PMC4346317

81.  <u>Shane Crotty</u>*. "A brief history of T cell help to B cells". **Nature Reviews Immunology**. 2015 Mar;15(3):185-9. PMC4414089. *Corresponding author.
   - *Nature Reviews Immunology* 50th Anniversary of B cells Special
   - Article cited on the *Nature Reviews Immunology* cover

82.  Katerina Hatzi^, J. Philip Nance^, Mark A. Kroenke, Marcella Bothwell, Elias K. Haddad, Ari Melnick*, <u>Shane Crotty</u>*. "BCL6 orchestrates Tfh differentiation via multiple distinct mechanisms". **Journal of Experimental Medicine.** 2015 212(4):539-53. PMC4387288. ^equal contributions. *Co-corresponding author.

83.  J. Philip Nance, Simon Bélanger, Robert J. Johnston, Toshitada Takemori , <u>Shane Crotty</u>*. "T follicular helper cell differentiation is defective in the absence of Bcl6 BTB repressor domain function". **Journal of Immunology: Cutting Edge.** 2015 Jun 15;194(12):5599-603. PMC4456636. *Corresponding author.

84.  <u>Shane Crotty</u>, Matthew E. Pipkin. "In vivo RNAi screens: concepts and applications". **Trends in Immunology.** 2015 May;36(5):315-22. PMC4810674

85.  Youn Soo Choi^, Jodi A. Gullicksrud^, Shaojun Xing, Zhouhao Zeng, Qiang Shan, Paul E. Love, Weiqun Peng, Hai-Hui Xue*, <u>Shane Crotty</u>*. "LEF-1 and TCF-1 orchestrate TFH differentiation by regulating differentiation circuits upstream of the transcriptional repressor Bcl6". **Nature Immunology**. 2015 Sep;16(9):980-90. PMC4545301 ^equal contributions. *Co-corresponding author.

86.  Daniela Weiskopf, Derek J. Bangs, John Sidney, Ravi V. Kolla, Aruna D. De Silva, Aravinda M. de Silva, <u>Shane Crotty</u>, Bjoern Peters, Alessandro Sette. "Dengue virus infection elicits highly polarized CX3CR1+ cytotoxic CD4+ T cells associated with protective immunity". **Proceedings of the National Academy of Sciences (PNAS)**. 2015 Aug 4;112(31):E4256-63. PMC4534238

87.  Joyce K. Hu, Jordan C. Crampton, Albert Cupo, Thomas Ketas, Marit J. van Gils, Kwinten Sliepen, Steven W. de Taeye, Devin Sok, Gabriel Ozorowski, Isaiah Deresa, Robyn Stanfield, Andrew B. Ward, Dennis R. Burton, Per Johan Klasse, Rogier W. Sanders, John P. Moore, <u>Shane Crotty</u>*. "Murine antibody responses to cleaved soluble HIV-1 envelope trimers are highly restricted in specificity". **Journal of Virology.** 2015 Oct;89(20):10383-98. PMC4580201**.** *Corresponding author.

88.  Michael H. Matho, Andrew Schlossman, Xiangzhi Meng, Mohammed Rafii-El-Idrissi Benhnia, Thomas Kaever, Mark Buller, Konstantin Doronin, Scott Parker, Bjoern Peters, <u>Shane Crotty</u>, Yan Xiang, Dirk M. Zajonc. "Structural and functional characterization of anti-A33 antibodies reveal a potent cross-species orthopoxviruses neutralizer". **PLoS Pathogens.** 2015 Sept 1;11(9):e1005148. PMC4556652

89.  J. Philip Nance, Simon Bélanger, Robert J. Johnston, Joyce Hu, Toshitada Takemori, <u>Shane Crotty</u>*. "Bcl6 middle domain repressor function is required for T follicular helper cell differentiation and utilizes the corepressor MTA3". **Proceedings of the National Academy of Sciences (PNAS)**. 2015 Oct 27;112(43):13324-9. PMC4629362 *Corresponding author.

90.  Rafael Cubas, Julien van Grevenynghe, Saintedym Wills, Lela Kardava, Brian H. Santich, Clarisa M. Buckner, Roshell Muir, Virginie Tardif, Carmen Nichols, Francesco Procopio, Zhong He, Talibah Metcalf, Khader Ghneim, Michela Locci, Petronella Ancuta, Jean-Pierre Routy, Lydie Trautmann, Yuxing Li, Adrian B. McDermott, Rick A. Koup, Constantinos Petrovas, Steven A. Migueles, Mark Connors, Georgia D. Tomaras, Susan Moir, <u>Shane Crotty</u>, Elias K. Haddad. "Reversible reprogramming of circulating memory T follicular helper cell function during chronic HIV infection". **Journal of Immunology.** 2015 Dec 15;195(12):5625-36. PMC4670798

91.  Steven W. de Taeye, Gabriel Ozorowski, Alba Torrents de la Peña, Miklos Guttman, Jean-Philippe Julien, Tom L.G.M. van den Kerkhof, Judith A. Burger, Laura K. Pritchard, Pavel Pugach, Anila Yasmeen, Jordan Crampton, Joyce Hu, Ilja Bontjer, Jonathan L. Torres, Heather Arendt, Joanne DeStefano, Wayne C. Koff, Hanneke Schuitemaker, Dirk Eggink, Ben Berkhout, Hansi Dean, Celia LaBranche, <u>Shane Crotty</u>, Max Crispin, David C.

Montefiori, P. J. Klasse, Kelly K. Lee, John P. Moore, Ian A. Wilson, Andrew B. Ward, Rogier W. Sanders. "Immunogenicity of stabilized HIV-1 envelope trimers with reduced exposure of non-neutralizing epitopes". **Cell**. 2015 Dec 17;163(7):1702-15. PMC4732737

— 2016 —

92.  Elise Landais, Xiayu Huang, Colin Havenar-Daughton, Ben Murrell, Matt A. Price, Lalinda Wickramasinghe, Alejandra Ramos, Charoan B. Bian, Melissa Simek, Susan Allen, Etienne Karita, William Kilembe, Shabir Lakhi, Mubiana Inambao, Anatoli Kamali, Eduard J. Sanders, Omu Anzala, Vinodh Edward, Linda-Gail Bekker, Jianming Tang, Jill Gilmour, Sergei L. Kosakovsky-Pond, Pham Phung, Terri Wrin, <u>Shane Crotty</u>, Adam Godzik, Pascal Poignard. "Broadly neutralizing antibody responses in a large longitudinal sub-saharan HIV primary infection cohort". **PLoS Pathogens**. Public Library of Science; 2016 Jan 14;12(1):e1005369. PMC4713061

93.  Gustavo J. Martinez, Joyce K. Hu, Renata M. Pereira, Jordon S. Crampton, Susan Togher, Nicholas Bild, <u>Shane Crotty</u>, Anjana Rao. "Cutting Edge: NFAT transcription factors promote the generation of follicular helper T cells in response to acute viral infection". **Journal of Immunology: Cutting Edge.** 2016. Mar 1;196(5):2015-9. PMC4761453

94.  Colin Havenar-Daughton, Madelene Lindqvist, Antje Heit, Jennifer E. Wu, Samantha M. Reiss, Kayla Kendric, Simon Bélanger, Sudhir Pai Kasturi, Elise Landais, Rama S. Akondy, Helen M. McGuire, Marcella Bothwell, Parsia A. Vagefi, Eileen Scully, IAVI Protocol C Principal Investigators, Georgia D. Tomaras, Mark M. Davis, Pascal Poignard, Rafi Ahmed, Bruce D. Walker, Bali Pulendran, M. Juliana McElrath, Daniel E. Kaufmann, <u>Shane Crotty</u>*. "CXCL13 is a plasma biomarker of germinal center activity". **Proceedings of the National Academy of Sciences (PNAS)**. 2016 Mar8;113(10):2702-7. PMC4790995.  * Corresponding author.

95.  Thomas Kaever, Michael H. Matho, Xiangzhi Meng, Lindsay Crickard, Andrew Schlossman, Yan Xiang, <u>Shane Crotty</u>, Bjoern Peters, Dirk M. Zajonc. "Linear epitopes in A27 are targets of protective antibodies induced by vaccination against smallpox". **Journal of Virology.** 2016 Apr 14;90(9):4334-45. PMC4836320

96.  Joseph G. Jardine†, Daniel W. Kulp†, Colin Havenar-Daughton†, Anita Sarkar†, Bryan Briney†, Devin Sok†, Fabian Sesterhenn, June Ereño-Orbea, Oleksandr Kalyuzhniy, Isaiah Deresa, Xiaozhen Hu, Skye Spencer, Meaghan Jones, Erik Georgeson, Yumiko Adachi, Michael Kubitz, Allan C. deCamp, Jean-Philippe Julien, Ian A. Wilson, Dennis R. Burton, <u>Shane Crotty</u>*, William R. Schief*. "HIV-1 broadly neutralizing antibody precursor B cells revealed by germline-targeting immunogen". **Science**. 2016 Mar 25;351(6280):1458-63. PMC4872700 † Co-first author. * Co-corresponding author.
   ● NIH Director's Blog. "AIDS Vaccine Research: Better By Design?". Francis Collins.
   ● F1000 Prime recommended article.
   ● Altmetric: 340
   ● Field citation ratio: 37

97.  Christophe Pedros, Yaoyang Zhang, Joyce K. Hu, Youn Soo Choi, Ann J Canonigo-Balancio, John R. Yates III, Amnon Altman, <u>Shane Crotty</u>*, Kok-Fai Kong* "A novel TRAF-like motif of ICOS controls differentiation of germinal center T follicular helper cells via TBK1". **Nature Immunology**. 2016 Jul;17(7):825-33. PMC4915981 *Co-corresponding author.

98.  Laura A. Shaw†, Simon Bélanger†, Kyla D. Omilusik, James P. Scott-Browne, J. Philip Nance, Sunglim Cho, John Goulding, Anna Lasorella, Li-Fan Lu, <u>Shane Crotty</u>*, Ananda W. Goldrath*. "Id2 reinforces Th1 cell differentiation and inhibits E2A to repress Tfh cell differentiation". **Nature Immunology**. 2016 Jul;17(7):834-43. PMC4915968 †Co-first author. *Co-corresponding author.

99.  Joyce K. Hu, Jordan C. Crampton, Michela Locci, <u>Shane Crotty</u>*. "CRISPR-mediated *Slamf1*[⊗/⊗] *Slamf5*[⊗/⊗] *Slamf6*[⊗/⊗] triple gene disruption reveals NKT cell defects but not T follicular helper cell defects". **PLoS ONE**. 2016 May 25;11(5):e0156074. PMC4880187 *Corresponding author.

100. Michela Locci, Jennifer Wu, Fortuna Arumemi, Zbigniew Mikulski, Carol Dahlberg, Andrew T. Miller, <u>Shane Crotty</u>*. "Activin A programs human T follicular helper (Tfh) cell differentiation". **Nature Immunology**. 2016 Aug;17(8):976-84. PMC4955732. *Corresponding author.
- Cover article.

101. Colin Havenar-Daughton, Samantha M. Reiss, Diane G. Carnathan, Jennifer E. Wu, Kayla Kendric, Alba Torrents de la Peña, Sudhir Pai Kasturi, Jennifer M. Dan, Marcella Bothwell, Rogier W. Sanders, Bali Pulendran, Guido Silvestri, <u>Shane Crotty</u>*. "Cytokine-independent detection of antigen-specific germinal center T follicular helper (Tfh) cells in immunized non-human primates using a live cell Activation Induced Marker (AIM) technique". **Journal of Immunology**. 2016 Aug 1;197(3):994-1002. PMC4955744 *Corresponding author.

102. Jennifer M. Dan, Cecilia S. Lindestam Arlehamn, Daniela Weiskopf, Ricardo da Silva Antunes, Colin Havenar-Daughton, Samantha Reiss, Matthew Brigger, Marcella Bothwell, Alessandro Sette, <u>Shane Crotty</u>*. "A cytokine-independent approach to identify antigen-specific human germinal center Tfh cells and rare antigen-specific CD4⁺ T cells in blood". **Journal of Immunology**. 2016 Aug 1;197(3):983-93. PMC4955771.  *Corresponding author.

--Jennifer M. Dan, Colin Havenar-Daughton, Giuliana Silvestri, Alessandro Sette, <u>Shane Crotty</u>. Response to Comment on "A cytokine-independent approach to identify antigen-specific human germinal center T follicular helper cells and rare antigen-specific CD4+ T cells in blood". **Journal of Immunology**. 2016 Oct 1;197(7):2558.



103. Tara Bancroft, Myles BC Dillon, Ricardo da Silva Antunes, Sinu Paul, Bjoern Peters, <u>Shane Crotty</u>, Cecilia S Lindestam Arlehamn, Alessandro Sette. "Th1 versus Th2 T cell polarization by whole-cell and acellular childhood pertussis vaccines persists upon re-immunization in adolescence and adulthood". **Cellular Immunology**. 2016 Jun-Jul;304-5:35-43. PMC4899275

104. Hok Hei Tam, Mariane B. Melo, Myungsun Kang, Jeisa M. Pelet, Vera M. Ruda, Maria H. Foley, Joyce K. Hu, Sudha Kumari, Jordan Crampton, Alexis D. Baldeon,Rogier W. Sanders, John P. Moore, <u>Shane Crotty</u>, Robert S. Langer, Daniel G. Anderson, Arup K. Chakraborty, Darrell J. Irvine. "Sustained antigen availability during germinal center initiation enhances antibody responses to vaccination". **Proceedings of the National Academy of Sciences (PNAS)**. 2016 Oct 25;113(43):E6639-48. PMC5086995

105. Colin Havenar-Daughton, Diane G. Carnathan, Alba Torrents de la Peña, Matthias Pauthner, Bryan Briney, Samantha M. Reiss, Jennifer Wood, Kirti Kaushik, Marit J. van Gils, Sandy Rosales, Patricia van de Woude, Michela Locci, Khoa Le, Steven W. de Taeye, Devin Sok, Ata Ur-Rasheed, Jessica Huang, Sanjeev Gumber, Anapatricia Garcia, Sudhir P. Kasturi, Bali Pulendran, John P. Moore, Rafi Ahmed, Grégory Seumois, Dennis R. Burton, Rogier W. Sanders, Guido Silvestri, <u>Shane Crotty</u>*. "Direct probing of germinal center responses reveals immunological features and bottlenecks for neutralizing antibody responses to HIV Env trimer". **Cell Reports.** 2016 Nov 22;17(9):2195-209. PMC5142765.  *Corresponding author.
- F1000 Prime selection

— 2017 —

106. Colin Havenar-Daughton, JH Lee, <u>Shane Crotty</u>*. "Tfh cells and HIV bnAbs, an immunodominance model of the HIV neutralizing antibody generation problem". **Immunological Reviews**. 2017 Jan;275(1):49-61. *Corresponding author.

107. Sudhir Pai Kasturi, Pamela A. Kozlowski, Helder I. Nakaya, Matheus C. Burger, Pedro Russo, Mathew Pham, Yevgeniy Kovalenkov, Eduardo L. V. Silveira, Colin Havenar-Daughton, Samantha L. Burton, Katie M. Kilgore, Mathew J. Johnson, Rafiq Nabi, Traci Legere, Zarpheen Jinnah Sher, Xuemin Chen, Rama R. Amara, Eric Hunter, Steven E. Bosinger, Paul Spearman, Shane Crotty, Francois Villinger, Cynthia A. Derdeyn, Jens Wrammert, Bali Pulendran. "Adjuvanting an SIV vaccine with TLR ligands encapsulated in nanoparticles induces persistent antibody responses and enhanced protection in TRIM5α restrictive macaques". **J. Virology.** 2017;Feb 15;91(4):e01844-16. PMC5286877

108. Ricardo da Silva Antunes, Sinu Paul, John Sidney, Daniela Weiskopf, Jennifer M. Dan, Elizabeth Phillips, Simon Mallal, Shane Crotty, Alessandro Sette, Cecilia S. Lindestam Arlehamn. "Definition of human epitopes recognized in tetanus toxoid and development of an assay strategy to detect ex vivo tetanus CD4+ T cell responses". **PLoS ONE.** 2017 Jan 12;12(1):e0169086. PMC5230748

109. Bingfei Yu, Kai Zhang, J. Justin Milner, Clara Toma, Runqiang Chen, James P. Scott-Browne, Renata M. Pereira, Shane Crotty, John T. Chang, Matthew E. Pipkin, Wei Wang, Ananda W. Goldrath. "Epigenetic landscapes reveal transcription factors that regulate CD8(+) T cell differentiation". **Nature Immunology.** 2017 May;18(5):573-82. PMC5395420

110. Zinaida Polonskaya, Shenglou Deng, Anita Sarkar, Lisa Kain, Marta Comellas-Aragones, Craig S. McKay, Katarzyna Kaczanowska, Marie Holt, Ryan McBride, Valle Palomo, Kevin M. Self, Seth Taylor, Adriana Irimia, Sanjay R. Mehta, Jennifer M. Dan, Matthew Brigger, Shane Crotty, Stephen P. Schoenberger, James C. Paulson, Ian A. Wilson, Paul B. Savage, M.G. Finn, Luc Teyton. "T cells control the generation of nanomolar-affinity anti-glycan antibodies". **J Clinical Investigation (JCI)**. 2017 Apr 3;127(4):1491-504. PMC5373877

111. Shane Crotty*. "Do memory CD4 T cells keep their cell-type programming: plasticity versus fate commitment? complexities of interpretation due to the heterogeneity of memory CD4 T cells, including T follicular helper cells". **Cold Spring Harb Perspect Biol**. Cold Spring Harbor Lab; 2017 Apr 21;a032102. *Corresponding author.

112. Zaitseva M, Thomas A, Meseda CA, Cheung CYK, Diaz CG, Xiang Y, Shane Crotty, Golding H. "Development of an animal model of progressive vaccinia in nu/nu mice and the use of bioluminescence imaging for assessment of the efficacy of monoclonal antibodies against vaccinial B5 and L1 proteins". **Antiviral Research**. 2017 Aug;144:8-20.

113. Matthias Pauthner, Colin Havenar-Daughton, Devin Sok, Joseph P. Nkolola, Raiza Bastidas, Archana V. Boopathy, Diane G. Carnathan, Abishek Chandrashekar, Kimberly M. Cirelli, Christopher A. Cottrell, Alexey M. Eroshkin, Javier Guenaga, Kirti Kaushik, Daniel W. Kulp, Jinyan Liu, Laura E. McCoy, Aaron L. Oom, Gabriel Ozorowski, Kai W. Post, Shailendra K. Sharma, Jon M. Steichen, Steven W. de Taeye, Talar Tokatlian, Alba Torrents de la Peña, Salvatore T. Butera, Celia C. LaBranche, David C. Montefiori, Guido Silvestri, Ian A. Wilson, Darrell J. Irvine, Rogier W. Sanders, William R. Schief, Andrew B. Ward, Richard T. Wyatt, Dan H. Barouch, Shane Crotty*, Dennis R. Burton*. "Elicitation of robust tier 2 neutralizing antibody responses in nonhuman primates by HIV envelope trimer immunization using optimized approaches". **Immunity**. 2017 Jun 20;46(6):1073-8. PMC5483234 *Co-corresponding authors
   ● F1000 Prime selection
   ● Altmetric: 131
   ● Field citation ratio: 29.9

114. James Badger Wing, Yohko Kitagawa, Michela Locci, Hannah Hume, Christopher Tay, Takayoshi Morita, Yujiro Kidani, Kyoko Matsuda, Takeshi Inoue, Tomohiro Kurosaki, Shane Crotty, Cevayir Coban, Naganari Ohkura, Shimon Sakaguchi. "A distinct subpopulation of CD25- T-follicular regulatory cells localizes in the germinal centers". **Proceedings of the National Academy of Sciences**. 2017 Aug 1;114(31):E6400-9. PMC5547636

115. Kimberley Cirelli, Shane Crotty*. "Germinal center enhancement by extended antigen availability". **Current Opinion in Immunology.** 2017 Aug;47:64-9. PMC5626612.  *Corresponding author.

116. Samantha Reiss, Amy E. Baxter, Kimberly M. Cirelli, Jennifer M. Dan, Antigoni Morou, Audrey Daigneault, Nathalie Brassard, Guido Silvestri, Jean-Pierre Routy, Colin Havenar-Daughton, Shane Crotty*, Daniel E. Kaufmann*. "Comparative analysis of activation induced marker (AIM) assays for sensitive identification of antigen-specific CD4 T cells". **PLoS ONE.** Public Library of Science. 2017 Oct 24;12(10):e0186998-22. PMC5655442.  *Co-Corresponding author.

117. Daniel W. Kulp, Jon M. Steichen, Matthias Pauthner, Xiaozhen Hu, Torben Schiffner, Alessia Liguori, Christopher A. Cottrell, Colin Havenar-Daughton, Gabriel Ozorowski, Erik Georgeson, Oleksandr Kalyuzhniy, Jordan R. Willis, Michael Kubitz, Yumiko Adachi, Samantha M. Reiss, Mia Shin, Natalia de Val, Andrew B. Ward, Shane Crotty, Dennis R. Burton, William R. Schief. "Structure-based design of native-like HIV-1 envelope trimers to silence non-neutralizing epitopes and eliminate CD4 binding".   **Nature Communications**. 2017 Nov 21;8(1):1655. PMC5698488

118.    Milner JJ, Toma C, Yu B, Zhang K, Omilusik K, Phan AT, Wang D, Getzler AJ, Nguyen T, Shane Crotty, Wang W, Pipkin ME*, Goldrath AW*. "Runx3 programs CD8⁺ T cell residency in non-lymphoid tissues and tumours". **Nature**. 2017 Dec 14;552(7684):253-7. PMC5747964

— 2018 —

119. Michael H. Matho, Schlossman A, Gilchuk IM, Miller G, Mikulski Z, Hupfer M, Wang J, Bitra A, Meng X, Xiang Y, Thomas Kaever, Doukov T, Klaus Ley, Shane Crotty, Bjoern Peters, Hsieh-Wilson LC, Crowe JE, Dirk M. Zajonc. "Structure-function characterization of three human antibodies targeting the vaccinia virus adhesion molecule D8". **Journal of Biological Chemistry**. 2018 Jan 5;293(1):390-401. PMC5766908

120. Abbott RK, Lee JH, Menis S, Skog P, Meghan Rossi, Ota T, KulpN DW, Bhullar D, Kalyuzhniy O, Colin Havenar-Daughton, Schief WR*, David Nemazee*, Shane Crotty*. "Precursor frequency and affinity determine B cell competitive fitness in germinal centers, tested with germline-targeting HIV vaccine immunogens". **Immunity**. 2018 Jan 16;48(1):133-46. PMC5773359.  *Co-Corresponding author.
https://dx.doi.org/10.1016/j.immuni.2017.11.023
   ● Immunity Preview article: Prabhu S, Cockburn IA, Vinuesa CG. HIV immunogens: affinity is key. *Immunity*. 2018 Jan 16;48(1):11-3.
   ● Tony Fauci, NIAID Director, "So it's exceedingly important to the field of immunogen design." *San Diego Union-Tribune*, Jan 14, 2018
   ● Cited as a top vaccine advance of 2018. D. Burton. *Nature Reviews Immunology*. Dec 2018.
   ● Cited as a top B cell immunology advance of 2018. D. Tarlinton.  *Nature Reviews Immunology*. Feb 2019.
   ● 2ⁿᵈ most cited paper from Immunity 2018 (Google Scholar. June 1, 2019)
   ● Best of Immunity 2018. Top four Research Article of 2018.

121. Veronique Schulten, Victoria Tripple, Gregory Seumois, Yuan Qian, Richard H. Scheuermann, Fu Z, Michela Locci, Sandy Rosales, Pandurangan Vijayanand, Alessandro Sette, Alam R, Shane Crotty, Bjoern Peters. "Allergen-specific immunotherapy modulates the balance of circulating Tfh and Tfr cells".  **J Allergy Clin Immunol**. 2018 Feb;141(2):775-7. PMC5682232

122.    Dalia Gaddis, Lindsey Padgett, Runpei Wu, Chantel McSkimming, Veronica Romines, Angela Taylor, Coleen McNamara, Mitchell Kronenberg, Shane Crotty, Michael Thomas, Mary Sorci-Thomas, and Catherine Hedrick. "Apolipoprotein AI prevents regulatory to follicular helper T cell switching during atherosclerosis". **Nature Communications**. 2018 Mar 15;9(1):1095. PMC5854619

123. Xiangzhi Meng, Thomas Kaever, Bo Yan, Paula Traktman, Dirk Zajonc, Bjoern Peters, Shane Crotty, Yan Xiang. "Characterization of murine antibody responses to vaccinia virus envelope protein A14 reveals an immunodominant antigen lacking of effective neutralization targets". **Virology**. 2018 Mar 17;518:284-92. PMC5911218

Exhibit A, Page 45

124. Upadhyay AA, Kauffman RC, Wolabaugh AN, Cho A, Patel NB, Reiss SM, Havenar-Daughton C, Dawoud RA, Tharp GK, Sanz L, Pulendran B, Crotty S, Lee FE, Wrammert J, Bosinger SE. BALDR: a computation pipeline for paired heavy and light chain immunoglobulin reconstruction in signel-cell RNA-seq data. **Genome Med**. 2018 Mar 20;10(1):20. PMC5859752

125. Dapeng Wang, Huitian Diao, Adam J. Getzler, Walter Rogal, Megan A. Frederick, Justin Milner, Bingei Yu, Shane Crotty, Ananda W. Goldrath, Matthew E. Pipkin. "The Transcription Factor Runx3 Establishes Chromatin Accessibility of cis-Regulatory Landscapes that Drive Memory Cytotoxic T Lymphocyte Formation". **Immunity**. 2018 Apr 17;48(4):659-74.

126. Colin Havenar-Daughton, Anita Sarkar, Daniel W. Kulp, Laura Toy, Xiaozhen Hu, Isaiah Deresa, Oleksandr Kalyuzhniy, Kirti Kaushik, Amit A. Upadhyay, Sergey Menis, Elise Landais, Liwei Cao, Jolene K. Diedrich, Sonu Kumar, Torben Schiffner, Samantha M. Reiss, Grégory Seumois, John R. Yates, James C. Paulson, Steven E. Bosinger, Ian A. Wilson, William R. Schief, Shane Crotty*. "The human naive B cell repertoire contains distinct subclasses for a germline-targeting HIV-1 vaccine immunogen". **Science Translational Medicine**. 2018 Jul 4;10(488). PMC6145074.  * Corresponding author.
  - *Science Translational Medicine* cover article.
  - This Week in *Science*. "Learning from naive B cells" *Science*, July 6, 2018.

127. Ricardo da Silva Antunes, Marana Babor, Chelsea Carpenter, Natalie Khalil, Mario Cortese, Alexander J. Mentzer, Gregory Seumois, Christopher D. Petro, Lisa A. Purcell, Pandurangan Vijayanand, Shane Crotty, Bali Pulendran, Bjoern Peters, Alessandro Sette. Th1/Th17-polarization persists following whole-cell pertussis vaccination despite repeated acellular boosters. **Journal of Clinical Investigation**. 2018 Aug 31;128(9):3853-3865. PMC6118631.
  - *Journal of Clinical Investigation* Commentary by Stanley Plotkin. *J Clin Invest*. 2018 Aug 6.



128. Colin Havenar-Daughton, Robert K. Abbott, William R. Schief, Shane Crotty*. When designing vaccines, consider the starting material: the human B cell repertoire. **Current Opinion in Immunology**. 2018 Aug;53:209-216. PMC6148213

129. D'Souza MP, Allen MA, Baumblatt JAG, Boggiano C, Crotty S, Grady C, Havenar-Daughton C, Heit A, Hu DJ, Kunwar N, McElrath MJ, Contributors LNW. Innovative approaches to track lymph node germinal center responses to evaluate development of broadly neutralizing antibodies in human HIV vaccine trials. **Vaccine**. 2018 Sep 11;36(38):5671-7.

130. Cho S, Lee H-M, Yu I-S, Choi YS, Huang H-Y, Hashemifar SS, Lin L-L, Chen M-C, Afanasiev ND, Khan AA, Lin S-W, Rudensky AY, Crotty S, Lu L-F. Differential cell-intrinsic regulations of germinal center B and T cells by miR-146a and miR-146b. **Nature Communications**. 2018 Jul 16;9(1):2757. PMC6048122

131. Li F, Zeng Z, Xing S, Gullicksrud JA, Shan Q, Choi J, Badovinac VP, Crotty S, Peng W, Xue H-H. Ezh2 programs $T_{FH}$ differentiation by integrating phosphorylation-dependent activation of Bcl6 and polycomb-dependent repression of p19Arf. **Nature Communications**. 2018 Dec 21;9(1):5452. PMC6303346

— 2019 —

132. Matthias G. Pauthner, Joseph P. Nikolola, Colin Havenar-Daughton, Ben Murrell, Samantha M. Reiss, Raiza Bastidas, Jeremie Prevost, Rebecca Nedellec, Benjamin von Bredow, Peter Abbink, Christopher A. Cottrell, Daniel W. Kulp, Talar Tokatilian, Bartek Nogel, Matteo Bianchi, Hui Li, Jeong Hyn Lee, Salvatore T. Butera, David T. Evans, Lars Hangarther, Andres Finzi, Ian A. Wilson Richard T. Wyatt, Darrell J. Irvine, William R. Schief, Andres B. Ward, Rogier W. Sanders, Shane Crotty*, George M. Shaw*, Dan H. Barouch*, Dennis R. Burton*. Vaccine-Induced Protection from Homologous Tier 2 SHIV Challenge in Nonhuman Primates Depends on Serum-Neutralizing

Antibody Titers. **Immunity**. 2019. Online Dec 21, 2018. Jan 15;50(1):241-6. PMC6335502.  *Co-Corresponding author.  https://dx.doi.org/10.1016/j.immuni.2018.11.011

- Altmetric: 190


133. Jennifer M. Dan, Colin Havenar-Daughton, Kayla Kendric, Rita Al-kolla, Kirti Kaushik, Sandy L. Rosales, Ericka L. Anderson, Christopher N. LaRock, Pandurangan Vijayanand, Gregory Seumois, Daivd Layfield, Ramsey I Cutress, Christian H. Ottensmeier, Cecilia S. Lindestam Arlehamn, Alessandro Sette, Victor Nizet, Marcella Bothwell, Matthew Brigger, and Shane Crotty*. Recurrent Group A streptococcus tonsillitis is an immunosusceptibility disease involving antibody deficiency and aberrant $T_{FH}$ cells. **Science Translational Medicine**. 2019 Feb 6;11(478). PMC6561727 *Corresponding author.  https://dx.doi.org/10.1126/scitranslmed.aau3776

- *Science*. "Teasing apart tonsillitis" Feb 8, 2019 issue.
- *Trends In Immunology* "Recurrent Tonsillitis Tfh Cells Acquire a Killer Identity" May 2019
- In the news:
  - Popular Science. Feb 6, 2019. "We're finally understanding why some kids get strep throat over and over again"
  - Newsweek.  Feb 6, 2019 "Some kids are more likely to get strep throat over and over again—here's why"
  - San Diego Union Tribune. Feb 6, 2019. "Why some kids keep getting tonsillitis — and how to fix it"
  - NIH Research Matters. "Understanding recurrent tonsillitis"
  - Science News. "Why some children may get strep throat more often than others"
  - WTOP Washington DC talk radio. "Why some kids are prone to repeated bouts of strep throat"
  - Axios. Feb 6, 2019. "Unraveling why some kids get recurrent tonsillitis"
  - Infection Control Today "Why your child's strep throat keeps returning"
  - Catalyst Magazine.
  - KPBS San Diego. TV & Radio Feb 6, 2019. "San Diego Researchers Discover Why Some Children Are Prone To Strep Throat" https://youtu.be/JxGIm2Gi3jo (5 minute mark)
- Altmetric 228


134.  Cirelli KM, Carnathan DG, Nogal B, Martin JT, Rodriguez OL, Upadhyay AA, Enemuo CA, Gebru EH, Choe Y, Viviano F, Nakao C, Pauthner MG, Reiss S, Cottrell CA, Smith ML, Bastidas R, Gibson W, Wolabaugh AN, Melo MB, Cossette B, Kumar V, Patel NB, Tokatlian T, Menis S, Kulp DW, Burton DR, Ben Murrell, Schief WR, Bosinger SE, Ward AB, Watson CT, Silvestri G, Irvine DJ, Shane Crotty*. Slow Delivery Immunization Enhances HIV Neutralizing Antibody and Germinal Center Responses via Modulation of Immunodominance. **Cell**. 2019 May 16;177(5):1153-71. PMC6619430.  *Corresponding author. https://dx.doi.org/10.1016/j.cell.2019.04.012

- *Science*. June 7, 2019. "It's all about Delivery"
- *Newsweek*.  June 2019 "Monkeys 'pumped' with HIV vaccine for days are better protected against virus, scientists discover"
- F1000 Prime selection, multiple times.
- Altmetric 132


135.  Shane Crotty*. T follicular helper cell biology: A decade of discovery and diseases. **Immunity.** 2019 May 21;50(5):1132-48. PMC6532429.  *Corresponding author. https://dx.doi.org/10.1016/j.immuni.2019.04.011


136.  JM Steichen, YC Lin, C Havenar-Daughton, S Pecetta, G Ozorowski, JR. Willis, L Toy, D Sok, A Liguori, S Kratochvil, JL Torres, O Kalyuzhniy, E Melzi, D W. Kulp, S Raemisch, Z Hu, SM Bernard, E Georgeson, N Phelps, Y Adachi, M Kubitz, E Landais, J Umotoy, A Robinson, B Briney, I Wilson, DR Burton, AB Ward, Shane Crotty*, Facundo D. Batista*, William R. Schief*. A generalized HIV vaccine design strategy for priming of broadly neutralizing antibody responses. **Science**, 2019 Dec 6;366(6470):eaax4380. PMC7092357 *Corresponding authors. https://dx.doi.org/10.1126/science.aax4380

- *Science*. Dec 7, 2019. Perspective: "Ushering along B cells to neutralize HIV"

137. Colin Havenar-Daughton, Diane G. Carnathan, Archana V. Boopathy, Amit A. Upadhyay, Ben Murrell, Samantha M. Reiss, Chiamaka A. Enemuo, Etse H. Gebru, Yury Choe, Pallavi Dhadvai, Federico Viviano, Kirti Kaushik, Jinal N. Bhiman, Bryan Briney, Dennis R. Burton, Steven E. Bosinger, Wiliam R. Schief, Darrell J. Irvine, Guido Silvestri*, Shane Crotty*. Rapid Germinal Center and Antibody Responses in Non-human Primates after a Single Nanoparticle Vaccine Immunization. **Cell Reports**. 2019. 29(7), 1756-1766.e8. PMC6905039.  *Corresponding authors.  https://dx.doi.org/10.1016/j.celrep.2019.10.008

— 2020 —

138. Havenar-Daughton, C., Newton, I., Zare, S., Reiss, S., Suh, M., Hasteh, F., Shane Crotty*. Normal Human lymph node T follicular helper cells and germinal center B cells accessed via fine needle aspirations. **J Immunological Methods**. 2020 Apr;479:112746. PMC7200018. *Corresponding author.  https://dx.doi.org/10.1016/j.jim.2020.112746

139. Moyer, T., Kato, Y., Abraham, W., Chang, J., Kulp, D., Watson, N., Turner, H., Menis, S., Abbott, R., Bhiman, J., Melo, M., Simon, H., Mata, S., Liang, S., Seumois, G., Agarwal, Y., Li, N., Burton, D., Ward, A., Schief, W., Shane Crotty, and Darrell J. Irvine. Engineered immunogen binding to alum adjuvant enhances humoral immunity. **Nature Medicine**. 2020. 26(3):430-440. PMC7069805 https://dx.doi.org/10.1038/s41591-020-0753-3

140. Alba Grifoni, Daniela Weiskopf, Sydney I. Ramirez, Jose Mateus, Jennifer M. Dan, Carolyn Rydyznski Moderbacher, Stephen A. Rawlings, Aaron Sutherland, Lakshmanane Premkumar, Ramesh S. Jadi, Daniel Marrama, Aravinda M. de Silva, April Frazier, Aaron Carlin, Jason A. Greenbaum, Bjoern Peters, Florian Krammer, Davey M. Smith, Shane Crotty*, and Alessandro Sette*. Targets of T cell responses to SARS-CoV-2 coronavirus in humans with COVID-19 disease and unexposed individuals. **Cell**. 2020 Jun 25;181(7):1489-1501.e15. PMC7237901 Online May 14th.  *Corresponding authors.
https://dx.doi.org/10.1016/j.cell.2020.05.015
- *Science*. "T Cells Found in COVID-19 Patients 'Bode Well' For Long-Term Immunity". May 14th. Shared >150,000 times on Facebook
- *New York Times*. May 16th "T Cells Play a Role in Fighting Coronavirus"
- TWIV Episode 657
- *Scientific American*. "Early Coronavirus Immunity Data Fuel Promise for a Vaccine." https://www.scientificamerican.com/article/early-coronavirus-immunity-data-fuel-promise-for-a-vaccine/
- *WIRED*. July 10th "Covid-19 Immunity May Rely on a Microscopic Helper: T Cells" https://www.wired.com/story/covid-19-immunity-may-rely-on-a-microscopic-helper-t-cells/
- 347 news outlets
- Altmetric: 9,449. Highest ever public attention score for a Cell paper.
- Top 10 Altmetric score among all scientific papers published in the year from Sept 2019 – Sept 2020.
- Tony Fauci. Congress, televised appearance July 31, 2020.
- ~1,500 citations within 12 months (Google Scholar)

141. Robert K. Abbott* and Shane Crotty*. Factors in B cell competition and Immunodominance. **Immunological Reviews**. 2020 Jul;296(1):120-131. Online. *Corresponding authors.  https://dx.doi.org/10.1111/imr.12861

142. Jinyong Choi, Huitian Diao, Caterina E. Faliti, Jacquelyn Truong, Meghan Rossi, Simon Bélanger, Bingfei Yu, Ananda W. Goldrath, Matthew E. Pipkin, and Shane Crotty*. Bcl-6 is the nexus transcription factor of T follicular helper cells via repressor-of-repressor circuits. **Nature Immunology**. 2020 Jul;21(7):777-789. PMCID: PMC7449381 *Corresponding author.  https://dx.doi.org/10.1038/s41590-020-0706-5

143. Diane G. Carnathan, Kirti Kaushik, Ali H. Ellebedy, Chiamaka A. Enemuo, Etse H. Gebru, Pallavi Dhadvai, Mohammed Ata Ur Rasheed, Matthias G. Pauthner, Gabriel Ozorowski, Rafi Ahmed, Dennis R. Burton, Andres B.

Ward, Guido Silvestri, Shane Crotty*, and Michela Locci*. Harnessing activin A adjuvanticity to promote antibody Responses to BG505 HIV Envelope Trimers. **Frontiers in Immunology**. 2020.  11:1213. PMC7308430 *Corresponding authors.  https://dx.doi.org/10.3389/fimmu.2020.01213

144. Kasturi, S., Rasheed, M., Havenar-Daughton, C., Pham, M., Legere, T., Sher, Z., Kovalenkov, Y., Gumber, S., Huang, J., Gottardo, R., Fulp, W., Sato, A., Sawant, S., Stanfield-Oakley, S., Yates, N., LaBranche, C., Alam, S., Tomaras, G., Ferrari, G., Montefiori, D., Wrammert, J., Villinger, F., Tomai, M., Vasilakos, J., Fox, C., Reed, S., Haynes, B., Crotty, S., Ahmed, R., Pulendran, B. (2020). 3M-052, a synthetic TLR-7/8 agonist, induces durable HIV-1 envelope–specific plasma cells and humoral immunity in nonhuman primates. **Science Immunology** 2020 Jun 19;5(48):eabb1025. https://dx.doi.org/10.1126/sciimmunol.abb1025

145. Yu Kato, Robert K. Abbott, Brian L. Freeman, Sonya Haupt, Bettina Groschel, Murillo Silva, Sergey Menis, Darrell J. Irvine, William R. Schief*, Shane Crotty*. Multifaceted effects of antigen valency on B cell response composition and differentiation in vivo. **Immunity**. 2020 Sep 15;53(3):548-563. PMC7451196. *Corresponding authors.  https://dx.doi.org/10.1016/j.immuni.2020.08.001
   - Immunity Preview article. "Ideal Vaccines: Balancing B cell Recruitment and Differentiation"
   - Recommended article by Faculty Opinions

146. Jose Mateus, Alba Grifoni, Alison Tarke, John Sidney, Sydney I. Ramirez, Jennifer M. Dan, Zoe C. Berger, Stephen A. Rowlings, Davey M. Smith, Elizabeth Phillips, Simon Mallal, Marshall Lammers, Paul Rubiro, Lorenzo Quiambao, Aaron Sutherland, Esther Dawen Yu, Ricardo da Silva Antunes, Jason Greenbaum, April Frazier, Alena J. Markmann, Lakshmanane Premkumar, Aravinda de Silva, Bjoern Peters, Shane Crotty, Alessandro Sette* and Daniela Weiskopf*. Selective and cross-reactive SARS-CoV-2 T cell epitopes in unexposed humans. **Science**. 2020 Oct 2;370(6512):89-941. PMC7574914  https://dx.doi.org/10.1126/science.abd3871
   - Altmetric: 7,608
   - > 400 citations in less than a year

147. Jacob T. Martin, Christopher A. Cottrell, Aleksandar Antanasijevic, Diane G. Carnathan, Benjamin J. Cossette, Chiamaka A. Enemuo, Etse H. Gebru, Yury Choe, Federico Viviano, Stephanie Fischinger, Talar Tokatlian, Kimberly M. Cirelli, George Ueda, Jeffrey Copps, Torben Schiffner, Sergey Menis, Galit Alter, William R. Schief, Shane Crotty, Neil P. King, David Baker, Guido Silvestri, Andrew B. Ward, Darrell J. Irvine. Targeting HIV Env immunogens to B cell follicles in nonhuman primate through immune complex or protein nanoparticle formulations. **NPJ Vaccines**. 2020 Aug 5;5:72. PMC7406516

148. Deli Huang, Robert K. Abbott, Colin Havenar-Daughton, Patrick D. Skog, Rita Al-Kolla, Bettina Groschel, Tanya R. Blane, Sergey Menis, Jenny Tuyet Tran, Theresa C. Thinnes, Sabrina A. Volpi, Mark Pintea, james E. Voss, Nicole Philps, Ryan Tingle, Alberto R. Rodriguez, Greg Martin, Sergey Kupryianov, William R. Schief, David Nemazee*, and Shane Crotty*. B cells expressing authentic naive human VRC01-class BCRs can be recruited to germinal centers and affinity mature in multiple independent mouse models. **Proceedings of the National Academy of Sciences**. 2020 Sep 15;117(37):22920-22931. PMC7502816 https://dx.doi.org/10.1073/pnas.2004489117  *Corresponding authors.

149. Carolyn Rydyznski Moderbacher, Sydney I. Ramirez, Jennifer M. Dan, Alba Grifoni, Kathryn M. Hastie, Daniela Weiskopf, Simon Belanger, Robert K. Abbott, Christina Kim, Jinyong Choi, Yu Kato, Eleanor G. Crotty, Cheryl Kim, Stephen A. Rawlings, Jose Mateus, Long Ping Victor Tse, April Frazier, Ralph Baric, Bjoern Peters, Jason Greenbaum, Erica Ollmann Saphire, Davey M. Smith, Alessandro Sette*, and Shane Crotty*. Antigen-specific adaptive immunity to SARS-CoV-2 in acute COVID-19 and associations with age and disease severity. **Cell**. 2020 Sept 16;S0092-8674(20)31235-6. PMC7494270 https://dx.doi.org/10.1016/j.cell.2020.09.038  *Corresponding authors.
   - Science :  https://www.sciencemag.org/news/2020/09/uncoordinated-immune-response-may-explain-why-covid-19-strikes-some-hard-particularly
   - Reuters. T cell shortage linked to severe COVID-19 in elderly; antiseptic spray may limit virus spread

- Indianapolis TV. https://www.wishtv.com/news/medical/t-cells-take-lead-over-antibodies-against-covid-19-infection-new-study-suggests/
- San Diego 10 News. https://www.10news.com/news/coronavirus/why-do-older-people-fare-worse-against-covid-19-fewer-t-cells-according-to-new-study
- San Diego Union Tribune: https://www.sandiegouniontribune.com/business/biotech/story/2020-09-16/immune-system-fights-covid-19-best-when-it-fights-together-la-jolla-scientists-report
- Cell "Most Read" list
- Altmetric: 99th %ile (1,344)
- 365 citations in less than 10 months

150. Marc Lipsitch*, Yonatan H. Grad*, Alessandro Sette* and Shane Crotty*. Cross-reactive memory T cells and herd immunity to SARS-CoV-2. **Nature Reviews Immunology**. 2020 Oct 6;1-5. PMC7537578 *Corresponding authors.

- Altmetric = 941

151. Wang X, Ray R, Kratochvil S, Melzi E, Lin Y, Giguere S, Xu L, Warner J, Cheon D, Liguori A, Groschel B, Phelps N, Adachi Y, Tingle R, Wu L, Crotty S, Kirsch KH, Nair U, Schief WR, Batista FD. 2020. Multiplexed CRISPR/CAS9-mediated engineering of pre-clinical mouse models bearing native human B cell receptors. **Embo J** Jan 15;40(2):e105926. doi:10.15252/embj.2020105926. PMC7809789

152. Dan, J., Mateus, J., Kato, Y., Hastie, K., Faliti, C., Ramirez, S., Frazier, A., Yu, E., Grifoni, A., Rawlings, S., Peters, B., Krammer, F., Simon, V., Saphire, E., Smith, D., Weiskopf*, D., Sette, A.*, Shane Crotty*. (2020). Immunological memory to SARS-CoV-2 assessed for greater than six months after infection. **bioRxiv** . Version 1. Nov. 16, 2020. https://www.biorxiv.org/content/10.1101/2020.11.15.383323v1
Version 2. = Dan, J., Mateus, J., Kato, Y., Hastie, K., Ramirez, S., Frazier, A., Yu, E., Faliti, C., Grifoni, A., Haupt, S., Rawlings, S., Peters, B., Krammer, F., Simon, V., Saphire, E., Smith, D., Weiskopf*, D., Sette, A.*, Shane Crotty*. (2020). Immunological memory to SARS-CoV-2 assessed for up to eight months after infection. **bioRxiv**. Dec 18, 2020.
https://www.biorxiv.org/content/10.1101/2020.11.15.383323v2
- New York Times : Immunity to the Coronavirus May Last Years, New Data Hint https://www.nytimes.com/2020/11/17/health/coronavirus-immunity.html
- CNN, MSNBC, FOX, Reuters
- > 2 million Twitter views
- *Nature* news round up Nov 25, 2020
- Altmetric > 4,000
- *Nature* Top 10 COVID papers: The big COVID research papers of 2020.  https://go.nature.com/3rqlCrc

153. Lee, J.H., Hu, J.K., Georgeson, E., Nakao, C., Groschel, B., Dileepan, T., Jenkins, M.K., Seumois, G., Vijayanand, P., Schief, W.R., Crotty, S*. (2021) Modulating the quantity of HIV Env-specific CD4 T cell help promotes rare B cell responses in germinal centers. **J Exp Med**. 2021 Feb 1;218(2):e20201254. doi:10.1084/jem.20201254. https://doi.org/10.1084/jem.20201254 . PMC7769167. *Corresponding author

— 2021 —

154. Wang, X., Ray, R., Kratochvil, S., Melzi, E., Lin, Y.C., Giguere, S., Xu, L., Warner, J., Cheon, D., Liguori, A., Groschel, B., Phelps, N., Adachi, Y., Tingle, R., Wu, L., Crotty, S., Kirsch, K.H., Nair, U., Schief, W.R., and Batista, F.D. Multiplexed CRISPR/CAS9-mediated engineering of pre-clinical mouse models bearing native human B cell receptors. **EMBO J**. Jan 15;40(2)e105926. doi: 10.15252/embj.2020105926. Epub 2020 Dec 1. PMC7809789

152. Dan, J., Mateus, J., Kato, Y., Hastie, K., Ramirez, S., Frazier, A., Yu, E., Faliti, C., Grifoni, A., Haupt, S., Rawlings, S., Peters, B., Krammer, F., Simon, V., Saphire, E., Smith, D., Weiskopf*, D., Sette, A.*, Shane Crotty*. (2020). Immunological memory to SARS-CoV-2 assessed for up to eight months after infection. **Science**. 2021 Feb

5:371(6529):eabf4063. doi: 10.1126/science.abf4063. https://science.sciencemag.org/content/371/6529/eabf4063 Epub 2021 Jan 6. PMC7919858 *Corresponding author

See above, plus:
- #7 all time highest Science paper Altmetric score for public attention.
- Altmetric 10,277
- 362 news outlets
- > 12,000 independent tweeters
- #101 all time highest Altmetric score (out of 18 million papers)
- > 580 research citations in less than 8 months (including preprint)

155. Antunes R da S, Pallikkuth S, Williams E, Esther DY, Mateus J, Quiambao L, Wang E, Rawlings SA, Stadlbauer D, Jiang K, Amanat F, Arnold D, Andrews D, Fuego I, Dan JM, Grifoni A, Weiskopf D, Krammer F, Crotty S, Hoffer ME, Pahwa SG, Sette A. Differential T cell reactivity to endemic coronaviruses and SARS-CoV-2 in community and health care workers. **J Infect Dis**. 2021. 224(1):jiab176-. PMID: 33822097

156. Tarke, A., Sidney, J., Kidd, C.K., Dan, J.M., Ramirez, S.I., Yu, E.D., Mateus, J., da Silva Antunes, R., Moore, E., Rubiro, P., Methot, N., Phillips, E., Mallal, S., Frazier, A., Rawlings, S.A., Greenbaum, J.A., Peters, B., Smith, D.M., Crotty, S., Weiskopf, D., Grifoni, A., Sette, A. (2021) Comprehensive analysis of T cell immunodominance and immunoprevalence of SARS-CoV-2 epitopes in COVID-19 cases. **Cell Rep Med**. 2021 Feb 16;2(2):100204. doi: 10.1016/j.xcrm.2021.100204. Epub 2021 Jan 26. PMC7837622

157. Sette A, Crotty S*. (2021) Adaptive immunity to SARS-CoV-2 and COVID-19. **Cell**. 2021 Feb 18;184(4):8611-880. doi: 10.1016/j.cell.2021.01.007. Epub 2021 Jan 12. https://doi.org/10.1016/j.cell.2021.01.007 PMC7803150. *Corresponding author
- Altmetric ~1,500 (99%ile)
- 144 research citations in less than 6 months

158. Choi, J.*, and Crotty, S*. Bcl6-mediated transcriptional regulation of follicular helper T cells (TFH). **Trends Immunol**. Apr;42(4):336-349. Epub 2021 Mar 1. PMC8021443  *Corresponding author

159. Masso-Silva, J.A., Moshensky, A., Lam, M.T.Y., Odish, M., Patel, A., Xu, L., Hansen, E., Trescott, S., Nguyen, C., Kim, R., Perofsky, K., Perera, S., Ma, L., Pham, J., Rolfsen, M., Olay, J., Shin, J., Dan, J.M., Abbott, R., Ramirez, S., Alexander, T.H., Lin, G.Y., Fuentes, A.L., Advani, I., Gunge, D., Pretorius, V., Malhotra, A., Sun, X., Duran, J., Hepokoski, M., Crotty, S., Coufal, N.G., Meier, A., and Crotty Alexander, L.E. Increased peripheral blood neutropil activation phenotypes and NETois in critically ill COVID-19 patients: a case series and review of the literature. **Clinical Infectious Disease**. 2021 May 14;ciab437.  PMC8241438

160. Grifoni, A., Sidney, J., Vita, R., Crotty, S., Weiskopf, D., and Sette, A. SARS-CoV-2 human T cell epitopes: adaptive immune response against COVID-19. **Cell Host & Microbe**. 2021 Jul 14;29(7):1076-1092. PMC8139264

161. Sahoo, D., Katkar, G.D., Khandelwal, S., Behroozikhah, M., Claire, A., Castillo, V., Tindle, C., Fuller, M., Taheri, S., Rogers, T.F., Beutler, N., Ramirez, S.I., Rawlings, S.A., Pretorius, V., Smith, D.M., Burton, D.R., Crotty Alexander, L.E., Duran, J, Crotty, S., Dan, J.M., Das, S., and Ghosh, P. AI-guided discovery of the invariant host response to viral pandemics. **EBioMedicine. The Lancet**. 2021 June 11;68:103390. PMC8193764

162. Tarke, A., Sidney, J., Methot, N., Ye, E.D., Zhang, Y., Dan, J.M., Goodwin, B., Rubiro, P., Sutherland, A., Wang, E., Frazier, A., Ramirez, S.I., Rawlings, S.A., Smith, D.M. da Silva Antunes, R., Peters, B., Scheuermann, R.H., Weiskopf, D., Crotty, S., Grifoni, A., and Sette, A. Impact of SARS-CoV-2 variants on the total CD4+ and CD8+ T cell reactivity in infected or vaccinated individuals. **Cell Reports Medicine**. 2021 Jul 20;2(7):100355. PMC8249675

163. Masso-Silva JA, Moshensky A, Shin J, Olay J, Nilaad S, Advani I, Bojanowski CM, Crotty S, Li WT, Ongkeko WM, Singla S, Alexander LEC. Chronic E-Cigarette Aerosol Inhalation Alters the Immune State of the Lungs and Increases ACE2 Expression, Raising Concern for Altered Response and Susceptibility to SARS-CoV-2. **Front Physiol.** 2021 May 31;12:649604. PMC8194307

164. 1. Milner JJ, Toma C, Quon S, Omilusik K, Scharping NE, Dey A, Reina-Campos M, Nguyen H, Getzler AJ, Diao H, Yu B, Delpoux A, Yoshida TM, Li D, Qi J, Vincek A, Hedrick SM, Egawa T, Zhou M-M, Crotty S, Ozato K, Pipkin ME, Goldrath AW. Bromodomain protein BRD4 directs and sustains CD8 T cell differentiation during infection. **J Exp Med.** 2021;218(8):e20202512. PMC8160575

165. Antibody responses induced by SHIV infection are more focused than those induced by soluble native HIV-1 envelope trimers in non-human primates. **PLOS Pathogens**. In press.

166. Lee, J.H., Toy, L., Kos, J.T., Safonova, Y., Schief, W.R., Havenar-Daughton, C., Watson, and Crotty, S*. Vaccine genetics of IGHV1 VRC01-class broadly neutralizing antibody precursor naive human B cells. **NPJ Vaccines**. Accepted for publication.

167. Antanasijevic, A., Sewall, L., Cottrell, C., Carnathan, D., Jimenez, L., Ngo, J., Silverman, J., Groschel, B., Georgeson, E., Bhiman, J., Bastidas, R., LaBranche, C., Allen, J., Copps, J., Perrett, H., Rantalainen, K., Cannac, F., Yang, Y., Torrents de la Peña, A., Froes Rocha, R., Berndsen, Z., Baker, D., King, N., Sanders, R., Moore, J., Crotty, S., Crispin, M., Montefiori, D., Burton, D., Schief, W., Do Silvestri, G., and Ward, A.. Polyclonal antibody responses to HIV Env immunogens resolved using cryoEM. **Nature Communication**s. Accepted for publication.

168. Mateus J, Dan JM, Zhang Z, Moderbacher CR, Lammers M, Goodwin B, Sette A*, Crotty S*, Weiskopf D*. Low dose mRNA-1273 COVID-19 vaccine generates durable T cell memory and antibodies enhanced by pre-existing crossreactive T cell memory. **Science**. 2021;2021.06.30.21259787. Accepted for publication.

Peer reviewed papers published, accepted, or pending acceptance, through July 12, 2021:

      75 corresponding author papers, 13 first author papers. 166 total peer reviewed papers.
      h-index = 80.  57 of which are 1st author or corresponding author.
      Citations (Google Scholar) > 30,000

      i10 index = 155
      Weighted RCR (NIH iCite) = **1,086**
      Mean RCR = 6.9

COMMENTARIES, BOOK CHAPTERS, EDITORIAL CONTRIBUTIONS, and OTHER PUBLICATIONS

Shane Crotty. "Biotechnology Industry." ***The Oxford Companion to United States History***. Ed. Paul S. Boyer. Oxford University Press. 2001 p.76-77.

Shane Crotty and Raul Andino. "Virus-based vectors for gene expression in mammalian cells: Poliovirus" ***Gene Transfer and Expression in Mammalian Cells***. Ed. S.C. Makrides. 2003 p.169-187.

Shane Crotty and Rafi Ahmed. "Immunological Memory" ***Topley and Wilson's Microbiology and Microbial Infections***. 10th Edition. Immunology Volume. 2005 Eds. Stefan Kaufmann and Michael Steward.

Stephen P. Schoenberger and Shane Crotty "Immunological Memory" In ***Fundamental Immunology***. 2008 Ed. William E. Paul. 6th Edition. Chapter 28. p. 862-897

Susan Kaech, <u>Shane Crotty</u>, and Stephen P. Schoenberger. "Immunological Memory" ***Fundamental Immunology***. Ed. William E. Paul. 7th Edition.

Alessandro Sette and <u>Shane Crotty</u>. "Neutralizing Concerns about vaccines." [Commentary]. ***San Diego Union-Tribune***. Jan 24, 2013.

Youn Soo Choi and <u>Shane Crotty</u>. "Retroviral vector expression in TCR transgenic CD4[+] T cells" In **T follicular helper cells--Methods and Protocols**. 2015. Eds. Marion Espeli and Michelle Linterman.

Simon Belanger, <u>Shane Crotty</u>*. "Dances with cytokines, featuring T$_{FH}$ cells, IL-21, IL-4 and B cells." 2016. **Nature Immunology**. 2016 Sep 20;17(10):1135-6. *Corresponding author.

<u>Shane Crotty</u>. 'The new NIH 'Rule of 21' Threatens to Give Up on American Preeminence in Biomedical Research Based on a Flawed Concept and Flawed Analysis' [Internet]. Medium.com. 2017 [cited 2017 Jun 23]. Available from: https://medium.com/@shane_52681/the-new-nih-rule-of-21-threatens-to-give-up-on-american-preeminence-in-biomedical-research-based-c40060bd3022

<u>Shane Crotty</u>. 'Considering assessments of scientific productivity and 'ghost authors'' [Internet]. Medium.com. 2017 [cited 2017 Jun 23]. Available from: https://medium.com/@shane_52681/considering-assessments-of-scientific-productivity-and-ghost-authors-57e13c40e448

Patricia D'Souza M, Allen MA, Baumblatt JAG, Boggiano C, <u>Crotty S</u>, Grady C, Havenar-Daughton C, Heit A, Hu DJ, Kunwar N, McElrath MJ, Lymph Node Webinar Contributors. Innovative approaches to track lymph node germinal center responses to evaluate development of broadly neutralizing antibodies in human HIV vaccine trials. **Vaccine**. 2018 Sep 11;36(38):5671–7.

<u>Shane Crotty</u>. "Raging evolution of a B cell response to a viral infection". **Nature Reviews Immunology.** 2018 Feb;18(2):79. [Invited Article]

Editor, **Immune Memory and Vaccines: Great Debates**. Co-editor with Rafi Ahmed. Cold Spring Harbor Laboratories Press. 2017.

Editor, **Current Opinion in Immunology**, Vaccines issue 2019
　　　Shane Crotty. "Editorial Overview: Vaccine immunology: what is seen and not seen"

<u>Shane Crotty</u>*, Blish C, Cadwell K, Chi H, Goldrath A, Green D, Kaech SM, Krummel M, Pepper M, Rothlin CV, Wherry EJ, and Once-a-Year Pledge Supporters. "Reinvigorating NIH Grant Peer Review." **Immunity**. 2020 Jan 14;52(1):1–3.  *Corresponding author.
- www.lji.org/peerpledge
- Altmetric: 108

Alex Sette*, Shane Crotty*. Pre-existing immunity to SARS-CoV-2: the knowns and unknowns. **Nature Reviews Immunology**. 2020 Aug;20(8):457-458. PMCID: PMC7339790  https://dx.doi.org/10.1038/s41577-020-0389-z
- Altmetric: 3,888
- Highest ever Altmetric for Nature Reviews Immunology
- > 200,000 downloads by Nov 2020
- New York Times, September 2, 2020. "A New Coronavirus Adviser Roils the White House With Unorthodox Ideas". https://www.nytimes.com/2020/09/02/us/politics/trump-scott-atlas-coronavirus.html

<u>Crotty, S.</u> Hybrid immunity. COVID-19 vaccine responses provide insights into how the immune system perceives threats. **Science**. 2021 June 25;6549:1392-1393.

- Altmetric: 1,500

## MEDIA OUTREACH

<u>2020 Media Outreach</u>: Over 400 TV, radio, newspaper, and internet interviews and quotes, between Crotty and Sette.
  Full Crotty list available as a separate file.
  Partial list: <u>https://annacrotty2.medium.com/shanes-covid-19-media-bd82389b5a65</u>

Selected examples:
  TV = Bloomberg News. CNN International. EW Scripps nationwide. Local San Diego news.
  Radio = LA talk radio KNX, multiple appearances
  Newspaper = New York Times, multiple articles. WSJ, LA Times.
  Internet = Business Insider. COVID video: > 210,000 views. MedCram. COVID vaccine and immune memory video: > 750,000 views. MedCram COVID vaccine deep dive video 1,800,000 views.

  Twitter: > 32,000 followers.
  Multiple tweets with > 1 million views.
  Top viewed tweet thread ~ 3 million views. "Are RNA vaccines safe?"
  Top retweeted tweet > 5,000 re-tweets. "Are RNA vaccines safe?"
  Top likes > 11,000 likes. Tony Fauci paper photo
  Immune memory to SARS-CoV-2 tweet threads: ~2 million views, and engaged people ranging from Nate Silver to Senator Rand Paul.
  Youtube: Business Insider. COVID video ( > 210,000 views). MedCram COVID vaccine deep dive video 1,800,000 views. MedCram. COVID vaccine and immune memory video: > 750,000 views.

<u>2021 Outreach</u>:

Selected media examples:
  New York Times, Scientific American, Wall St. Journal, Bloomberg, Washington Post, Nature, Science
  BBC Radio, LA News radio
  TV = Japanese network. Local San Diego News

VEBA California Schools COVID-19 vaccine outreach seminar (3x). 150,000 educators organization. $1,500 donations to LJI for the service.

## SCIENTIFIC SEMINARS

2022 Octoberfest Conference.
2022 Nobel Symposium in Medicine.
2022 Icahn School of Medicine at Mount Sinai.
2022 Vanderbilt University. Invited Speaker.
2022 Palm Springs Symposium on HIV/AIDS. Invited Speaker.
2022 University of Washington, Immunology Seminar Series.
2022 Penn CFAR Seminar.
2022 Microbiology and Immunology at Stanford University School of Medicine Virtual Seminar. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"
2022 University of Texas. MD Anderson Cancer Center.
2022 Keystone Symposia on HIV Vaccines and Therapies. Invited Speaker.
2022 60th Midwinter Conference, Asilomar. Invited Speaker.

2021    Antibody Engineering & Therapeutics Conference (AE).
2021    AIRR-C Seminar.
2021    CCHI Steering Committee Annual Investigator Meeting.
2021    Australian and New Zealand Society of Immunology Annual Meeting. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"
2021    9th Annual Meeting of the International Cytokine & Interferon Society (ICIS).
2021    Drexel University College of Medicine. Immune Modulation and Engineering Collaborative Virtual Seminar Series.
2021    MIT COVID Seminar. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"
2021    West Virginia University School of Medicine. Graduate Students Invited Seminar Speaker.
2021    DAIDS Workshop on Lesson from COVID Vaccines - HIV Vaccines. Leveraging the COVID Vaccine Experience to Accelerate a Safe and Efficacious HIV Vaccine.
2021    Cytokines 2021 Hybrid Meeting. Symposium 16: Determinants of cell fate. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"
2021    GSK's Immunology Network Summit "Immunology of Vaccines". Invited Speaker. "Understanding the immunology of germinal centers and Tfh cells for vaccines and COVID"
2021    CIAR Presentation.
2021    Yale University. Immunobiology Seminar Series. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"
2021    CIML Center for Immunology of Marseille-Luminy. Invited Speaker. "Assessing the engines of affinity maturation: germinal centers and T follicular helper ($T_{FH}$) CD4 T cells"
2021    LJIC COVID-19 Summit.
2021    Nomura Singapore Limited, MacroBrew Session
2021    Janssen R&D 2021 Global Scientific Symposium. "Adaptive immunity and immune memory to SARS-CoV2 and COVID-19"
2021    ECTRIMS Symposium.
2021    Scripps Seminar Series. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"
2021    TWiV, Columbia University.
2021    WHO R&D Blueprint Consultation.
2021    University of San Francisco Medical Grand Rounds.
2021    CIVICs Annual Meeting.
2021    ImmunoSkamania Conference. "Scientist's Social Media Starter Kit"
2021    NIH NIAMS Intramural Research Program Annual Scientific Retreat. Invited Keynote speaker. "Adaptive immunity and immune memory to SARS-CoV2 and COVID-19"
2021    World Health Organization. COVID-19 vaccines - WHO meeting on correlates of protection. Invited speaker. "Understanding T cell immunity to COVID-19 and relationships to vaccine correlates and mechanisms of protection"
2021    Osaka University IFReC ImmunoSeminar. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"
2021    Hoffmann-La Roche. TriMS Conference.
2021    VEBA Seminar.
2021    AAI Annual Meeting. NIAID Symposium. "Immune memory to SARS CoV-2 and COVID-19"
2021    Food and Drug Administration. Office of Biotechnology Product Immunogenicity Working Group. "Adaptive immunity and immune memory to SARS-CoV-2"
2021    CHAVD Scientific Advisory Board Meeting. "T cell responses to SARS-CoV-2"
2021    IUIS and EFIS Webinar. "Adaptive immunity and immune memory to SARS-CoV-2"
2021    VEBA, Southern California Teachers. "COVID vaccines"
2021    Australian National University. John Curtin School of Medical Research. "Adaptive immunity and immune memory to SARS-CoV-2"
2021    U.S. Department of Health and Human Services. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"
2021    American Thoracic Society International Conference. "Immune memory to SARS-CoV-2 as a determinant of protection against reinfection, disease risk, and vaccine efficacy"
2021    HVTN AIDS Clinical Lab Group. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"
2021    Montefiore Medical Center, Albert Einstein College of Medicine. "Adaptive immunity and memory SARS-CoV-2 and COVID-19"
2021    Clinical Immunology Society (CIS). "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"
2021    Pfizer. Vaccine Research and Development. "Adaptive immunity and immune memory to SARS-CoV2 and COVID-19"

2021	University of Wisconsin-Madison, Cellular and Molecular Pathology. Student Choice Seminar. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"

2021	Emory Infectious Disease Across Scales Seminar Series. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"

2021	University of Massachusetts Medical School. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"

2021	National Jewish Health Grand Rounds. "Adaptive immunity and memory to COVID-19"

2021	CHAVD/VRC COVID Conference. "Adaptive immunity to SARS-CoV-2"

2021	Arizona State University. "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"

2021	US Representative Scott Peters Town Hall. "COVID-19 vaccines"

2021	NIH. National Cancer Institute (NCI). Understanding Cell-mediated Immunity to SARS-CoV-2: Challenges and Opportunities.

2021	AAAAI Annual Meeting. Immune Profiling of COVID-19 Patients. "Adaptive immune responses to SARS-CoV-2"

2021	American Chemical Society. "COVID vaccines"

2021	Oxford University. MRC Weatherall Institute of Molecular Medicine. "Immunological memory to SARS-CoV-2 after COVID-19"

2021	Gates Foundation COVID Vaccine Meeting. Variants and T cells Workshop.

2021	Baylor College of Medicine. "Adaptive immunity an immune memory to SARS-CoV-2 and COVID-19"

2021	Howard Hughes Medical Institute. "Adaptive Immunity and Immune Memory to SARS-CoV-2 after COVID-19"

2021	University of California San Francisco. Ground Rounds. "The immunology of SARS-CoV-2 variants"

2021	HIV Research for Prevention Conference (HIVR4P). "Adaptive immunity an immune memory to SARS-CoV-2 and COVID-19"

2021	New York Academy of Sciences: "The Quest for a COVID-19 Vaccine" Conference

2021	Queen Mary University of London. William Harvey Research Institute, School of Medicine & Dentistry. "Adaptive immunity and immune memory to COVID-19"

2021	Kiowa Kirin National meeting. "COVID-19 virus, immunology, vaccine development and novel (e.g. mRNA) technologies"

2021	Wake Forest University Seminar. "Adaptive immunity and memory to COVID-19"

2021	German Cancer Research Center Seminar. "Adaptive immunity to COVID-19"

2021	University of Toronto, Charles Gould Easton Seminar, "Adaptive immunity and immune memory to SARS-CoV-2 and COVID-19"

2021	World Health Organization (WHO). "Adaptive immunity an immune memory to SARS-CoV-2 and COVID-19"

2021	San Diego Rotary. "Understanding COVID-19 immunology"

2021	Keystone Symposia on Next Generation HIV Vaccines & Therapies. Invited Speaker. Meeting Cancelled.

2021	Google COVID-19 Sunday Sync. "Immune responses to COVID-19 and variants: Natural infection and vaccines"

2021	University of Utah, "Adaptive immunity an immune memory to SARS-CoV-2 and COVID-19"

2021	The Scientist. COVID-19 Webinar research series. "Adaptive immunity an immune memory to SARS-CoV-2 and COVID-19"

2021	25Madison. "Understanding COVID-19"

2021	The Scripps Research Institute. DiscoBio Retreat. "Adaptive immunity and immune memory to COVID-19"

2021	Cal State University system CSUPERB Symposium. Keynote speaker. "COVID-19 vaccines and immunological memory to SARS-CoV-2"


2020	World Vaccine & Immunotherapy Congress. "Understanding adaptive immunity to COVID-19"

2020	GSK Vaccines R&D Community Seminar. "Multifaceted effects of antigen valency on B cell response composition and differentiation in vivo"

2020	Emory University Department of Microbiology and Immunology Seminar Series. "Understanding adaptive immune responses to COVID-19"

2020	NIH CCHI Annual Meeting. "Adaptive immunity to COVID-19"

2020	MD VIP. "Adaptive immunity to COVID-19: Big questions for protective immunity and disease severity"

2020	SEM CIVIC. "Adaptive immunity and immune memory to SARS-CoV-2 in humans: CD4 T cells, CD8 T cells, memory B cells, and antibodies up to 8 months after COVID-19"

2020	NIH/NIAID Workshop on Post Acute Sequelae of COVID-19. Invited speaker. "The potential roles of T cells in long COVID / PASC"

2020	Harvard Medical School. CVVR Seminar Series. "Adaptive immune responses to COVID-19"

2020	Princeton University. Systems Microbiology and Immunology. "Adaptive immunity to COVID-19"

2020	Cell Press. International Symposium. COVID-19: Understand, Manage, Control. Invited speaker. "Understanding adaptive immunity to COVID-19"

2020    Mayo Clinic Infection and Immunity Symposium. "Understanding adaptive immunity to COVID-19"

2020    Rutgers New Jersey Medical School, Pandemic Diseases Seminar. "Understanding adaptive immunity to COVID-19"

2020    UCSD CFAR. "Multifaceted effects of antigen valency on B cell response composition and differentiation in vivo"

2020    CEPI WHO COVID-19 Seminar series. "Adaptive immune responses to COVID-19: the importance of T cells, and associations with disease severity and age"

2020    Pfizer. "Adaptive Immunity to COVID-19"

2020    Duke CHAVD Annual meeting. "The impacts of vaccine delivery kinetics and antigen valency on adaptive immune responses"

2020    Sanofi North American Medical Team. Seminar. "Antigen-Specific Adaptive Immunity to SARS-CoV-2"

2020    University of California San Francisco (UCSF) Immunology Seminar. "Understanding adaptive immunity to COVID-19"

2020    Society for Immunotherapy of Cancer (SITC) COVID-19/Cancer. "Adaptive immune responses to COVID-19"

2020    British Society for Immunology, Translational Immunology Conference. "Understanding immunity to COVID-19: Antigen-specific adaptive immune responses to SARS-CoV-2 in COVID-19 cases, and healthy controls"

2020    NIH, Next Generation of Assays, Tools, Technology to Evaluate Immune Responses to Vaccines for Infectious Diseases. "Tools for understanding Tfh cell help for germinal centers and affinity matured antibody responses'

2020    National Autonomous University of Mexico, Open Box Science Symposium. "Bcl-6 is the nexus transcription factor of T follicular helper cells via repressor-of-repressor circuits"

2020    Garvan Institute of Medical Research, Sydney, Australia. "Understanding immunity to COVID-19: Antigen-specific adaptive immune responses to SARS-CoV-2 in COVID-19 cases, and healthy controls"

2020    Bernstein Group. "Immune responses to COVID-19: big questions for disease severity, and for COVID-19 vaccines"

2020    UCSD ID/GPH Grand Rounds and Case Conference. "Understanding immunity to COVID-19: Antigen-specific adaptive immune responses to SARS-CoV-2 in acute COVID-19 cases"

2020    KPBS Producers Club. "Vaccines and COVID-19"

2020    Bridging Innovation and Translation in T Cell Immunotherapy. Invited speaker. (postpones to 2022)

2020    Parker Institute COVID group. "Antigen-specific adaptive immunity to SARS-CoV-2 in acute COVID-19 and associations with disease severity"

2020    Human Vaccines Project, Global Lab Meeting. "T Cell Responses to SARS-CoV-2"

2020    AAI Introductory Course. 'B Cell Activation and Humoral Immunity'

2020    NIH NIAID Workshop on Multisystem Inflammatory Syndrome in Children , MIS-C. "Major knowledge gaps in understanding COVID-19 immunity"

2020    Immunochemistry and Immunobiology GRC. "Engineering vaccine immunity: Understanding the immunology of helper T cells, germinal centers, and the human naive B cell repertoire to enable better vaccine design" Postponed

2020    Columbia University, COVID19 Symposium Series. "Targets of T cell responses to SARS-CoV-2 coronavirus in humans with COVID-19 disease and unexposed individuals"

2020    CEPI. "Targets of T cell responses to SARS-CoV-2 coronavirus in humans with COVID-19 disease and unexposed individuals"

2020    Bill & Melinda Gates Foundation. Summer Seminar series. "Understanding immunity to COVID-19"

2020    LJI Coronavirus Updates. Live from the Laboratory. "Vaccines and Pandemics"

2020    CHAVD Scientific Advisory Board Meeting. "Immunization strategies"

2020    American Thoracic Society Seminar, COVID-19 Critical Care Training Forum. "T Cell Responses to SARS-CoV-2"

2020    Keystone Symposia, Transforming Vaccinology. "T follicular helper ($T_{FH}$) CD4 T cells, germinal center B cells, immunodominance, and antibody responses in the context of challenging vaccine targets". Cancelled

2020    Conference on Retroviruses and Opportunistic Infections (CROI). Plenary Speaker. "Engineering vaccine immunity: Understanding the immunology of helper T cells, germinal centers, and the human naive B cell repertoire to enable better vaccine design"

2020    Keystone Symposia, Antibodies as Drugs: From B Cell Biology to New Treatments. Plenary Speaker. "T follicular helper ($T_{FH}$) CD4 T cells, germinal center B cells, and antibody responses in the context of challenging vaccine targets"

2020    LJI Lunch-and-Learn.

2020    Gossamer Bio. "T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell response in the context of vaccines and infections"


2019    CCHI National Kick-off Meeting, NIAID, NIH, DHHS, 'Mechanisms of differential responses to whole cell and acellular pertussis vaccination'

2019    CAVD Session, 'Slow delivery immunization modulates germinal center immunodominance'

2019    UCLA School of Medicine. Clinical and Translational Science Institute (CTSI) I3T Seminar Series. 'T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell response in the context of vaccines and infections'

2019	Samsung Global Research Symposium (Samsung GRS) on T Cell Biology. 'T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell response in the context of vaccines and infections'

2019	University of Montreal. CHUM Research Center. 'T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell responses in the context of vaccines and infections'

2019	School of Medicine at Mount Sinai, 'T follicular helper (Tfh) CD4 T cells and germinal center B cell response in the context of vaccines and infections'

2019	CHAVD Kick-off meeting. 'When designing vaccines, consider the starting material: the human B cell repertoire'

2019	Vaccine Research Center, NIAID, NIH Seminar. 'Enhancing HIV neutralizing antibody and germinal center responses via modulation of immunodominance.'

2019	Scripps Immunology. Departmental Retreat. Invited speaker, Keynote presentation. '$T_{FH}$ cells and B cells and immunodominance'

2019	Follicular Helper T cells: 10 years and beyond. International symposium. Keynote lecturer. 'Bcl6 is the nexus transcription factor of $T_{FH}$ differentiation'

2019	AAI Introductory Course in Immunology.  'B Cell Activation and Humoral Immunity'

2019	Ragon Institute of MGH, MIT and Harvard, and Harvard University Center for AIDS Research. ''T follicular helper (Tfh) CD4 T cells and germinal center B cell response in the context of vaccines and infections"

2019	Immuno-Summit Skamania Conference: Charting a Course. 'The future of NIH funding'

2019	Human Vaccines Project and Michelson Medical Research Foundation Symposium at UCLA. 'Gently opening the black box of human germinal centers: Lymph node FNA of vaccines'

2019	Human Vaccines Project Scientific Advisory Board Meeting. "Lymph node FNAs for human vaccine studies"

2019	Duke Immunology Seminar. Invited speaker. 'T follicular helper ($T_{FH}$) CD4 T cells, germinal centers, immunodominance, and vaccines'

2019	Tri-Institutional Immunology Seminar Series. Memorial Sloan Kettering Cancer Center – Cornell Med – Rockefeller Univ. 'T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell response in the context of vaccines and infections'

2019	Cutting Edge in Organ Transplantation Conference, Sensitization in Transplantation. 'How T cells control antibody responses: T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell responses to vaccines'

2019	Keystone Symposia on B Cell-T Cell Interactions, joint with Molecular Approaches to Vaccines. Invited plenary speaker. '$T_{FH}$ and germinal center B cell responses in the context of vaccines'

2019	UT Health San Antonio. Long School of Medicine. Department of Microbiology & Immunology. Invited speaker. 'How T cells control antibody responses: T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell responses to vaccines'

2019	Miami Winter Symposium – Evolving Concepts in HIV and Emerging Viral Disease. Plenary speaker. 'Assessing the engines of affinity maturation: germinal centers and T follicular helper ($T_{FH}$) CD4 T cells'


2018	World Vaccine and Immunotherapy Congress, 'How T cells control antibody responses: T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell responses to vaccines'

2018	Gates Foundation 13th Annual CAVD Meeting. Co-chair. 'Lymph node immunology in vaccine research and cure research'. Topics of Interest session.

2018	Gates Foundation 13th Annual CAVD Meeting. Invited speaker. 'Probing the human naive B cell repertoire'

2018	Gates Foundation 13th Annual CAVD Meeting. Presenter. 'Adjuvants and antigen delivery systems'. Adjuvants Topics Of Interest session.

2018	University of Chicago Seminar Series 2018-2019, 'T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell response in the context of vaccines and infections'

2018	KAI International Meeting from Korean Association of Immunologists, Seoul, Korea. 'How T cells control antibody responses: T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell responses in the context of vaccines and infections'

2018	Seminar at Seoul National University College of Medicine. 'Assessing the engines of affinity maturation: germinal centers and T follicular helper ($T_{FH}$) CD4 T cells'

2018	IDWeek, IDSA. Invited speaker. 'How T cells control antibody responses: T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell responses in the context of vaccines and infections'

2018	Merck Palo Alto (DNAX). Invited speaker. 'Assessing the engines of affinity maturation: germinal centers and T follicular helper ($T_{FH}$) CD4 T cells'

2018	Mayo Clinic. Grand Rounds. Departments of Medicine & Immunology at the Mayo Clinic, Immunology Seminar Series. 'T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell responses in the context of vaccines and infections'

2018	American Society of Hematology. Meeting on Lymphoma Biology. Invited Speaker. 'Assessing the engines of affinity maturation: germinal centers and T follicular helper (Tfh) CD4 T cells'

2018	Scripps Clinic, Carmel Valley. Allergy Grand Rounds. 'Assessing the engines of affinity maturation: germinal centers and T follicular helper ($T_{FH}$) CD4 T cells'

2018	Human Vaccines Project – Scientific Leadership Meeting

2018    Immunochemistry & Immunobiology Gordon Research Conference. Invited speaker. 'T follicular helper ($T_{FH}$) CD4 T cells, germinal centers, immunodominance, and the generation of memory to vaccines'

2018    AAI Introductory Course in Immunology. 'B Cell Activation and Humoral Immunity'

2018    American Society for Microbiology (ASM) Microbe 2018. Invited Speaker. 'T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell responses in the context of vaccines and infections'

2018    Emory University Vaccine Center. Invited Speaker. 'T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell responses in the context of vaccines and infections'

2018    Garvan Institute of Medical Research, Sydney, Australia. 'T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell responses in the context of vaccines and infections'

2018    Singapore Immunology Network (SIgN), A*STAR. Immunology Seminar Series. Inaugural graduate student invited speaker. 'T follicular helper ($T_{FH}$) CD4 T cells and germinal center B cell responses in the context of vaccines and infections'

2018    Compugen. 'Assessing the engines of antibody affinity maturation: germinal centers and $T_{FH}$ CD4 T cells in the context of vaccines and infections"

2018    Stanford University School of Medicine. Immunology Seminar Series, Invited Speaker. 'T follicular helper ($T_{FH}$) CD4 T cells, germinal center B cells, and the generation of memory to vaccines'

2018.   David Baltimore's 80th Birthday Celebration Symposium. Caltech. Session chairperson

2018    LJI Life Without Disease. Lecture series. "A Battle for the Ages"

2018    Palm Springs Symposium on HIV/AIDS. HIV Disease: New Insights into Pathogenesis, Prevention and Therapy. 'T follicular helper ($T_{FH}$) CD4 T cells, germinal centers, immunodominance, and the generation of memory to vaccines'

2018    Genentech Immunology Lecture Series. 'T follicular helper ($T_{FH}$) CD4 T cells, germinal centers, immunodominance, and the generation of memory to vaccines'

2018    UCSF Immunology. Postdoctoral Fellow Invited Lecturer. 'T follicular helper ($T_{FH}$) CD4 T cells, germinal centers, immunodominance, and the generation of memory to vaccines'

2018    Keystone Symposia on Immunological Memory: Innate, Adaptive, and Beyond/Aging, Inflammation and Immunity. Invited Plenary speaker. 'T follicular helper ($T_{FH}$) CD4 T cells, germinal centers, and the generation of memory'

2018    Keystone Symposia on Progress and Pathways Toward an Effective HIV Vaccine. Joint Symposium with Emerging Technologies in Vaccine Discovery and Development. Invited Plenary speaker. 'Wrangling the complex cellular dynamics involved in successful germinal center CD4 T and B cell responses for generating neutralizing Abs to HIV and other difficult targets'

2018    Scripps CHAVI-ID Annual Meeting. Session Chair. Antibody Repertoire Studies

2018    Scripps CHAVI-ID Annual Meeting. "Distinct subclasses of VRC01-class naive B cell precursors represent advantageous eOD-GT8 beachheads for eliciting HIV vaccine bnAb lineages"


2017    Gates Foundation CAVD Meeting. "Immunodominance and other challenges face by germinal center responses for eliciting neutralizing antibodies to Env, or for affinity maturation to germline-targeted immunogens"

2017    Gates Foundation CAVD Meeting. Topics of Interest Session. "Why aren't animal models humans?"

2017    Gates Foundation CAVD Meeting. Topics of Interest Session. "Non-cytokine assays for antigen-specific CD4 T cells: What do AIM assays measure?"

2017    Australasian Society for Immunology Annual Meeting. International Invited speaker. 'T follicular helper cells (Tfh) and GC B cell responses in the context of vaccines and infections'

2017    KAI International Meeting 2017. Sejong University Convention Center, Seoul, Korea. International Invited speaker. Cancelled.

2017    AABB. T Follicular Helper Cell (TFH) Control of Antibody Production Session. 'T follicular helper cells (Tfh) and GC B cell responses in the context of vaccines and infections'

2017    Dept. of Chemistry and Biochemistry at Brigham Young U (BYU). Invited Speaker. 'T follicular helper (Tfh) CD4 T cells and germinal center B cell responses in the context of vaccines and infections'

2017    Immune Tolerance Network. Steering Committee. 'Application of lymph node FNAs to immunology research'.

2017    Program in Immunology (UC San Diego-La Jolla Institute) Kick Off Symposium. 'Wrangling the complex cellular dynamics involved in successful B:T collaboration for neutralizing Ab responses to HIV and other difficult targets'

2017    50th Anniversary Germinal Center Conference. The 19th International Conference on Lymphatic Tissues and Germinal Centres in Immune Reactions (GCC). Invited Speaker. 'T follicular helper cells (Tfh) and GC B cell responses in the context of vaccines and infections'

2017    Curie Institute, Paris. Invited Speaker. 'Assessing the engines of antibody affinity maturation to vaccines: germinal centers and Tfh cells'

2017    NIAID Webinar. LN Sampling: Fine needle aspirates vs. intact lymph node biopsies. Speaker. Chairperson.

2017    17th Annual Meeting of the Federation of Clinical Immunology Societies (FOCIS 2017). Manipulating T Follicular Helper Cells and the Germinal Center. 'Assessing the engines of affinity maturation to vaccines: germinal centers and Tfh cells'

2017    AAI Introductory Course in Immunology. 'B Cell Activation and Humoral Immunity.'

2017     University of Pittsburgh Department of Immunology, invited speaker. 'T follicular helper cells (Tfh) and B cell responses in the context of vaccines and infections'

2017     National Institutes of Health (NIH) Immunology Interest Group (IIG). Invited speaker. 'T follicular helper cells (Tfh) and B cell responses in the context of vaccines and infections'

2017     Scripps CHAVI-ID SAB

2017     Keystone Symposium on B Cells and T Follicular Helper Cells – Controlling Long-Lived Immunity. Invited speaker. ' Tfh differentiation and B cell responses in the context of vaccines and infections'

2017     University of Arizona, Microbiology and Immunology Department, invited speaker. 'Tfh differentiation and B cell responses in the context of vaccines and infections'

2017     IAVI Neutralizing Antibody Consortium. Invited participant.

2017     Inaugural Chiba University-UCSD Symposium on Mucosal Immunology, Allergy and Vaccines: Impact on Mucosal Diseases and Global Health. 'Vaccine immune response evaluation. Assessing the engines of affinity maturation: germinal centers and Tfh cells'

2017     University of Colorado, Denver. School of Medicine. Invited speaker. 'Vaccine immune response evaluation. Assessing the engines of affinity maturation: germinal centers and Tfh cells'

2017     University of California, San Diego. School of Medicine. Division of Infectious Diseases. Invited speaker. 'Vaccine immune response evaluation. Assessing the engines of affinity maturation: germinal centers and Tfh cells'


2016     University of Minnesota, Microbiology and Immunology (MICaB) Program. Graduate students annual invited speaker. 'Vaccine immune response evaluation. Assessing the engines of affinity maturation: germinal centers and Tfh cells'

2016     HIV Vaccines Trials Network (HVTN) Annual Meeting. Invited Speaker. 'Immunogen immune response evaluation in NHPs and humans. Measuring the engines of affinity maturation: germinal centers and Tfh cells'

2016     LJI Inhouse Seminar Series. 'Why is it so hard to make an HIV vaccine? Immunological pitfalls to HIV neutralizing antibody responses and how Tfh cells can help'

2016     The Scripps Research Institute, Florida. Immunity and Microbial Sciences Department. Invited Speaker. 'T follicular helper cells (Tfh) and B cell responses in the context of vaccines and infections'

2016     University of Miami Miller School of Medicine, Center for AIDS Research. 'T follicular helper cells (Tfh) and B cell responses in the context of vaccines and infections'

2016     Frontiers of Retrovirology 2016. "HIV evasion of neutralizing antibodies: challenges for B cells and Tfh cells"

2016     University of Basel. Distinguished Visiting Immunologist. 'T follicular helper cells (Tfh) and B cell responses in the context of vaccines and infections'

2016     Scripps Hospital. Sylvia Bodamer Allergy and Immunology Conference.

2016     AAI Introductory Course in Immunology. 'B Cell Activation and Humoral Immunity.'

2016     ImmunologyLA 2016. Keynote speaker. 'T follicular helper cells (Tfh) and B cell responses in the context of vaccines and infections'

2016     American Association of Immunologists (AAI) Annual Meeting. Seattle. Major Symposium, Invited speaker. "Follicular helper T cells in infections and antiviral vaccines"

2016     New York University School of Medicine, Immunology Club, Invited Speaker. 'T follicular helper cells (Tfh) and B cell responses in the context of vaccines and infections'

2016     Pfizer Vaccines. Invited speaker. 'Follicular helper T cells (Tfh) and Germinal Centers in infections and antiviral vaccines'

2016     Columbia University, Institution for Cancer Genetics. 'T follicular helper cells (Tfh) and B cell responses in the context of vaccines and infections'

2016     IAVI/NIAID/BMGF Clinical Assays for Germline Targeting and Trimer Immunogens.

2016     Bill and Melinda Gates Foundation (BMGF). Conference: Path Toward Understanding Germinal Center B and T cell Dynamics to Maximize Vaccine Efficacy and Durability. "Tfh cells, germinal centers, and HIV neutralizing antibodies: Vaccine lessons from NHPs and Tfh cellular biology"

2016     Stanford Immunology Seminar Series. "Cellular and molecular biology of T follicular helper (Tfh) CD4 T cells"

2016     Scripps Research Institute (TSRI). Department of Immunology and Microbial Science. Invited speaker. "Regulation of Tfh differentiation and B cell responses in the context of vaccines and infections"

2016     Inaugural Keystone Conference on "T Follicular Helper Cells (Tfh) and Germinal Centers." **Conference Co-Organizer**, with Carola Vinuesa. Presentation: "Regulation of Tfh differentiation and B cell responses in the context of vaccines and infections"

2016     16th International Conference on Lymphocyte Activation and Immune Regulation. Theme: Application of Big Data to Human Immune Response. Invited speaker. "Deciphering the transcription factor network determining Tfh differentiation"

2016     Asilomar 55th Midwinter Immunology Conference. **Conference Co-Organizer**, with Shannon Turley. Presentation: "Regulation of human Tfh cells in the context of vaccines"

2016    UCSD Institute of Engineering in Medicine. Vaccine Engineering Center Symposium. "Regulation of T follicular helper (Tfh) CD4 T cells and B cells in the context of vaccines and infections"
2016    Scripps CHAVI-ID Investigators Retreat.

2015    UCSD Pathology Research Lecture Series (PRLS). "Regulation of T follicular helper (Tfh) CD4 T cells in the context of human vaccines and infections"
2015    Tsinghua University, Beijing. "Regulation of T follicular helper (Tfh) CD4 T cells and B cells in the context of vaccines and infections"
2015    Sixth Xiamen Winter Symposium. Invited Speaker. "Regulation of T follicular helper (Tfh) CD4 T cells in the context of vaccines and infections"
2015    American Association of Blood Banks (AABB) Annual Meeting. Invited plenary speaker. Session: Recent Advances in Mechanisms Involved in B- Cell/Antibody Regulation. "T Follicular helper (Tfh) CD4 T cells and their roles in health and disease"
2015    Massachusetts General Hospital. Immunology Seminar Series. "Molecular Regulation of Tfh Differentiation"
2015    Harvard Medical School Immunology program. Invited speaker. "Molecular Regulation of Tfh Differentiation"
2015    Ragon Institute. Seminar Speaker. "T follicular helper (Tfh) CD4 T cells and B cells in the context of HIV vaccines and infections"
2015    La Jolla Immunology Conference. Invited Speaker. "LEF-1 and TCF-1 orchestrate T follicular helper cell (Tfh) differentiation by regulating signaling circuits upstream of Bcl6"
2015    Global HIV Vaccine Enterprise. Enterprises eAccess Meeting. Webinar. Germinal Center Dynamics. "Germinal center dynamics and Ab affinity maturation for protective immunity"
2015    University of Oklahoma Health Sciences Center. The UOHSC graduate student nominated Annual Distinguished Speaker. "Regulation of T follicular helper (Tfh) CD4 T cells in the context of vaccines and infections"
2015    NIH Germinal Center Dynamics and Antibody Affinity Maturation for Protective Immunity. Closed NIH consultation workshop. Session 2 Co-Chair. Session 2 speaker. Session 3 speaker.
2015    St. Jude's Childrens Hospital. Immunology Seminar Series. Invited speaker. "T Follicular helper cells (Tfh) and antibody responses in health and disease"
2015    AAI Introductory Course in Immunology. "B Cell Activation and Humoral Immunity."
2015    University of Utah. Microbiology and Immunology Invited Speaker. "How does Bcl6 control Tfh biology?"
2015    AAI Annual Meeting. Workshop speaker, and Session Chair. "BCL6 orchestrates Tfh cell differentiation via multiple distinct mechanisms"
2015    joint Keystone Symposia on HIV Vaccines/The Golden Anniversary of B Cells. Invited Joint session speaker. "B/T Cell Interactions" Session Chair. "T Cell Help to B Cells: Follicular Helper CD4 T Cell (Tfh) Biology"
2015    Novel Immunotherapeutics Summit. Joint 3 conference Plenary speaker. "Follicular helper T cells (Tfh) and antibody responses in health and disease"
2015    Asilomar Midwinter Immunology Conference. Invited speaker. "How does Bcl6 control Tfh biology?"

2014 Babraham Institute, Cambridge. Immunology Seminar series invited speaker. "Designing vaccines: Genetics of T follicular helper cells (Tfh)"
2014 Cancer UK, London Research Unit. Invited Speaker. "Genetics of Tfh Differentiation"
2014 Royal Society Discussion Meeting. *Biological challenges to effective vaccines in the developing world.* Invited international lecturer. "Designing vaccines: The importance of Tfh cells, and how to find them"
2014 UC Berkeley. Molecular and Cell Biology Department. Invited Speaker. "Designing vaccines: Differentiation and regulation of follicular helper CD4 T cells"
2014 UCSF Immunology Program. Invited Speaker. "Genetics of Tfh Differentiation"
2014 UCSD, Department of Medicine. Pulmonary & Critical Care. Grands Rounds. "Tfh cells: The source of T cell help to B cells. Critical players in protective immunity, and autoimmunity"
2014 Seattle Biomedical Research Institute. "Designing vaccines: Differentiation and regulation of follicular helper CD4 T cells"
2014 International Immunological Memory and Vaccine Forum (IIMVF). "Genetics of Tfh cells"
2014 Scripps Hospital. Sylvia Bodamer Allergy and Immunology Conference. "Tfh cells: The source of T cell help to B cells. Critical players in protective immunity, and probably in allergies"
2014 AAI Introductory Course in Immunology. "B Cell Activation and Humoral Immunity."
2014 FASEB Biology of the Immune System. Session Chair.
2014 FOCIS. Invited Speaker. Germinal centers and autoimmunity. "Differentiation and function of follicular helper T cells (Tfh)"
2014 NIH Glycoimmunology Workshop. Session Chair.
2014 Stanford Medical School. "Differentiation and function of follicular helper T cells"

2014 U. Pittsburgh, Immunology Department and Richard King Mellon Foundation Institute. 2014 Pittsburgh Immunology Symposium. "Genetics of Tfh differentiation"

2014 NIH DAIDS "B Cell Help in HIV Vaccine Strategies Think Tank". Session Chair and speaker.

2014 Cincinnati Children's Hospital Research Foundation. Invited Lecture. "Designing vaccines: Differentiation and regulation of follicular helper CD4 T cells"

2014 UAB Medical School. Inaugural John Volanakis Immunology Lecturer, Graduate Student invited lecturer. "Genetics of Tfh differentiation"

2014 Keystone Symposium. HIV Vaccines: Adaptive Immunity and Beyond. Invited speaker. "Human follicular helper CD4 T cells and Tfh memory"

2014 Keystone Symposium. Biology of B cell responses. Invited Speaker. "Genetics of Tfh Differentiation"

2014 NIH NIAID DAIDS Tfh Working Group Webinar

2014 AAAAI, invited speaker. "Differentiation of follicular helper CD4 T cells"

2014 USC Medical School. Invited speaker. "Designing vaccines: Differentiation and regulation of follicular helper CD4 T cells"

2013 UCSD CFAR Immunology. ""Follicular helper CD4 T cells (Tfh) in vaccines and HIV infections"

2013 La Jolla Immunology Conference. Invited speaker. "Designing vaccines: Differentiation and regulation of follicular helper CD4 T cells"

2013 International Cytokine Society Annual Conference. Invited Speaker. "Designing vaccines: Differentiation and regulation of follicular helper CD4 T cells"

2013 University of Pennsylvania, Immunology program. Invited speaker. "Designing vaccines: Differentiation and regulation of follicular helper CD4 T cells"

2013 Memorial Sloan-Kettering and Cornell Medical College, Immunology and Microbial Pathogenesis Program Research Seminar Series, Invited speaker. "Designing vaccines: Differentiation and regulation of follicular helper CD4 T cells"

2013 Gordon Conference on T Follicular Helper Cells (Tfh), Hong Kong. Invited Speaker. "Designing vaccines: Differentiation and regulation of follicular helper CD4 T cells"

2013 FASEB Molecular Mechanisms of Immune Cell Differentiation and Function. Invited Speaker. "Regulating the T follicular helper fate decision"

2013 AAI Annual Conference. "Human circulating memory Tfh cells correlate with the capacity to make a broadly neutralizing HIV antibody response"

2013 Cold Spring Harbor Symposium. Immunity and Tolerance. Invited speaker. "Designing vaccines: Differentiation and regulation of follicular helper CD4 T cells"

2013 U. Washington. Immunology Seminar series. "Differentiation and function of follicular helper CD4 T cells (Tfh)"

2013 Keystone Symposium. HIV Vaccines. Invited speaker. Plenary session. "Human blood Tfh cells"

2013 KHK, Tokyo. "Follicular helper CD4 T cells (Tfh): A new type of CD4 T cell critical for antibody responses both for good vaccines and bad autoimmune diseases"

2013 Tokyo University. Tokyo Immunology Club for Young Dermatologists. "Follicular helper CD4 T cells (Tfh): A new type of CD4 T cell critical for antibody responses both for good vaccines and bad autoimmune diseases"

2013 UCSD Cellular and Molecular Medicine Seminar Series. Invited speaker. "Designing vaccines: Differentiation and regulation of follicular helper CD4 T cells"

2013 Keystone Symposium. Type 2 Immunity. Invited plenary speaker. "The Relationship between Th2 and Tfh Cells: Defining Characteristics of Tfh Cell Differentiation and Function"

2012 Immunological Mechanisms of Vaccination. Keystone Symposium. Invited plenary speaker. "Tfh Cells: Providing T Cell Help for B Cell Responses"

2012 M.D. Anderson. Invited speaker. "Designing vaccines: Follicular helper CD4 T cells (Tfh cells) and SAP"

2012 Washington University. Invited speaker. "Designing vaccines: Follicular helper CD4 T cells (Tfh cells) and SAP"

2012 Emory Vaccine Center. "Differentiation and function of follicular helper CD4 T cells (Tfh)"

2012 Vaccine and Gene Therapy Institute (VGTI). "Designing vaccines: Follicular helper CD4 T cells and SAP"

2012 U. Michigan Immunology program. Invited speaker. "Differentiation and function of follicular helper CD4 T cells (Tfh)"

2012 NIH Immunobiology Seminar Series. Invited speaker. "Designing vaccines: Follicular helper CD4 T cells and SAP"

2012 *Harnessing CD4 T cell responses in HIV Vaccine Development* . Conference Organizer. Session chair. Speaker.

2012 AAI Annual Conference. Award lecture. American Association of Immunologists BD Biosciences Investigator Award. For outstanding, early-career research contributions to the field of Immunology. "Designing vaccines: Follicular helper CD4 T cells and SAP"

2012 Yale Immunobiology invited speaker. "Designing vaccines: Follicular helper CD4 T cells and SAP"

2012 John Hopkins University, Immunology program. Graduate Student Invited speaker. "Designing vaccines: Differentiation and function of follicular helper CD4 T cells"

2012 San Diego Microbiology Forum. "Designing vaccines: Differentiation and function of follicular helper CD4 T cells"

2012 Keystone Viral Immunity / HIV Vaccines Conferences. Joint Plenary speaker. "Designing vaccines: Differentiation and function of follicular helper CD4 T cells"

2012 U. Chicago. Graduate Student Annual Invited speaker. "Differentiation and function of follicular helper (Tfh) CD4 T cells"

2012 RIKEN Center for Allergy and Immunology (RCAI) – LIAI joint conference. "SAP and follicular helper CD4 T cells."

2012 14th International Conference on Lymphocyte Activation and Immune Regulation. Invited speaker. "Differentiation and function of follicular helper (Tfh) CD4 T cells"


2011 40th Japanese Society of Immunologists (JSI) Annual Conference. International Invited speaker. "Differentiation and function of follicular helper CD4 T cells"

2011 Scripps Research Institute. Immunology and Microbial Science Affinity Group, Invited speaker. "Designing vaccines: Differentiation and function of follicular helper CD4 T cells"

2011 Genomics Novartis Foundation Institute. "Designing vaccines: Differentiation and function of follicular helper CD4 T cells"

2011 NIH Division of AIDS Research. "Designing vaccines: Differentiation and function of follicular helper CD4 T cells"

2011 MedImmune, Maryland campus. Invited speaker. "Designing vaccines: Differentiation and function of follicular helper CD4 T cells"

2011 Garvan Institute of Medical Research. Sydney, Australia. Australian Society of Immunology visiting speaker. "Differentiation and function of follicular helper CD4 T cells"

2011 Australian National University. Australian Society of Immunology visiting speaker. "Differentiation and function of follicular helper CD4 T cells"

2011 University of Melbourne. Australian Society of Immunology visiting speaker. ""Differentiation and function of follicular helper CD4 T cells"

2011 Annual Meeting of the Immunology Group of Victoria, Australia. Keynote speaker. "Designing vaccines: Differentiation and function of follicular helper CD4 T cells"

2011 International DNA Vaccines Conference. Invited speaker. "Designing vaccines: Differentiation and function of follicular helper CD4 T cells"

2011 OSA Molecular Biology Seminar

2011 U. Iowa. Immunology Graduate Program. Graduate student Invited Speaker. "Follicular helper CD4 T cell differentiation and the development of protective antibody responses"

2011 UT Southwestern. Invited speaker. "Follicular helper CD4 T cell differentiation and the development of protective antibody responses"

2011 Wake Forest University Center for Bioethics, Health and Society. ""The David Baltimore Affair: Lessons on Scientific Conduct"

2011 Wake Forest University School of Medicine. Immunology Graduate Program. Graduate student Invited Speaker. "Follicular helper CD4 T cell differentiation and the development of protective antibody responses"

2011 MedImmune. Palo Alto campus. Invited speaker. "Designing vaccines: Differentiation and function of follicular helper CD4 T cells"

2011 Genentech. Invited speaker. "Follicular helper CD4 T cell differentiation and the development of protective antibody responses"

2011 UCSF Immunology. Invited speaker. "Follicular helper CD4 T cell differentiation and the development of protective antibody responses"

2011 Univ. of Toronto, Dept of Immunology. Invited speaker. "Designing vaccines: Differentiation and function of follicular helper CD4 T cells"

2011 Massachusetts General Hospital. Invited speaker. "Follicular helper CD4 T cell differentiation and the development of protective antibody responses"

2011 Harvard Medical School. Invited speaker. "Follicular helper CD4 T cell differentiation and the development of protective antibody responses"

2011 Univ. of Rochester, Dept. of Microbiology and Immunology. Invited Speaker. "Follicular helper CD4 T cell differentiation and function"


2010 Univ. of Massachusetts Medical School. Invited speaker. "Follicular helper CD4 T cell differentiation and the development of protective antibody responses"

2010 National Institutes of Health (NIH) T3 Symposium on T Cell Differentiation: Stability and Plasticity. Invited Speaker. "Follicular Helper CD4 T cell (Tfh) differentiation and function"

2010 Keystone Gates Vaccine Conference. Invited Speaker. "Follicular helper CD4 T cell differentiation and the development of protective antibody responses"

2010 Keystone Gates Vaccine Conference. Pre-meeting workshop Invited Speaker. "Human B cell responses"

2010 UC San Diego School of Medicine. Invited Speaker. "Understanding follicular helper CD4 T cells and antibody responses: From mice to tonsils to vaccines"

2010 Cancer Research Institute (CRI) Annual Symposium. Invited Speaker. "Follicular Helper CD4 T cell (Tfh) differentiation and function"

2010 U. Penn Medical School. Invited speaker. "Follicular helper CD4 T cell differentiation and the development of protective antibody responses"

2010 Chiba University, Japan. Invited speaker. "Follicular helper CD4 T cell differentiation and the development of protective antibody responses"

2010 FASEB "Biology of the Immune System". Invited speaker. "Follicular Helper CD4 T cell (Tfh) differentiation and function"

2010. MASIR, European Immunology conference. Invited speaker. "Follicular Helper CD4 T cell (Tfh) differentiation"

2010 UCLA David Geffen School of Medicine. Invited speaker. "Follicular Helper CD4 T cell (Tfh) differentiation and function"

2010 American Association of Immunologists (AAI). Invited speaker, Major Symposium. "Follicular Helper CD4 T cell (Tfh) differentiation and function"

2010 NIH Vaccine Research Institute (VRC). invited speaker. "Follicular Helper CD4 T cell (Tfh) differentiation and function"

2010 U. Vermont Medical School. Invited speaker. "Follicular Helper CD4 T cell (Tfh) differentiation and function"

2010 Keystone Symposium. Viral Immunology. Invited Speaker. "What have we learned from the smallpox vaccine?"

2010 French American Biotechnology Symposium. Vaccines session chairman.

2010 Clinical Vaccinology Course. National Foundation for Infectious Diseases (NFID). "How Vaccines Work"

2010 IAVI HIV Neutralizing Antibody Consortium (NAC) Brainstorming conference.

2010 Keystone Symposium. Lymphocyte Activation. Poster: "SLAM and SAP are required for IL-4 production by germinal center CD4 T cells."

2010 Asilomar Midwinter Immunology Conference. Invited Speaker. "Understanding T cell help to B cells in the context of vaccines"


2009 UC Riverside. "The famous Baltimore Affair. Lessons on Scientific Conduct."

2009 La Jolla Immunology Conference "Follicular helper CD4 T cell differentiation and function."

2009 Cold Spring Harbor Symposium on Harnessing Immunity. Invited Speaker. "Understanding the immunobiology of the smallpox vaccine"

2009 American Society for Virology, Invited Speaker. "State-of-the-Art" lecture. "Understanding the immunobiology of the smallpox vaccine"

2009 Clinical Vaccinology Course. National Foundation for Infectious Diseases. "Vaccine Immunology"

2009 Pew Scholars Annual Meeting. "Understanding the immunobiology of the smallpox vaccine"

2009 University of Pittsburgh, "Understanding the immunobiology of the smallpox vaccine."

2009 Keystone Symposium. B cell. in Context. "Understanding the immunobiology of the smallpox vaccine"

2009 UC Davis. "Understanding the immunobiology of the smallpox vaccine"


2008 Scripps Research Institute. "Understanding the immunobiology of the smallpox vaccine"

2008 Indiana University. "Immunity induced by vaccinia: Understanding how vaccines work"

2008 IAVI. "Immunity induced by vaccinia: Understanding how vaccines work"

2008 American Society for Virology (ASV) Annual Meeting. "Immunity induced by vaccinia: Understanding how vaccines work"

2008 International Poxvirus Mtg, Germany. "Immunity induced by vaccinia: Understanding how vaccines work"

2008 Keystone Symposium. Viral Immunology. "Immunity induced by vaccinia: Understanding how vaccines work"


2007 19th Antibody Engineering Conference. "Long term antibody responses to Vaccines and Viral Infections"

2007 Simon Frasier University. Dept. of Molecular Biology. "Understanding long-term B cell memory and antibody responses to smallpox"

2007 American Society for Virology (ASV) Annual Meeting. "Deterministic linkage between CD4 T cell and antibody specificities to a large viral pathogen"

2007 AAI Annual Meeting (session Chair). "Deterministic linkage between CD4 T cell and antibody specificities to a large viral pathogen"

2007 Loma Linda University Medical Center. "Understanding long-term B cell memory and antibody responses to infectious diseases"

2007 UC Irvine Center for Immunology. "Understanding long-term B cell memory and antibody responses to infectious diseases"

2007 Keystone Symposium. Immunological Memory. "Deterministic linkage between CD4 T cell and antibody specificities to a large viral pathogen"

Exhibit A, Page 64

2006 University of Washington, Seattle. Dept. of Immunology. "Understanding long-term B cell memory and antibody responses to infectious diseases"
2006 FASEB Lymphocytes and Antibodies. "Understanding long-term B cell memory and antibody responses to infectious diseases"
2006 Keystone Symposium. AIDS Vaccines. Plenary Session speaker. "Understanding long-term B cell memory and antibody responses to infectious diseases"
2006 Pew Scholars Meeting. "Understanding long-term B cell memory and antibody responses to infectious diseases"
2006 Keystone Symposium. Lymphocyte Activation. "SAP regulation of follicular helper CD4 T cell development is independent of SLAM and Fyn kinase"
2006 Keystone Symposium. Host Resistance. "SAP deficiency triggers CD8-mediated immunopathology and hypogammaglobulinemia in a non-herpes virus chronic infection"

2005 NIH Twinbrook. "Understanding long-term B cell memory and antibody responses to infectious diseases"
2005 Karolinska Institute Nobel Forum. "Maintenance of long-term immunity in man"
2005 La Jolla Immunology Conference. "SAP regulation of follicular helper CD4 T cell development is independent of SLAM and Fyn kinase"
2005 UCSD Rheumatic Disease Center. "Understanding long-term B cell memory and antibody responses to infectious diseases"
2005 American Society for Virology (ASV) Annual Meeting. "SAP deficiency leads to an inability to control a chronic viral infection"
2005 From Innate Immunity to Vaccines Conference. "Understanding long term humoral immune responses to infectious diseases in humans"
2005 University of California, Irvine. Center for Virus Research Seminar. "Understanding long term humoral immune responses to infectious diseases"
2005 Vical. "Long term B cell memory in humans after smallpox vaccination"
2005 Keystone Symposium. B Cell Function. "Long term B cell memory in humans after smallpox vaccination"
2005 RIKEN Institute for Allergy and Immunology, Yokohama, Japan. "Understanding long term humoral immune responses to infectious diseases"

2004 La Jolla Immunology Conference. "The role of SAP in the generation of long term humoral immunity"
2004 The Scripps Research Institute. Immunology Seminar Series. "Long term humoral immunity to infectious diseases"
2004 American Society for Microbiology, Biodefense Research Meeting. "Long term B cell memory in humans after smallpox vaccination"
2004 Keystone Symposium. Bioterrorism and Emerging Infectious Diseases. "Long term B cell memory in humans after smallpox vaccination"

2003 CDC. "Quantifying anthrax-specific memory B cells elicited by vaccination."
2003 Yale University School of Medicine. Molecular Virology and Immunology Seminar. "Antiviral humoral immunity"
2003 Washington University School of Medicine. Division of Infectious Diseases Seminar. "Long term humoral immunity to infectious disease: from SAP to smallpox."
2003 Yale University School of Medicine. Immunobiology Seminar. "Long term humoral immunity to infectious disease."
2003 Rockefeller University. "Long term humoral immunity to infectious disease."
2003 Johns Hopkins University School of Medicine. Institute for Cell Engineering Seminar. "Long term humoral immunity to infectious disease."
2003 Harvard Medical School. Department of Microbiology Special Seminar. "Long term humoral immunity to infectious disease."
2003 Keystone Symposium. B cells and antibodies. "SAP is required to generate long-term humoral immunity"
2003 La Jolla Institute of Allergy and Immunology. "Long term humoral immunity to infectious disease."


## SERVICE AND TEACHING

### SERVICE
2004-2007    LIAI Annual Report faculty liaison
2005-2010    LIAI Institutional Review Board (IRB) Vice Chair.
2007         NIH NIAID Special Emphasis Panel Study Section
2008         NIH NIAID IHD Immunity and Host Defense Study Section, ad hoc reviewer

| | |
|---|---|
| 2008 | NIH NIAID Special Emphasis Panel Study Section |
| 2008 | NIH NIAID IHD Immunity and Host Defense Study Section, ad hoc reviewer |
| 2009 | NIH NIAID IHD Immunity and Host Defense Study Section, ad hoc reviewer |
| 2009 | NIH NIAID IHD Immunity and Host Defense Study Section, ad hoc reviewer |
| 2012-2015 | AAI Program Committee |
| 2013 | AAI 100th Anniversary Annual Meeting, Block Symposium chair |
| **2010-2014** | **NIH NIAID IHD Immunity and Host Defense Study Section. Standing Member** |
| 2014 | American Association of Immunology (AAI) Introductory Course. Lecturer. |
| 2015 | American Association of Immunology (AAI) Introductory Course. Lecturer. |
| 2015 | American Association of Blood Banks (AABB) Annual Meeting, Educational Lecture. |
| 2015-2016 | LJI Senior faculty recruitment committee |
| 2016 | Asilomar Midwinter Immunology Conference. Conference Co-Organizer, with Shannon Turley. |
| 2016 | Inaugural Keystone Conference on T Follicular Helper Cells (Tfh) and Germinal Centers. Co-Organizer. |
| 2016 | American Association of Immunology (AAI) Introductory Course. Lecturer. |
| 2016 | NIH NIAID IMVC Opportunity Fund Review Panel |
| 2017 | UCSD BMS PhD Program Interview Day |
| 2017 | American Association of Immunology (AAI) Introductory Course. Lecturer. |
| 2017 | NIH NIAID ZRG1 IMM Study Section |
| 2017-2018 | LJI Faculty Search Committee |
| 2018 | External tenure review committee member, Harvard University. |
| 2018 | UCSD BMS PhD Program Interview Day |
| 2018 | NIH NIAID ZRG Special Emphasis Panel, Study Section reviewer |
| 2018 | External PhD thesis examiner. 'Lara' Omolara Olujimi Baiyegunhi, Doctor of Philosophy in Immunology. Nelson R Mandela School of Medicine University, KwaZulu-Natal. |
| 2018 | External evaluator for tenure review, University of Pennsylvania School of Medicine. |
| 2018 | External evaluator for tenure review, University of Michigan School of Medicine. |
| 2018 | Gates Foundation / Page Foundation, vaccine research grant reviewer. |
| 2017-present | Human Vaccines Project Leadership Group |
| 2018-2019 | Michelson Prize Selection Committee |
| 2019 | NIH Director's New Innovator Award (DP2) , Distinguished Editor/Reviewer Study Section Panel |
| 2019 | UCSD BMS PhD Program Interview Day 1 |
| 2019 | UCSD BMS PhD Program Interview Day 2 |
| 2019 | Keystone Symposia meeting on B Cell-T Cell Interactions. Meet the Scientist mentorship Workshop |
| 2019 | LJI Grant mentorship panel. Shresta |
| 2019 | LJI Grant mentorship panel. Herra. |
| 2019 | External Evaluator for tenure review, NIH NIAID |
| 2019 | LJI Faculty search committee on autoimmunity and inflammation |
| 2019 | NIH NIAID DAIDS AIDS Vaccine Research Section (AVRS) Advisory Committee (September) |
| 2019- | Dr. Isabel Newton, Assistant Professor, VA. Mentor. |
| 2020 | External Evaluator for faculty tenure review, U Penn |
| 2020 | External Evaluator for faculty promotion review, a top research institution |
| 2020 | NIH NIAID Immunity and Host Defense Study Section, ad hoc reviewer |
| 2021- | T32 Advisory board, CHARM UCSD. |

2003-present LIAI/LJI Public Relations faculty liaison
2006-present LIAI/LJI Normal Human Blood Donor Program (NBDP) founder and faculty liaison
2009-present IEDB Advisory council
2011-present UCSD Moores Cancer Center. Member
2017-present UCSD/LJI Asthma Center. Scientific Advisory Council
2020-present The American Association of Immunologists Nominating Committee

## TEACHING

| | |
|---|---|
| 1994 | MIT Biology. Developer. The MIT Biology Hypertextbook (www.mit.edu:8001/afs/athena/course/other/esgbio/www/7001main.html) |
| 1998 | UCSF School of Medicine, teaching assistant. "Molecular Biology" |
| 2007 | Houten Thesis Committee, Simon Fraser University |
| 2009 | UCSD ICD 140 Lecture |
| 2010 | UCSD BMS Minor prop committee |
| 2010 | UCSD BMS Minor prop committee |
| 2010 | UCSD Immunology course (BICD 140) |
| 2010 | UMass Medical School Thesis Defense. External Reviewer. Mina Seedhom, Welsh Lab |
| 2006-2011 | PhD Thesis Advisor. Robert Johnston, graduate student, UCSD BMS program |
| 2010-2011 | UCSD Biology, Immunology faculty search committee |
| 2010-2012 | PhD Thesis Advisor. Tania Escobar. UCSD BMS program |
| 2008-2012 | Thesis Committee. Laura Ruff. UCSD BMS program |
| 2009-2012 | Thesis Committee. Amanda Herman. UCSD BMS program |
| 2009-2012 | Thesis Committee. Amanda Herman. UCSD BMS program |
| 2011 | UCSD BMS Minor Prop Committee |
| 2011 | UCSD Advanced Animal Virology Course (BGGN226) |
| 2008-2012 | Thesis Committee. Cliff Yang. UCSD Biology program |
| 2010-2012 | Thesis Committee. Timothy O'Sullivan. UCSD BMS Program |
| 2008-2012 | Thesis Committee. Adam Best. UCSD BMS program |
| 2010- | Thesis Committee. Gavin Lewis. UCSD BMS program |
| 2012-2017 | Thesis Committee. Laura Shaw. UCSD BMS Program |
| 2010-2013 | Thesis Committee. Tamara Bhandari. UCSD BMS program |
| 2012 | UCSD Advanced Animal Virology Course (BGGN226) |
| 2012 | UCSD Immunology course (BICD 140) |
| 2012 | UCSD Graduate BIO200 course. Microbes Module. |
| 2013 | UCSD Immunology course (BICD 140) |
| 2013 | UCSD Advanced Animal Virology Course (BGGN226) |
| 2013 | External Thesis Reviewer, PhD Thesis Defense, Scripps Research Institute, Joe Jardine |
| 2013 | UCSD Graduate BIO200 course. Microbes Module. |
| 2014 | AAI Introductory Course in Immunology |
| 2014 | UCSD Advanced Animal Virology Course (BGGN226) |
| 2014 | UCSD Graduate BIOM 200 course. Microbial Threats and Immune Defenses Module. |
| 2015 | UCSD Advanced Animal Virology Course (BGGN226) |
| 2015 | UCSD Immunology course (BICD 140) |
| 2015 | MD/PhD UCSD Rotation Student. Bethany Fixsen |
| 2015 | UCSD Graduate BIOM 200 course. Microbial Threats and Immune Defenses Module. |
| 2015 | UCSD BMS Rotation Student. Jacob Wozniak |
| 2016 | UCSD Immunology course (BICD 140) |
| 2016 | UCSD Advanced Animal Virology Course (BGGN226) |
| 2016 | Carmel Valley Middle School. 7th grade science. "The Immune System and Vaccines" |
| 2016 | UCSD Graduate BIOM 200 course. Immune Defenses Module. |
| 2016 | AAI Introductory Course in Immunology |
| 2016 | UCSD Immunology Course (BICD 140) |
| 2017 | Immunology Graduate course (BGGN225) |
| 2017 | 2017 AAI Introductory Course in Immunology |
| 2017 | UCSD BMS Rotation student. Aaron Oom |
| 2017 | UCSD BMS Minor Prop Committee. Aaron Oom |
| 2018 | Pfizer Immunology Course |
| 2018 | Immunology Graduate course (BGGN225) |
| 2018 | 2018 AAI Introductory Course in Immunology |
| 2017- | UCSD PhD Thesis Committee. Aaron Oom |
| 2018 | UCSD BMS Rotation student. Ivy Phung |

| 2019 | Immunology Graduate course (BGGN225) |
|------|--------------------------------------|
| 2019 | External Thesis Reviewer, PhD Thesis Defense, Scripps Research Institute, Bartosz Nogal |
| 2019- | UCSD BMS PhD Thesis student. Ivy Phung |
| 2019 | UCSD BMS Rotation student. Sonya Haupt |
| 2020 | UCSD BGGN225 Graduate Immunology |
| 2020- | UCSD BMS PhD Thesis student. Sonya Haupt |
| 2016- | Biomedical Sciences Graduate Program, Immunology Track Chair, LJI |
| 2021 | UCSD BDDN225 Graduate Immunology |
| 2021 | AAI Introductory Course in Immunology |
| 2021 | UCSD BMS Rotation student. Hannah Pettit |
| 2021 | UCSD BMS PhD Program Interview day |
| 2021 | UCSD Biology Rotation student. Brian Stack |
| 2022 | UCSD Medical School Intefectious Diseases Core Lecture. "B Cell Memory to Infectious Diseases". |

## PEER REVIEW

2012-2014, Associate Editor, Journal of Immunology
2014-2016, Associate Editor, Journal of Immunology

Ad Hoc Reviewer
Nature, Science, Cell, New England Journal of Medicine, Nature Medicine, Immunity, Nature Immunology, Science Translational Medicine, Science Immunology, Cell Reports, Journal of Experimental Medicine (JEM), Nature Communications, Journal of Clinical Investigation (JCI), Proceedings of the National Academy of Sciences (PNAS), The Lancet, Journal of Immunology, Journal of Virology, Nature Reviews Immunology, Vaccine, eLife, European J. Immunology, and others

## PROFESSIONAL SOCIETY MEMBERSHIPS

American Association of Immunologists (Full member 2004-now)
American Society for Virology (Full member 2005-)
American Society for Microbiology (2002-now)
American Association for the Advancement of Science (AAAS) (1996-now)

## TRAINEES NOW IN ACADEMIA

1. Prof. Mohammed Rafii-El-Idrissi Benhnia, PhD. Professor, Dept of Medical Biochemistry and Immunology. School of Medicine, University of Seville
2. Laurel Monticelli, PhD. Instructor, Columbia University
3. Prof. Youn Soo Choi, PhD. Associate Professor, Seoul National University, School of Medicine
4. Prof. Michela Locci, PhD. Assistant Professor, University of Pennsylvania, Medical School. Department of Microbiology and Immunology.
5. Prof. Jennifer Dan, MD/PhD. Assistant Professor, UCSD School of Medicine.
6. Robert Abbott, PhD. NIH K99/R00 recipient
7. Prof. Jinyong Choi, PhD. Assistant Professor, The Catholic University of Korea, College of Medicine, Department of Microbiology
8. Prof. Robert Abbott, PhD. Assistant Professor, University of Texas, Medical Branch (UTMB) Galveston.

## COMMITMENT TO DIVERSITY

The Crotty lab is committed to a diverse and equitable work environment. An academic lab is a training and educational environment, as well as a workplace. The Crotty lab puts a high priority on diverse recruitment. A high proportion of all Crotty lab postdoctoral fellows and graduate students over time have been female, and great time and effort is spent on career development for each lab member. Underrepresented minorities have been key members of the Crotty lab. Our high impact 2019 *Cell* paper "Slow Delivery Immunization Enhances HIV Neutralizing Antibody and Germinal Center Responses via Modulation of Immunodominance" was led by an underrepresented minority postdoctoral fellow, and the lab currently has multiple underrepresented minority lab members. Dr. Sydney Ramirez, MD/PhD, is another lab URM trainee who has been exceptionally successful. She is co-1st author on our

high impact COVID-19 2021 *Science* paper "Immunological memory to SARS-CoV-2 assessed for up to eight months after infection", which was covered by the New York Times and other major media outlets. Dr. Ramirez has also co-authored other COVID-19 immunology papers in *Cell* and *Science* in the past year, and has recently been awarded a prestigious Giannini Fellowship.

We have had female scientists from Africa visit our lab for training on two separate occasions, to learn T and B cell techniques. URM Crotty lab technicians have received extensive training and mentoring during their time in the lab and have gone on to excellent jobs in pharma or to a top business school MBA program. The central scientific goal of the lab is to improve vaccine development worldwide, because vaccines have the incredible ability to help out communities that are most in need. The Crotty lab was founded to work on vaccines because of their enormous importance to health worldwide. Our priorities fully align with the longstanding Gates Foundation mantra "All lives have equal value," which leads to an obvious prioritization of vaccine development as one of the most impactful scientific research endeavors for health equity worldwide.