EMILY T. KUWAHARA (SBN 252411)
  ekuwahara@crowell.com
URI NIV (SBN 307487)
  univ@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

KRISTIN J. MADIGAN (SBN 233436)
  kmadigan@crowell.com
SUZANNE E. RODE (SBN 253830)
  srode@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

[Additional Counsel Listed on Next Page]

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA and MICHAEL V. DRAKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AARON KHERIATY, M.D.,<br><br>          Plaintiff,<br><br>     v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation, and MICHAEL V. DRAKE, in his official capacity as President of the UNIVERSITY OF CALIFORNIA,<br><br>          Defendants. | Case No. 8:21-cv-01367-JVS-KES<br><br>**DECLARATION OF BERNADETTE M. BODEN-ALBALA, M.P.H., DR.PH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     September 27, 2021<br>Time:     1:30 p.m.<br>Place:    Courtroom 10 C<br>Judge:   Hon. James V. Selna |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DECL. OF BODEN-ALBALA
ISO DEFS.' OPP. TO PI MOT.;
CASE NO. 8:21-cv-01367-JVS-KES

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
NORMAN J. HAMILL (SBN 154272)
norman.hamill@ucop.edu
KATHARINE ESSICK (SBN 219426)
katharine.essick@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607
Telephone: 510.987.9800
Facsimile: 510.987.9757

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA AND MICHAEL V. DRAKE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

I, Bernadette M. Boden-Albala, M.P.H., Dr.Ph., declare as follows:

1.     I provide this declaration in support of President Michael V. Drake, and The Regents of the University of California's ("Defendants") Opposition to Plaintiff's Motion for Preliminary Injunction.  I base this declaration on my expertise as outlined below and facts within my personal knowledge, to which I could and would testify competently if called upon to do so.

2.     I received my B.A. in Anthropology from Queens College, CUNY, and my Masters in Public Health (Tropical Medicine Epidemiology) and Dr.PH. (Sociomedical Science) from Columbia University, School of Public Health.

3.     I am a tenured Professor of Epidemiology, Health, Society and Behavior, and Neurology and I am the Director/Founding Dean of the Program in Public Health at UC Irvine ("UCI").  I have been in this position for the last year. Prior to that I was the Senior Associate Dean for Research and Program Development, Interim Chair of the Department of Epidemiology and Professor of Epidemiology, Global Health and Neurology at the School of Global Public Health at New York University.  I have been trained in the social sciences, epidemiology and tropical medicine.  I am a social epidemiologist whose work focuses on understanding the etiology of disease with an emphasis on societal impact of disease trajectory.  Most of my work has been on understanding and intervening on the social determinants of disease in chronic diseases and I am an international expert on Stroke disparities.  In the past few years because of my expanded administrative position, I have gotten involved in training and research on emerging diseases including Ebola, Polio, West Nile and now COVID-19.  I taught the infectious disease epidemiology course at UCI in Winter 2020.  A true and correct copy of my curriculum vitae is attached as **Exhibit A**.

4.     Since late January 2020, I have been involved in the Chancellor's leadership team as part of the ongoing response to COVID-19 on campus.  I am a member of the Vice Chancellor of Health's COVID-19 advisory committee, and the

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

DECL. OF BODEN-ALBALA
ISO DEFS.' OPP. TO PI MOT.;
CASE NO. 8:21-cv-01367-JVS-KES

UC Public Health COVID Advisory Committee.  I initiated and oversee the COVID-19 Contract Tracing Initiative on the UCI campus.  I am the Principal Investigator of the Orange County COVID-19 Antibody Surveillance Study and I continue to publish research on COVID-19.

5.     I have reviewed the final UC Policy requiring that members of the UC community must be vaccinated against COVID-19 as a condition of their physical access to campus facilities ("UC Policy"), issued on July 15, 2021, that is the subject of this action.

6.     I am in support of the UC Policy and believe that it should apply to individuals who have previously been diagnosed with COVID-19 but are no longer receiving treatment and no longer test positive for the disease.  Today, COVID-19 infection rates in California are in the midst of another surge, due to the highly contagious Delta variant, with unvaccinated individuals being at particularly high-risk.  The research and underlying data regarding any infection-induced immunity today for individuals who had COVID-19 previously, particularly in light of the new and highly transmissible Delta variant, is too preliminary to justify permitting individuals in this group to unilaterally opt out of the COVID-19 vaccine and put the greater UC community at risk.

7.     Public Health is first and foremost about promoting the health and wellbeing of the community.  We can define community in many ways but with regard to the UC Policy we can define the community as the individual UC campuses including students, faculty and staff.  These communities are heavily interdependent with frequent contact between faculty, students and staff.  These campus communities are comprised of individuals who may be at more or less risk of acquiring infections such as COVID-19, and may have more or less risk for poor prognostics outcomes from said infections including hospitalizations, ICU care and death.  In response to existing and emerging infections, vaccines are the most important tool public health can utilize to promote health and keep the community

from increased morbidity and mortality associated with these infections. Vaccines work by initiating an immune response in the individual which then decreases or eliminates the presentation of the disease. Vaccines protect individuals from infection and, as importantly, high vaccine coverage in a community protects the community at large.

8. The UC Policy for COVID-19 vaccine on college campuses is especially important this year because the University of California system is preparing for more than 280,000 students and more than 227,000 faculty and staff to return to campuses and other locations this fall. Vaccination is by far the most effective way to prevent severe disease and death after exposure to COVID-19. Suspending enforcement of the UC Policy could lead to devastating surges of COVID-19 infection rates across UC campuses and surrounding communities, as hundreds of thousands of people from all over the world return to live, work, and learn in person in the University of California campus communities.

9. The university setting provides a space for campus community members to teach, learn, perform research, and participate in other activities associated with the university environment. UCI also has a medical center for patient care, as well as education of residents. Most of the activities in this university setting are performed indoors, where multiple individuals are in reasonably close proximity, especially where communication and collaboration are involved. It is well-established that the SARS-CoV-2 virus spreads from person to person more efficiently in indoor settings. Since the beginning of the pandemic, explicit policies and plans for protecting workers in indoor environments have been in force, including sanitizing exposed surfaces, face masking, and physical distancing. Currently, in addition to the vaccine requirement, UCI requires all individuals who are on UCI property to wear masks to help prevent the spread of COVID-19 within the UCI community.

10. The number of COVID-19 cases on-campus has an operational impact

on UCI.  When individuals become ill from COVID-19, the affected individual must stay home until he or she recovers. As a result, staffing shortages can result, impacting campus operations and puts a strain on UCI's ability to provide services for all who use the campus facilities.

Executed in Irvine, California, on this 2 day of September 2021.

Bernadette M. Boden-Albala

# EXHIBIT A

07/6/21

# CURRICULUM VITAE

## Bernadette Boden-Albala, M.P.H, Dr.P.H

### EDUCATIONAL HISTORY

| | |
|---|---|
| 2003 | Dr.P.H. Sociomedical Science, Mailman School of Public Health, Columbia University, New York, NY |
| 1991 | M.P.H Tropical Medicine, Mailman School of Public Health, Columbia University, New York, NY |
| 1989 | B.A. Anthropology (with distinction), Queens College, The City University of New York, New York |

### POSITIONS HELD
### ACADEMIC

| | |
|---|---|
| 2019-Pres. | Founding Dean and Professor<br>Department of Health Society and Behavior and<br>Department of Epidemiology, Program in Public Health<br>Department of Neurology, School of Medicine,<br>Susan & Henry Samueli College of Health Sciences,<br>University of California, Irvine, California |
| 2014-19 | Senior Associate Dean and Professor, Departments of Epidemiology and Global Health,<br>College of Global Public Health<br>Department of Neurology, Langone School of Medicine<br>Department of Epidemiology, College of Dentistry, New York<br>University, New York, NY |
| 2012-14 | Associate Professor<br>Department of Health Evidence and Policy<br>Department of Neurology<br>Institute of Translational Epidemiology, Mount Sinai School of<br>Medicine, New York, NY |
| 2003-12 | Assistant Professor<br>Department of Neurology, College of Physicians and Surgeons,<br>Department of Socio-medical Science, Mailman School Public<br>Health,<br>Center for the Study of Health Inequities, Columbia University,<br>New York, NY |
| 1994-03 | Research Director (Senior Staff Associate)<br>Department of Neurology, Columbia University, New York, N |
| 1992-94 | Community Health Manager (Staff Associate), Columbia University, New York, NY |
| 1990-92 | Research Scientist, Robert F. Wagner School of Public Service, New York University |
| 1989-91 | Graduate Research Assistant, Hammer Comprehensive Cancer Center, Columbia University |
| 1986-90 | Medical Technologist, (Blood Bank) New York Medical College, Westchester County Medical |
| 1983-85 | Albert Einstein College of Medicine, Pediatric AIDS Coordinator |

### ADMINISTRATIVE

| | |
|---|---|
| 2019-Pres. | Director and Founding Dean, Program in Public Health, Susan & Henry Samueli College of Health Sciences, University of California, Irvine |
| 2017-2019 | Senior Associate Dean, Research and Program Development and Head of Associate Dean of Academic<br>Affairs Transition Team, College of Global Public Health (CGPH), New York University (NYU) |
| 2015-2019 | Interim and Founding Chair, Department of Epidemiology, CGPH, NYU |
| 2015-2019 | Director, Cross-Continental Master of Program in Public Health, CGPH, NYU |

Exhibit A, Page 6

07/6/21

2014-2019   Sr. Associate Dean for Research and Program Development, CGPH, NYU
2014-2019   Division Director, Social Epidemiology, CGPH, NYU
2012-2013   Chief, Division of Social Epidemiology, Department of Health Evidence and Policy, Mount Sinai School of Medicine
2010-2012   Patient Centered Outcomes Research Workgroup Leader, Health Science Campus, Columbia University
2009-2012   Co-Director [founder], Columbia Community Partnership for Health Community Research Center
2007-2012   CTSA(CTSI) Co-Director, Community Engagement Core, and Executive Committee Member

## LEADERSHIP ACTIVITIES

### Continuing Commitment to Diversity and Health Equity

- Public Health awarded first UCI Black Thriving Initiative cluster hire (2021)
- UCI OC Latinx Alliance | UCI Health Talk "Moving Forward Together Key Initiatives in Health Equity" July 2021
- Global CHARM WebEx: "Promoting Diversity and Inclusion in Clinical Research", panelist, June 2021
- UCI CHCMP Spring Speaker Program | Making Health Equity a Strategic Priority, "The Role of Public Health in Ensuring Health Equity", panelist May 2021
- Third annual Athena40 Women's Global Conversation:  Panelist (2021)
- National Academy of Science and Medicine, Diagnosis of Acute Cardiovascular Syndrome, "Discussion on community and health disparities", panelist, April 2021
- West Coast Women in Biotechnology Conference, "Promoting Inclusion in Clinical Trials", panelist. April 2021
- SATURN Investigator Meeting. "Strategies to increase inclusion into neurological trials", speaker. April 2021
- Adaptive Business Leaders (ABL's) Healthcare Executives Round Table, Plenary: "Reflections on COVID-19 as a Disease of Disparities, plenary speaker. April 2021
- American Health Association, Vice Chair for Scientific Statement on Addressing Inequities (2021)
- NIH NINDS Disparities Advisory Board, Chair – Subcommittee for intervention design to reduce inequities in neurological diseases (2020-pres)
- NIH NINDS Committee on Health Equity Training (2021)
- Gold Humanism Honors Society Panel: Hear Our Voices: A Conversation about the Complexity of Vaccines in Communities of Color, February 2021
- UCI, Health Equity Certificate Program, faculty (2020-pres)
- International Stroke Conference. "Racing to Greater Life Expectancy by 2030: Is Racism a Tangible Target to Achieve Cerebrovascular Health Equity", panelist. March 2021
- International Stroke Conference. "Addressing Health Disparities in Health Care", panelist (2020)
- ATS/NIH Workshop.  "Enhancing Minority Recruitment and Retention: Developing a Tookkit: The Short and Long Game", plenary speaker. May 2019
- "Narrowing the Equity Gap in Stroke Care and Outcomes". Grand Rounds, Brown University Department of Neurology. April 17, 2019.
- "NIH Inclusion Across the Lifespan Workshop. "Ethical challenges and the enrollment of vulnerable populations." Bethesda, MD. June 2017.
- *European Stroke Organization Conference. "A culturally-tailored, skills-based intervention to reduce blood pressure in a multi-ethnic groups of mild/moderate stroke survivors with hypertension: results from the DESERVE trial." Prague, May 2017.

07/6/21

- Northwell Health System. "Considerations in designing culturally tailored secondary stroke prevention interventions for minority and underserved populations." Great Neck, NY. November 2016.
- NYU Stroke Update: The Cutting Edge in Stroke. NYU Langone Medical Center. "Disparities in Stroke Care." New York, NY. December 2016.
- Challenges in Designing Interventions for Stroke Disparities", speaker. Green Ribbon Day, Bergen County Academies. March 2019
- Co-Chair, Cardiovascular Disease Group, International Symposium on Minority Health &Health Disparities Scientific Committee (2015)
- CO-Chair, NIH StrokeNet National Advisory Committee for Stroke Trial Recruitment and Retention in Minorities and Underserved Group, NINDS (2015- present)

**2019- Present Director and Founding Dean, Program in Public Health, Susan & Henry Samueli College of Health Sciences, University of California, Irvine**

- Appointed to lead the transition from a program in Public Health to a School of Population and Public Health at UC Irvine, this position has entailed strategic visioning around the future of public health, nationally and globally.  Of critical importance, UCI Public Health has one of the largest and most diverse undergraduate students in the county.  Using skills as an action focused builder, this transition includes framing public health within the mission of health equity.  In January 2020, public health becomes a leader in the UCI response to COVID including strategies around communication, campus behaviors, initiation of a health equity-based contact tracing strategy, testing strategy and fostering a strong relationship with Orange County Health Care Agency as the academic public health partner countywide.

  - Director/Founding Dean of Public Health Program
    - 1300 diverse undergraduate students, 100 graduate students
  - Led the public health faculty transition towards a culture focused on diversity, inclusion and health equity
  - Public Health unit awarded first UCI Black Thriving Initiative cluster hire (2021)
  - Facilitated the hiring of 2 Inclusive Excellence Faculty (2021)
  - Facilitated the expansion of the Program in Public Health from one to 4 academic departments
  - Transitioning the Program in Public to the School of Population and Public Health
  - Facilitated the development of a schoolwide strategic plan with goal of being a top 20 public health school in 10 years
  - Leading the UCI campus wide Public Health COVID -19 response commencing in January 2020
  - Secured a strong partnership with Orange Country Health Care Agency with UCI Public Health serving as the key academic public health leader in the county
  - UCI leadership representative to Orange Country Vaccine Task Force.
  - Conduct regular health-related legislature briefings to local and regional political officials
  - Leading several key county level COVID public health initiatives including a countywide surveillance program that identified race-ethnic disparities in COVID
  - Providing continued leadership around health equity, COVID and other health issues to communities throughout the county
  - Facilitated the first health equity bilingual contact tracing training with community partners in Orange Country
  - Developed a COVID-19 small business information and consultation service for COVID-19 response
  - Developed a series of tailored strategies for researcher success
  - Developed, with a research team, a business model for faculty hires related to future grant productivity
  - Worked to build a growing research portfolio of NIH and other funding sources

07/6/21

- Engaged with faculty on multidisciplinary and inter-professional initiatives around diversity and health equity
- Working Orange County school district leaders on initiatives related to enhancing a diverse health workforce

University Committees - UCI

- Chancellors Advisory Council, 2019-present
- Deans Committee
- CoHS Advisory, 2019-present
- CoHS Cabinet, 2019- present
- Cancer Center's Internal Advisory Board, UCI Chao Family Comprehensive Cancer Center, 2019-present
- Artificial Intelligence Advisory Board 2019 – present
- Health Affairs Executive Leadership Team (ELT) – (2019 -present)
- Search Chair for Dean of the School of Nursing (2020-21)
- Ex Officio trustee, UCI Foundation Board
- ICTS Internal Advisory Committee Member
- UCI Institute for Future Health (IFH)
- Chao Comprehensive Cancer Center Internal Review Board
- SEA Change Implementation Advisory committee to enhance diversity in the university's STEM Footprint (2021)

UC System wide

- UC Global Health Institute (UCGHI) Board Member (2021)
- UC wide COVID- Fall Guidance Working Group
- UC Multi-Campus Research Programs and Initiatives Letter of Intent Reviewer (2020)
- UC Public Health Leadership COVID-19 Advisory Group (2020-21)
- Health Science Deans Committee (2020

COVID-19 Committees

- Chancellors COVID-19 Advisory Group (2020 - 20)
- COVID-19 Strategic Advisory Group (SAG)
- VCHA Advisory Group on COVID-19
- UCI/OCHCA COVID-19 Surveillance
- Surge Modeling Committee
- COVID-19 Testing Task Force

COVID-19 Media Events

- 3/6/20 - KFI News Infectious Disease expert on touching face, shaking hands
- 3/13/20 - UCI Campus Town Hall on COVID - https://vimeo.com/397337064
- 3/16/20 – US News: Coronavirus: How to Stay Health While Traveling https://health.usnews.com/conditions/articles/coronavirus-how-to-stay-healthy-while-traveling
- 3/17/20 - Senator Ling Ling Chang & Experts: COVID-19 town hall https://www.facebook.com/events/193330721964025/
- 3/19/20 – OC Forum: Coronavirus: The OC Response A Virtual Presentation https://youtu.be/OuQvTHVT4Cc
- 3/20/20 - FacebookLive with Congressman Rouda https://www.facebook.com/RepHarley/videos/1473101329551309/
- 4/6/20 & 5/14/20 - YouTube Update with Irvine Mayor Shea –https://youtu.be/f95SULSVMoY
- 4/17 "Ask A Leader" on https://askaleader.com/?p=1885
- 4/21 - Global Talks by PavLyfe Podcast with Pavan Lohia - https://www.pavlyfe.com/episode-07-public-healths-role-in-covid-19-with-dean-bernadette-boden-albala/    YouTube: https://youtu.be/AnNOXh05uHA

07/6/21

- 4/22/20 - Senator John Moorlach Virtual Town Hall
- 4/24/20 - Virtual Chat on the Coronavirus Beckman High School https://youtu.be/yQakOFqm5jc
- 4/24/20 – OC 50 & Racial disparities and COVID-19 Meetings Katie Murar OCBJ
  COVID-19: First The Coast, Now Inland
- 4/29/20 - OC Register - The actual spread of coronavirus in Orange County is still a mystery
- 5/5/20 - Irvine Deputy Mayor and Police Chief about UCI and testing
- 5/6/20 -  Assemblywoman Sharon Quirk-Silva - COVID-19 Update Briefing
- 5/6/20 – COVID briefing with Vice Mayor of Irvine Mike Carroll
- 5/14/20 CLA-OC+UCI Health Return to Office Dialogue Mark Percy, President, CEO LEADERSHIP
  ALLIANCE
- 5/15 KFI AM 640
- 5/15 KNX Radio Interview on Race/Ethnic Disparities and COVID
- 5/15/20 – Expert Advice on COVID for Santa Ana City Mayor Miguel Pulido and City Manager Kristine
  5/15 OC Reopening of Schools Weekly Workgroup Meeting with the Orange County Department of
  Education
- 5/15/20 UCI, OC to Conduct Coronavirus Survey Orange County Business Journal
- 5/18 OC50 50 of the most influential people in Orange County.  OC50 – Making a Difference Orange
  County Business Journal
- 5/18/20 UC Irvine researchers to conduct antibody testing for Orange County ABC7
- 5/19/20 Bi-weekly virtual town hall with Costa Mesa Mayor Katrina Foley
  https://www.facebook.com/CostaMesaCityHall/videos/763165824454130
- 5/20/20 – COVID and small business impacts meeting with John Forsyte of Pacific Symphony
- 5/22/20 - TVT Returning to school Protocols
- 6/24/20 Anaheim School District Superintendent
- 6/27/20 - AP Low-Income California Zip Codes See Spike in Virus Cases
- 6/29/20 OC Register State puts Orange County on coronavirus watch list Orange County Register
- 6/29/20 -OCBJ Once a Model County, OC Cases Now Rising
- 7/14/20 UCI Podcast: Flattening the curve again
- 7/16/20 - Voice of OC to host live video coronavirus discussion with county's top experts on July 16
- 7/27/20 OC Register https://www.ocregister.com/2020/07/27/as-the-coronavirus-spreads-in-orange-
  county-we-have-a-choice/
- 8/4/20 UCI K-12 Superintendents Circle: State of OC Public Health
- 8/14/20 - UC Irvine workshop trains residents living, working in COVID-19 'hot spots' to do contact
  tracing
- 9/17/20  U.S. News & World Report Interview Rachel Center, Travel editor at U.S. News & World
  Report RCenter@usnews.com
- 9/18/20 Health Magazine: Jan/Feb issue: Immunity
- 10/6/20 COVID-19 Dynamics: State of the Science Virtual Symposium moderator
- 10/26/20 Press interview request: Kaiser Health News
- 10/28/20 – OC Register Study finds 12% of Orange County residents had coronavirus by summer
- 10/28/20 – ABC 7 Study: COVID-19 nearly 7 times more prevalent in Orange County than previously
  thought
- 11/4/20 – Orange County holds out in red tier as coronavirus case rate climbs
- 10/29/20 -OCHCA Press Conference
- 11/12/20 - AUHSD Future Talk w/Dr. Boden-Albala & Michael B. Matsuda, Superintendent
- 11/18/20 OCBJ – Article on purple tier
- 12/1/20 - Voice of OC UC Irvine school of public health is finding out about the spread, trends and where
  OC is headed with the new wave of COVID infections.

Exhibit A, Page 10

07/6/21

- 12/1/20 2020 Korea University-UC Irvine Virtual Symposium - The Role of Public Health in COVID-19 Planning among Institutions of Higher Education -
- 12/2/20 COVID-19 Orange County Legislative Update Briefing
- 12/3/20 Lunch Time lecture Series Travel- https://www.youtube.com/watch?v=seZzJbV4HII&t=3s
- 1/8/21 Healthline: Why California Is One of the Worst COVID-19 Hot Spots and What the Future May Hold
- 1/20/21 The Voice of OC: Are Vulnerable Communities Left Behind in Orange County's Massive Coronavirus Vaccination Efforts?
- 3/9/21- USA Today America could soon be swimming in COVID-19 vaccines: The shift from scarcity to surplus could bring its own problems
- 3/5/21 – US & World News Dropping the Wait
- UCI Magazine's Winter 2021 issue Lessons from the Longest Year: Dean Bernadette Boden-Albala featured in UCI Magazine

## 2014-2019 Sr. Associate Dean for Research and Program Development, CGPH, NYU

- Part of Executive Leadership Group of Associate Deans providing ongoing advice to the Dean on all matters related to school. Executive Leadership group worked closely with Dean to transition from Global Institute of Public Health to the College of Global Public Health.

Senior Associate Dean of Research
- Developed the CGPH Research Strategic plan with goal of being top ten public health school in 10 years
- Developed a series of tailored strategies for researcher success (e.g. "the successful NIH resubmission"
- Developed, with research team, a business model for faculty hires related to future grant productivity
- Led quarterly faculty research lectures/workshops
- Worked within a growing research portfolio of NIH and other funding sources
- Engaged with faculty on multidisciplinary and inter-professional grant applications and initiatives.
- Promoted the interdisciplinary collaborations across the NYU campus and across NYC institutions.
- Hired and worked with Director of Early Career Research to develop strategy to enhance Early career research success including initiating funded writing workshops, research mentoring committees and review panels for grant submissions
- Expanded CGPH's research efforts both in the United States and around the globe through the following strategies: initiation of a series of pilot grant funding opportunities for investigators to expand their work globally; establish linkages between our NYU faculty with UN and other global agencies; and identify public health researchers in countries where are NYU Global Network University (GNU) sites exist and created collaborations including research linkages, student practicum/capstone experiences and teaching opportunities ( Accra, Buenos Aries, Florence, Shanghai, Abu Dhabi).
- Collaborated with financial management team at CGPH as well as with key NYU schools, colleges, and administrative units to improve global grant-related support systems
- Participated in NYU Research Dean Committee as liaison between Provost Office and CGPH research committee
- **Facilitated liaisons between other NYU colleges, and. initiatives to further the growth of public health research**
- Interface with NYU's Office of Sponsored Programs (OSP)
- Oversee growing grants management staff with promotion of senior director to Assist Dean, Research Logistics
- Prepared a vision with architects for efficient, flexible and interactive research space in new CGPH building
- Transitioned platforms for research collaborations from topic specific affinity groups to supporting the initiation of faculty development and support of a series of public health clinical labs which facilitate current public health research and practice in a setting allowing multiple faculty and all student level interaction working on initiatives (research to practice)

Exhibit A, Page 11

07/6/21

- Co-developed and maintained a Zika Think Tank as a research initiative to advise HHS, and DOH and obtain funding to move diverse Zika research forward (initiated recruitment to NYU of major Infectious Disease modeler and their team)
- Co-Organizer, UN NCD Side Event. "Oral Health and NCD's: Accelerating integrated global progress" 9/28/18 – a joint collaboration between Global Public Health Dept of Epidemiology and College of Dentistry, Dept of Epidemiology

Associate Dean Program Development

- Developed new initiatives at CGPH by working with faculty and staff to evaluate program options and design new programs
- Worked with office of development to identify donors, and foundations interested in faculty research
- Developed innovative academic degree and non-degree offerings especially using the GNU
- Created partnerships and collaborations supporting development of programs across the GNU for capstone, and Cross Continental practicums, and other public health experiences
- Worked with NYU Global to enhance undergraduate research opportunities at NYU Global Sites and develop specific UG research opportunities abroad in Buenos Aries, Sydney and Ghana.
- In start-up year as Global Institute of Public Health, worked with the Dean and Inter-School Search Committee towards the recruitment of 10 tenure and non-tenure track faculty
- Developed innovative programs including:

  ***Cross-Continental Master of Program in Public Health***

  Developed, implemented and facilitated a one year 3 continent MPH program First Cohort 2016, 17, 18: Summer -New York, Fall – Ghana, Spring Abu Dhabi
  Second Cohort 2019: Summer DC, Fall Buenos Aries; Spring Florence/Madrid [Spanish immersion]
  Third Cohort 2020: Summer NY, Fall Shanghai, Spring London/Sydney

  ***Co-Developed and implemented UN Agency (World Food Programme, UNICEF) public health training courses:***

  Course titles:   *Behavioral and Communication Strategies in Emerging
  Diseases A Systems Approach to Global Food Access*
  This program was focused on pairing professional field staff from UN agencies with CGPH students in a series of classroom activities, rapid responses, simulations and case studies.
  This successful course series has transitioned to the Global Health Track

  ***Initiated Global Health and Human Rights Migration workshop series [2015-2018]***

  Co-developed program and obtained funding to address emerging migration health issues. This yearly workshop has supported development of Health and Human Rights graduate certificate at CGPH; serves as the venue for organizing health and human rights professionals around migration issues; and serves as a base for research collaborations addressing migrant health issues.

Interim Chair, Department of Epidemiology/ Chief of the Division of Social Epidemiology (2014-2019)

- Developed MPH Epi track including alignment of curriculum with CEPH competencies
- Initiated and refined student recruitment diversity processes
- Continued recruitment of epidemiology faculty (grew from 2 to 15 faculty)
- Supported initiatives and marketing of MPH epidemiology student growth from 0 to 50 new students a year
- Initiated innovative student programs, capstones and thesis experiences including Social Epidemiology and Research in Community Health (SEARCH) Lab
- Development of MS (stem) in Epidemiology

07/6/21

- Development of Certificate programs
- Development of PhD curriculum in Epidemiology (currently 8 students)

College Committees -NYU
- Deans Leadership Group, 2014-2019
- Ex Officio, Practice Committee 2014-2016
- Ex Officio, Research Advisory Committee 2015-2019
- Ex Officio, Doctoral Advisory Committee 2017 -2018
- Ex Officio, Faculty Appointments and Promotion, Clinical Track 2017-2019
- Co-Ex Officio, Admissions Committee, 2017-2018
- Ex Officio, Appointments Promotion and Tenure Committee 2016-2019
- Professor Search Committee 2014-2017
- Targets of Opportunity Search Committee 2014-2019
- Chairs Search Committee (for all 5 departmental chairs)
- Associate Dean Search Committees (Associate Dean Finance, Associate Dean Academic Affairs)
- Space Planning Committee 2015-2019
- Co-Chair Doctoral Advisory Committee 2016/17
- CEPH College Accreditation Committee 2015-2019 (College in self-study, site visit 11/18)

University Committees - NYU
- Appointment to NYU Aging Incubator Steering Committee 2018
- Graduate Schools Program Committee 2017-2019
- STEM University Wide Workshop Committee 2017-2019
- Provost Search Committee 2015-2016
- University-wide Research Deans Committee 2015-2019
- Appointment, Promotions, Tenure Committee, School of Dentistry (2016-2019)
- Diversity Mentors Committee 2014-2019
- Global Network University Site Committee (and Chair 2016-7): Buenos Aires 2014-2019

**2012-2013   Chief of the Division of Social Epidemiology, Department of Health Evidence and Policy, Mount Sinai School of Medicine**
- Built a new division of Social Epidemiology
- Recruitment of 4 faculty members to Social Epidemiology division
- Special one day national workshop on Social networks and Health
- Annual NIH divisional grant budget of $5,000,000

**2009-2012  Co-Director, Columbia Community Partnership for Health Community Research Center, Columbia University**
- Initiated ongoing community engagement efforts
- Created a store front research resource center which provided research resources,
- Developed community research training
- Mentored students to design community focused health literate research information
- Designed and created space for community engaged research.
- This storefront research model enabled equity for research partnerships and collaboration.

**2007-2012   Co-Director, Community Engagement Core Resource, CTSA**
- Served on Executive committee to provide leadership, vision and advice with the objective to forward the CU CTSA mission to promote translational science
- Developed ongoing strategies to engage community in the research enterprise through a series of strategies including development of a research storefront resource
- Developed lay community research training program; supported community/academic researcher paired teams.

Exhibit A, Page 13

07/6/21

- These strategies led to an increase in the number of CBPR grant submissions to NIH, and to a million-dollar supplemental grant award to improve health literacy and research dissemination in our urban communities.

<u>University Committee - Columbia University</u>
- CTSA Executive Committee, 2007-2012
- Mailman School of Public Health Steering Committee, 2009-2011
    Faculty appointed advisory group to Dean regarding faculty, curriculum, finances, and strategic plan.
- Curriculum Development Committee, Sociomedical Sciences, Mailman School of Public Health, 2008-2012
- Strategic Vision Committee, Division of Stroke, Department of Neurology 2008-2013
- Department of Biostatistics, BEST Diversity Mentor Committee, Faculty mentor, 2007- 2011.

**HONORS AND AWARDS**

| | |
|---|---|
| 2020 | Latino Health Access Partnership Award |
| 2020 | Roxanna Todd Hodges Lectureship on Stroke Prevention and Education, USC. |
| 2020 | OC50 50 of the most influential people in Orange County |
| 2020 | Greater Irvine Chamber of Commerce "Community Hero" |
| 2019 | Inducted into the Delta Omega Honorary Society in Public Health, NYU Chapter |
| 2018 -2019 | Faculty member, College of Dentistry WHO Collaborating Center for Quality-Improvement, Evidence -based Dentistry (QED WHO CC) |
| 2016- 2019 | Global Institute for Advanced Study (GIAS) Scholar, NYU |
| 2013 | Visiting Professor, University of Pennsylvania, Children's Hospital of Philadelphia |
| 2013 | Invited Attendee, United Nation, NCD Alliance Vision for Health, Panel Discussion, "Healthy Planet, Healthy People" |
| 2012 | Princeton Conference for Cerebrovascular Disease: "Evaluating Behavioral Interventions for Stroke," Cincinnati, Ohio |
| 2011 | Guest Speaker, New York State Minority Health Council |
| 2011 | YMCA National Community Forum on Diabetes Prevention: "The Preventable Epidemic: Community-based Solutions for Tackling Prediabetes" |
| 2011 | Workshop Speaker, Institute of Medicine sponsored "Public Engagement in the U.S. Clinical Trial Enterprise-Collaboration with Mount Sinai Department of Health Evidence and Policy" |
| 2010 | Visiting Scholar, University of Alaska, Fairbanks |
| 2010 | National Stroke Council Liaison, Behavioral Research for the American Heart Association |
| 2009 | Triangle Project (chosen by CCNMTL) for integration of technological innovation linking classroom teaching, research and community (shared with Dr A. Cohall) |
| 2009 | Appointed by NINDS as an advisor for SPIRP focused on Vascular Risk Reduction among First Nations Peoples in Alaska |
| 2008 | New York Presbyterian Ladies Auxiliary Research Scholar |
| 2008 | Spotlight Speaker, American Heart Association |
| 2008 | Centennial Scholar, New York Presbyterian Hospital Auxiliary of the Columbia University Medical Center |
| 2007 | Visiting Professor, Department of Neurology University of Michigan |
| 2006 | Honored for Scientific Enrichment, Dept of Education, Dominican Republic |
| 2005 | Invited Plenary Speaker, AHA Stroke "Metabolic Syndrome" |
| 2005 | Invited Plenary Speaker, NSA Southwest "Translating knowledge into behavioral Change" |
| 2005 | Invited Plenary Speaker, NSA Southeast Region "Metabolic Syndrome as a novel stroke risk factor" |
| 2002 | Frist Recipient, AHA Women with Heart Stroke Grant |
| 2001 | First Recipient Women with Heart AHA Grant |
| 2000 | Jack Elinson Socio-Medical Science Award |

07/6/21

## PROFESSIONAL SERVICE ACTIVITIES AND MEMBERSHIPS

Organizations and Task Forces:

| | |
|---|---|
| 2021- Present | Women In Biotechnology |
| 2020-Present | AHA Vice Chair for Scientific Statement on Addressing Inequities |
| 2020-Present | American Society for Promotion of Programs and Schools of Public Health |
| 2020-Present | Health Advisor, City of Santa Ana, California |
| 2020-Present | Advisory Committee, Healthy Davis Community Initiative, Davis, California |
| 2020-Present | NIH NINDS Disparities Advisory Board |
| 2019- Present | Editorial Board Member, Journal of Stroke |
| 2018-2019 | Agent Based Modeling Scientific Advisory Board (NYU) |
| 2018-2019 | American Heart Association Stroke Council Representative Member of the Leadership Committee, for the Quality Care & Outcomes Council (QCOR) |
| 2016-2019 | Quality and Outcomes Committee, Council on Stroke, American Heart Association |
| 2018 | American Schools and Programs in Public Health (ASPPH) Research Section, Chair |
| 2015-2019 | ASPPH Research Committee |
| 2014-2015 | ASPPH Practice Committee |
| 2014 | Co-Chair, Cardiovascular Disease Group, International Symposium on Minority Health & Health Disparities Scientific Committee |
| 2013-2019 | Chair, NIH StrokeNet National Advisory Committee for Stroke Trial Recruitment and Retention in Minorities and Underserved Group, NINDS |
| 2013-2019 | International Stroke Conference Abstract Review Subcommittee |
| 2013 | NINDS INSPIRE Working Group to improve recruitment and retention |
| 2013 | CEHD (Center of Excellence Health Disparities) Advisory Committee, Georgetown University 2013    Training and Education teleconference, NINDS Stroke Disparities Solutions |
| 2013 | Scientific Working Group, NINDS Stroke Disparities Solutions |
| 2011-2012 | Columbia Center for Children's Environmental Health Advisory Board |
| 2005-2012 | Morehouse School of Medicine, Advisor to Neurosciences Division to build capacity for Stroke Prevention Center (SPIRP) |
| 2010-2013 | Appointed Liaison, National Stroke Council for Behavioral Research, American Heart Association |
| 2010 - 2013 | Advisory Committee, AHA National Stroke Council |
| 2010 - 2019 | AHA National Committee on Behavior Change for Improving Health Factors, Council on Nutrition, Physical Activity and Metabolism and Epidemiology and Prevention |
| 2009 - 2012 | CTSA National Community Engagement Outcomes Workgroup 2008 - 2012 NYPH End of Life Taskforce |
| 2008 - 2012 | CTSA National Community Engagement Organizational Workgroup 2008 - 2012 CTSA National IRB workgroup |
| 2008 - 2012 | CTSA Educational Competency Workgroup |
| 2007 - 2012 | CTSA National Community Engagement Workgroup (voting member) 2006 - 2011    Board of Directors, NYC/ American Heart Association |
| 2006 - 2011 | Chairperson, "Public Education Group," Northeast Cerebrovascular Consortium 2006 - 2010 NYSDOH Cardiovascular Workgroup |
| 2006 - 2009 | Chairperson, "Pre-hospital cardiac/stroke workgroup," NYSDOH 2006 - 2007   NINDS SPRG Stroke Rehabilitation Task Force |
| 2005 - 2010 | AHA Heritage Stroke Advisory Board 2004 - 2006 NYC Council on Aging |
| 2002 - 2004 | NINDS Task Force on Race-Ethnicity and Stroke 2002 - 2004 NYSDOH Stroke Task Force |

07/6/21

| | |
|---|---|
| 2001 - 2006 | Chairperson, Public Education, Heritage Affiliate |
| NYC 1998 - 2012 | Director, CPMC Stroke Support Group |
| 1997 - 2000 | Co-Chair, Stroke Targets of Prevention (STOP) |
| 1995 - 2019 | American Heart Association Stroke Council, NYC Affiliate |
| 1992 - 1995 | Health Curriculum Task Force, Katonah-Lewisboro School District |

### Other Memberships:

ASPPH

| | |
|---|---|
| American Academy of Neurology | Consortium of Universities for Global Health |
| American Neurological Association | National Stroke Association |
| American Heart Association | Society for Clinical and Translational Research |
| American Public Health Association | AHA Stroke Council |
| Alzheimer's Association | Clinical Trials in Alzheimer's Group |

### Reviewer for NIH Study Sections and Professional Journals

| | |
|---|---|
| 2020 | NIH |
| 2020 | NIH |
| 2017 -18 | CSR HDM Review Panel |
| 2017 -18 | Fogarty Training Grant Review Member |
| 2016 | NHLBI Special Emphasis Panel Cardiovascular Risk Reduction in LMIC |
| 2015 | NHLBI Special Emphasis Panel Cardiovascular Risk Reduction in Underserved Rural Communities |
| 2014, 2015 | NAME Review Group |
| 2013 | NHLBI Special Emphasis Panel Cardiovascular Risk Reduction in Underserved Rural Communities |
| 2012 | NHLBI Special Emphasis Panel, Jackson Heart Study RFA Review |
| 2010 - 2012 | NIH Pioneer New Innovator Awards |
| 2010 | NCRR Special Emphasis ARRA Panel on Community Based Participatory Research |
| 2009 - 2010 | NINDS Special Emphasis Panel on Health Disparities |
| 2006 - 2009 | NINDS Special Emphasis Panel |

Other Review Sections

| | |
|---|---|
| 2020- 2021 | CUGH Abstract Review Committee |
| 2013 - 2018 | ISC Abstract Review Subcommittee, AHA Health Services Research, Epidemiology 2006 - 2012 K12 Review Group, Columbia University |
| 2005 - 2008 | Scientific Peer Review Group, AHA Heritage Affiliate |
| 2004 - 2008 | Scientific Peer Review Group (Epidemiology section), AHA |

National Ad Hoc reviewer

| | | |
|---|---|---|
| American Journal of Public Health | Circulation | Journal of Ethnicity and Disease |
| Lancet | Neuroepidemiology | Neurology |
| Stroke: A Journal of Cerebral | JAMA Neurology | AHA Journal |

## TEACHING ACTIVITIES                    *indicates Course Creation

| Institution | Course title | Level | Role | Credit Hours | Year(s) Taught |
|---|---|---|---|---|---|
| UCI University California Irvine | □□□ □□□□□ □□□□□□□□□ □□□□□□□□□□□□□ □ □□□□□□□□□□□□□□□□□□□ | Honors UG and Graduate | Course Director | 4 Credits quarter | 2021-22 |
| UCI University California Irvine | Understanding of  Hypertensive Disorders of Pregnancy (HDP) as it relates to maternal post-partum comorbidities. | PhD independent Study | Course Director | 4 credits | 2020-21 |
| UCI University California Irvine | Epidemiology of Infectious Disease | Undergraduate | Course Director | 4 credits | 2020 |
| NYU College of Global Public Health | Dissertation Seminar | PhD | Course Director | 3 credits | 2018 |
| NYU College of Global Public Health | Social Epidemiology | MPH | Course Director | 3 credits | 2018 Florence |

07/6/21

| NYU College of Global Public Health | *Behavioral and Communication Strategies for Global Epidemics | MPH | Course Director | 3 credits | 2017 Ghana |
|---|---|---|---|---|---|
| NYU College of Global Public Health | Dissertation Seminar | PhD | Course Director | 3 credits | 2017 |
| NYU College of Global Public Health | *Global Non-Communicable Disease Epidemiology and Control | MPH | Course Director | 3 credits | 2017 London |
| NYU College of Global Public Health | Dissertation Colloquium | PhD | Course Director | 3 credits | 2016/17 |
| NYU College of Global Public Health | *Global Burden of Cardiovascular Disease and Stroke | Undergraduate | Course Director | 4 credits | 2016 Ghana |
| NYU College of Global Public Health with World Food Programme | *A Systems Approach to Food Access | MPH, PhD and UN country level leadership | Co-Course Director | 3 credits | 2015 – 2016 |
| NYU College of Global Public Health | *Behavioral and Communication Strategies for Global Epidemics | MPH, PhD and UN country level leadership | Co-Course Director | 3 credits | 2014 -2016 |
| NYU College of Global Public Health | Epidemiology for Global Health | Undergraduate | Course Director | 3 credits | 2014 |
| Columbia University, Mailman SPH | Epidemiology of Cardiovascular Disease | Fellowship, Medical, Graduate | Lecturer | 2 hours | 2013 |
| Columbia University, Mailman SPH | Social Epidemiology in Neurological Disorders | Fellowship, Graduate | | 2 hours | 2013 |
| Columbia University, Mailman SPH | Research Seminars in Social Epidemiology | Graduate | Course Director | 2.5 hours biweekly | 2012-2013 |
| Columbia University, Mailman SPH | *Systems Approach to Obesity and its Co-morbidities | Graduate | Course Director | 3 credits | 2009-2010 |
| Columbia University, Mailman SPH | Introduction to Clinical Nutrition | Graduate | Lecturer | 3 hours | 2008-2012 |
| Columbia University, Mailman SPH | *Advancing Health Literacy | Graduate | Course Director | 3 credits | 2008-2012 |
| Columbia University, College of Physician and Surgeons | *Community Research Methods Traineeship | Community Capacity Building For community stakeholders | Course Director | 3 credits | 2007-2009 |
| Columbia University, College of Physician and Surgeons | Stroke in Women Lecture in Preceptorship | Pharmaceutical executives | Lecturer | 2 hours | 2005 |
| Columbia University, Mailman SPH | Socioepidemiology lecture (Neuroepidemiology) | Graduate | Lecturer | 3 hours | 2004-Pres |
| Columbia University, Mailman SPH | Medical Sociology | Graduate | Course Director | 3 credits | 2004-06 |
| Columbia University, Mailman SPH | Cardiovascular Epidemiology | Graduate | Lecturer | 3 hours | 2003-12 |
| Columbia University, College of Physicians and Surgeons | Neuroepidemiology Training Grant | Fellowship | Faculty | Weekly | 2002-10 |
| Columbia University, Mailman SPH | Introduction to Epidemiology | Graduate | TA | 3 credits | 2000-04 |

## FACULTY CAREER DEVELOPMENT MENTORSHIP

| Name | Title | Funding | Role, Date | Institution | Department |
|---|---|---|---|---|---|
| Nessa Ryan, PhD | Post Doc | | Early Career | University of California, Irvine | Health Society and Behavuir |

07/6/21

| Grace Kim, PhD | Assistant Professor | Early career K | Early Career Mentor | Steinhardt School of Education, NYU | PT/OT |
|---|---|---|---|---|---|
| Heidi Schambra, MD | Assistant Professor | Early career | Early to mid-level career mentor | New York University Langone Medical Center | Neurology |
| Sarah Rostanski, MD | Assistant Professor | Early career K | Early Career Mentor | New York University Langone Medical Center | Neurology |
| Danie Ompad, PhD | Associate Professor | RO1 | Mid-level career mentor | New York University College of Global Public Health | Epidemiology |
| Ji Chang, PhD | Assistant Professor | K award applicant | Early Career Research Faculty Mentor 2016-2019 | New York University College of Global Public Health | Health Policy and Management |
| Emily Goldmann, PhD | Assistant Professor | NIH StrokeNet | Research Mentor 2014-2019 | New York University College of Global Public Health | Epidemiology |
| Aaron Lord, MD | Assistant Professor | Translation CI NIH | Research Mentor 2015-2019 | New York University Langone Medical Center | Neurology, Neurosurgery |
| Marie Bragg, PhD | Assistant Professor | NIH Research Innovators | Research Mentor Team 2015-2019 | New York University School of Medicine; New York University College of Global Public Health | Nutrition and Population Health |
| Duncan Dustin, PhD | Assistant Professor | NIH, NYU | Research Mentor 2015 | New York University School of Medicine | Population Health |
| Emma Benn, DrPH | Assistant Professor | NIH K23 Research Award, | Co-Sponsor 2011 | Mount Sinai School of Medicine | Social Epidemiology |
| Yvonne Chen, MD, PhD | Assistant Professor | NIH K23 Research Award | Co-Sponsor 2011 | Mount Sinai School of Medicine | Emergency Medicine |
| Ashley Fox, PhD | Assistant Professor | NIH K23 Research Award | Co-Sponsor 2011 | Mount Sinai School of Medicine | Social Epidemiology |
| Kevin Munjal, MD | Assistant Professor | NIH K23 Research Award | Co-Sponsor 2011 | Mount Sinai School of Medicine | Emergency Medicine |
| Katherine Ornstein, PhD | Assistant Professor | NIH K23 Research Award | Co-sponsor 2011 | Mount Sinai School of Medicine | Social Epidemiology |
| Parisa Tehranifar, PhD | Associate Professor | NIH K23 Research Award | Co-Sponsor 2011 - 2015 | Columbia University Mailman School of Public Health | Epidemiology |
| Carlos Rodriguez, MD, PhD | Associate Professor | NIH K23 Research Award | Co-Sponsor 2008 | Wake Forest University School of Public Health | Cardiology |

## TRAINING OF DOCTORAL AND POST DOCTORAL STUDENTS

| Name | Title | Role, Date | Institution | Department | Topic |
|---|---|---|---|---|---|
| Carina Miranda Guzman | | | UCI University California Irvine | Public Health | |
| Jean Jaziel Lacson Moneda | Doctoral Student | Doctoral Research Advisor | UCI University California Irvine | Public Health | |
| Vida Rebello | | | UCI University California Irvine | Public Health | |

Boden-Albala 13

Exhibit A, Page 18

| Veronica Torrico | Doctoral Student | Doctoral Research Advisor 2019-2020 | New York University College of Global Public Health | | |
| Temitope Ojo | Doctoral Student | Doctoral Research Advisor 2017 – 2019 | New York University College of Global Public Health | Social Epidemiology | Global CVD implementation research |
| Gabriella Metzler | Doctoral Student | Doctoral Research Advisor 2017 – 2019 | New York University College of Global Public Health | Social Epidemiology | Global environmental intervention research |
| Elizabeth R. Stevens, MPH | Doctoral Student | Doctoral Research Advisor 2015 – 2019 | New York University College of Global Public Health | Social Epidemiology | Implementation science and cost effectiveness research |
| Nessa Ryan, MPH | Doctoral Student | Doctoral Research Advisor 2014 – 2019 | New York University College of Global Public Health | Social Epidemiology | Stigma and Obstetric Fistula in Ghana: a network analysis |
| Eric Roberts, MPH | Doctoral Student | Research Advisor 2014 – 2019 | New York University College of Global Public Health | Social Epidemiology | Stroke disparities among Alaska Native peoples |
| Young Ji Lee | Doctoral Student | Doctoral Committee Member 2013 | Columbia University School of Nursing | Nursing | Predictors of Online Health Information Seeking Behaviors |
| Alejandra Aquirre, MS | Program Manager | Doctoral Committee Sponsor 2009 – 2011 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Social support networks and disability post stroke |
| Elizabeth Cohan, PhD, RN | Assistant Professor | Doctoral Committee Member/Mentor 2009 | Columbia University School of Nursing | Nursing | Development of a health literate instrument for assessing informed consent |
| Joshua Willey, MD, MPH | Assistant Professor | Masters Research Mentor 2007-2008 | Columbia University Medical Center | Neurology | Social Determinants of physical inactivity in the Northern Manhattan Study |
| Koshida Eguchi, MD | Associate Professor, Visiting Fellow | Research Mentor 2006 – 2008 | Osaka University, Japan; Columbia University | Cardiology | Diabetes and Metabolic Syndrome |
| Julia Cassetta, MD | Assistant Professor | Research Mentor 2005 – 2006 | SUNY at Stonybrook | Cardiology | Physical Activity, Stroke Risk in Women |
| Patricia Quinlan, DNSc, MPA | Assistant Professor | Doctoral Committee Member/Mentor 2004 | Weill Cornell Medical College | Public Health | The Relationship Between Health Literacy, Health Knowledge and Adherence to |
| | | | | | Treatment in Patients with Rheumatoid Arthritis |
| Culing Wang, PhD | Assistant Professor | Doctoral Committee Member/Mentor 2004 | Albert Einstein College of Medicine | Biostatistics | Development of a statistical tool for variable "missingness" |
| Carlos Rodriguez, MD, PhD | Assistant Professor, Fellow | Post-Doctoral Research mentor 2003 – 2007 | Wake Forest University School of Public Health | Cardiology | Social Support and Left Ventricular Hypertrophy |
| Helena White, MD | Resident | Research Mentor 2003 – 2006 | Weil Cornell Medical Center | Neurology | Stroke Subtypes and race-ethnicity |

## TRAINING OF MASTERS AND UNDERGRADUATE STUDENTS

| Name | Role, Date | Institution | Department/Division | Topic |
| --- | --- | --- | --- | --- |
| Kuma Song | Thesis Advisor 2018-19 | New York University College of Global Public Health | Social Epidemiology | Relationship between cognition and stroke knowledge in SWIFT |
| Jie Wang | Thesis Advisor 2018-19 | New York University College of Global Public Health | Social Epidemiology | Exploring the impact of the skills-based intervention on alcohol consumption: the DESERVE Study |

07/6/21

| Mohammed Hussain - | Thesis Advisor 2018-19 | New York University College of Global Public Health | Social Epidemiology | Examining the association between health literacy and stroke risk perception among stroke survivors |
|---|---|---|---|---|
| Anita Venkatesan - | Thesis Advisor 2018-19 | New York University College of Global Public Health | Social Epidemiology | Is race/ethnicity and recurrent stroke modified by patient-provider perception: Findings from the SWIFT study |
| Zhaovue Yu - | Thesis Advisor 2018-19 | New York University College of Global Public Health | Social Epidemiology | Examining the impact of a skills based vascular risk reduction intervention on sleep quantity and quality |
| Joel Birkemeir | Thesis Advisor 2017-18 | New York University College of Global Public Health | Social Epidemiology | Community leaders as a social support mechanism for hypertensive adults in Ghana |
| Naishu Kui | Thesis Advisor 2017-18 | New York University College of Global Public Health | Social Epidemiology | Association between Medication Adherence and Risk Perception in the DESERVE Study |
| Maria Fabiana Rizzieri | Thesis Advisor 2017-18 | New York University College of Global Public Health | Epidemiology | Neonatal Mortality in Urban Ghana: Assessing the Impact of Socio-Economic Status |
| Jazmin Rivera | Research Mentor 2015-2016 | New York University College of Global Public Health | Social Epidemiology | Improving underserved populations' involvement in clinical trials through motivational interviewing *NYU CGPH Research Award |
| Joy Madubuonwu | Research Mentor 2015-2016 | New York University College of Global Public Health | Social Epidemiology | Examining enrollments rates of underrepresented populations' in neurological clinical trials *NYU CGPH Service Award * Dean's Undergraduate Research Fund award |
| John Pamplin | Practicum Advisor 2013 | Mount Sinai School of Medicine | Social Epidemiology | John Henryism and Perceived Social Status *Social Epidemiology Poster Award |
| Laura Diamond | Research Advisor 2012-2014 | Mount Sinai School of Medicine | Social Epidemiology | Social Support and family networks among Latinos |
| Shannon War | Practicum Advisor 2011 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Stroke Risk Factors in urban versus rural communities |
| Danielle Weinberg | Thesis Advisor 2010 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Social and historical context of new markers for cognitive impairment |
| Gabrielle Trippe | Thesis Advisor 2009 | Columbia University Mailman School of Public Health | Sociomedical Sciences | An intervention to ensure sustainability of the SWIFT study |
| Theresa Argondezzi | Practicum Advisor 2009 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Culturally appropriate dissemination strategies |
| Ohmar Myint | Practicum Advisor 2009 | Columbia University Mailman School of Public Health | Sociomedical Sciences | PTSD and the stroke experience |
| Hyewon Christine Lee | Practicum Advisor 2009 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Caregiving Behaviors Post Stroke |

Exhibit A, Page 20

07/6/21

| Laura Schulman | Practicum Advisor 2009 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Impact of stroke support groups on risk reduction |
|---|---|---|---|---|
| Heather Carman | Practicum Advisor 2008 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Social Support interventions and CVD |
| Leigh Quarles | Practicum/Thesis Advisor 2008 | Columbia University Mailman School of Public Health | Sociomedical Sciences | An examination of the association between Metabolic Syndrome and Health Literacy |
| Ashley Perry | Thesis Advisor 2008 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Structural Physical Activity Interventions *Master Thesis Award* |
| Aviva Meyerwitz | Thesis Advisor 2007 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Evaluation of a Health Literate Preparedness Intervention |
| Meg Bradley | Practicum Advisor 2006 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Dietary Interventions and Secondary stroke prevention |
| Paul Cheung | Thesis Advisor 2006 | Columbia University Mailman School of Public Health | Epidemiology | Pre-Hospital Delays for Acute Stroke Patients in Northern Manhattan |
| Harmon Moats | Practicum Advisor 2006 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Noise Pollution and Stroke Risk |
| Laura Evensen | Practicum Advisor 2004 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Social determinants of stroke preparedness |
| Melody Hsui | Practicum Advisor 2004 | Columbia University Mailman School of Public Health | Sociomedical Sciences | Diet and Cardiovascular Disease |

| Funding agency | Title | Role | Description | Dates | Total Direct Award |
|---|---|---|---|---|---|
| GRANTS UNDER REVIEW | | | | | |
| AHA | *Burgher Award* | Co-I | Exploratory mechanism to test whether a stroke risk reduction | 2020-22 | |
| NIMHD | | PI - Project | ▯▯▯▯▯▯▯▯▯▯▯▯▯▯ ▯▯▯▯▯▯ ▯▯▯▯▯▯ ▯▯▯▯▯▯ ▯▯▯▯▯▯▯▯▯▯ ▯ ▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯ ▯▯ ▯▯ ▯▯▯▯ ▯▯ ▯▯▯▯ | 2021-2026 | 2,438,430 |
| NINDS | *Families Understanding Risk Reduction through Educational Reinforcement Trial [FURRThER]* | PI | This is a large secondary stroke prevention RCT using family social networks as the intervention platform *Note: resubmitting in response to optimistic first review* | 2023-28 | 11,683,000 |
| CURRENT GRANTS, CONTRACTS AND FOUNDATION SUPPORT | | | | | |
| CARES ACT | *Santa Ana Cares* | PI | This is a large COVID community surveillance project seeking to understand the race-ethnic disparities in the underserved community of Santa Ana, California | 2020 | 2,890,000 |
| FEMA | *A Population-based Seroprevalence Surveillance Study of COVID-19 in Orange County.* | PI | This is a county wide study to detect the prevalence of antibodies through-out Orange County with a focus on | 2020-21 | 1738,601 |

Exhibit A, Page 21

07/6/21

| OCHCA | *Health Equity Contact Tracing Workshop* | C0-I | Supporting the creation and implementation of an equity based | 2020-21 | 217,045 |
|---|---|---|---|---|---|
| UCI COVID Funding | *OC Surveillance* | MPI | Understanding prevalence of COVID among a sample of clinic bloods | 2020-21 | 60,000 |
| NIH NINDS | *DISCOVERY*<br><br>*Director Minority Recruitment and Health Disparities* | Co-I | Five-year prospective study to understand the relationship between stroke subtype, imaging and development of cognitive impairment in 9,000 stroke survivors | 2019-2025 | 6,000,000 |
| NIH/NINDS Supplement | *Carotid Revascularization Endarterectomy versus Stenting Trial (CREST) Supplement:CREST-2 NIMICT Partnership* | PI | 'Enhancing Recruitment of Women and Racial/ethnic Minority Participants in CREST-2' | 2018-20 | 152,00 |
| COMPLETED GRANTS, CONTRACTS AND FOUNDATION SUPPORT | | | | | |
| Provost Grant | *An agent based approach to model Zika transmission in urban NYC* | MPI | Pilot funding to test an agent based prediction model for US urban Zika transmission using both human and mosquito behavioral information | 2016-18 | 30,000 |
| Provost Grant | *Designing a family network application for vascular risk reduction* | PI | Pilot funding to design and test a network application for vascular risk reduction | 2016-18 | 50,000 |
| NIH/NINDS 1R25NS094093-01 | *Congruent Mentorship to Reach Academic Diversity (COMRADE) in Neuroscience Research* | CoI | An innovative, evidence-based mentored intensive research training and learning experience to under-represented minority neuroscientists. | 2015-20 | 450,000 |
| NINDS 1U10NS086531-01 | *The New York City Collaborative Regional Coordinating Stroke Center (NYCC-RCC)* **PROJECT DIRECTOR** | MPI | Develop and lead a multi-institutional stroke network which will test prevention, treatment, and recovery clinical studies in multi-ethnic communities. | 2013-18 | 1,250,000 |
| NIMHD/NINDS 1U24MD00691-01 | *National Initiative for Minority Involvement in Neurologic Clinical Trials (NIMICT)* | PI | Examined barriers to inclusion and best practices among researchers and in process of testing national toolkit for increasing minority recruitment. | 2011-2018 | 2,100,000 |
| NIH | *Social Determinants of Severe Maternal morbidity and Mortality* | CoI | Social Determinants of Severe Maternal morbidity and Mortality | 2014-2018 | 1.500,000 |
| New York University Provost Office | *Exploring Primary and Secondary Stroke in Ghana: An Assessment of Burden and Treatment Resources and Needs* | PI | Exploratory project to assess the gaps in lay knowledge of primary and secondary stroke approaches, stroke treatment and recovery in Ghana | 2015-2016 | 29,926 |
| World Health Organization | *Social Network Analysis to Measure the Contribution of Investments on Health Policy in Moldova* | PI | Social network analysis in Moldova to examine the intensity of relationships among actors in the national health sector and between those actors and officials that create health policy | 2015-2016 | 25,000 |
| NINDS P50 NS049060, P3 | *Discharge Educational Strategies for Reduction of Vascular Events (DESERVE)* | PI | RCT using community health workers, patient narrative and workbooks to increase patient physician communication, medication adherence and risk perception in stroke survivors. | 2011-17 | 1,600,000 |

Exhibit A, Page 22

07/6/21

| | | | | | |
|---|---|---|---|---|---|
| NIH RR024156-02 | *Clinical and Translational Science Award* **Community Core Director** | CoI | Developed strategies to increase the quality and quantity of community-engaged research though pilot grant awards, capacity building for research, development of collaborative models of community research. | 2006-15 | 9,500,000 Community Research Budget: 500,000 Annually |
| NCMHD P60 | *VICTORS* | CoI | Study to examine social determinants in African American stroke survivors. | 2012-14 | |
| NINDS RO1 NS072127-02 | *Developing optimal dynamic behavioral interventions in community-based studies.* | PI | Using adaptive design methodology, examined optimum type of vascular intervention in multi-ethnic cohort of stroke survivors. | 2011-14 | 950,000 455,000 |
| NINDS 2 R37 NS 029993-17 | *Stroke Incidence and Risk Factors in a Tri-Ethnic Region* | CoI | Determine the effects of risk factors for stroke, MI, and vascular death, as well as evaluate predictors of cognitive impairment and the importance of subclinical MRI findings in a prospective cohort study of 3300 persons from 3 race-ethnic groups from Northern Manhattan | 2008 - 14 | 3,500,000 |
| NINDS U01U54NS057405, P1 | *Stroke Disparities Program: ASPIRE (Project 1)* | PI | Implemented a DC city wide stroke preparedness intervention program which evaluated an increase in emergency department early arrivals post stroke. | 2009-14 | 1,170,000 |
| Pfizer and GlaxoSmithKline American Heart Association, World Heart Federation | *Grenada Heart Study Implementation of country level hypertension intervention* | CoI | Examined country wide vascular risk survey and conduced focus groups throughout Grenada to develop a vascular health community intervention. | 2012-13 | 400,000 |
| AHRQ 1RO1HS019853 | *Washington Heights Inwood Comparative Effectiveness Research* **Research Director** | CoI | Responsible for the design and implementation of a 6,000 person community based household survey including the development, validation and implementation of social determinant questions focused on social resources and social networks. | 2010-13 | 9,000,000 Survey Budget: 3,000,000 |
| CDC 1U48 DP001916 | *Harlem Health Promotion Center* | CoI | Created intervention design for community health worker model to reduce hypertension in Harlem. | 2009-13 | 1,380,000 |
| CDC U48DP0016-01 (SIP) | *A Cost Analysis of a Pilot Family Based Hypertension Risk Reduction Strategy* | PI | Examined the cost of a family focused hypertension reduction intervention in minority communities. | 2010-12 | 350,000 |
| NIH NCRR 3UL1 RR024156-06S2 (Supplement for CTSA) | *Implementation of Health Literate Community Web Portal* | PI | Developed a bilingual health literate health information web portal for the Northern Manhattan community. | 2011-12 | 1,000,000 |
| NIH/NICNR 1P 30NR010677 | *Center for Evidence-based Practice in the Underserved* | CoI | Facilitate the development of bio-behavioral research capacity in self-management for underserved. | 2008-11 | 1,400,000 |
| NIH/NINDS U01 N U01 NS048069-04S2 | *Alaska Native Stroke Registry* | MPI | Implementation of stroke surveillance system in rural and urban Native Alaskan populations. | 2007-11 | 1,100,000 |
| NIH/NINDS P50NS049060 | *Stroke Warning Information and Faster Treatment (SWIFT)* | PI | Evaluate the efficacy in term of increased knowledge and earlier times to ER in a randomized study of an interactive acute stroke behavioral educational intervention. | 2004-11 | 2, 500,000 |
| CTSA Pilot Award | *Acute Stroke Rehabilitation and Education (ASCENT)* | PI | Pilot intervention examining the role of patient advocacy and education in promoting early stroke rehabilitation. | 2008-10 | 150,000 75,000 |

Exhibit A, Page 23

07/6/21

| Columbia University Deans Grant | *The Impact of Social Inequities on the Complex Relationship between Oral health and PVD* | PI | Epidemiological study examining disparities in vascular disease among Hispanics. | 2007-10 | 300,000 |
| Sanofi Educational Funds | *Issues Surrounding Antiplatelet Compliance Post Stroke* | PI | Epidemiological study to understand barriers to post stroke medication adherence. | 2004-05 | 90,000 |

## PUBLICATIONS
Published, Original, Peer Reviewed Articles
   \* Shared Primary Authorship (including Senior Author)
   + Mentored Junior Faculty

\*1.   Sacco RL, **Boden-Albala B**, Lipset CH. Stroke prevention: Importance of risk factors. *Internal Medicine* 1995;16(3):13.

2.   Garfield R, **Boden-Albala B**. The role of academic medical centers in delivery of primary care: an urban study. *Acad Med* 1995;70(5):405-409.

3.   Sacco RL, Roberts JK, **Boden-Albala B**, Gu Q, Lin IF, Kargman DE, Berglund L, Hauser WA, Shea S, Paik MC. Race-ethnicity and determinants of carotid atherosclerosis in a multiethnic population. The Northern Manhattan Stroke Study. *Stroke* 1997;28(5):929-935.

4.   Gan R, Sacco RL, Kargman DE, Roberts JK, **Boden-Albala B**, Gu Q. Testing the validity of the lacunar hypothesis: the Northern Manhattan Stroke Study experience. *Neurology* 1997;48(5):1204-1211.

\*5.   Sacco RL, **Boden-Albala B**, Gan R, Chen X, Kargman DE, Shea S, Paik MC, Hauser WA. Stroke incidence among white, black, and Hispanic residents of an urban community: the Northern Manhattan Stroke Study. *Am. J. Epidemiol.* 1998;147(3):259-268.

6.   Sacco RL, Gan R, **Boden-Albala B**, Lin IF, Kargman DE, Hauser WA, Shea S, Paik MC. Leisure-time physical activity and ischemic stroke risk: the Northern Manhattan Stroke Study. *Stroke* 1998;29(2):380-387.

7.   Di Tullio MR, Sacco RL, Sciacca RR, **Boden-Albala B**, Zwas DR, Fard AK, Titova I, Mendoza LM, Homma S. Increased left atrial size as a risk factor for ischemic stroke in a multiethnic population. *Journal of the American College of Cardiology* 1998;31(9):392.

8.   Kargman DE, Tuck C, Berglund L, Lin IF, Mukherjee RS, Thompson EV, Jones J, **Boden-Albala B**, Paik MC, Sacco RL. Lipid and lipoprotein levels remain stable in acute ischemic stroke: the Northern Manhattan Stroke Study. *Atherosclerosis* 1998;139(2):391-399.

9.   Sacco RL, Elkind M, **Boden-Albala B**, Lin IF, Kargman DE, Hauser WA, Shea S, Paik MC. The protective effect of moderate alcohol consumption on ischemic stroke. *JAMA* 1999;281(1):53-60.

11.   Sacco R, **Boden-Albala B**. The stroke prone individual. *Rev Soc Cardiol Estado de Sao Paulo* 1999;4(501):8.

11.   Kargman DE, Sacco RL, **Boden-Albala B**, Paik MC, Hauser WA, Shea S. Validity of telephone interview data for vascular disease risk factors in a racially mixed urban community: the Northern Manhattan Stroke Study. *Neuroepidemiology* 1999;18(4):174-184.

12.   Abel GA, Chen X, **Boden-Albala B**, Sacco RL. Social readjustment and ischemic stroke: lack of an association in a multiethnic population. *Neuroepidemiology* 1999;18(1):22-31.

13.   Rundek T, Mast H, Hartmann A, **Boden-Albala B**, Lennihan L, Lin IF, Paik MC, Sacco RL. Predictors of resource use after acute hospitalization: the Northern Manhattan Stroke Study. *Neurology* 2000;55(8):1180-1187.

Exhibit A, Page 24

07/6/21

14.  Mayer SA, Copeland D, Bernardini GL, **Boden-Albala B**, Lennihan L, Kossoff S, Sacco RL. Cost and outcome of mechanical ventilation for life-threatening stroke. *Stroke* 2000;31(10):2346-2353.

15.  **Boden-Albala B**, Sacco RL. Lifestyle factors and stroke risk: exercise, alcohol, diet, obesity, smoking, drug use, and stress. *Curr Atheroscler Rep* 2000;2(2):160-166.

16.  Kernan WN, Viscoli CM, Brass LM, Makuch RW, Sarrel PM, Roberts RS, Gent M, Rothwell P, Sacco RL, Liu RC, **Boden-Albala B**, Horwitz RI. The stroke prognosis instrument II (SPI-II) A clinical prediction instrument for patients with transient ischemia and nondisabling ischemic stroke. *Stroke* 2000;31(2):456-462.

17.  Elkins JS, Friedman C, **Boden-Albala B**, Sacco RL, Hripcsak G. Coding Neuroradiology Reports for the Northern Manhattan Stroke Study: A Comparison of Natural Language Processing and Manual Review. *Computers and Biomedical Research* 2000;33(1):1-10.

18.  Phillips GB, Tuck CH, Jing TY, **Boden-Albala B**, Lin IF, Dahodwala N, Sacco RL. Association of hyperandrogenemia and hyperestrogenemia with type 2 diabetes in Hispanic postmenopausal women. *Diabetes Care* 2000;23(1):74-79.

19.  Hartmann A, Rundek T, Mast H, Paik MC, **Boden-Albala B**, Mohr JP, Sacco RL. Mortality and causes of death after first ischemic stroke: the Northern Manhattan Stroke Study. *Neurology* 2001;57(11):2000-2005.

*20. Sacco RL, **Boden-Albala B**, Abel G, Lin IF, Elkind M, Hauser WA, Paik MC, Shea S. Race-ethnic disparities in the impact of stroke risk factors: the northern Manhattan stroke study. *Stroke* 2001;32(8):1725-1731.

21.  Sacco RL, Benson RT, Kargman DE, **Boden-Albala B**, Tuck C, Lin IF, Cheng JF, Paik MC, Shea S, Berglund L. High-density lipoprotein cholesterol and ischemic stroke in the elderly: the Northern Manhattan Stroke Study. *JAMA* 2001;285(21):2729-2735.

22.  Elkind MS, Cheng J, **Boden-Albala B**, Paik MC, Sacco RL, Northern Manhattan Stroke Study. Elevated white blood cell count and carotid plaque thickness: The Northern Manhattan Stroke Study. *Stroke* 2001;32(4):842-849.

23.  Jeng J-S, Sacco RL, Kargman DE, **Boden-Albala B**, Paik MC, Jones J, Berglund L. Apolipoproteins and carotid artery atherosclerosis in an elderly multiethnic population: The Northern Manhattan stroke study. *Atherosclerosis* 2002;165(2):317-325.

24.  Jacobs BS, **Boden-Albala B**, Lin IF, Sacco RL. Stroke in the young in the northern Manhattan stroke study. *Stroke* 2002;33(12):2789-2793.

25.  Elkind MSV, Sciacca R, **Boden-Albala B**, Homma S, Di Tullio MR. Leukocyte count is associated with aortic arch plaque thickness. *Stroke* 2002;33(11):2587-2592.

26.  Rodriguez CJ, Sacco RL, Sciacca RR, **Boden-Albala B**, Homma S, Di Tullio MR. Physical activity attenuates the effect of increased left ventricular mass on the risk of ischemic stroke: The Northern Manhattan Stroke Study. *J. Am. Coll. Cardiol.* 2002;39(9):1482-1488.

27.  Rundek T, Elkind MS, Pittman J, **Boden-Albala B**, Martin S, Humphries SE, Juo S-HH, Sacco RL. Carotid intima-media thickness is associated with allelic variants of stromelysin-1, interleukin-6, and hepatic lipase genes: the Northern Manhattan Prospective Cohort Study. *Stroke,* 2002;33(5):1420-1423.

28.  Paultre F, Tuck CH, **Boden-Albala B**, Kargman DE, Todd E, Jones J, Paik MC, Sacco RL, Berglund L. Relation of Apo(a) size to carotid atherosclerosis in an elderly multiethnic population. *Arterioscler. Thromb. Vasc. Biol.* 2002;22(1):141-146.

Exhibit A, Page 25

29. Elkind MS, Cheng J, **Boden-Albala B**, Rundek T, Thomas J, Chen H, Rabbani LE, Sacco RL. Tumor necrosis factor receptor levels are associated with carotid atherosclerosis. *Stroke* 2002;33(1):31-37.

30. **Boden-Albala B**, Sacco RL. Socioeconomic status and stroke mortality: refining the relationship. *Stroke* 2002;33(1):274-275.

31. Bretschger S, Deng L, Caine E, Leibel RL, Chung WK, **Boden-Albala B**, Sacco RL. Mutational analysis of the wolfram syndrome gene (WFS1) in Greek and Dominican patients. *Journal of Endocrine Genetics* 2002;3(1):13- 19.

+32. Suk S-H, Sacco RL, **Boden-Albala B**, Cheun JF, Pittman JG, Elkind MS, Paik MC, Northern Manhattan Stroke Study. Abdominal obesity and risk of ischemic stroke: the Northern Manhattan Stroke Study. *Stroke* 2003;34(7):1586-1592.

33. Bassile CC, Dean C, **Boden-Albala B**, Sacco R. Obstacle training programme for individuals post stroke: feasibility study. *Clin Rehabil* 2003;17(2):130-136.

34. Desvarieux M, Demmer RT, Jacobs Jr. DR., Rundek T, **Boden-Albala B**, Sacco RL, Papapanou PN. Relationship between periodontal disease, tooth loss, and carotid artery plaque: The oral infections and vascular disease epidemiology study (INVEST). *Stroke* 2003;34(9):2120-2125.

35. Schau B, Babamoto E, Zaher C, Boysen G, **Boden-Albala B**, Cheng J, Sacco R l., Truelsen T. Development and validation of a model to estimate stroke incidence in a population. *Journal of Stroke and Cerebrovascular Diseases* 2003;12(1):22-28.

36. Sacco RL, Anand K, Lee H-S, **Boden-Albala B**, Stabler S, Allen R, Paik MC. Homocysteine and the risk of ischemic stroke in a triethnic cohort: The Northern Manhattan Study. *Stroke* 2004;35(10):2263-2269.

37. Juo S-HH, Lin H-F, Rundek T, Sabala EA, **Boden-Albala B**, Park N, Lan M-Y, Sacco RL. Genetic and environmental contributions to carotid intima-media thickness and obesity phenotypes in the Northern Manhattan Family Study. *Stroke* 2004;35(10):2243-2247.

38. Rodriguez CJ, Sciacca RR, Diez-Roux AV, **Boden-Albala B**, Sacco RL, Homma S, DiTullio MR. Relation between socioeconomic status, race-ethnicity, and left ventricular mass: the Northern Manhattan study. *Hypertension* 2004;43(4):775-779.

39. Elkind MSV, Rundek T, Sacco RL, **Boden-Albala B**, Cheng J. Leukocyte count predicts outcome after ischemic stroke: The Northern Manhattan Stroke Study. *Journal of Stroke and Cerebrovascular Diseases* 2004;13(5):220- 227.

+40. Rodriguez CJ, Miyake Y, Grahame-Clarke C, Di Tullio MR, Sciacca RR, **Boden-Albala B**, Sacco RL, Homma S. Relation of plasma glucose and endothelial function in a population-based multiethnic sample of subjects without diabetes mellitus. *Am. J. Cardiol.* 2005;96(9):1273-1277.

41. Juo S-HH, Rundek T, Lin H-F, Cheng R, Lan M-Y, Huang JS, **Boden-Albala B**, Sacco RL. Heritability of carotid artery distensibility in Hispanics: the Northern Manhattan Family Study. *Stroke* 2005;36(11):2357-2361.

+42. Lin H-F, **Boden-Albala B**, Juo SH, Park N, Rundek T, Sacco RL. Heritabilities of the metabolic syndrome and its components in the Northern Manhattan Family Study. *Diabetologia* 2005;48(10):2006-2012.

43. Gangwisch JE, Malaspina D, **Boden-Albala B**, Heymsfield SB. Inadequate sleep as a risk factor for obesity: analyses of the NHANES I. *Sleep* 2005;28(10):1289-1296.

44. Labovitz DL, Halim A, **Boden-Albala B**, Hauser WA, Sacco RL. The incidence of deep and lobar intracerebral hemorrhage in whites, blacks, and Hispanics. *Neurology* 2005;65(4):518-522.

07/6/21

45. Juo S-HH, Di Tullio MR, Lin H-F, Rundek T, **Boden-Albala B**, Homma S, Sacco RL. Heritability of left ventricular mass and other morphologic variables in Caribbean Hispanic subjects: the Northern Manhattan Family Study. *J. Am. Coll. Cardiol.* 2005;46(4):735-737.

46. Elkind MSV, Sciacca RR, **Boden-Albala B**, Tondella MLC, Feikin DR, Fields BS, Sacco RL, Di Tullio MR, Homma S. Leukocyte count is associated with reduced endothelial reactivity. *Atherosclerosis,* 2005;181(2):329- 338.

47. Elkind MSV, Sciacca RR, **Boden-Albala B**, Rundek T, Paik MC, Sacco RL. Relative elevation in baseline leukocyte count predicts first cerebral infarction. *Neurology,* 2005;64(12):2121-2125.

48. **Boden-Albala B**, Litwak E, Elkind MSV, Rundek T, Sacco RL. Social isolation and outcomes post stroke. *Neurology,* 2005;64(11):1888-1892.

49. Elkind MSV, Rundek T, Sciacca RR, Ramas R, Chen H-J, **Boden-Albala B**, Rabbani L, Sacco RL. Interleukin-2 levels are associated with carotid artery intima-media thickness. *Atherosclerosis,* 2005;180(1):181-187.

+*50. White H, **Boden-Albala B**, Wang C, Elkind MSV, Rundek T, Wright CB, Sacco RL. Ischemic stroke subtype incidence among whites, blacks, and Hispanics: the Northern Manhattan Study. *Circulation,* 2005;111(10):1327-1331.

51. Desvarieux M, Demmer RT, Rundek T, **Boden-Albala B**, Jacobs DR, Sacco RL, Papapanou PN. Periodontal microbiota and carotid intima-media thickness: the Oral Infections and Vascular Disease Epidemiology Study (INVEST). *Circulation,* 2005;111(5):576-582.

52. Prabhakaran S, Rundek T, Ramas R, Elkind MSV, Paik MC, **Boden-Albala B**, Sacco RL. Carotid plaque surface irregularity predicts ischemic stroke: the northern Manhattan study. *Stroke,* 2006;37(11):2696-2701.

*53. Brown DL, **Boden-Albala B**, Langa KM, Lisabeth LD, Fair M, Smith MA, Sacco RL, Morgenstern LB. Projected costs of ischemic stroke in the United States. *Neurology,* 2006;67(8):1390-1395.

54. Chong JY, Lee HS, **Boden-Albala B**, Paik MC, Sacco RL. Gender differences in self-report of recovery after stroke: the Northern Manhattan Study. *Neurology,* 2006;67(7):1282-1284.

+55. Rodriguez CJ, Lin F, Sacco RL, Jin Z, **Boden-Albala B**, Homma S, Di Tullio MR. Prognostic implications of left ventricular mass among Hispanics: the Northern Manhattan Study. *Hypertension,* 2006;48(1):87-92.

56. Wright CB, Elkind MSV, Rundek T, **Boden-Albala B**, Paik MC, Sacco RL. Alcohol intake, carotid plaque, and cognition: the Northern Manhattan Study. *Stroke,* 2006;37(5):1160-1164.

57. Gangwisch JE, Heymsfield SB, **Boden-Albala B**, Buijs RM, Kreier F, Pickering TG, Rundle AG, Zammit GK, Malaspina D. Short sleep duration as a risk factor for hypertension: analyses of the first National Health and Nutrition Examination Survey. *Hypertension,* 2006;47(5):833-839.

58. **Boden-Albala B**. Current understanding of multiple risk factors as the metabolic syndrome: distillation or deconstruction. *Semin Neurol,* 2006;26(1):108-116.

59. Bateman BT, Schumacher HC, **Boden-Albala B**, Berman MF, Mohr JP, Sacco RL, Pile-Spellman J. Factors associated with in-hospital mortality after administration of thrombolysis in acute ischemic stroke patients: an analysis of the nationwide inpatient sample 1999 to 2002. *Stroke,* 2006;37(2):440-446.

60. Pulerwitz T, Grahame-Clarke C, Rodriguez CJ, Miyake Y, Sciacca RR, Hirata K, DiTullio MR, **Boden-Albala B**, Sacco RL, Homma S. Association of increased body mass index and impaired endothelial function among Hispanic women. *Am. J. Cardiol.,* 2006;97(1):68-70.

Exhibit A, Page 27

07/6/21

61. Elkind MSV, Sciacca R, **Boden-Albala B**, Rundek T, Paik MC, Sacco RL. Moderate alcohol consumption reduces risk of ischemic stroke: The Northern Manhattan Study. *Stroke,* 2006;37(1):13-19.

62. Rundek T, Hundle R, Ratchford E, Ramas R, Sciacca R, Di Tullio MR, **Boden-Albala B**, Miyake Y, Elkind MSV, Sacco RL, Homma S. Endothelial dysfunction is associated with carotid plaque: a cross-sectional study from the population based Northern Manhattan Study. *BMC Cardiovasc Disord,* 2006;6:35.

63. Labovitz DL, Halim AX, Brent B, **Boden-Albala B**, Hauser WA, Sacco RL. Subarachnoid hemorrhage incidence among Whites, Blacks and Caribbean Hispanics: the Northern Manhattan Study. *Neuroepidemiology,* 2006;26(3):147-150.

64. Elkind MSV, Coates K, Tai W, Paik MC, **Boden-Albala B**, Sacco RL. Levels of acute phase proteins remain stable after ischemic stroke. *BMC Neurol,* 2006;6:37.

65. Gangwisch JE, Heymsfield SB, **Boden-Albala B**, Buijs RM, Kreier F, Pickering TG, Rundle AG, Zammit GK, Malaspina D. Sleep duration as a risk factor for diabetes incidence in a large U.S. sample. *Sleep,* 2007;30(12):1667-1673.

*66. Eguchi K, **Boden-Albala B**, Jin Z, Di Tullio MR, Rundek T, Rodriguez CJ, Homma S, Sacco RL. Usefulness of fasting blood glucose to predict vascular outcomes among individuals without diabetes mellitus (from the Northern Manhattan Study). *Am. J. Cardiol.,* 2007;100(9):1404-1409.

67. Schumacher HC, Bateman BT, **Boden-Albala B**, Berman MF, Mohr JP, Sacco RL, Pile-Spellman J. Use of thrombolysis in acute ischemic stroke: analysis of the Nationwide Inpatient Sample 1999 to 2004. *Ann Emerg Med,* 2007;50(2):99-107.

+*68. Cassetta JA, **Boden-Albala B**, Sciacca RR, Giardina E-GV. Association of education and race/ethnicity with physical activity in insured urban women. *J Womens Health,* 2007;16(6):902-908.

69. Dhamoon MS, Tai W, **Boden-Albala B**, Rundek T, Paik MC, Sacco RL, Elkind MSV. Risk of myocardial infarction or vascular death after first ischemic stroke: The Northern Manhattan Study. *Stroke,* 2007;38(6):1752- 1758.

70. Shimbo D, Grahame-Clarke C, Miyake Y, Rodriguez C, Sciacca R, Di Tullio M, **Boden-Albala B**, Sacco R, Homma S. The association between endothelial dysfunction and cardiovascular outcomes in a population-based multi-ethnic cohort. *Atherosclerosis,* 2007;192(1):197-203.

71. Labovitz DL, **Boden-Albala B**, Hauser WA, Sacco RL. Lacunar infarct or deep intracerebral hemorrhage: who gets which? The Northern Manhattan Study. *Neurology,* 2007;68(8):606-608.

*72. Sacco RL, Sabala EA, Rundek T, Juo S-HH, Huang JS, DiTullio M, Homma S, Almonte K, Lithgow CG, **Boden- Albala B**. Design of a family study among high-risk Caribbean Hispanics: the Northern Manhattan Family Study. *Ethn Dis,* 2007;17(2):351-357.

73. Rundek T, White H, **Boden-Albala B**, Jin Z, Elkind MSV, Sacco RL. The metabolic syndrome and subclinical carotid atherosclerosis: The Northern Manhattan Study. *J Cardiometab Syndr*ome, 2007;2(1):24-29.

+74. Nickolas TL, Khatri M, **Boden-Albala B**, Kiryluk K, Luo X, Gervasi-Franklin P, Paik M, Sacco RL. The association between kidney disease and cardiovascular risk in a multiethnic cohort: findings from the Northern Manhattan Study (NOMAS). *Stroke,* 2008;39(10):2876-2879.

75. Salameh MJ, Rundek T, **Boden-Albala B**, Jin Z, Ratchford EV, Di Tullio MR, Homma S, Sacco RL. Self- reported peripheral arterial disease predicts future vascular events in a community-based cohort. *J Gen Intern Med,* 2008;23(9):1423-1428.

Exhibit A, Page 28

07/6/21

76. Rincon F, Dhamoon M, Moon Y, Paik MC, **Boden-Albala B**, Homma S, Di Tullio MR, Sacco RL, Elkind MSV. Stroke location and association with fatal cardiac outcomes: Northern Manhattan Study (NOMAS). *Stroke,* 2008;39(9):2425-2431.

77. Kohsaka S, Jin Z, Rundek T, **Boden-Albala B**, Homma S, Sacco RL, Di Tullio MR. Impact of mitral annular calcification on cardiovascular events in a multiethnic community: the Northern Manhattan Study. *JACC Cardiovasc Imaging,* 2008;1(5):617-623.

78. Suzuki T, Hirata K, Elkind MSV, Jin Z, Rundek T, Miyake Y, **Boden-Albala B**, Di Tullio MR, Sacco R, Homma S. Metabolic syndrome, endothelial dysfunction, and risk of cardiovascular events: the Northern Manhattan Study (NOMAS). *Am. Heart J.,* 2008;156(2):405-410.

79. Gangwisch JE, Heymsfield SB, **Boden-Albala B**, Buijs RM, Kreier F, Opler MG, Pickering TG, Rundle AG, Zammit GK, Malaspina D. Sleep duration associated with mortality in elderly, but not middle-aged, adults in a large US sample. *Sleep,* 2008;31(8):1087-1096.

*80. Eguchi K, **Boden-Albala B**, Jin Z, Rundek T, Sacco RL, Homma S, Di Tullio MR. Association between diabetes mellitus and left ventricular hypertrophy in a multiethnic population. *Am. J. Cardiol.,* 2008;101(12):1787-1791.

81. **Boden-Albala B**, Cammack S, Chong J, Wang C, Wright C, Rundek T, Elkind MSV, Paik MC, Sacco RL. Diabetes, fasting glucose levels, and risk of ischemic stroke and vascular events: findings from the Northern Manhattan Study (NOMAS). *Diabetes Care,* 2008;31(6):1132-1137.

82. Rundek T, Arif H, **Boden-Albala B**, Elkind MS, Paik MC, Sacco RL. Carotid plaque, a subclinical precursor of vascular events: the Northern Manhattan Study. *Neurology,* 2008;70(14):1200-1207.

83. Suzuki K, Juo S-HH, Rundek T, **Boden-Albala B**, Disla N, Liu R, Park N, Di Tullio MR, Sacco RL, Homma S. Genetic contribution to brachial artery flow-mediated dilation: the Northern Manhattan Family Study. *Atherosclerosis,* 2008;197(1):212-216.

84. Rodriguez CJ, Burg MM, Meng J, Pickering TG, Jin Z, Sacco RL, **Boden-Albala B**, Homma S, Di Tullio MR. Effect of social support on nocturnal blood pressure dipping. *Psychosom Med.,* 2008;70(1):7-12.

85. **Boden-Albala B**, Sacco RL, Lee H-S, Grahame-Clarke C, Rundek T, Elkind MV, Wright C, Giardina E-GV, DiTullio MR, Homma S, Paik MC. Metabolic syndrome and ischemic stroke risk: Northern Manhattan Study. *Stroke,* 2008;39(1):30-35.

+*86. Willey JZ, Williams O, **Boden-Albala B**. Stroke literacy in Central Harlem: a high-risk stroke population. *Neurology,* 2009;73(23):1950-1956.

87. Sacco RL, Khatri M, Rundek T, Xu Q, Gardener H, **Boden-Albala B**, Di Tullio MR, Homma S, Elkind MSV, Paik MC. Improving global vascular risk prediction with behavioral and anthropometric factors. The multiethnic NOMAS (Northern Manhattan Cohort Study). *J. Am. Coll. Cardiol.,* 2009;54(24):2303-2311.

88. Glymour MM, Kosheleva A, **Boden-Albala B**. Birth and adult residence in the Stroke Belt independently predict stroke mortality. *Neurology,* 2009;73(22):1858-1865.

89. Willey JZ, Moon YP, Paik MC, **Boden-Albala B**, Sacco RL, Elkind MSV. Physical activity and risk of ischemic stroke in the Northern Manhattan Study. *Neurology,* 2009;73(21):1774-1779.

90. Willey JZ, Xu Q, **Boden-Albala B**, Paik MC, Moon YP, Sacco RL, Elkind MSV. Lipid profile components and risk of ischemic stroke: the Northern Manhattan Study (NOMAS). *Arch. Neurol.,* 2009;66(11):1400-1406.

07/6/21

91. Ratchford EV, Jin Z, Di Tullio MR, Salameh MJ, Homma S, Gan R, **Boden-Albala B**, Sacco RL, Rundek T. Carotid bruit for detection of hemodynamically significant carotid stenosis: The Northern Manhattan Study. *Neurol. Res.,* 2009;31(7):748-752.

92. Dhamoon MS, Moon YP, Paik MC, **Boden-Albala B**, Rundek T, Sacco RL, Elkind MSV. Long-term functional recovery after first ischemic stroke: The Northern Manhattan Study. *Stroke,* 2009;40(8):2805-2811.

93. Takei Y, Di Tullio MR, Homma S, **Boden-Albala B**, Rundek T, Sacco RL, Berry G, Liu R, Jin Z, Eguchi K, Elkind MSV. Soluble tumor necrosis factor receptor 1 level is associated with left ventricular hypertrophy: the northern Manhattan study. *Am. J. Hypertens.,*2009;22(7):763-769.

94. Larson EL, Cohn EG, Meyer DD, **Boden-Albala B**. Consent administrator training to reduce disparities in research participation. *J Nurs Scholarsh* 2009;41(1):95-103.

95. Giardina E-GV, Laudano M, Hurstak E, Saroff A, Fleck E, Sciacca R, **Boden-Albala B**, Cassetta J. Physical activity participation among Caribbean Hispanic women living in New York: relation to education, income, and age. *J Womens Health* 2009;18(2):187-193.

96. Suzuki K, Elkind MSV, **Boden-Albala B**, Jin Z, Berry G, Di Tullio MR, Sacco RL, Homma S. Moderate alcohol consumption is associated with better endothelial function: a cross sectional study. *BMC Cardiovasc Disord* 2009;9:8.

97. Rincon F, Sacco RL, Kranwinkel G, Xu Q, Paik MC, **Boden-Albala B**, Elkind MSV. Incidence and risk factors of intracranial atherosclerotic stroke: the Northern Manhattan Stroke Study. *Cerebrovasc. Dis.*2009;28(1):65-71.

98. **Boden-Albala B**, Elkind MSV, White H, Szumski A, Paik MC, Sacco RL. Dietary total fat intake and ischemic stroke risk: the Northern Manhattan Study. *Neuroepidemiology* 2009;32(4):296-301.

+*99. Willey JZ, Paik MC, Sacco R, Elkind MSV, **Boden-Albala B**. Social determinants of physical inactivity in the Northern Manhattan Study (NOMAS). *J Community Health* 2010;35(6):602-608.

100. Giannopoulos S, **Boden-Albala B**, Choi JH, Carrera E, Doyle M, Perez T, Marshall RS. Metabolic syndrome and cerebral vasomotor reactivity. *Eur. J. Neurol.* 2010;17(12):1457-1462.

101. Rundek T, Gardener H, Xu Q, Goldberg RB, Wright CB, **Boden-Albala B**, Disla N, Paik MC, Elkind MSV, Sacco RL. Insulin resistance and risk of ischemic stroke among nondiabetic individuals from the northern Manhattan study. *Arch. Neurol.* 2010;67(10):1195-1200.

102. Willey JZ, Disla N, Moon YP, Paik MC, Sacco RL, **Boden-Albala B**, Elkind MSV, Wright CB. Early depressed mood after stroke predicts long-term disability: The Northern Manhattan Stroke Study (NOMASS). *Stroke* 2010;41(9):1896-1900.

103. Reyes-Soffer G, Holleran S, Di Tullio MR, Homma S, **Boden-Albala B**, Ramakrishnan R, Elkind MS, Sacco RL, Ginsberg HN. Endothelial function in individuals with coronary artery disease with and without type 2 diabetes mellitus. *Metab. Clin. Exp.* 2010;59(9):1365-1371.

104. Rincon F, Mayer SA, Rivolta J, Stillman J, **Boden-Albala B**, Elkind MSV, Marshall R, Chong JY. Impact of delayed transfer of critically ill stroke patients from the Emergency Department to the Neuro-ICU. *Neurocrit Care* 2010;13(1):75-81.

105. Ramos-Sepulveda A, Wohlgemuth W, Gardener H, Lorenzo D, Dib S, Wallace DM, Nolan B, **Boden-Albala B**, Elkind MSV, Sacco RL, Rundek T. Snoring and insomnia are not associated with subclinical atherosclerosis in the Northern Manhattan Study. *Int J Stroke* 2010;5(4):264-268.

106. Gallagher D, Larson EL, Wang Y-HC, Richards B, Weng C, Hametz P, Begg MD, Chung WK, **Boden-Albala B**, Akabas SR. Identifying interdisciplinary research priorities to prevent and treat pediatric obesity in New York City. *Clin Transl Sci* 2010;3(4):172-177.

107. **Boden-Albala B**, Kargman DE, Lin I-F, Paik MC, Sacco RL, Berglund L. Increased stroke risk and lipoprotein(a) in a multiethnic community: the Northern Manhattan Stroke Study. *Cerebrovasc. Dis.* 2010;30(3):237-243.

108. Dhamoon MS, Moon YP, Paik MC, **Boden-Albala B**, Rundek T, Sacco RL, Elkind MSV. Quality of life declines after first ischemic stroke. The Northern Manhattan Study. *Neurology* 2010;75(4):328-334.

109. Desvarieux M, Demmer RT, Jacobs DR, Rundek T, **Boden-Albala B**, Sacco RL, Papapanou PN. Periodontal bacteria and hypertension: the oral infections and vascular disease epidemiology study (INVEST). *J. Hypertens.* 2010;28(7):1413-1421.

110. Della-Morte D, Beecham A, Rundek T, Slifer S, **Boden-Albala B**, McClendon MS, Blanton SH, Sacco RL. Genetic linkage of serum homocysteine in Dominican families: the Family Study of Stroke Risk and Carotid Atherosclerosis. *Stroke* 2010;41(7):1356-1362.

111. Della-Morte D, Gardener H, Denaro F, **Boden-Albala B**, Elkind MSV, Paik MC, Sacco RL, Rundek T. Metabolic syndrome increases carotid artery stiffness: the Northern Manhattan Study. *Int J Stroke* 2010;5(3):138-144.

112. **Boden-Albala B**, Stillman J, Perez T, Evensen L, Moats H, Wright C, Moon-Howard J, Doyle M, Paik MC. A stroke preparedness RCT in a multi-ethnic cohort: design and methods. *Contemp Clin Trials* 2010;31(3):235-241.

113. Sashida Y, Rodriguez CJ, **Boden-Albala B**, Jin Z, Elkind MSV, Liu R, Rundek T, Sacco RL, DiTullio MR, Homma S. Ethnic differences in aortic valve thickness and related clinical factors. *Am. Heart J.* 2010;159(4):698- 704.

+114. Hasegawa T, **Boden-Albala B**, Eguchi K, Jin Z, Sacco RL, Homma S, Di Tullio MR. Impaired flow-mediated vasodilatation is associated with increased left ventricular mass in a multiethnic population. The Northern Manhattan Study. *Am. J. Hypertens.* 2010;23(4):413-419.

115. Elkind MSV, Luna JM, Moon YP, **Boden-Albala B**, Liu KM, Spitalnik S, Rundek T, Sacco RL, Paik MC. Infectious burden and carotid plaque thickness: the northern Manhattanstudy. *Stroke* 2010;41(3):e117-122.

116. Elkind MSV, Ramakrishnan P, Moon YP, **Boden-Albala B**, Liu KM, Spitalnik SL, Rundek T, Sacco RL, Paik MC. Infectious burden and risk of stroke: the northern Manhattan study. *Arch. Neurol.* 2010;67(1):33-38.

117. Gardener H, Wright CB, Gu Y, Demmer RT, **Boden-Albala B**, Elkind MSV, Sacco RL, Scarmeas N. Mediterranean-style diet and risk of ischemic stroke, myocardial infarction, and vascular death: the Northern Manhattan Study. *Am. J. Clin. Nutr.* 2011;94(6):1458-1464.

118. **Boden-Albala B**, Tehranifar P, Stillman J, Paik MC. Social network types and acute stroke preparedness behavior. *Cerebrovasc Dis Extra* 2011;1(1):75-83.

119. Willey JZ, Rodriguez CJ, Carlino RF, Moon YP, Paik MC, **Boden-Albala B**, Sacco RL, DiTullio MR, Homma S, Elkind MSV. Race-ethnic differences in the association between lipid profile components and risk of myocardial infarction: The Northern Manhattan Study. *Am. Heart J.* 2011;161(5):886-892.

+*120. Rodriguez CJ, Elkind MSV, Clemow L, Jin Z, Di Tullio M, Sacco RL, Homma S, **Boden-Albala B**. Association between social isolation and left ventricular mass. *Am. J. Med.* 2011;124(2):164-170.

121. Vieira JR, Elkind MSV, Moon YP, Rundek T, **Boden-Albala B**, Paik MC, Sacco RL, Wright CB. The metabolic syndrome and cognitive performance: the Northern Manhattan Study. *Neuroepidemiology* 2011;37(3-4):153-159.

122. Ramos AR, Wohlgemuth WK, Dong C, Gardener H, Wright CB, **Boden-Albala B**, Elkind MSV, Sacco RL, Rundek T. Race-ethnic differences of sleep symptoms in an elderly multi-ethnic cohort: the Northern Manhattan Study. *Neuroepidemiology* 2011;37(3-4):210-215.

*123. **Boden-Albala B**, Carman H, Moran M, Doyle M, Paik MC. Perception of recurrent stroke risk among black, white and Hispanic ischemic stroke and transient ischemic attack survivors: the SWIFT study. *Neuroepidemiology* 2011;37(2):83-87.

124. **Boden-Albala B**, Roberts ET, Moats H, Arif H, Sacco RL, Paik MC. Community Level Disadvantage and the Likelihood of First Ischemic Stroke. *Epidemiology Research International* 2012;2012:e481282.

125. Zahuranec DB, Wing JJ, Edwards DF, Menon RS, Fernandez SJ, Burgess RE, Sobotka IA, German L, Trouth AJ, Shara NM, Gibbons MC, **Boden-Albala B**, Kidwell CS. Poor long-term blood pressure control after intracerebral hemorrhage. *Stroke* 2012;43(10):2580-2585.

*+126. **Boden-Albala B**, Roberts ET, Bazil C, Moon Y, Elkind MSV, Rundek T, Paik MC, Sacco RL. Daytime sleepiness and risk of stroke and vascular disease: findings from the Northern Manhattan Study (NOMAS). *Circ Cardiovasc Qual Outcomes* 2012;5(4):500-507.

127. Wilcox AB, Gallagher KD, **Boden-Albala B**, Bakken SR. Research data collection methods: from paper to tablet computers. *Med Care* 2012;50 Suppl:S68-73.

128. Co Manuel C, **Boden-Albala B**, Quarles L, Wilcox A, Bakken S. Using the LOINC Semantic Structure to Integrate Community-based Survey Items into a Concept-based Enterprise Data Dictionary to Support Comparative Effectiveness Research. *Nurs Inform* 2012;2012.

129. Willey JZ, Stillman J, Rivolta JA, Vieira J, Doyle MM, Linares G, Marchidann A, Elkind MSV, **Boden-Albala B**, Marshall RS. Too good to treat? Outcomes in patients not receiving thrombolysis due to mild deficits or rapidly improving symptoms. *Int J Stroke* 2012;7(3):202-206.

130. Willey JZ, Petersen N, Dhamoon MS, Stillman J, **Boden-Albala B**, Elkind MSV, Marshall RS. Safety of thrombolysis in patients over the age of 80. *Neurologist* 2012;18(2):99-101.

131. Gardener H, Scarmeas N, Gu Y, **Boden-Albala B**, Elkind MSV, Sacco RL, DeCarli C, Wright CB. Mediterranean diet and white matter hyperintensity volume in the Northern Manhattan Study. *Arch. Neurol.* 2012;69(2):251-256.

132. Lee YJ, **Boden-Albala B**, Quarles L, Wilcox A, Bakken S. Predictors of health information-seeking behaviors in hispanics. *Nurs Inform.* 2012;2012:243.

133. Ramos AR, Dong C, Elkind MSV, **Boden-Albala B**, Sacco RL, Rundek T, Wright CB. Association between sleep duration and the mini-mental score: The Northern Manhattan study. *J Clin Sleep Med* 2013;9(7):669-673.

*134. **Boden-Albala B**, Quarles LW. Education strategies for stroke prevention. *Stroke* 2013;44 (6 Suppl1):S48-51.

*+135. **Boden-Albala B**, Roberts ET, Hopkins S, Allen J, Boyer BB. Predictors of risk and protection for hypertension in Yup'ik people from Southwest Alaska. *Ethn Dis* 2013;23(4):484-491.

136. Meschia JF, Bushnell C, **Boden-Albala B**, Braun LT, Bravata DM, Chaturvedi S, Creager MA, Eckel RH, Elkind MSV, Fornage M, Goldstein LB, Greenberg SM, Horvath SE, Iadecola C, Jauch EC, Moore WS, Wilson JA. Guidelines for the Primary Prevention of Stroke A Statement for Healthcare Professionals from the American Heart Association/American Stroke Association. *Stroke* 2014;45(12):3754-3832.

137. Ramos AR, Dong C, Rundek T, Elkind MSV, **Boden-Albala B**, Sacco RL, Wright CB. Sleep duration is associated with white matter hyperintensity volume in older adults: The Northern Manhattan Study. *J Sleep Res* 2014;23(5):524-530.

07/6/21

138. BennEKT, Fox A, Fei K, Roberts E, **Boden-Albala B**. Moving Towards a More Comprehensive Investigation of Racial/Ethnic Differences in Cognitive Disability Among US Adults. *J Immigr Minor Health* 2014.

*139. **Boden-Albala B**, Edwards DF, St Clair S, Wing JJ, Fernandez S, Gibbons MC, Hsia AW, Morgenstern LB, Kidwell CS. Methodology for a community-based stroke preparedness intervention: The Acute Stroke Program of Interventions Addressing Racial and Ethnic Disparities Study. *Stroke* 2014;45(7):2047-2052.

140. Tehranifar P, Reynolds D, Fan X, **Boden-Albala B**, Engmann NJ, Flom JD, TerryMB. Multiple metabolic risk factors and mammographic breast density. *Ann Epidemiol* 2014;24(6):479-483.

141. Lee YJ, **Boden-Albala B**, Larson E, Wilcox A, Bakken S. Online health information seeking behaviors of Hispanics in New York City: a community-based cross-sectional study. *J. Med. Internet Res.* 2014;16(7):E176.

142. **Boden-Albala B**, Southwick L, Carman H. Dietary interventions to lower the risk of stroke. *Curr Neurol Neurosci Rep* 2015;15(4):15.

143. Jolly SE, Koller KR, Metzger JS, Day GM, Silverman A, Hopkins SE, Austin MA, **Boden-Albala B**, Ebbesson SOE, Boyer BB, Howard BV, Umans JG. Prevalence of Hypertension and Associated Risk Factors in Western Alaska Native People: The Western Alaska Tribal Collaborative for Health (WATCH) Study. *J Clin Hypertens (Greenwich)* 2015.

144. **Boden-Albala B**, Stillman J, Roberts ET, Quarles LW, Glymour MM, Chong J, et al. Comparison of acutestroke preparedness strategies to decrease emergency department arrival time in a multiethnic cohort: The stroke warning information and faster treatment study. *Stroke; A Journal of Cerebral Circulation.* 2015;46:1806-1812.

145. **Boden-Albala B**, Carman H, Southwick L, Parikh NS, Roberts E, Waddy S, Edwards DF. Examining barriers and practices to recruitment and retention in stroke clinical trials. *Stroke; A Journal of Cerebral Circulation.* 201546:2232-2237

146. Lord AS, Carman HM, Roberts ET, Torrico V, Goldmann E, Ishida K, Tuhrim S, Stillman J, Quarles LW, **Boden-Albala** B. Discharge educational strategies for reduction of vascular events (DESERVE): Design and methods. *International Journal Of Stroke: Official Journal Of The International Stroke Society.* 2015.

147. Lord, A S; Lewis, A K; Czeisler, B M; Ishida, K; Torres, J; **Boden-Albala, B**; Kamel, H; Elkind, M S V. Infections are a major driver of 30-day readmission after intracerebral hemorrhage'. *Neurocritical care.* 2015 23(1):S88-S88.

148. Lee YJ, **Boden-Albala B,** Jia H, Wilcox A, Bakken S.The Association Between Online Health Information- Seeking Behaviors and Health Behaviors Among Hispanics in New York City: A Community-Based Cross- Sectional Study. *J Med Internet Res.* 2015,26;17(11):e261.

149. Yaghi S, Herber C, Willey JZ, Andrews HF, Boehme AK, Marshall RS, Lazar RM, **Boden-Albala B**. Itemized NIHSS subsets predict positive MRI strokes in patients with mild deficits. *J Neurol Sci.* 2015 Nov 15;358(1-2): 221-5.

150. Goldmann E, Roberts ET, Parikh NS, Lord AS, **Boden-Albala B**. Race/ethnic Differences in Post-stroke Depression (PSD): Findings from the Stroke Warning Information and Faster Treatment (SWIFT) Study. *Ethn Dis.* 2016 Jan 21;26(1):1-8.

151. Lord, A S; Lewis, A K; Czeisler, B M; Ishida, K; Torres, J; **Boden-Albala, B**. The Majority of 30-Day Readmissions after Intracerebral Hemorrhage are Related to Infections. *Stroke; A Journal of Cerebral Circulation.* 2016.

07/6/21

152.  Goldmann E, Roberts ET, Parikh NS, **Boden-Albala B.** Chronic Physical Illness Burden and Suicidal Ideation Among Dominicans in New York City. *J Immigr Minor Health*. 2016 Aug 9. [Epub ahead of print]

153.  Ramos AR, Gardener H, Rundek T, Elkind MS, **Boden-Albala B,** Dong C, Cheung YK, Stern Y, Sacco RL, Wright CB Sleep disturbances and cognitive decline in the Northern Manhattan Study. *Neurology*. 2016 Sep 2. pii: 10.1212/WNL.0000000000003168. [Epub ahead of print] PMID: 27590286

154.  Yaghi, S, Herber C, Boehme A, Andrews H, Willey JZ, Siket M, Jayaraman MV, McTaggart RY, Furie, KL, Marshall RS, Lazar RM, **Boden-Albala, B.** The Association between Diffusion MRI-Defined Infarct Volume and NIHSS Score in Patients with Minor Acute Stroke. *Journal of Neuroimaging*, 2017 Jan 9. doi: 10.1111/jon.12423.

155.  Bandi P, Goldmann E, Parikh N, Farsi P, **Boden-Albala B.** Age-related differences in antihypertensive medication adherence in Hispanics: A cross-sectional community-based survey in New York City. *Preventing Chronic Disease*, 2017 Jul 13:14:E57

156.  Haley SJ, Southwick LE, Parikh NE, Rivera J, Farrar-Edwards D, **Boden-Albala B**. Barriers and Strategies for Recruitment of Racial and Ethnic Minorities: Perspectives from Neurological Clinical Research Coordinators. *Journal of Racial and Ethnic Health Disparities*. 2017 Feb 7. Doi:10.1007/s40615-016-0332-y. [Epub ahead of print]

157.  Madsen TE, Roberts ET, Kuczynski H, Goldmann E, Parikh NS, **Boden-Albala B**. Gender, Social Networks and Stroke Preparedness in the Stroke Warning Information and Faster Treatment (SWIFT) Study. *Journal of Stroke and Cerebrovascular Disease*. 2017 Aug 11. pii: S1052-3057(17)30342-7. [Epub ahead of print]

158.  **Boden-Albala B**, DrPH, Allen J, Roberts ET, Bulkow L, Trimble B. Ascertainment of Alaska Native Stroke Incidence 2005-2009: Lessons for Assessing the Global Burden of Stroke. *Journal of Stroke and Cerebrovascular Disease*, 2017;9:2019-2026.

159.  **Boden-Albala B**, Farrar-Edwards D, Wing J, Gibbons C, Hsia A, Kidwell CS. Evaluation of a Community-wide Stroke Preparedness Intervention: Results of the ASPIRE Study. *Stroke* 2019 (in review)

160.  **Boden-Albala B**, Goldmann E, Parikh NS, et al. Efficacy of a Discharge Educational Strategy vs Standard Discharge Care on Reduction of Vascular Risk in Patients With Stroke and Transient Ischemic Attack: The DESERVE Randomized Clinical Trial. JAMA Neurol. Published online October 08, 2018. doi:10.1001/jamaneurol.2018.2926. Editorial accompanying paper: Kim J, Thrift AG. A Promising Skills-Based Intervention to Reduce Blood Pressure in Individuals With Stroke and Transient Ischemic Attack. JAMA Neurol. Published online October 08, 2018. doi:10.1001/jamaneurol.2018.2935

139.  Stevens ER, Shelley D, **Boden-Albala B**, Barriers and Facilitators to Engagement in Implementation Science Research: A national survey. Transl Behav Med. 2020 Jan 20:ibz193. doi: 10.1093/tbm/ibz193. Online ahead of print.  PMID: 31958137

140.  Saint-Louis N, Haley SJ, Southwick L, Parikh N, Appleton N, **Boden-Albala B**. Using Motivational Interviewing to Improve Clinical Research Coordinators' Recruitment of Under Represented Populations: A Web-based Pilot Study. *Clinical Trials* 2019 (in press)

164.  Stevens ER, Roberts E, Carman H, **Boden-Albala B**. Stroke Warning Information and Faster Treatment (SWIFT): Cost-effectiveness of a stroke preparedness intervention in a multi-ethnic cohort. *Journal of Cerebrovascular Disease* 2019 (In review)

Exhibit A, Page 34

165. Stevens ER, Shelley D, **Boden-Albala B**. Unrecognized Implementation Science Engagement among Health Researchers in the United States: A national survey**.** *Implementation Science Communications.*

166. Stevens ER, Shelley D, **Boden-Albala B**. Implementation Science Communications (2020) 1:39 Correction to: Unrecognized implementation science engagement among health researchers in the USA: a national survey.

167. Meltzer G, **Boden-Albala B**, Bertelsen N, Adanu R, and Fedeli U. "Chronic Disease Burden and Access to Care Among Asylum Seekers and Irregular Migrants in the European Union." *British Medical Journal* 2018; 361: kk2266

168. Ojo T, Ogedegbe OB, **Boden-Albala**. Feasibility of integrated, multilevel care and management for cardiovascular diseases (CVD) and HIV in low-and-middle income countries (LMICs): a scoping review. PLoS One. 2019 Feb 22;14(2):e0212296. doi: 10.1371/journal.pone.0212296. eCollection 2019.

169. Meltzer GY, Watkins BX, Vieira D, Zelikoff JT, **Boden-Albala B**. A Systematic Review of Environmental Health Outcomes in Selected American Indian and Alaska Native Populations. J Racial Ethn Health Disparities. 2020 Aug;7(4):698-739. doi: 10.1007/s40615-020-00700-2. Epub 2020 Jan 23

170. Goldmann E, Jacoby R, Finfer E, Appleton N, Parikh NS, Roberts ET, **Boden-Albala B**.  Positive Health Beliefs and Blood Pressure Reduction in the DESERVE Study.  JAHA. 2020 May 5:9(9)

171. Chow DS, Soun J, Gavis-Bloom J, Weinberg B, Chang P, Mutasa S,  Monuki E, Park X, Xie X,  Bota D,  Wu J, Leslie Thompson,  Amin A,  Khan S,  **Boden-Albala B**.  The disproportionate rise in COVID-19 cases among Hispanic/Latinx in disadvantaged communities of Orange County, California: A socioeconomic case-series. doi: https://doi.org/10.1101/2020.05.04.20090878

172. Chow DS, Glabis-Bloom G, Soun J, Weinberg B, Berens-Loveless T, Xie X, Mutasa S,  Monuki E, Park J,  Bota D, Wu J, Thompson L, **Boden-Albala B**, Khan S,  Amin A,   Chang P.  Development and External Validation of a Prognostic Tool for COVID-19 Critical Disease. PLOS ONE 15(12): e0242953.doi: https://doi.org/10.1101/2020.05.06.2009343

173.  Stevens ER, Shelley D, **Boden-Albala B.**  Perceptions of barriers and facilitators to engaging in implementation science: a qualitative study**.**  Public Health. 2020 Aug;185:318-323. doi: 10.1016/j.puhe.2020.06.016. Epub 2020 Jul 25.PMID: 3272177

174. T. Ojo, N. Ryan, J. Birkemeier, N. Appleton, I. Ampomah, F. Glozah, P. Adongo, R. Adanu, **Boden-Albala B.**  Adapting a skills-based stroke prevention intervention for communities in Ghana: a qualitative study. Implementation Science Communications.  *Implement Sci Commun* **1,** 104 (2020). https://doi.org/10.1186/s43058-020-00084-8

175. **Boden-Albala B**, Roberts E, Stern-Nezer S, Goldmann E, Parikh N, Appleton N, Drum E, O'Connor J, Lakon C, ParidesM.  Social Network Structure and Function are Associated with Blood Pressure Reduction in Stroke Survivors.  STROKE 2021 (In Press)

164. Fintzi J,  Bayer D, Goldstein I, Lumbard K, Ricotta E,  Warner S, Busch LM, Strich JR, Chertow DS,  Parker DM, Boden-Albala B, Dratch A, Chhuon R, Quick N,  Zahn Z, Minin VN.  Using multiple data streams to estimate and forecast SARS-CoV-2 transmission dynamics, with application to the virus spread in Orange County, California. ArXiv.2020

165. Skolarus L, Sharrief A, Gardener H, Jenkins C, Boden-Albala B.  Considerations in Addressing Social Determinants of Health to Reduce Race/Ethnic Disparities in Stroke Outcomes in the United States. STROKE, 2020 **Stroke. 2020;51:3433–3439**

166. Ojo T, Ryan N, Birkemeier J, Appleton N, Ampomah I, Glozah F, Adongo PB, Adanu R, Boden-Albala B.  Adapting a skills-based stroke prevention intervention for communities in

07/6/21

Ghana: a qualitative study.  Implement Sci Commun. 2020 Nov 17;1(1):104. doi:
10.1186/s43058-020-00084-8.

167.  Nagamine M, Chow DS, Chang PD, Boden-Albala B, Yu W, Soun JE.Impact of COVID-19
      on Acute Stroke Presentation at a Comprehensive Stroke Center.  Front Neurol. 2020 Aug
      14;11:850.

168.  Balabanski AH, Dos Santos A, Woods JA, Thrift AG, Kleinig TJ, Suchy-Dicey A,  Siri SR, Boden-Albala
      B, Krishnamurthi RV,  Feigin UL, Buchwald D, Ranta A, Christina S Mienna, Carol Zavaleta, Leonid
      Churilov, Luke Burchill, Deborah Zion, W T Longstreth, David L Tirschwell, Sonia Anand, Mark William
      Parsons, Alex Brown, Donald K Warne, Matire Harwood and Judith M Katzenellenbogen.  The incidence
      of stroke in Indigenous populations of developed nations: a systematic review. Front Neurol. 2021 Apr
      22;12:661570.

169.  Bruckner TA, Parker DM, Bartell SM, Vieira VM, Khan S, Noymer A, Drum E, Albala BJ, Zahn M,
      Boden-Albala B. Estimated Seroprevalence of SARS-CoV-2 Antibodies Among Adults in Orange County,
      California. Scientific Reports 2021 Feb 4;11(1):3081.

176.  Ryan N, Runnerstrom M, Wing J, Drum E, **Boden-Albala**.  Knowledge, attitudes, and health protective
      behaviors among university students during the COVID-19 pandemic: a repeated cross-sectional survey.
      Journal of American College Health, 2020 (In print)

177.  Ryan N, Rebello V, Gutierrez D, Washburn KJ[1], Barboza A, Drum E, Perez-Gilbe HR, Adanu R, Adongo
      P, **Boden-Albala B**  Implementation of stroke prevention interventions in low- and middle-income
      countries: A scoping review.  PLoS One. 2020. (In Press)

178.  **Boden-Albala B**, Wing J, Chow D, Stern N.  Metabolic syndrome is associated with severe outcomes
      among COVID+ hospitalizations.  AJM 2021 (In review)

179.  Parker D, Bruckner T, Viera VM, Medina C, Minin VN, Felgner PL, Dratvh A, Zahn M, **Boden-
      Albala B**.  Epidemiology of the early COVID-19 epidemic in Orange County, California: comparison of
      predictors of test positivity, mortality, and seropositivity.  Emerging Infectious Diseases. 2021 In Press

180.  Tim Bruckner T, Das A, Sing P, **Boden-Albala B**.  SARS-CoV-2: An empirical investigation of Rose's
      population-based logic.  EPIDEMIOLOGY, 2021 In Press

181.  Ryan N, Washburn KJ, Adanu R, Adongo P, Rebello V,  Gutierrez D, Perez-Gilbe HR,  Drum E,   **Boden-
      Albala B**.  *Adaptation of Stroke Prevention Interventions for Low- and Middle-Income Countries: A
      Scoping Review. Cerebrovascular Disease. 2021 In Review*

182.  Ryan N, Runnerstrom MG, Barboza AZ, Wing J, Drum E, **Boden-Albala B**. Stigma and health disparities
      among young adults on a college campus during the COVID-19 pandemic: a cross sectional survey.  AJPH
      2021 In Review

183.  Pollack B,  Brad H. Pollock, Ph.D., M.P.H.; A. Marm Kilpatrick; David P. Eisenman; Kristie L. Elton;
      George W. Rutherford; Bernadette M. **Boden-Albala**; David M. Souleles; Laura E. Polito; Natasha K.
      Martin; Carrie L. Byington .  Safe Reopening of College Campuses in Fall 2020: The University of
      California Experience.PLOS ONE 2021 In Review

184.  ⬚Assis R, Jain A, Nakajima R, Jasinskas A,  Kahn S, Palma A, Parker DM, Chau A,  Leung A,  Grabar C,
      Muqolli F, Khalil G, Escobar JC, Ventura J, Davies DH, Albala B, **Boden-Albala B**, Schubl S, Felgner
      PL. ⬚ ⬚⬚⬚⬚⬚ ⬚ ⬚⬚⬚⬚⬚⬚ ⬚ ⬚⬚⬚⬚⬚⬚⬚⬚⬚ ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ ⬚⬚⬚⬚⬚⬚⬚⬚ ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ ⬚⬚ ⬚ ⬚ ⬚⬚⬚⬚⬚⬚⬚⬚
      ⬚ ⬚⬚⬚⬚⬚⬚ ⬚  ⬚⬚⬚⬚⬚⬚⬚⬚⬚

185.  Rost NS, Meschia JF, Gottesman R, Wruck L, Helmer K, Greenberg SM; DISCOVERY Investigators.
      Cognitive Impairment and Dementia After Stroke: Design and Rationale for the DISCOVERY Study.
      Stroke. 2021 May 27:STROKE AHA120031611. doi: 10.1161/STROKEAHA.120.031611. Online ahead
      of print.

Exhibit A, Page 36

07/6/21

186. Cooper DM, Messaoudi I, Aizik S, Camplain RL, Lopez NV, Ardo J, **Boden-Albala B**, Chau C, Condon C, Golden C, Ibraim IC, Jankeel A, Kasper K, Meyer A, Stehli A, Stephens D, Weiss M, Zulu MZ, Ulloa E. SARS-CoV-2 Acquisition and Immune Pathogenesis Among School-Aged Learners in Four K-12 Schools. medRxiv. 2021 Mar 26:2021.03.20.21254035.

187. **Boden-Albala B**, Drum E, Parker D, Wing J, MininV, Ryan N, Albala B.  Race-ethnic Disparities in COVID-19 antibodies: Findings from the Santa Anna Cares Study.  JCHE 2021 (in review).

## BOOK CHAPTERS:

- Sacco RL, **Boden-Albala B**. Stroke risk factors: identification and modification. In: Fisher M ed. Stroke Therapy, Second edition. Stoneham, MA: Butterworth-Heinemann, Inc., 2001

- **Boden-Albala B**, Sacco RL. Modifiable risk factors for stroke: hypertension, diabetes mellitus, lipids, tobacco use, physical inactivity, and alcohol. In: Gorelick P, Alter M, eds. The Prevention of Stroke. New York: Parthenon Publishing, 2002.

- **Boden-Albala B**, Sacco RL. Stroke. In: Nelson L ed. Neuroepidemiology: From Principles to Practice, Oxford University Press, New York, 2004 pp 223-253.

- **Boden-Albala B**, Waddy S, Appleton N, Carman H, Nangle E, Parikh NS. *Recruitment, Inclusion, and Diversity in Clinical Trials.* In: Perez-Stable E ed. The Science of Health Disparities Research and Applications. Hoboken: Wiley, 2019.

- **Boden-Albala B**, Appleton N. *Stroke Epidemiology and Prevention.* In: Wilson R and Raghavan P Ed. Stroke Rehabilitation. New York: Elsevier, 2019.

- **Boden-Albala B,** Dankwa-Mullan I, Gardner K, Zhang X, Rosario A.  *Recruitment, Inclusion, and Diversity in Clinical Trials*In: Pérez-Stable E, *The Science of Health Disparities Research* Hoboken: Wiley, 2021.

## LETTERS:

- Jacobs, B. S., RL; **Boden-Albala, B**. (2003). Epidemiology of stroke in the young – Response. *Stroke, 34*(5), E13-E14.

- Sacco, R. **Boden-Albala, B**. High-density lipoprotein cholesterol and risk of stroke - Reply *JAMA 2001; 286*(13), 1573-1574.

## MEDIA RESOURCE EDUCTIONAL MATERIAL:

- "Navigation of the Emergency Room During An Acute Stroke". 2005 as part of SWIFT (English and Spanish versions) Produced and directed by **Dr Boden-Albala**

- "Description of Stroke Symptoms" 2005 as part of SWIFT (English and Spanish versions) Produced and directed by **Dr. Boden-Albala (PI)**

- "This is My Life: Inspiring Thoughts from Stroke Survivors" 2013 produced and directed by RED Echo Group and **Dr. Boden-Albala (PI)** as part of DESERVE

- "Researchers Discuss: Recruitment and Retention Best Practices." 2015 produced and directed by RED Echo Group and **Dr. Boden-Albala (PI)** as part of NIMICT

- Developed complete website focus on strategies for recruitment for neurological clinical trials: NIMICT WEBSITE (2011-2016)- PI **Boden-Albala (PI)**

- Development of family based vascular risk reduction App for the Families Understanding Risk Reduction through Educational Reinforcement (FURRThER) (2018)

developed by **Boden-Albala (PI)**, Appleton, Parikh, Goldmann, and South Bend Web designers.

- Will We Ever Reach Biden's Moving Vax Target? Rethinking the current approach with an eye toward social determinants of health is key MedPage Today® Produced (June 25, 2021) by **Boden-Albala**

## SELECTED INVITED LECTURES/PRESENTATIONS
*\* denotes international audience*

- UCI OC Latinx Alliance | UCI Health panel "Moving Forward Together Key Initiatives in Health Equity" July 7, 2021
- \* Global CHARM WebEx: "Promoting Diversity and Inclusion in Clinical Research" June 16, 2021
- CoHS Health Equity Certificate Program "Lessons Learned from COVID-19" May, 11, 2021
- UCI CHCMP Spring Speaker Program | Making Health Equity A Strategic Priority, "The Role of Public Health in Ensuring Health Equity", May 3, 2021
- Panelist, National Academy of Science and Medicine, Diagnosis of Acute Cardiovascular Syndrome, "Discussion on community and health disparities", April 2021
- Panelist West Coast Women in Biotechnology Conference, "Promoting Inclusion in Clinical Trials", April 2021
- SATURN Investigator Meeting. "Strategies to increase inclusion into neurological trials", April 2021
- Adaptive Business Leaders (ABL's) Healthcare Executives Round Table, Plenary: "Reflections on COVID-19 as a Disease of Disparities April 2021
- International Stroke Conference.  Health Equity and Actionable Disparities in Stroke: Understanding and Problem-solving (HEADS-UP), "Stroke Preparedness Interventions", March 2021
- International Stroke Conference. Racing to Greater Life Expectancy by 2030: Is Racism a Tangible Target to Achieve Cerebrovascular Health Equity, panelist. March 2021
- International Stroke Conference Diversity and Inclusion in Stroke: Expert Roundtable. March 2021
- OCBA The Science of COVID-19: Vaccines. March 2021
- \*Athena40-Global Conversation "Female Leadership in Times of Crises. March 2021
- Orange Council Business Council Health Experts Talk Vaccines: Part 2 - Lessons Learned and What's Next. March 2021
- HA Public Health Summit Keynote Speaker: Public Health Department's County-wide COVID-19 Antibody Study and their findings. Chatline February 2021
- Gold Humanism Honors Society Panel: Hear Our Voices: A Conversation about the Complexity of Vaccines in Communities of Color, February 2021
- UCI Inclusive Excellence Forum: Health Disparities and Wellness. February 2021
- UCI Chancellor's Town Hall, February 2021
- UCI Health Focused Town Hall: Vaccines/COVID questions for the UCI campus, February 2021
- School Visit with Chancellor, Provost & College of Health Sciences, February 2021
- Edwards Lifesciences COVID-19 Vaccine Panel Discussion, January 2021
- Rand Corporation. "Enhancing the Public Health Workforce in a Pandemic", speaker.   Jan 2021
- CoHS Health Equity Certificate Program "Social Determinants of Health" January 2021
- UCI Program in Public Health Lunchtime Lecture Episode 8: Healthy Holiday Travel with Dean Bernadette Boden-Albala, December 2020
- \*Korea University-UC Irvine Virtual Symposium - The Role of Public Health in COVID-19 Planning among Institutions of Higher Education, December 2020

- Boston University Neurovascular Grand Rounds.  "Considerations for Addressing Race-ethnic disparities in Stroke", December 2020
- OCBA "The Science of COVID-19: The Progression of the Pandemic in Orange County", speaker. November 2020
- AUHSD Future Talk w/Dr. Boden-Albala & Michael B. Matsuda, Superintendent, November 2020

07/6/21

- Emergency Medicine Research Associates Program (EMRAP), an undergraduate research program UCI, November 2020
- UCI COVID-19 Webinar. 'The Impact of the presidential election on social justice and public health", panelist. October 2020
- UCI Symposium. "COVID-19 Dynamics: State of the Science", symposium moderator, October 2020
- UCI, Institute for Equity, Diversity, and Inclusion. "COVID-19 prevention and support for the students, staff, and faculty",speaker. September 2020
- Anaheim School District Superintendent Updates, June 2020
- UCI K-12 Superintendents Circle: State of OC Public Health, August 2020
- Assemblywoman Sharon Quirk-Silva - COVID-19 Update Briefing, May 2020
- COVID briefing with Vice Mayor of Irvine Mike Carroll, May 2020
- CLA-OC+UCI Health Return to Office Dialogue Mark Percy, President, CEO LEADERSHIP ALLIANCE, May 2020
- Expert Advice on COVID for Santa Ana City Mayor Miguel Pulido and City Manager Kristine 5/15 OC Reopening of Schools Weekly Workgroup Meeting with the Orange County Department of Education, May 2020
- Bi-weekly virtual town hall with Costa Mesa Mayor Katrina Foley, May 2020 https://www.facebook.com/CostaMesaCityHall/videos/763165824454130
- COVID and small business impacts meeting with John Forsyte of Pacific Symphony, May 2020
- TVT Returning to school Protocols, May 2020
- Irvine Deputy Mayor and Police Chief Briefing COVID- 19 testing, May 2020
- Senator John Moorlach Virtual Town Hall, April 2020
- Virtual Chat on the Coronavirus Beckman High School, April 2020  https://youtu.be/yQakOFqm5jc
- Senator Ling Ling Chang & Experts: COVID-19 Town Hall, March 2020
- UCI Campus Town Hall on COVID, March 2020 - https://vimeo.com/397337064
- UCI OC Forum:  Coronavirus: The OC Response A Virtual Presentation, March 2020 https://youtu.be/OuQvTHVT4Cc
- Enhancing Minority Recruitment and Retention: Developing a Tookset: The Short and Long Game. ATS/NIH Workshop. May 2019
- Narrowing the Equity Gap in Stroke Care and Outcomes. Grand Rounds, Brown University Department of Neurology. April 17, 2019.
- Challenges in Designing Interventions for Stroke Disparities. Green Ribbon Day, Bergen County Academies. March 2019
- New York City Epidemiology Forum Host. NYCEF Annual Meeting, New York City, February 2019.
- Community Based Interventions. Invited Symposium. International Stroke Conference, Honolulu, HI. February 2019
- NYU Lagone School of Medicine CME on Cutting Edges in Stroke, "Major Challenges and opportunities in Stroke Care", December 13, 2018
- Boston University School of Public Health Symposium "Collaborations between Private Sector and Academic Public Health", part of Public Health Research Deans Discussion Group. October 2, 2018.
- College of Global Public Health, NYU Career Panel Facilitator. "Exploring Career Paths in Public Health: Research as a Focus. September 2018.
- NYU Langone Medical Center, Inclusion in Clinical trials: Lessons learned from the NIMICT Program. May 2018.
- American Academy of Neurology "Captivating the Community and Sustaining Ties". April 2018
- *American Academy of Neurology, Research Corner invited workshop – "Recruiting minorities", April 2018.
- *NYU Health and Human Rights Conference, La Pietra, Florence, Italy. "Advancing Health Research in Migration Populations: Communicable to Non Communicable Diseases", (panel facilitator) March 2018.

Exhibit A, Page 39

07/6/21

- Department of Epidemiology, Mailman School of Public Health, Columbia University. "Reducing social gradients in Stroke: The DESERVE Trial", February 2018.
- *International Stroke Conference, Invited Plenary "Engaging the Community and Maintaining the Relationship", January 2018.
- NYC Bar Association. Global Public Health Crises of the 21st Century: Achieving Global Health with Justice. Speaker: Larry Gostin; Panelists, Boden-Albala and Jenner. September 26, 2017.
- Health Leadership Council, The Conference Board. Social Networks and Health of the Nation. April 2017
- NYU Langone Medical Center, residents talk on Patient Centered Outcome Research. "Challenges in Global Stroke Research." March 2017.
- NIH Inclusion Across the Lifespan Workshop. "Ethical challenges and the enrollment of vulnerable populations." Bethesda, MD. June 2017.
- *European Stroke Organization Conference. "A culturally-tailored, skills-based intervention to reduce blood pressure in a multi-ethnic group of mild/moderate stroke survivors with hypertension: results from the DESERVE trial." Prague, May 2017.
- Northwell Health System. "Considerations in designing culturally tailored secondary stroke prevention interventions for minority and underserved populations." Great Neck, NY. November 2016.
- NYU Stroke Update: The Cutting Edge in Stroke. NYU Langone Medical Center. "Disparities in Stroke Care." New York, NY. December 2016.
- Research Lecture Series, College of Global Public Health, New York University. "Optimizing the Research Enterprise." New York, NY. October 2016.
- Department of Health and Human Services, Division of Infectious Disease. "An Agent-Based Model of Zika for New York City." [Part of research team] Washington DC. November, 2016.
- StrokeNet National Webinar. "Strategies to Optimize Minority Recruitment and Retention: Lessons from the National Initiative for Minority Involvement in Neurological Clinical Trials." National Podcast, October 2016.
- Center for Healthful Behavioral Change, Department of Population Health, NYU. "Strategies to Recruit Minorities in Clinical Trials." New York, NY. July 2016
- *WHO teleconference presentation. "Social Network Analysis of Community Health Dialogue: Republic of Moldova." WHO EU regional group. March 2016.
- Yale University School of Public Health, "Complexities in addressing race/ethnic differences in stroke outcomes." New Haven, CT. February 2016.
- ASPPH Research Section Retreat. "Community Based Participatory Research". Phoenix, Arizona. June 2016.
- New York University College of Global Public Health Doctoral Research Colloquium. "Working with Alaskan Natives: Findings from the Alaska Native Stroke Registry." New York, NY. March 2016.
- New York University College of Global Public Health Doctoral Research Colloquium. "Comparison of Acute Stroke Preparedness Strategies to Decrease ED Arrival Time in a Multi-Ethnic Cohort: The SWIFT Study." New York, NY. February 2015.
- Columbia University "Social Epidemiology and Neurological Disease." New York, NY. February 2015.
- 143rd APHA Annual Meeting and Exposition, "Evaluating the Effectiveness of Motivational Interview to Reduce Disparities in Trial Enrollment." Chicago IL. November 2015.
- ASPPH Practice Section Retreat. "Enhancing MPH practicum experiences by strengthening collaboration between Academic Affairs and Practice Deans." Minneapolis, MN. June 2014.
- Minority Health and Health Disparities Grantees Conference: Plenary Speaker: "Transdisciplinary Social, Behavioral, and Clinical Approaches for Understanding and Achieving Health Equity in Cardiovascular, Cerebrovascular, and Related Peripheral-Vascular Diseases," Washington, DC. June 2014.
- American Public Health Association Annual Meeting: Roundtable Panelist. "Results of Citywide Intervention Among African-Americans to Improve Stroke Preparedness and ED Arrival Time." New Orleans, LA. October 2014.

07/6/21

- 66th AAN American Academy of Neurology Annual Meeting. "Ascertainment of Alaska Native Stroke Incidence 2005-2009: The Alaska Native Stroke Registry." Philadelphia, PA. April 2014.
- International Stroke Conference. "Qualitative and Quantitative Contributions of Various Dietary Patterns to Incident Stroke." San Diego, CA. February 2014.
- New York University - Health Policy in a Global World. "Challenges for Health Care Settings: Overcoming Access Barriers to Promote Heart and Brain Health." New York, NY. May 2014.
- Panelist on Huffington Post's Internet Week. "Can A Sensor a Day Keep The Doctor Away?" New York, NY. May 2014.
- NYU Langone Medical Center Grand Rounds "Responding to Acute Stroke: Interventions to Reduce Disparities: Stroke Warning Information for Faster Treatment (SWIFT) Study." New York, NY. September 2014.
- NINDS INSPIRE Workshop: Plenary Speaker "Examining Barriers and Challenges to Recruitment and Retention in Neurological Clinical Trials: Where can we go from here?" Bethesda, MD. June 2013.
- University of Philadelphia, The Children's Hospital of Philadelphia, "Understanding the Multi-dimensionality of Health: Linkages between Electronic Health Records and Community-level Data." Philadelphia, PA. October 2013.
- Electronic Data Management (EDM) National Forum Research Team Virtual Brown Bag. "John Henryism and Hypertension Risk."  2013.
- Center for Health Equity and Community Engaged Research (CHECER) Conference Icahn School of Medicine at Mount Sinai: "At the Crossroads: Health, Care, Communities & Race – Where do we go from here? New York, NY. 2013.
- Columbia University Epidemiology of Cardiovascular Disease. "Social Determinants of CVD." New York, NY. April 2013.
- Columbia University, Mailman School of Public Health. "Socio-medical Aspects of Neurological Disease." New York, NY. March 2013.
- Icahn School of Medicine at Mount Sinai with Department of Health Evidence & Policy: Division of Social Epidemiology and the Institute for Translational Epidemiology. "Social Networks – An Emerging Health Platform." New York, NY. 2013.
- Science of Eliminating Health Disparities Summit. "Building a Nationwide Cardiovascular Health Promotion and Prevention Program on the Island of Grenada: The Grenada Heart Project." Washington, D.C. December 2012.
- Science of Eliminating Health Disparities Summit. "A Pilot Feasibility Study of Community Engaged Stroke Preparedness: The ASPIRE Project." Panel Presentation. Washington DC. December 2012.
- 8th Annual Stroke & Neurocritical Care Symposium, Winthrop University Hospital. "Metabolic Syndrome and Stroke" Mineola, NY. 2012.
- Princeton Conference for Cerebrovascular Disease "*Current State of Educational and Behavioral Strategies in Stroke."* Cincinnati, Ohio. April 2012.
- NIH Disparities Summit. "Stroke Disparities." Bethesda, Maryland. 2012.
- Grand Rounds LI University Neurological Society. "Metabolic Syndrome and Stroke." New York, NY. 2012.
- *Grenada Ministry of Health. "Planning Community Engaged Hypertension Interventions." St George, Grenada. March 2012.
- St Georges University. "Blood pressure and vascular risk among Grenadian residents." St George, Grenada. March 2012.
- New York State Minority Health Council. "Engaging communities in vascular risk reduction." New York, NY. 2012
- Electronic Data Management (EDM) National Forum. "Comparative Effectiveness Research in a Large Multilevel Community Survey." Washington, D.C. 2011.
- Institute of Medicine Public Engagement in the U.S. Clinical Trial Enterprise. "The Role of Social Networks in Clinical Trials." New York, NY. November 2011.

Exhibit A, Page 41

07/6/21

- Yupik Tribal Health Council. "A Hypertension Risk Model for Rural Alaska Native Populations." Yukon Kuskokwim Delta, Bethel, Alaska. August 2011.
- Columbia University, Mailman School of Public Health. Panelist: "Life and Work in the Academy: A Candid Conversation." New York, NY. 2011.
- National Institutes of Neurological Disorders and Stroke Disparities Roundtable Panelist. "Designing Effective Stroke Prevention Interventions." International Stroke Conference, Los Angeles, California. February 2011.
- International Stroke Conference "Primary and Secondary Stroke Prevention: Teaching Concepts related to Behavioral and Structural change" Los Angeles, California. February 2011.
- 8th National Conference of the Specialized Neuroscience Research Programs, "Utilization of a culturally tailored survey to identify barriers to vascular risk reduction among Alaska Natives." San Juan, Puerto Rico. 2010.
- International Stroke Conference. "Strategies for Stroke Prevention versus Preparedness." San Antonio, Texas. February 2010.
- Sorbonne Cite EHESP School of Public Health, "Methods in Social Epidemiology" Paris, France. 2010.
- YMCA National Community Forum on Diabetes Prevention. "The Preventable Epidemic: Community-based Solutions for Tackling Prediabetes." New York, NY. 2011.
- Georgetown University Grand Rounds "Translating Stroke Knowledge into Behavioral Change,", Washington DC. April 2010.
- Centers for Disease Control National Conference on Heart Disease and Stroke Prevention "Cost Analysis of Hypertension Control," Atlanta, Georgia. 2010

Exhibit A, Page 42

07/6/21

- *Institute of Arctic Biology, and International Center of Circumpolar Health, "Race/Ethnic Influences on Metabolic Syndrome: Cultural and Biological Perspectives," Fairbanks, Alaska. May 2010
- NIH National Institute of Neurological Disorders and Stroke, "Preventing Stroke and Heart Disease" Conference Panelist, Washington D.C. 2009
- Northeast Cerebrovascular Consortium "Designing behavioral programs with rigorous evaluation," Boston, MA. November 2009.
- Massachusetts Department of Health Plenary Session, "Teach Back Strategies to Improve Patient Behavior," Worchester, MA. October 2009.
- NYS DOH Acute Stroke Conference "Enhancing Knowledge and Educational Compliance in Acute Stroke Care," Albany, NY. June 2009.
- NCMHD conference panelist, "Assuring Equity Though Health and Health Care Reform, using research in Clinical and Translational Science," New York, NY. 2009.
- American Public Health Association, "Examining Community Involvement among Stroke Survivors in Northern Manhattan," Philadelphia, PA. October 2009.
- National Stroke Association National Conference on Treatment and Prevention of Stroke in African American and Hispanic Populations "Sleep as a novel stroke risk factor among whites, blacks and Hispanics," New York, NY. 2009.
- *American Academy of Neurology, "Race-ethnicity and sleep disorders post stroke," Toronto, Canada. April 2009.
- *International Stroke Conference, "Daytime Sleepiness and Risk of Stroke and Vascular Disease", Hawaii. February 2009.
- NINDS National SNIRP conference "Recruitment, Retention and Compliance in Minority Populations," New York, NY. June 2008.
- National Stroke Association Plenary Speaker "Psychosocial Barriers to Stroke Education in Minority Communities," Denver, Colorado. 2008.
- NSA Midwest Regional Meeting "Metabolic Syndrome as a novel risk factor." Minneapolis, MN. 2008.
- NSA Western Regional Meeting "Translating knowledge into behavioral change." Phoenix, AZ. 2007
- North American Association for Obesity, "Metabolic Syndrome and Obesity." Vancouver, Canada. May 2007
- National Stroke Association Conference on Treatment and Prevention of Stroke in African Americans and Hispanic Population, "Community-based Strategies to Improve Stroke Knowledge in African American and Hispanic Populations." Orlando, Florida. 2006
- *Ministry of Health and DR Association of Cardiologists, "Metabolic Syndrome in Latino Populations", Santo Domingo, Dominican Republic. November 2006.
  - *Received Minister of Health Award for Scientific Enrichment for scientific service to communities of the Dominican Republic.*
- North East Cerebrovascular Consortium (NECC) "Developing Publication Ready Community Interventions", Boston, Massachusetts. October 2006.
- *International Stroke Conference Keynote Plenary Speaker "Race-ethnicity, gender and metabolic syndrome, New Orleans, LA. February 2005.
- *American Academy of Neurology, "Glucose Control among Diabetics and Risk of Stroke and Vascular Disease," Miami, Florida. April 2005
- Invited Plenary Speaker NSA Southwest "Translating vascular risk knowledge into vascular risk reduction," Phoenix, Arizona. 2005
- Invited Plenary Speaker NSA Southeast Region "Metabolic Syndrome as a novel stroke risk factor, Orlando, Florida. October 2005.
- International Symposium on Triglycerides, Metabolic Disorders, and Cardiovascular Disease. "Stroke Risk and the Metabolic Syndrome," New York, NY. July 2003.
- International Stroke Conference "Population level social factors and risk of Ischemic Stroke." San Diego, California. February 2003.

07/6/21

**PEER REVIEWED ABSTRACTS:**

1. Kargman DE, Sacco RL, Gu Q, **Boden-Albala B**. Reliability and Validity of a Telephone Questionnaire: Control Selection for the Northern Manhattan Stroke Study. *Neuroepidemiology* 1995;14:303.

2. Kargman D, Sacco R, Gu Q, **Boden-Albala B**, Thompson E, Berglund L. Lipids and Lipoproteins: Differences Among Elderly African Americans and Caribbean Hispanics. *Circulation* 1995.

3. Sacco R, **Boden-Albala B**, Kargman D, Gu Q. Quality of Life after Ischemic Stroke: The Northern Manhattan Stroke Study. *Annals of Neurology* 1995;38;322.

4. Weslow R, Sacco R, Di Tullio M, Gu Q, Kargman D, **Boden-Albala B**, Thompson E, Homma, S. Association between Left Ventricular Hypertrophy and Ischemic Stroke in an Ethnically Mixed Population. *Circulation* 1995;92:284.

5. **Boden-Albala B**, Gu Q, Kargman D, Lipset C, Shea S, Hauser A, Paik M, Sacco, RL. Increased Stroke Incidence in Blacks and Hispanics: The Northern Manhattan Stroke Study. *Neurology* 1995;45;A274.

6. Sacco R, Kargman D, Gu Q, **Boden-Albala B**, Paik M, Shea S, Hauser WA, Ginsberg HN. Predictors of carotid plaque in a multi-ethnic cohort. *Stroke* 1995;26:170.

7. Thomas C, **Boden-Albala B**, Mayer S, Lennihan L, Sacco ZR. A Case-Control Study of Risk Factors for ICH: The Northern Manhattan Stroke Study. *Annals of Neurology* 1996.

8. Tuck C, Kargman D, Lin I, Paultre F, Thompson E, Jones J, **Boden-Albala B**, Sacco R, Berglund L. Lipoprotein (a) Levels and Apo (a) Isoform Size: Relationship to Carotid Artery Thickness in an Elderly, Multi-Ethnic, Stroke-Free Population. *Circulation* 1996.

9. Sacco R, Lin I, **Boden-Albala B**, Kargman D, Shea S, Hauser A, Paik M. Alcohol and the Risk of Ischemic Stroke: Verification of a J-Shaped Relationship from The Northern Manhattan Stroke Study. *Stroke* 1996;1997;28:250.

10. Sacco RL, Gu Q, **Boden-Albala B**, Kargman DE, Weslow RG, Homma S, DiTullio M. Race-ethnic Differences in the Magnitude of Stroke Risk Factors: The Northern Manhattan Stroke Study. *Stroke* 1996;27:166.

11. Sacco RL, **Boden-Albala B**, Gu Q, Kargman D, Paik M, Hauser A, Shea S. Any physical activity reduces ischemic stroke risk: The Northern Manhattan Stroke Study. *Neurology* 1996;46:A404.

12. Gan R, Gu Q, **Boden-Albala B**, Roberts JK, Kargman DE, Sacco RL. Stroke in Young Adults in Northern Manhattan: Incidence Rates, Subtypes, and Case Fatality. *Neurology* 1996; 46:A412.

13. **Boden-Albala B**, Porto AF, Gu Q, Kargman DE, Sacco RL. Evaluation of a stroke screening intervention: the Stroke Targets of Prevention (STOP) program. *Neurology* 1996;46:A405.

14. Kargman DE, Berglund LF, Gu Q, **Boden-Albala B**, Gan R, et al. High Density Lipoprotein: A Potentially Modifiable Stroke Risk Factor: The Northern Manhattan Stroke Study. *Neuroepidemiology* 1996;15:20.

15. Kargman D, Berglund L, Tuck C, Lin I, **Boden-Albala B**, Thompson E, Sacco R. Detection of Hypercholesterolemia in Acute Ischemic Stroke Patients: Post- Stroke Measurements Remain Stable. *Stroke* 1996.

16. Di Tullio, Sacco R, **Boden-Albala B**, Savoia M, Weslow R, Sciacca R, Kargman D, Thompson E, Homma S. Left Ventricular Hypertrophy as an Independent Risk Factor for Ischemic Stroke in Different Racial-Ethnic Groups. *Stroke* 1996.

Exhibit A, Page 44

07/6/21

17.  Gan R, Gu Q, Kargman D, Roberts J, Elkind M, **Boden-Albala B**, Sacco R. Validity of the Lacunar Hypothesis: The Northern Manhattan Stroke Study. *Stroke* 1997;28:235.

18.  Di Tullio M, Sacco R, Savoia M, Weslow R, Sciacca R, Omarali I, **Boden-Albala B**, Thompson E, Mendoza L, Gu Q, Kargman D, Homma S. Correlation between aortic arch atheromas, presenting clinical syndrome and infarct size in elderly stroke patients. *Stroke* 1997;28:238.

19.  Kargman DE, Berglund LF, Lin IF, **Boden-Albala B**, Paik M, Sacco RL. High density lipoprotein: a protective stroke risk factor. The Northern Manhattan Stroke Study. *Ann Neurology* 1997;42:491.

20.  Rundek T, Chen X, Steiner M, Gan R, Roberts JK, Elkind M, **Boden-Albala B**, Kargman DE, Sacco R. Predictors of 1-year Stroke Recurrence: The Northern Manhattan Stroke Study. *European Journal of Neurology* 1997.

21.  Mayer S., **BodenAlbala B**., Bernardini G., Lennihan L., Kossoff S., Chen X., & Sacco, R. (1997). Intubation for life- threatening stroke: A population-based study. *Neurology* 1997.

22.  Halim A, Ottman R, Logroscino G, Gan R, McLaughlin C, **Boden-Albala B**, Hauser W, Sacco R. Familial aggregation of ischemic stroke in the Northern Manhattan Stroke Study. *Neurology* 1997;48:A161.

23.  Sacco R, Lin I, **Boden-Albala B**, Kargman D, Shea S, Hauser A, Paik M. Alcohol and the Risk of Ischemic Stroke: Verification of a J-Shaped Relationship from The Northern Manhattan Stroke Study. *Stroke* 1997;28:250.

24.  Gan R, Gu Q, Kargman DE, Roberts JK, Elkind ME, **Boden-Albala B**, Sacco RL. Lacunar syndromes, small deep infarcts, and final diagnosis of lacunar stroke mechanism: the Northern Manhattan Stroke Study. *Stroke* 1997;28:235.

25.  Steiner M, Rundek T, Chen X, Gan R, **Boden-Albala B**, Sacco RL. The impact of Ischemic Stroke on Quality of Life: The Northern Manhattan Stroke Study. *European Journal of Neurology* 1997;4.

26.  Rundek T, Chen X, Steiner MM, Gan R, Roberts JK, Elkind MS, **Boden-Albala B**, Kargman DE, Sacco RL. Predictors of 1-year stroke recurrence: the Northern Manhattan Stroke Study. *Cerebrovascular Disease* 1997;7:68.

27.  Elkind M, Chen X, Lin I, Kargman D, **Boden-Albala B**, Gan R, Roberts K, Sacco R. Atrial Fibrillation as an Independent Predictor of Three Year Mortality After Ischemic Stroke: The Northern Manhattan Stroke Study. *Neurology* 1997;48:A161.

28.  Steiner M, Chen X, **Boden-Albala B**, Sacco R. Quality of Life After Ischemic Stroke in a Multi-ethnic Population: The Northern Manhattan Stroke Study. *Neurology* 1997;48:A161.

29.  Castro L, Gan R, **Boden-Albala B**, Sacco RL. The spectrum of potential stroke mechanisms in small deep infarcts. *Neurology* 1997.

30.  **Boden-Albala B**, Sacco RL, Lim IF, Abel GA, Kargman DE, Elkind M, Paik MC. Serum Potassium and Ischemic Stroke Risk: Findings from the Northern Manhattan Stroke Study. *Stroke* 1998;29;278.

31.  Abel GA, Chen XL, **Boden-Albala B**, Sacco RL. Lack of Association between Social Readjustment and Ischemic Stroke in the Northern Manhattan Stroke Study. *Stroke* 1998:29;277.

32.  Elkind ME, Chen X, **Boden-Albala B**, Sacco RL. Severe Headache at Stroke Onset is an Indicator of Large Vessel Occlusive disease: The Northern Manhattan Stroke Study. *Stroke* 1998:29;315.

33. Di Tullio MR, Sacco RL, Sciacca RR, Savoia MT, Nahar T, Tiova I, **Boden-Albala B**, Thompson E, Homma S. Increased Left Atrial Size is an Independent Risk Factor for Ischemic Stroke. *Stroke* 1998:29;277.

34. Di Tullio MR, Sacco RL, Sciacca R, Savoia MT, Nahar T, **Boden-Albala B**, Mendoza L, Thompson E, Homma S. Patent Foramen Ovale as a Risk Factor for Ischemic Stroke in a Multiethnic Population. *Stroke* 1998:29;277.

35. Gan R, Rundek T, **Boden-Albala B**, Chen X, Roberts JK, Sacco RL. Utility of auscultation for carotid bruit in the detection of significant carotid stenosis. *Neurology* 1998;50:A36.

36. Jacobs B, Sacco RL, Lin I, Paik MC, **Boden-Albala B**. Low or High Hematocrit is Risk Factor for Ischemic Stroke in the Northern Manhattan Stroke Study. *Neurology* 1998;50:A247.

37. Sacco RL, **Boden-Albala B**, Xun Chen, Lin I, Kargman DE, Paik MC. Relationship of 6-month Functional Outcome and Stroke Severity: Implications for Acute Stroke Trials from the Northern Manhattan Stroke Study. *Neurology* 1998;50:A327.

38. Elkind MS, Chen S, **Boden-Albala B**, Sacco RL. Stroke severity is a predictor of early hospital arrival after stroke: The Northern Manhattan Stroke Study. *Neurology* 1998;50: A437.

39. Rundek T, Elkind M, Chen X, **Boden-Albala B**, Paik MC, Sacco RL. Increased Early Stroke Recurrence among Patients with Extracranial and Intracranial Atherosclerosis: The Northern Manhattan Stroke Study. *Neurology* 1998;50:A75.

40. Kargman DE, Tuck C. Berglund LF, **Boden-Albala B**, Lin I-F, Paik M, Sacco RL. Elevated high density lipoprotein levels are more important in atherosclerotic ischemic stroke subtypes: The Northern Manhattan Stroke Study. *Ann Neurol* 1998;44:442-43.

41. Rundek T, **Boden-Albala B**, DeRosa J, Lennihan, Sacco, RL Functional outcome 6 months after ischemic stroke: The influence of discharge destination after acute care hospitalization. *Ann of Neurology* 1998; 48(3), 493-494

42. Di Tullio MR, S. R., Zwas DR, **Boden-Albala B**, Sciacca RR, Fard AK, Takuma S, Mendoza LM, Titova IV, Garcia M. Aortic and mitral valve thickening and the risk of ischemic stroke in a multiethnic population. *Circulation* 1998; 98(17), 101-101

43. Zwas DR;Di Tullio R;Sacco RL;Sciacca RR;**Boden-Albala, B**. F. A. T. I., & S;, M. L. H.. Concentric vs. eccentric left ventricular hypertrophy as risk factors for ischemic stroke in a multiethnic population. *Circulation* 1998; 98(17), 102-102

44. **Boden-Albala B**, Sacco R, Sadowsky D, Young M. Elkind M, Engebretson S, Papapanou P, Lamster I, Desvarieux D. Estimating Periodontal Disease in a Multi-ethnic Urban Community. *IADR* 1998

45. Moroney J, Lin IF , Paik MC, **Boden-Albala, B**, Mayeux R, Sacco RL . Prediction of prestroke cognitive impairment in the Northern Manhattan stroke study: A statistical approach. *Ann Neurology* 1999; 46(3), 452-453

46. Tuck C, Lin IF, **Boden-Albala B**, Kargman DE, Sacco RL.. In an elderly population where diabetes has the same impact on risk factors for CAD in women and men, relative risk of CAD is the same in both genders. *Diabetes* 1999; 48(1), A389-A389.

47. Kargman DE, Berglund LF, **Boden-Albala B**, Lin IF, Paik MC, Sacco RL. Increased Stroke Risk and Lipoprotein

    (A) in a racially Mixed Area: The Northern Manhattan Stroke Study. *Stroke*,1999;30:251.

07/6/21

48. Jeng JS, Sacco RL, Lui RC, Kargman DE, **Boden-Albala B**, Jones J, Berglund. Relationship between Apolipoproteins and carotid Artery Atherosclerosis: The Northern Manhattan Stroke Study. *Stroke*,1999;30:251.

49. Jacobs BS, Sacco RL, Lui RC, **Boden-Albala B**, Benson R, Pablos-Mendez A. Low dietary intake of vitamin B6 is associated with an increased risk of ischemic stroke. *Stroke*,1999;30: 252.

50. Benson RT, Jacobs B, **Boden-Albala B**, Lui RC, Borawski JB, Rosengart AJ, Sacco RL. Vitamin E Intake: A Primary Preventive measure in Stroke. *Neurology*,1999;52:A146.

51. Copeland DL, Bernardini GL, Mayer SA, Lennihan L, Commichau C, **Boden-Albala B**, Lin I-F, Sacco RL. A Case Control Study of Risk factors for Intracerebral hemorrhage: The Northern Manhattan Stroke Study. *Neurology*, 1999;52: A504.

52. Elkind MS, Desvarieux M, **Boden-Albala B**, Lin IF, Beg M, Sadowsky D, Engebretson SP, Papapanou PN, Lamster IB, Sacco RL. Periodontal disease is associated with internal carotid artery plaque thickness. *Neurology,* 1999;52:A314.

53. **Boden-Albala B**, Lin IF, Jacobs B, Smith DL, Elkind MS, Kargman DE, Sacco RL. Ischemic Stroke Subtypes in a Multi-ethnic Community: Findings from the Northern Manhattan Stroke Study. *Neurology*,1999;52: A557.

54. Kerman W K, Viscoli CM , Brass LM, Makuch RW, Sarrel PM, Rothwell P, Sacco RL, Liu RC, **Boden-Albala, B**, Horwitz RI. A new clinical prediction instrument for TIA and ischemic stroke. *Stroke*, 1999; 30(1), 232-232.

55. **Boden-Albala B**, Sadowsky D, Lim HJ, Litwak E, Sacco RL. Insurance Status as a Predictor of Ischemic Stroke.*Stroke*,2000;31:316.

56. Lennihan L, **Boden-Albala B**, Rundek T, Lin IF, Paik M, Sacco RL. Predictors of 6-month functional outcome after stroke: the Northern Manhattan Stroke Study. *Stroke*, 2000;31:291.

57. Elkind MS, Lin IF, **Boden-Albala B,** Sacco RL. Elevated White Blood Cell Count is Associated with Carotid Plaque Thickness. *Stroke*, 2000;31:279.

58. Labovitz DL, Halim A, Lennihan L, Mayer SM, **Boden-Albala B**, Sacco RL. Incidence of Cerebral Hemorrhage and Predictors of Deep versus Lobar Location in a Multi-Ethnic Population: The Northern Manhattan Stroke Study. *Neurology*,2000;54:A299.

59. Mayer SA, Copeland DL, Bernardini GL, **Boden-Albala B**, Lennihan L, Kossoff S, Sacco RL. Is Mechanical Ventilation for Stroke Cost Effective. *Neurology,*2000;54:A377.

60. Di Tullio M, Sacco RL, Sciacca RR, Savoia MT, Titova IV, Gaspard G, **Boden-Albala B**, Santos LDL, Homma S. Gender differences in the risk of ischemic stroke associated with aortic atheromas. *Circulation*, 2000; 102(18), 585- 585.

61. Rundek T, Pittman J, Trocio S, Elkind MS, **Boden-Albala B**, Sacco RL. Carotid artery distensibility in a multi-ethnic community: A reliability study. *Cerebrovasc Dis*, 2001;11(suppl 3):18.

62. Kaplan E, Cheng J, **Boden-Albala B**, Rundek TS, Ekind M, Sacco R. Homocysteine is associated with carotid artery plaque thickness: The Northern Manhattan Stroke Study. *Neurology*, 2001;56:A87.

63. **Boden-Albala B**, Evers S, Elkind M Chen JF, Sacco RL. Blood Pressure Status One Year Post-Stroke: Findings from the Northern Manhattan Stroke Study. *Stroke,* 2001;32:322.

64. Elkind M. E, Cheng JF, Rundek T, **Boden-Albala B**, Sacco RL, White blood cell count predicts outcome after stroke: The northern Manhattan stroke study. *Annals of Neurology,* 2001; 50(3), S73-S73.

65. Bussey C, Sacco RL, Sciacca R , **Boden-Albala B**, Liu R, Homma S, Di Tullio MR. Mildly

07/6/21

decreased hematocrit is associated with an increased frequency of left ventricular hypertrophy. *Circulation,* 2001; 104(17), 791-792

66. Rundek T, Elkind M, **Boden-Albala B,** Humphries SE, Sacco RL. The association of carotid artery intimal-medial thickness and allelic variants of stromelysin-1, interleukin-6 and hepatic lipase genes: a pilot study from the Northern Manhattan Stroke Study. *Stroke,* 2001;32:337.

67. **Boden-Albala B**, Evers S, Elkind M Chen JF, Sacco RL. Blood Pressure Status One Year Post-Stroke: Findings from the Northern Manhattan Stroke Study. *Stroke*, 2001;32:322.

68. Elkind M, Chin J, Boden-Albala B, Gaspard G, Rundek T, Chen HJ, Rabbani L, Sacco, **Boden-Albala B**, Evers S, Elkind M Chen JF, Sacco RL. Blood Pressure Status One Year Post-Stroke: Findings from the Northern Manhattan Stroke Study. *Stroke*, 2001;32:322.

69. Rundek T, Elkind M, **Boden-Albala B**, Humphries SE, Sacco RL. The association of carotid artery intimal-medial thickness and allelic variants of stromelysin-1, interleukin-6 and hepatic lipase genes: a pilot study from the Northern Manhattan Stroke Study. *Stroke*, 2001;32:337.

70. Elkind M, Cjen J, **Boden-Albala B,** Gaspard G, Rundek T, Chen HJ, Rabbani L, Sacco R. Tumor Necrosis Factor Receptor Levels are Associated with Carotid Atherosclerosis in a Multi-ethnic Population. *Neurology*, 2001;56:A287.

71. Kaplan E, Cheng J, **Boden-Albala B**, Rundek TS, Ekind M, Sacco R. Homocysteine is associated with carotid artery plaque thickness: The Northern Manhattan Stroke Study. *Neurology,* 2001;56:A87.

72. Labovitz DL, **Boden-Albala B**, Sacco RL. Determinants of Lacunar Infarct versus deep intracerebral hemorrhage in a multi-ethnic population-based incidence cohort. *Neurology*, 2001;56:A226.

73. Tamis-Holland J, **Boden-Albala B**, Chen J, Rundek T, Sacco R. Sex Differences in the Presentation and Outcome of Stroke Patients. A Gender Analysis of the Northern Manhattan Stroke Study. *Circulation*, 2001.

74. Rundek T, Elkind MS, Pittman JG, Wright CB, **Boden-Albala B**, Kaplan ED, Sacco RL. Carotid Artery Plaque Thickness Predicts Ischemic Stroke, Myocardial Infarction and Vascular Death: The Northern Manhattan Prospective Cohort Study. *Neurology*, 2002.

75. Wright CB, Rundek T, Pittman JG, **Boden-Albala B**, Kaplan ED, Sacco RL. A Cross-Sectional Analysis of Vascular Risk Factors and Cognitive Status in a Multiethnic Elderly Population. *Neurology*, 2002.

76. Schumacher HC, Rundek T, **Boden-Albala B**, Mohr JP, Sacco RL. Predictors of Needing Help for Basic ADL Functions at 6 Months Following Acute Ischemic Stroke: The Northern Manhattan Stroke Study. *Neurology*, 2002.

77. Kaplan ED, Pittman JG, Elkind MS, **Boden-Albala B**, Wright CB, Rundek T, Stabler SP, Sacco RL. Homocysteine Is Associated with Increased Vascular Morbidity and Mortality: The Northern Manhattan Prospective Cohort Study. *Neurology*, 2002.

78. **Boden-Albala B**, Sacco RL, Pittman JP, Elkind MS, Rundek T, Berglund L. The Relationship between High Density Lipoprotein and Vascular Outcomes in a Multi-Ethnic Community: The Northern Manhattan Prospective Cohort Study. *Neurology*, 2002.

79. Elkind MS, Pittman JG, **Boden-Albala B**, Rundek T, Sacco RL. Moderate Alcohol Consumption Reduces Risk of Ischemic Stroke and Death: The Northern Manhattan Prospective Cohort Study.

Exhibit A, Page 48

07/6/21

*Neurology*, 2002.

80. Demmer R, Rundek T, **Boden-Albala B**, Elkind MS, Papapanou PN, Jacobs D, Sacco RL, Desvarieux M. Periodontal disease and the presence of carotid artery plaque (CAP) in the multi-ethnic population of Northern Manhattan: The oral infections and vascular disease epidemiology study (INVEST). *Journal of Dental Research*, 2002 81(Sl), A57- A57.

81. Elkind M, Sciacca R, **Boden-Albala B**, Rundek T, Homma S, Di Tullio M. Leukocyte count is associated with aortic arch plaque thickness: The Aortic Plaque and Risk of Ischemic Stroke study (APRIS). *Neurology*, 2002; 58(7), A279- A280

82. Suk S, **Boden-Albala B**, Pittman JG, Rundek T, Elkind MS, Sacco RL . Obesity as a stroke risk factor: Waist hip ratio and body mass index in the northern Manhattan stroke study. *Neurology,* 2002:58(7);A114-A114.

83. Rundek TR, Elkind MS, Pittman J, **Boden-Albala B**, Sacco RL. Carotid artery stiffness in an elderly multi-ethnic population: The Northern Manhattan Stroke Study. *Arteriosclerosis Thrombosis and Vascular Biology*, 2002; 22(5), A22-A22

84. Miyake Y, Sugioka K, Di Tullio MR, **Boden-Albala B**, Dimayuga CA, Hirata K, Sacco RL, Homma S. Obesity is associated with endothelial dysfunction: A study in 843 community-acquired subjects. *Circulation*, 2002; 106(19), 347-347.

85. **Boden-Albala B**, Evers SK, Cheng JF, Rundek T, Elkind MS, Santiago MM, Sacco RL. Stroke Outcomes after Stroke: Findings from the Northern Manhattan Stroke Study. *Stroke*, 2002;33:352.

86. Rundek T, Elkind MS, Pittman J, Wright CB, Suk SH, Kaplan ED, **Boden-Albala B**, Sacco RL. Carotid Artery Diameter and Stiffness in a Population of Elderly Women and Men: The Northern Manhattan Stroke Study. *Stroke*, 2002;33:370.

87. Kaplan ED, Elkind MS, Rundek T, Wright CB, **Boden-Albala B**, Sacco RL. Blood Levels of Vitamin B12 and Folate are associated with Carotid Artery Plaque Thickness: The Northern Manhattan Stroke Study. *Stroke*, 2002;33:390.

88. Rundek T, Sciacca R, Perez-Apaga N, Juo S, Elkind M, **Boden-Albala B**, Paik MC, Sacco RL. Apolipoprotein E (APOE) Polymorphism and Carotid Atherosclerosis: The Northern Manhattan Stroke Study. *Stroke*, 2003;34:291.

89. Wright CB, Lee HS, **Boden-Albala B**, Paik MC, Sacco RL. Factors Associated with decreased cognition in a Multi- ethnic Cohort. *Neurology*, 2003;60:A53.

90. Chong JY, Lee HS, Paik MC, **Boden-Albala B**, Sacco RL. Patient self- report of recovery after stroke and correlation with Barthel Score. *Neurology*, 2003;60:A165.

91. **Boden-Albala B**, Lee HS, Paik MC, Giardina E, Rundek T, Sacco RL. Stroke Risk and the Metabolic Syndrome.*Neurology*, 2003;60:A255.

92. Wright C, Rundek T, Huang S, Lee HS, **Boden-Albala B**, Sacco RL. Homocysteine is associated with cognitive impairment: The Northern Manhattan Study (NOMAS). *Stroke*, 2003;34:293.

93. DiTullio M, Sacco RL, Sciacca RR, **Boden-Albala B**, Gaspard G, Titova IV, Homma S. Patent Foramen Ovale and Risk of Ischemic Stroke in a Community – The Northern Manhattan Study. *Stroke*, 2003;34:294.

94. **Boden-Albala B**, Sacco RL . Community disadvantage and risk of ischemic stroke: The Northern Manhattan Stroke Study. *Stroke*, 2003;34(1):243-244.

95. Demmer R, Desvarieux M, Papapanou PN, **Boden-Albala B**, Jacobs DR, Sacco RL. Local current

Exhibit A, Page 49

07/6/21

periodontal infection is positively associated with white blood cell count, a measure of systemic inflammatory response: the oral infections and vascular disease epidemiology study (INVEST).

96.    *Circulation,* 2003;107(7), E7026-E7026.

97.    Desvarieux M, Demmer RT, Jacobs D, **Boden-Albala B**, Sacco RL, Papapanou PN. Local current periodontal infection is associated with systemic inflammation: The oral infections and vascular disease epidemiology study (INVEST). *Journal of Dental Research*, 2003;82(B), B383-B383.

98.    Rodriguez C, Sciacca RR, DiTullio MR,**Boden-Albala B**, Grahame-Clarke C, Rundek T, Elkind MS, Sacco RL. Impaired glucose tolerance is associated with endothelial dysfunction. *Circulation*, 2003;108(17), 527-527.

99.    Chong J, Lee HS, **Boden-Albala B**, Wright C, Paik MC, Sacco RL. Severity of Depressive Symptoms and the Risk of Stroke" The Northern Manhattan Study. *Neurology*, 2004;62:A269.

100.   Rodriguez C, DiTullio M, Sacco RL, **Boden-Albala B**, Diez-Roux AV, Homma S. Lower socioeconomic status is an important determinant of left ventricular mass. *Stroke*, 2003.

101.   **Boden-Albala B**, Sacco RL. Population level social factors and risk of Ischemic Stroke. *Stroke*, 2003;34:243.

102.   Elkind MSV, Sciacca RR, **Boden-Albala B**, Sacco RL, Rundek T. Interleukin-2 levels are associated with carotid artery intima-media thickness; the Northern Manhattan Study. *Stroke*, 2003;34:295

103.   Elkind MSV, Sciacca RR, Rundek T, **Boden-Albala B**, Sacco RL. Leukocyte Count Predicts Risk of Ischemic Stroke: The Northern Manhattan Study. *Stroke*, 2003;34:294.

104.   Rosengart AJ, Rundek T, **Boden-Albala B**, Lee H, Sacco RL. Dietary Fish Intake and the Risk of Ischemic Stroke: The Northern Manhattan Stroke Study. *Stroke*, 2003;34:292.

105.   **Boden-Albala B**, Rundek T, Lee H, Sacco RL. Stroke risk and the metabolic syndrome: Findings from the Northern Manhattan Study. *Neurology*, 2003.

106.   Cassetta J, **Boden-Albala B**, Sciacca R, Giardina EG. Effect of Education and Race/Ethnicity on Physical Activity in an Insured, Urban Population of Women. *Circulation*, 2004.

107.   Lee E, Grahame-Clarke C, **Boden-Albala B**, Mayake Y, Sciacca RR, Hirata K, Rodriguez CJ, Elkind M, DiTullio M, Sacco RL, Homma S. Endothelial Dysfunction is related to Serum Potassium in Women with Metabolic Syndrome: a NOMAS sub study. *Circulation*, 2004.

108.   Lee E, Grahame-Clarke C, **Boden-Albala B**, Mayake Y, Sciacca RR, Hirata K, Rodriguez CJ, Elkind M, DiTullio M, Sacco RL, Homma S. Association of TNF alpha R1 receptor levels with impaired endothelial dysfunction: a NOMAS sub study. *Circulation*, 2004.

109.   Festa JR, **Boden-Albala B**, Lazar RM, Sacco El. Factors Affecting Compliance in the Northern Manhattan Stroke Study (NOMASS). *Circulation*, 2004.

110.   **Boden-Albala B**, Lee HS, Rundek T, Paik MC, Sacco RL. Race-ethnicity, stroke risk and the Metabolic Syndrome: findings from the Northern Manhattan Study. *Stroke* 2004:243.

111.   Chong J, Lee HS, **Boden-Albala B**, Wright C, Sacco RL. Depressive Symptoms and the Risk of Stroke and Vascular Events: The Northern Manhattan Study. *Stroke* 2004;243.

112.   Grahame-Clarke C, Miyake Y, Sciacca RR, Hirata K, Rodriguez CJ, **Boden-Albala B**, Di Tullio M, Sacco RL, Homma S. Increased body mass index is associated with impaired endothelial function in women but not men: A NOMAS substudy. *Journal of the American College of Cardiology* 2004; 43(5A), 491A-491A.

113.   Sacco, R. Anand, K, Lee, HS, **Boden-Albala, B**; Stabler, S; Allen, R; Paik, MC

07/6/21

.Homocysteine and the risk of ischemic stroke in a triethnic cohort - The Northern Manhattan Study. *Stroke* 2004; 35(10), 2263-2269.

114. Suzuki T, Hirata K, **Boden-Albala B**, Grahame-Clarke C, Sacco RL, Homma S. Patients with metabolic syndrome and endothelial dysfunction are at higher risk of cardiovascular events: The Northern Manhattan Study. *Circulation* 2004; 110(17S), 782-782.

115. Stabler, S, Anand, K, Huang, S, **Boden-Albala B**, Allen, RH, Sacco RL. Lack of anemia despite marked elevation of serum methylmalonic acid and total homocysteine in a multiethnic cohort. *Blood* 2004; 104(11), 875A-875A.

116. Wright CB, L. H., **Boden-Albala B**,Chong JY,Sacco RL. Depressed mood predicts mortality and disability 6 and 12 months post stroke: The Northern Manhattan Study. *Stroke* 2004; 35(1), 321-321.

117. Rundek TR, Ramas R, **Boden-Albala B**, Godoy L,Szumski A, Coates K, Sacco R. Metabolic syndrome and carotid artery stiffness: A surrogate marker of atherosclerosis in the Northern Manhattan study. *Stroke* 2004; 35(1), 315-315.

118. **Boden-Albala B**, Wang CL, Lou X, Chong J, Wright C, Rundek T, Elkind MSV, Paik MC, Sacco RL. Glucose Control among Diabetics and Risk of Stroke and Vascular Disease: Findings from the Northern Manhattan Study (NOMAS) *Neurology*, 2005.

119. **Boden-Albala B**, Chong JY, Luo XD, Sacco RL. Disparities in social resources among women with the metabolic syndrome. *Circulation* 2005; 111(4), E76-E76.

120. Lee, E, Grahame-Clarke C, Miyake Y, Sciacca R, Hirata K, Rodriguez C, **Boden-Albala B**, Elkind M, Di Tullio M, Sacco R. Endothelial dysfunction is related to serum potassium in women with the metabolic syndrome: A NOMAS substudy. *Circulation* 2005; 111(4).

121. Rodriguez C, Lin F, Sacco RL, Sciacca, RR, **Boden-Albala B**, Lui R, Homma S, Di Tulio MR. Prognostic implications of left ventricular mass among Hispanics: The Northern Manhattan Study. *Journal of the American College of Cardiology* 2005; 45(3), 15A-15A.

122. White, H, Szumski A, **Boden-Albala B**, Williams AD, Elkind MS, Paik MC, Sacco RL. High dietary total fat intake is a risk factor for ischemic stroke: The Northern Manhattan Study. *Stroke* 2005;36(2), 427-427.

123. **Boden-Albala B**, Lin HF, Juo SHH, Rundek T, Sabala EL, Sacco RL. Heritability of the metabolic syndrome among Caribbean Hispanics: Findings from the Northern Manhattan Family Study. *Stroke* 2005; 36(2), 459-459.

124. Rundek T, Juo SHH, Lin HF, Chen R, Lan MY ,Huang S, Sabala E, **Boden-Albala** B, Sacco RL. Heritability of carotid artery distensibility among Caribbean Hispanics in the Northern Manhattan Family Study. Stroke 2005; 36(2), 459-459.

125. Paik J, **Boden-Albala B**, Elkind M, Paik MC, Sacco RL. The northern Manhattan study stroke risk score: A stroke prediction tool for clinical use among multiethnic populations. *Stroke* 2005; 36(2), 460-460.

126. Williams A, White H, Szumski A, **Boden-Albala B**, Paik MC, Elkind MS, Sacco RL, A high-sodium diet is a risk factor for ischemic stroke: The Northern Manhattan Study. *Stroke* 2005;36(2): 460-460.

127. Dhamoon M, Sciacca RR, **Boden-Albala B**, Rundek T, Sacco RL, Elkind MS. Recurrent stroke risk is higher than cardiac risk after first ischemic stroke: The northern Manhattan stroke study. *Neurology* 2005; 64(6), A281-A282.

128. Liberato B, Luo XD, Albala IC, Rundek T, **Boden-Albala B**, Paik MC, Sacco RL. Predictors of stroke outcome: The Northern Manhattan Study prognostic stroke score. *Neurology* 2005; 64(6),

07/6/21

A130-A131.

129. Lee E, Rodriguez,CJ, Sciacca RR, Sacco RL, **Boden-Albala B**, Homma S, DiTullio MR. Relation of pulse pressure and other components of blood pressure to left ventricular mass and geometry in a multiethnic population. *Circulation* 2005;111(14), E233-E233.

130. Elkind M, Rundek T, Sciacca RR, Ramas R, Chen HJ, **Boden-Albala B**, LeRoy R, Sacco RL. Interleukin-2 levels are associated with carotid artery intima-media thickness. *Atherosclerosis* 2005;180(1), 181-187.

131. **Boden-Albala B**, Lin HF, Juo SHH, Park N, Rundek T, Torres C, Sabala E, Coates K, Sacco RL. Heritability of serum homocysteine among Caribbean Hispanics: Findings from the Northern Manhattan Family study Source. *Stroke* 2006;37(2), 669-669.

132. Brown D, **Boden-Albala B**, Langa KM, Fair M, Lisabeth LD, Morgenstern LB. The stroke economic burden in Hispanics: Projections for 2005-2050. *Stroke* 2006; 37(2), 738-738.

133. Rodriguez C, Jin ZZ, **Boden-Albala B**, Homma S, Di Tullio MR, Sacco RL. Prevalence and treatment data on Dyslipidemia among Hispanics in the Northern Manhattan Study. *Circulation* 2006;113(8), E379-E380.

134. Rodriguez C, **Boden-Albala B**, Burg MM, Pickering TG, Sacco RL, Homma S, Jin ZZ, Di Tullio MR. The effect of high social support on ambulatory blood pressure diurnal variation. *Circulation* 2006;113(8), E369-E369.

135. Cassetta J, Sciacca R, Giardina EGV, Laudano M, Fleck E, **Boden-Albala B**. Physical activity levels for women: Comparison of two New York City populations. *Neurology* 2006; 66(5), A221-A221.

136. Grahame-Clarke C, Rodriguez CJ , Sacco RL, Sciacca RR, **Boden-Albala B**, Di Tullio M, Homma S .Endothelial dysfunction predicts cardiovascular events in a multi-ethnic general population (Northern Manhattan study) *Seminars in Neurology* 2006; 26(1), 108-116.

137. Schumacher H, Bateman BT, **Boden-Albala B**, Berman MF, Mohr J, Sacco R, Pile-Spellman, J. Hospital and patient characteristics associated with administration of thrombolysis 1998-2002 in acute ischemic stroke patients. *Neurology* 2006; 66(5), A65-A65.

138. Labovitz D, Halim A, **Boden-Albala B**, Hauser WA, Sacco RL. The incidence of deep and lobar intracerebral hemorrhage in whites, blacks, and Hispanics. *Neurology,* 2006; 66(6), 957-957.

139. Salameh M, Rundek T, **Boden-Albala B**, Jin Z, Ratchford E, DiTullio M, Homma S, Sacco RL. Self-reported peripheral arterial disease predicts future vascular events in the Northern Manhattan study. *Circulation* 2006; 114(18), 633-633.

140. Suzuki K, Juo SH, Rundek T, Oklahoma K, **Boden-Albala B**, Disla N, Park N, Homma S, Sacco RL. Genetic contribution to flow-mediated dilation of the brachial artery and baseline brachial artery diameter in Caribbean Hispanics: The Northern Manhattan Family Study. *Circulation*, 2006.

141. Salameh M, Rundek T, **Boden-Albala B,** Jin Z, Ratchford R, DiTullio M, Homma S, Sacco RL. Self-reported Peripheral arterial disease and vascular events in the Northern Manhattan Study. *Circulation*, 2006.

142. Teems RE, Murmansk M, Zhou H, **Boden-Albala B**, Sacco RL, Hyperglycemia as Predictor of In-Hospital Worsening after Acute Ischemic Stroke: The Northern Manhattan Study. *Neurology*, 2006.

143. Willey JZ, Annalisa Luo X, **Boden-Albala B**, Sacco RL. High Density Lipoprotein Cholesterol (HDL-C) and Risk of Stroke and Vascular Disease: Findings from the Northern Manhattan Study

07/6/21

(NOMAS). *Neurology*, 2006.

144. **Boden-Albala B**, Luo X, DeRosa J, Santiago M, Paik MC, Sacco RL. Hypertension, Blood Glucose and HDL are most Potent Metabolic Syndrome Combination for Risk of Ischemic Stroke. *Stroke*, 2006.

145. Frontera JA, **Boden-Albala B**, Zhou X, Paik MC, Cammack S, Sacco RL. Blood Pressure Parameters and the Risk of Ischemic Stroke. *Stroke* 2006;37:669.

146. Temes RE, Furmansky M, Zhou X, **Boden- Albala B**, Schmidt M, Cespedes S, Sacco RL. Maximum Temperature at Day 1 as a Predictor of 30 day Stroke Mortality: the Northern Manhattan Study. *Stroke* 2006;37:675.

147. Willey JZ, Annalisa, Luo X, **Boden-Albala B**, Sacco RL. High Density Lipoprotein Cholesterol (HDL-C) and Risk of Stroke and Vascular Disease: Findings from the Northern Manhattan Study (NOMAS). Neurology, 2006.

148. Khatri M, Nickolas TL, **Boden-Albala B**, Luo X, Gervasi-Franklin P, Radhakrishnan J, Paik M, Sacco RL. The Relationship between Renal Function and Stroke and Vascular Outcomes in a Multi-Ethnic Cohort: The Northern Manhattan Study (NOMAS). *Neurology*, 2006.

149. Birnbaum L, Wright C, Rundek T, Li L, Ramas R, Schmiedigen A, Mitsuhiro Y, **Boden-Albala B**, Paik M, DeCarli C, Sacco RL. Subclinical carotid artery disease is not associated with white matter hypertensities: the NOMAS MRI Substudy. *World Congress of Stroke*, 2006.

150. Rincon F, Sacco RL, Qi Q, Kranwinkel G, **Boden-Albala B**. Incidence and Risk Factors Associated with Intracranial Atherosclerosis: The Northern Manhattan Stroke Study. *Stroke* 2007;38:527.

151. **Boden-Albala B**, Stillman J, Chong J, Perez T, Rivolta J, Evensen L, Moats H, Corporan T, Noskin O, Wright C, Doyle M, Paik MC, Sacco RL. Transient Cerebral Ischemia is Associated with Earlier ED Arrival Times than ischemic Stroke: The Stroke Warning and Information and Faster Treatment (SWIFT) Study. *Stroke* 2007;38:502.

152. **Boden-Albala B**, Stillman J, Chong J, Perez T, Rivolta J, Wright C, Paik MC, Sacco RL. The Stroke Warning Information and Faster Treatment Study (SWIFT). *Stroke* 2007;38:525.

153. Stillman J, Chong J, Perez T, Cheung P, Paik MC, Sacco RL, **Boden-Albala B**. Are Stroke Patients Knowledgeable and Prepared for a Recurrent Event? Findings from the SWIFT Study. *Stroke* 2007;38:527.

154. Rundek T, Park N, Ramas R, Torres C, **Boden-Albala B**, Almonte K, Sabala E, Juo SHJ, Sacco RL. Heritability of Carotid Blood Flow Velocity Waveform Profile in the Northern Manhattan Family Study. *Stroke* 2007;38:589.

155. Kohsaka S, Sacco RL, Jin ZZ , Rundek T , Russo C, **Boden-Albala B**, Homma S, Di Tullio MR. Comparison of lipid parameters for detection of atherosclerotic burden in the proximal thoracic aorta. *Circulation* 2007; 116(16), 670-670.

156. Kohsaka S, Sacco RL, Jin ZZ, Liu R, Rundek T, **Boden-Albala B**, Homma S, Di Tullio MR. Race-ethnic differences in the association between mitral annular calcification and cardiovascular events. The Northern Manhattan Study. *Circulation* 2007; 116(6), 793-793.

157. Kohsaka S, Sacco RL, Jin ZZ, Liu R, Rundek, T, **Boden-Albala B**, Homma S, Di TuIllo MR. Thickness of mitral annular calcification is directly associated with cardiovascular morbidity and mortality. The Northern Manhattan Study. Circulation 2007; 116(16), 809-810.

158. Hasegawa T, **Boden-Albala B**, Eguchi K, Jin ZZ, Sacco RL, Di Tullio MR, Homma S. Impaired flow-mediated vasodilatation is associated with increased left ventricular mass in a multi-ethnic population. The Northern Manhattan Study. *Circulation* 2007; 116(16), 810-810.

Exhibit A, Page 53

07/6/21

159. Suzuki K, Elkind MS, **Boden-Albala B**, Jin Z, Di Tullio MR, Sacco RL, Homma S. Moderate alcohol consumption is associated with improved endothelial function. *Circulation* 2007; 116(16S), 827-827.

160. Rincon F, Rivolta J, **Boden-Albala B**, Elkind MV, Mayer SA, Marshall R, Chong JY. Length of stay in the emergency department is associated with poor outcomes in stroke patients admitted to the neuro ICU. *Critical Care Medicine* 2007; 35(12S), A8-A8

161. Rincon F, Sacco RL, Qi Q, Kranwinkel G, **Boden-Albala B**. Incidence and Risk Factors Associated with Intracranial Atherosclerosis: The Northern Manhattan Stroke Study. *Stroke* 2007;38:527

162. **Boden-Albala B,** Stillman J, Chong J, Perez T, Rivolta J, Evensen L, Moats H, Corporan T, Noskin O, Wright C, Doyle M, Paik MC, Sacco RL. Transient Cerebral Ischemia is Associated with Earlier ED Arrival Times than ischemic Stroke: The Stroke Warning and Information and Faster Treatment (SWIFT) Study. *Stroke* 2007;38:502.

163. **Boden-Albala B,** Stillman J, Chong J, Perez T, Rivolta J, Wright C, Paik MC, Sacco RL. The Stroke Warning Information and Faster Treatment Study (SWIFT). *Stroke* 2007;38:525.

164. Stillman J, Chong J, Perez T, Cheung P, Paik MC, Sacco RL, **Boden-Albala B**. Are Stroke Patients Knowledgeable and Prepared for a Recurrent Event? Findings from the SWIFT Study. *Stroke* 2007;38:527.

165. Rundek T, Park N, Ramas R, Torres C, **Boden-Albala B**, Almonte K, Sabala E, Juo SHJ, Sacco RL. Heritability of Carotid Blood Flow Velocity Waveform Profile in the Northern Manhattan FamilyStudy. *Stroke* 2007;38:589.

166. Kohsaka S, Sacco RL, Jin ZZ , Rundek T , Russo C, **Boden-Albala B**, Homma S, Di Tullio MR. Comparison of lipid parameters for detection of atherosclerotic burden in the proximal thoracic aorta. *Circulation* 2007; 116(16), 670-670.

167. Kohsaka S, Sacco RL, Jin ZZ, Liu R, Rundek T, **Boden-Albala B**, Homma S, Di Tullio MR.Race-ethnic differences in the association between mitral annular calcification and cardiovascular events. The Northern Manhattan Study. *Circulation* 2007; 116(6), 793-793.

168. Kohsaka S, Sacco RL, Jin ZZ, Liu R, Rundek, T, **Boden-Albala B**, Homma S, Di TuIllo MR. Thickness of mitral annular calcification is directly associated with cardiovascular morbidity and mortality. The Northern Manhattan Study. *Circulatio,* 2007; 116(16), 809-810.

169. Hasegawa T, **Boden-Albala B**, Eguchi K, Jin ZZ, Sacco RL, Di Tullio MR, Homma S. Impaired flow-mediated vasodilatation is associated with increased left ventricular mass in a multi-ethnic population. The Northern Manhattan Study. *Circulation* 2007;116(16), 810-810.

170. Suzuki K, Elkind MS, **Boden-Albala B**, Jin Z, Di Tullio MR, Sacco RL, Homma S. Moderate alcohol consumption is associated with improved endothelial function. *Circulation 2007; 116*(16S), 827-827.

171. Rincon F, Rivolta J, **Boden-Albala B**, Elkind MV, Mayer SA, Marshall R, Chong JY. Length of stay in the emergency department is associated with poor outcomes in stroke patients admitted to the neuro ICU. *Critical Care Medicine* 2007; *35*(12S), A8-A8

172. Birnbaum L, Wright C, Rundek T, Huang L, Li L, Ramas R, Schmiedigen A, Mitsuhiro Y, **Boden-Albala B**, Paik M, DeCarli C, Sacco RL. Carotid Intima-media Thickness is Associated with Subclinical Cerebral Infarct: The Northern Manhattan Study. *Stroke* 2007.

173. Birnbaum L, Wright C, Rundek T, Huang L, Li L, Ramas R, Guzman J, Mitsuhiro Y, **Boden-Albala B**, Paik M, DeCarli C, Sacco RL. Common carotid artery distensibility is not associated with subclinical MRI abnormalities: the NOMAS MRI Substudy. *Neurology*, 2007.

07/6/21

174.  Rundek T, Xu Q, Goldberg RB, **Boden-Albala B**, Disla N, Paik MC, Elkind MSV. Sacco RL. Insulin Resistance and Risk of Ischemic Stroke among Non-Diabetic Individuals form the Northern Manhattan Study. *Stroke* 2008;39(2)642.

175.  Elkind MSV, Moon YP, Liu K, Wang H, Singh I, **Boden-Albala B**, Sacco RL, Paik MC, Rundek T. Infectious Burden and Carotid Plaque Thickness: The Northern Manhattan Study. *Cerebrovasc Dis* 2008;25 (Suppl2):5.

176.  Ramos-Sepulveda A, Lorenzo D, Wohgemuth WK, Dib S, Gardener H, Wallace DM, **Boden-Albala B**, Elkind M, Sacco R ,Rundek T. Snoring, insomnia and subclinical atherosclerosis in the Northern Manhattan Study (NOMAS). *Sleep* 2008; 31(S), A198-A198.

177.  Chong J, Rincon F, Rivolta J, Stillman J, **Boden-Albala B**, Marshall RS. Weekend and evening presentationwith acute stroke or TIA is associated with longer emergency department stay, prolonged total hospital stay, and poor outcome. *Stroke* 2008; 39(2), 701-701.

178.  Gropen T, **Boden-Albala B**, Kwiatkowski T, Lennihan L, Lukovits TG, Panagos P , Selim M, Day D, Magdon- Ismail Z, Melluzzo S, Schwamm LH. Implementation of the stroke systems of care model: Preliminary work from The Northeast Cerebrovascular Consortium (NECC). *Circulation* 2008; 117(21), E428-E428.

179.  Hasegawa T, Di Tullio MR, **Boden-Albala B**, Jin Z, Elkind MS, Rundek T, Sacco RL, Homma S. Insulin Resistance is Associated with Impaired Flow-mediated Vasodilatation in a Multi-ethnic Population: The Northern Manhattan Study. *Circulation* 2008; 118(18), S1095-S10.\

180.  Ramos-Sepulveda A, Wohlgemuth W, Gardener H, Lorenzo D, Dib S, Wallace DM, Nolan B, **Boden-Albala B**, Elkina MSV, Sacco RL, Rundek T. Snoring, Insomnia and Sub-clinical Atherosclerosis in the Northern Manhattan Study (NOMAS). *Annals of Neurology* 2008; 64(6), S161-S161.

181.  **Boden-Albala B**, Elkind MSV, Sacco RL. Daytime Sleepiness and Risk of Stroke and Vascular Disease: Findings from the Northern Manhattan Study (NOMAS). *Stroke* 2008;39(2):551

182.  Evensen L, Doyle M, Perez T, Moats HL, Wright CB, Stillman J, Sacco RL, Klein CD, **Boden-Albala B**. Stroke in the Young and Social Resource: The SWIFT Study. *Stroke* 2008;39

183.  Chong JY, Rincon F, Rivolta J, Stillman J, **Boden-Albala B**, Marshall RS. Weekend and Evening Presentation with Acute Stroke aor TIA Is Associated with Longer Emergency Department Stay, Prolonged Total Hospital Stay and Poor Outcome. *Stroke*, 2009.

184.  Wright CB, Brickman AM, Doyle M, Perez T, Stern Y, **Boden-Albala B**. Cognitive Function in Stroke and TIA patents is Associated with Health Knowledge and Competence. *Stroke*, 2009.

185.  Damoon MS, Moon YP, Paik MC, **Boden-Albala B**, Gervasi-Franklin P, Rundek T, Sacco RL., Elkind MSV. Functional recovery after first ischemic stroke: The Northern Manhattan Study. *Stroke* 2009;72(Suppl3):A274-275.

186.  **Boden-Albala B**, Carman HM, Quarles LW, Doyle M, Evensen L, Perez T. Examining Community Involvement among Stroke Survivors in Northern Manhattan: A Model to Predict Participation. American Public Health Association, Philadelphia, Pa. November 2009.

187.  Carman HM, Quarles LW, **Boden-Albala B**. Improving Methods for Better Data Collection in Community Research Settings: Developing and Testing Health Literate materials. American Public Health Association. Philadelphia, Pa. November 2009.

188.  **Boden-Albala B**, Moran M, Doyle M, Perez T, Evensen L, Paik M., "Stroke Risk Perception in an Urban, Multiethnic Stroke and TIA Cohort," *Neurology*, 2009.

07/6/21

189. Quarles L, Andrews H, **Boden-Albala B**. More Than Education: The Relationship Between the Metabolic Syndrome and Health Literacy in the Stroke Warning Information for Faster Treatment (SWIFT) Community Study. *Obesity* 2009; 17(2), S149-S149.

*190.* Willey J, Williams O, **Boden-Albala, B**. Stroke Literacy in Central Harlem: A High-risk Stroke Population. *Stroke* 2009; 40(4), E186-E186.

191. Giannopoulos S; **Boden-Albala B**; Carrera E; Doyle M; Perez T; Marshall RS. Metabolic Syndrome and CO2 Cerebral Vasomotor Reactivity. *Neurology* 2009; 72(11), A401-A401.

192. Evensen L, Ruff I, Lennihan L , Bassile C, Hepburn-Smith M, Mallory B , Moon-Howard J, Horvath S, Cheung YKK, Marshall RS, **Boden-Albala B**. Post-Stroke Rehabilitation: Differing Perspectives among Patients and Providers. *Stroke* 2009; 40(4), E253-E253.

193. Dhamoon MS, Moon YP, Paik MC, **Boden-Albala B**, McLaughlin-Mora, Rundek T, Sacco RL, Elkind MSV. Quality of life after first ischemic stroke: The Northern Manhattan Study. *Stroke* 2009 40(4):E263.

194. Willey JZ, Rivolta JA, Vieira J, Doyle MM, Linares G, Marchidann A, Paik MC, Stillman J, Elkind MSV, **Boden- Albala B**, Marshall RS. Too Good to Treat? Outcomes in patients not receiving thrombolytic due to mild deficits or rapidly improving symptoms. *Stroke* 2010;41:E80-8109.

195. Willey J,Rivolta J, Vieira J, Doyle MM,Tapia GL, Marchidann A, Paik MC, Stillman J, Elkind MS, **Boden-Albala B**, Marshall RS (2010). Outcomes in Patients Not Receiving Thrombolysis Due to Mild Deficits or Rapidly Improving Symptoms Source. *Stroke* 2010; 41(4), E333-E334.

196. Quarles L, Andrews H, **Boden-Albala B**. More Than Education: The Relationship Between the Metabolic Syndrome and Health Literacy in the Stroke Warning Information for Faster Treatment (SWIFT) Community Study. NASO, Washington DC. October 2010;17:149).

197. **Boden-Albala B,** Allen J, Stephens L, Kairaiuak J, Johnston J, Horner R, Trimble B. Utilization of a culturally tailored survey to identify barriers to vascular risk reduction among Alaska Natives. SNIRP Puerto Rico 2010.

198. Allen J, **Boden-Albala B**, Trimble B. Tribal participatory research framework for stroke prevention intervention research with Alaska Native People. SNIRP Puerto Rico 2010.

199. Aguirre A, Quarles L, Bigger T, Lantigua R, **Boden-Albala B**., "Building Capacity and Sustaining Development in CBPR Focused Communities," American Public Health Association, 2010.

200. **Boden-Albala B**,Evensen L, Stillman J, Willey J, Doyle M, Paik MC.Factors Associated with Dimensions of Poor Sleep in a Stroke and TIA Cohort: The Stroke Warning Information and Faster Treatment (SWIFT) Study *Neurology* 2010;74(9), A485-A485.

201. Ramos A, Dong CH, Cespedes S, Wohglemuth W, **Boden-Albala B**, Elkind M, Wright C, Sacco R,Rundek T, Ramos A, Dong CH, Cespedes S, Wohglemuth. Race-Ethnic Variation of Sleep Symptoms in an Urban Multi-Ethnic Cohort: The Northern Manhattan Study. *Neurology* 2010; 74(9), A275-A275.

202. **Boden-Albala B,**Tehranifar P, Stillman J,Evensen L,Doyle M, Paik MC .Social Network Types and Acute Stroke Preparedness Behavior. *American Journal of Epidemiology* 2010; 171(11), S15-S15.

203. Pomeroy J, Bray M, Hopkins S, **Boden-Albala B**, Knowler WC, Boyer BB. Objectively measured total physical activity rather than moderate-to-vigorous activity is associated with cardiovascular risk factors in Yup'ik Eskimos. *Circulation,* 2011.

204. Roberts E, Allen J, Hopkins S, Boyer B, **Boden-Albala. B**. Applicability of a Western Model of

07/6/21

Hypertension in a Yup'ik Eskimo Population. *Circulation,* 2011.

205.   Doyle M, Evensen L, Stillman J, Willey J, Paik MC, Wilde J, **Boden-Albala B.** Social Determinants of Emergent Neurological Evaluation in the Acute Stroke/TIA Patient: The Stroke Warning Information and Faster Treatment Study (SWIFT). *Stroke*, 2011.

206.   Liu N, Zhao Y, Evensen LA, **Boden-Albala B**. Race-Ethnic Disparities in Trajectory and Type of Vascular Events Post Stroke: The SWIFT Study. *Neurology*, 2011; 76(9), A173-A173.

207.   Marshall R, Cheung YK, Bassile C, Evensen LA, Chen RJ, Perez V, Lazar RM, **Boden-Albala, B**. Very Early Gait Training after Acute Stroke; a Dose-Escalation Study. *Annals of Neurology* 2011; 70(15), S50-S50.

208.   Roberts E, Boyer B, Allen, J, **Boden-Albala B**. "Predictors of Risk and Protection for Hypertension in Yup'ik People from Southwest Alaska. *American Journal of Epidemiology*, 2012

209.   Albala S, Roberts E, Quarles L, Vedanthan R, Lewis M, Hunn M, Fuster V, **Boden-Albala B**. Household structure and risk of hypertension on the Island of Grenada. Presented at Science of Eliminating Health Disparities Summit. December 2012.

210.   Quarles L, Lewis M, Hutchinson C, Albala S, Hunn M, Fuster V, **Boden-Albala B**. Building a Nationwide Cardiovascular Health Promotion and Prevention Program on the Island of Grenada: The Grenada Heart Project. Science of Eliminating Health Disparities Summit. December 2012.

211.   **Boden-Albala B,** Wing JJ, St Clair S, Fernandez S, Hsui A, Edwards D, Kidwell C., "Race-ethnic Differentials in Time of Acute Stroke Emergency Presentation: the ASPIRE Study. Presented at Science of Eliminating Health Disparities Summit. December 2012.

212.   **Boden-Albala B**, St Clair S, Wing JJ, Fernandez S M, Gibbons C, Hsui A, Morgenstern L, Edwards DF, Kidwell CA., "Pilot Feasibility Study of Community Engaged Stroke Preparedness: The ASPIRE Project," Science of Eliminating Health Disparities Summit. December 2012

213.   **Boden-Albala B**, St. Clair S, Fernandez S, Gibbons MC, Morgenstern L, Edwards DF, Kidwel CA., "Pilot Feasibility Study of Community Engaged Stroke Preparedness: The ASPIRE Project," Stroke, 2012.

214.   Zuraahnec DB, Wing JJ, Edwards DF, Menon RS, Fernandez SJ, Burgess RB, Sobotka IA, German L, **Boden-Albala B**, Gibbona MC, Trouth AJ, Shara NM, Kidwell CS., "Poor Long-Term Blood Pressure Control after Intracerebral Hemorrhage in a Predominantly African American Hypertensive Population," Stroke, 2012.

215.   **Boden-Albala B**, Roberts E, Quarles L, Tehranifar P, Bakken S, Bigger JT, Wilcox A. "John Henryism and Hypertension Risk Amount Hispanics. *American Journal of Epidemiology*, 2012.

216.   Roberts E, Quarles L,Vedanthan R, Lewis M, Hunn M, Fuster V, **Boden-Albala B**., "Socioeconomic Patterning of Hypertension in Grenada," *Circulation*, 2012.

217.   **Boden-Albala B**, Roberts E, Quarles L, Bakken S., "John Henryism and Hypertension Risk among Hispanics," Presented at Science of Eliminating Health Disparities Summit. December 2012.

218.   Fort D, Bakken S, Gallagher K, Cowansage C, Pincus H, **Boden-Albala B**, Wilcox A. Researcher Perspectives on the Use of Electronic Health Data for Comparative Effectiveness Research. *CRI*, 2012.

219.   Roberts E. T, **Boden-Albala B**, Bazil C, Moon Y. D. R J, Elkind M. S, Rundek T, Sacco R. L. "Daytime Sleepiness and Risk of Stroke and Vascular Disease Findings from the Northern Manhattan Study (NOMAS)," American Journal of Epidemiology, 2012.

07/6/21

220. **Boden-Albala, B**. Evers, SK, Cheng, JF, Rundek T, Elkind, MS, Santiago, MM, Sacco, RL . "Social conditions and outcomes after stroke: Findings from the Northern Manhattan stroke study," *Stroke*, 2012.

221. Benn E, Fox A, Fei K, Roberts E, **Boden-Albala B**., "Cognitive difficulty and race/ethnicity in the US. Does nativity matter?" APHA, 2013.

222. Perez V, Quarles L, **Boden-Albala B**., "This is my life, inspiring thoughts for stroke survivors: Patient narratives in the deserve intervention," APHA, 2013.

223. Perez, V, Keith E, Huffman D, Quarles L, Nieto V, Diamond L, **Boden-Albala B**. This is my life, inspiring thoughts for stroke survivors: Patient narratives in the deserve intervention. APHA, 2013.

224. Fox AM, **Boden-Albala B**. Health in Hard Times: Economic insecurity and cardiovascular incidence since the Great Recession in 3 Countries. APHA, 2013.

225. Southwick L, Quarles L, Benn E, IA, Roberts E, Fox AM, Edwards DE, **Boden-Albala B**. NIMICT: Addressing poor recruitment and retention of minority and underserved populations in neurological clinical research. APHA November 2013.

226. Benn EK, Fox A, Fei K, Roberts E, **Boden-Albala B**. Race/Ethnic Difference in Cognitive Difficult in the U.S.: Does Nativity Matter?" Presented at Population Association of America Conference. April 2013.

227. Diamond L, Roberts ET, Quarles L, Morrissey NJ, **Boden-Albala, B**. Examining Relationships Between Stroke Risk Perception and Locus of Control: The SWIFT Community Study. EPINPAM, 2013.

228. Benn, EK, Fox A, Roberts ET, Quarles L, **Boden-Albala B.** Racial/Ethnic Differences in Psychological Distress after Stroke. EPINPAM, 2013.

229. Benn EK, Edwards DF, Roberts E, Quarles L, **Boden-Albala** B. Race/Ethnicity Modifies Increased Recurrent Event Risk for Female Stroke Survivors. *Stroke,* 2013.

230. Wing JJ, Edwards DF, Fernandez S, Morgenstern L, Gibbons C, **Boden-Albala B**., "Racial Disparities among Incident Ischemic Stroke in the District of Columbia: The ASPIRE Study. *Stroke,* 2013.

231. Quarles, L; Roberts, ET, Zitouni, M; **Boden-Albala, B.** Health Literacy, Knowledge and Competency: Lessons from the SWIFT Community Study. *Stroke*, 2013.

232. **Boden-Albala B**, Roberts E, Quarles L., "John Henryism, Immigration, Acculturation and Risk of Hypertension Among Hispanics: Findings from the WICER Study. *American Journal of Epidemiology*, 2013.

233. Fei K, Albala S, Quarles L, **Boden-Albala B.** Dense Households and Weak Social Networks Increase Risk of Recurrent Vascular Events. *Stroke,* 2014.

234. Carman H, Quarles L, Southwick L, Benn EKT, Waddy SP, Edwards DF, **Boden-Albala B**. Identifying Stroke Researcher Challenges to Minority Inclusion in Clinical Research. *Stroke*, 2014.

235. Carman H, Southwick L, **Boden-Albala, B**. Coordinator focus groups to improve minority recruitment. The Minority Health and Health Disparities Conference, 2014.

236. Quarles L, Carman H., Southwick, L., and **Boden-Albala, B**. John Henryism, race-ethnicity and stroke risk. The Minority Health and Health Disparities Conference, 2014.

237. Albala, S., Southwick, L., and **Boden-Albala, B**. Social networks and disparities in vascular

Exhibit A, Page 58

07/6/21

events. The Minority Health and Health Disparities Conference, 2014.

238.  Southwick L, Carman H, **Boden-Albala B**. Trial refusal analysis to improve participation disparities. The Minority Health and Health Disparities Conference, 2014.

239.  Southwick L, Carman H, **Boden-Albala B**. Racial-ethnic minority inclusion in stroke manuscripts. The Minority Health and Health Disparities Conference, 2014.

240.  Southwick L, Carman H, Benn E, Edwards D, Waddy S, **Boden-Albala B**. Website to reduce trial participation disparities. The Minority Health and Health Disparities Conference, 2014.

241.  Rogacki J, Goldmann E, Carman H, Southwick L, **Boden-Albala, B**. Characterizing Hispanic health networks in an urban community. The Minority Health and Health Disparities Conference, 2014.

242.  Rogacki J, Carman H, Quarles L, Southwick L, Goldman E, **Boden-Albala B**., "Characterizing Latino Health Networks using community based participatory research. American Public Health Association, 2014.

243.  Carman H, Quarles L, Torrico V, Nieto V, Goldman E, Parikh N, **Boden-Albala B**. Post Discharge Needs of Mild Stroke and TIA Patients: The DESERVE Trial. American Public Health Association, 2014.

244.  Albala S, Quarles L, Fei K, **Boden-Albala B**, Goldman E, Carman H. Household Structure and Weak Social Networks Increase Risk of Recurrent Vascular Events. American Public Health Association, 2014.

245.  Goldmann, E., **Boden-Albala, B.** Prior stroke predicts posttraumatic stress disorder (PTSD) in a multi-ethnic cohort of stroke survivors: evidence from the Discharge Educational Strategies for Reduction of Vascular Events (DESERVE) trial. Society of Epidemiologic Research, 2014.

246.  Shadi Y, Willey JZ, Andrews H, Boehme A, Quarles L, Marshall RS. **Boden-Albala, B.** Outcome in Patients with Minor Stroke: The Effect of Itemized NIHSS Score Subsets. *Stroke*, 2015.

247.  Chatterjee P, Roberts ET, **Boden-Albala B**. Socioeconomic and Patient Factors Associated with Pre-stroke Treatment of Hypertension. *Stroke*, 2015.

248.  Litao M, Sanger M, Ishida K, Roberts ET, Lord A, **Boden-Albala B**. Level of Education is Inversely Proportional to ABCD2 Score in Patients with TIA. *Stroke*, 2015.

249.  Shadi Y, Willey JZ, Andrews H, Boehme A, Quarles L, Marshall RS. **Boden-Albala B.** Cortical Deficits and Prior Stroke Predict Stroke Recurrence in Patients with Mild Deficits. *Stroke*, 2015.

250.  Roberts ET, Quarles L, Torrico V, **Boden-Albala B.** Sleep and Timing of Recurrent Events in a Mild Stroke Population: Results of the SWIFT Study. *Stroke*, 2015.

251.  Ramos, A., Rundek, T., Sacco, R., Elkind, MS., Dong, C., Gardener, H., Wright, CB., **Boden-Albala, B**. Sleep Disturbances are Associated with Cognitive Decline in the Elderly: Results of the Multi-ethnic Northern Manhattan Study (NOMAS). Association of Professional Sleep Societies Meeting, 2015.

252.  Benn E, Quarles L, Sofianou A, Perez V, Nieto V, **Boden-Albala B**. Race-Ethnicity and Stroke Risk: Pilot Findings from the DESERVE Trial. *Stroke*, 2015.

253.  Goldmann E, Roberts ET, Parikh NS, Kuczynski HM, **Boden-Albala B**. Lower Odds of Post-stroke Depression among Hispanics in New York City: Findings from the Stroke Warning Information and Faster Treatment (SWIFT) Study. EPI/Lifestyle, 2015.

254.  Goldmann E, Roberts ET, Torrico V, Parikh NS, **Boden-Albala B**. Prior stroke predicts posttraumatic stress disorder in a multi-ethnic cohort of stroke survivors: preliminary evidence from

07/6/21

the Discharge Educational Strategies for Reduction of Vascular Events (DESERVE) trial. Annual Meeting of the Society for Epidemiologic Research, 2015.

255.  Parikh NS, Carman H, Southwick L, **Boden-Albala B**. Evaluating the Effectiveness of Motivational Interview to Reduce Disparities in Trial Enrollment. APHA, 2015.

256.  Southwick L, Parikh NS, **Boden-Albala B.** Reporting of sex/gender and racial-ethnic information in stroke manuscripts: Implications for public health research. NYU Langone Medical Center First Annual Health Disparities Symposium, 2015.

257.  Southwick L, Parikh NS, **Boden-Albala, B**. Building a web-based toolkit to improve female and racial-ethnic minority clinical trial enrollment rates. New York City Epidemiology (NYCEF) Forum, 2016.

   *Nominated for the NYCEF Poster award.

258.  Rivera J, Southwick L, Parikh N, Haley SJ, **Boden-Albala B**. Clinical Research Coordinators' Barriers and Best Practices to Minority Recruitment in Stroke Clinical Trials. *Stroke*, 2016.

259.  Goldmann E, Nelson, BS, Parikh NS, **Boden-Albala B**. Predictors of Medication Adherence Prior to Hospitalization in a Multi-ethnic Cohort of First Stroke Survivors. *Stroke*, 2016.

260.  Yaghi, S, Herber, C., Boehme, AK, Andrews, A., Willey, JZ, Khan, M, Marshall, RS, Lazar, RM, **Boden-Albala, B.** NIHSS Score Components Predict Infarct Volume in Minor Ischemic Stroke Patients. *Stroke*, 2016.

261.  Goldmann, E, Parikh, NS, **Boden-Albala, B**. Prior Stroke Predicts Posttraumatic Stress Disorder and Depression in a Multi-ethnic Cohort of Stroke Survivors. *Stroke*, 2016.

262.  Goldmann, E, Parikh, NS, Southwick, L. **Boden-Albala, B.** "Race/ethnic Differences in Social Network Characteristics Among Stroke Survivors. *Stroke*, 2016.

263.  Goldmann E, Nelson BS, Parikh NS, **Boden-Albala B**. Predictors of Medication Adherence Prior to Hospitalization in a Multi-ethnic Cohort of Stroke Survivors: Results from the DESERVE Trial. *World Stroke Congress,* 2016.

264.  Fansiwala K, Southwick L, Goldmann E, Carman H, Parikh NS, **Boden-Albala B**. Examining Female and Racial- ethnic Minority Participation in Stroke Clinical Trials Manuscripts. *World Stroke Congress,* 2016.

265.  Goldmann E, Parikh NS, **Boden-Albala B**. Prior Stroke Predicts Posttraumatic Stress Disorder and Depression in a Multi-ethnic Cohort of Stroke Survivors: Evidence from DESERVE Trial. *World Stroke Congress,* 2016.

266.  Goldmann E, Parikh NS, **Boden-Albala B**. Race/ethnic Differences in Social Network Characteristics Among Stroke Survivors. *World Stroke Congress,* 2016.

267.  Goldmann E, Parikh NS, **Boden-Albala B**. Age-related Differences in Antihypertensive Medication Adherence in Hispanics: A Cross-sectional Community Based Survey in New York City, EPI Lifestyle, 2016.

268.  Rivera J, Haley SJ, Southwick L, Parikh NS, **Boden-Albala B.** Clinical Research Coordinators' Barriers and Best Practices to Minority Recruitment in Stroke Clinical Trials. *World Stroke Congress,* 2016.

269.  Southwick L, Parikh NS, **Boden-Albala B**. Web Based Recruitment and Retention Toolkit to Improve the Inclusion of Female and Racial-ethnic Minorities in Neurological Clinical Trials. *World Stroke Congress,* 2016.

270.  Southwick L, Parikh NS, Goldmann E, Ryan N, Scarpetti G, **Boden-Albala B.** Exploring

07/6/21

Challenges to Stroke Treatment in Ghana: A Rapid Needs Assessment. *World Stroke Congress*, 2016.

271.  **Boden-Albala B,** Parikh NS, Southwick L, Goldmann E, Carman H, Appleton N, Birkemeier J. Family/Caregiver Member Opportunity for Intervention. *World Stroke Congress*, 2016.

272.  **Boden-Albala B,** Parikh NS, Southwick L, Goldmann E, Carman H, Appleton N, Birkemeier J. "Family/Caregiver Member Opportunity for Intervention." *World Stroke Congress*, 2016.

273.  **Boden-Albala B,** Dickey C, Kuczynski HC, Bedford J, Guirguis S, Obregon R. Real-time University/Agency Collaboration to Train Public Health Workers in Respose to Emerging Crises. *APHA*, 2016

274.  Fansiwala K, Southwick L, Goldmann, Parikh NS, Madubuonwu J, **Boden-Albala B**. Reporting of Key Demographic Characteristics in Neurological Trials Registered on CLinicalTrials.gov. *Stroke,* 2017.

275.  Goldmann E, **Boden-Albala B**. Longitudinal Course of Depressive Symptoms Following Stroke: Preliminary Results From the Discharge Educational Strategies for Reduction of Vascular Events (DESERVE) Study. *Stroke,* 2017.

276.  **Boden-Albala B**, Goldmann E, Roberts E, Parikh N, Carman Kucinski H, Lord A, Tuhrim S, Boden-Albala B A culturally-tailored, skills-based intervention to reduce vascular risk in a multi-ethnic group of mild/moderate stroke survivors: Results from the DESERVE trial. European Stroke Organizational Conference, 2017.

277.  Goldmann E, **Boden-Albala B**. Depressive Symptom Trajectories Are Associated with Blood Pressure Reduction at One Year Post-Discharge among Stroke Survivors. *Stroke,* 2018.

278.  Braune I, Kudrin B, Wysota C, Humayun A, Goldmann E, Parikh NS, Appleton N, **Boden-Albala B**. Using Qualitative Analysis to Explore the Themes of Follow-Up Calls to Discharged Stroke Patients. *Stroke,* 2018.

279.  Park J, Goldmann E, Parikh NS, Appleton N, **Boden-Albala B**. Factors Associated with Medication Knowledge among Stroke Survivors. *Stroke,* 2018.

280.  Nangle E, Goldmann E, Parikh NS, Appleton N, **Boden-Albala B**. Racial/Ethnic Differences in Sleep Duration and Sleep Disturbances among Stroke Survivors. *Stroke,* 2018.

281.  Kui N, Goldmann E, Parikh NS, Appleton N, **Boden-Albala B**. Risk Perception in a Multi-ethnic Cohort of Stroke Survivors. *Stroke,* 2018.

282.  Khan B., Goldmann E., Parikh NS, Appleton N, **Boden-Albala B**. Previous Stroke/TIA History is Associated with Low Medication Adherence in a Multi-ethnic Cohort of Stroke Survivors. *Stroke,* 2018.

283.  Sun J, Goldmann E, Parikh NS, Appleton N, **Boden-Albala B**. Physical Activity among Stroke Patients in the Discharge Educational Strategies for Reduction of Vascular Events (DESERVE) Study. *Stroke,* 2018.

284.  Roberts E, Goldmann E, **Boden-Albala B**. Social Network Structure and Function is associated with Blood Pressure Reduction in Stroke Survivors. *Stroke,* 2018. (Oral presentation)

285.  Braune I, Kudrin B, Wysota C, Humayun A, Goldmann E, Parikh NS, Appleton N, **Boden-Albala B**. Using Qualitative Analysis to Explore the Themes of Follow-Up Calls to Discharged Stroke Patients. *Stroke,* 2018.

286.  Park J, Goldmann E, Parikh NS, Appleton N, **Boden-Albala B**. Factors Associated with Medication Knowledge among Stroke Survivors. *Stroke,* 2018.

287.  Nangle E, Goldmann E, Parikh NS, Appleton N, **Boden-Albala B**. Racial/Ethnic Differences in

07/6/21

Sleep Duration and Sleep Disturbances among Stroke Survivors. *Stroke*, 2018.

288. Okhawere K, Goldmann E, Appleton N, Parikh NS, **Boden-Albala B**. Factor associated with Poor Reintegration into Normal Living One Year after a stroke: Evidence from DESERVE trial. Presented at the 2018 Annual Meeting of the Society for Epidemiologic Research, Baltimore, MD.

289. Khan B, Park JH, Appleton N, Goldmann E, Parikh NS, **Boden-Albala B**. Stroke Knowledge in a Multi-ethnic Sample of Stroke Survivors in New York City. Presented at the 2018 NYU Langone Neurology Research Symposium.

290. Park JH, Appleton N, Goldmann E, Parikh NS, **Boden-Albala B**. Factors associated with medication knowledge among stroke survivors. Presented at the 2018 NYU Langone Neurology Research Symposium.

291. Kui N, Goldmann E, Parikh NS, Appleton N, **Boden-Albala B**. Risk Perception in a Multi-ethnic Cohort of Stroke Survivors. Presented at the 2018 NYU Langone Neurology Research Symposium.

292. Okhawere K, Goldmann E, Appleton N, Parikh NS, **Boden-Albala B**. "Factor associated with Poor Reintegration into Normal Living One Year after a stroke: Evidence from DESERVE trial. Presented at the 2018 NYU Langone Neurology Research Symposium.

293. Agrawal P, Appleton N, Goldmann E, Parikh NS, **Boden-Albala B**. The association between pre-stroke chronic disease burden and different domains of functioning one year following stroke. Presented at the 2018 NYU Langone Neurology Research Symposium.

294. Appleton N, Saint-Louis N, Haley SJ, Southwick L, Parikh NS, **Boden-Albala B**. Development of a web-based training for clinical research coordinators to reduce disparities in trial enrollment. Oral presentation, APHA Meeting 2018, San Diego, CA.

295. Agrawal P, Appleton N, Goldmann E, Parikh NS, **Boden-Albala B**. The association between pre-stroke chronic disease burden and different domains of functioning one year following stroke. Oral presentation, World Stroke Congress 2018, Montreal, Canada.

296. Appleton N, Birkemeier J, McMurry C, Chunara R, Parikh NS, Goldmann E, **Boden-Albala B**. Feasibility of a social network based vascular risk reduction program for mild stroke survivors. Short communication, World Stroke Congress 2018, Montreal, Canada.

297. Birkemeier J, Ampomah I, Soghoian S, Ojo T, Appleton N, **Boden-Albala, B.** Community leader support for adults with hypertension in Accra Ghana. Oral presentation, World Stroke Congress 2018, Montreal, Canada.

298. Meltzer, G. **Boden-Albala, B**. Noncommunicable Disease Burden and Access to Care Among Asylum Seekers and Irregular Migrants in the European Union: A Scoping Review. Submitted to Consortium of Universities for Global Health, 2019.

299. Birkemeier J, Ampomah I, Soghoian S, Ojo T, Appleton N, **Boden-Albala, B**. Community leaders as social support for adults with hypertension in La Dade Kotopon community of Accra, Ghana Submitted to Consortium of Universities for Global Health, 2019.

300. Ojo T, B. **Boden-**Albala B, J. Birkemeier , N. Appleton , S. Soghoian. Addressing Cardiovascular Diseases via Skills-based Risk Reduction Program in Ghana. Oral presentation Consortium of Universities for Global Health, 2019.

301. Goldmann E, Ahmadi A, Stein L, Mullen MT, Appleton N, Parikh NS, **Boden-Albala B**. Gender and race/ethnic disparities in psychotropic medication prescription at discharge among TIA and mild/moderate stroke patients in the Discharge Educational Strategies for Reduction of Vascular Events (DESERVE) Study. Moderated poster at International Stroke Conference, 2019.

302. Nashta N, Park C, Roberts ET, Goldmann E, Parikh NS, Appleton N, **Boden-Albala B**. Exploring the Relationship between Sleep Duration and Stroke Severity in Mild/moderate Stroke and TIA

07/6/21

patients: Evidence from the Discharge Educational Strategies for Reduction of Vascular Events (DESERVE) Study. International Stroke Conference, 2019.

303.   Jacoby R, Goldmann E, Parikh NS, Roberts ET, Appleton N, **Boden-Albala B**. Health Beliefs and Blood Pressure Reduction in the Discharge Educational Strategies for Reduction of Vascular Events (DESERVE) Study. International Stroke Conference, 2019.

304.   Roberts ET, Goldmann E, Appleton N, **Boden-Albala B**. Seasonal differences in sleep and incident and recurrent strokes: evidence from the Stroke Warning Information and Faster Treatment (SWIFT) Study. International Stroke Conference, 2019.

305.   Schram B, Appleton N, Parikh N, Goldmann E, **Boden-Albala B**. Stroke Knowledge Over Time Among Multi- ethnic Stroke Survivors in New York City. International Stroke Conference, 2019.

306.   Kudrin B, Goldmann E, Roberts E, Parikh NS, Appleton NA, **Boden-Albala B**. Exploring the Role of Cognitive Function in Secondary Stroke Prevention: Data from the Discharge Educational Strategies for Reduction of Vascular Events (DESERVE) Study. Moderated poster at International Stroke Conference, 2019.

307.   Appleton N, Parikh N, Goldmann E, **Boden-Albala B**. FURRThERHealth.com: An Interactive Web Portal to Engage Stroke Survivors and their Social Networks in Vascular Risk Reduction, Submitted to NYU Technology Conference, 2018.

308.   Mayengo M, Birkemeier J, Appleton N, Parikh N.S., **Boden-Albala B**. "Gender Differences in Healthcare Utilization and Health Awareness in a Community Sample in Accra, Ghana." 2019 New York City Epidemiology Forum.

309.   Ojo T, Lester L, Iwelunmor J, Gyamfi J, Obiezu-Umeh C, Onakomaiya D, Aifah A, Nagendra S, Opeyemi J, Oluwasanmi M, Dalton M, Nwaozuru U, Vieira D, **Boden-Albala B**. "Feasibility of Integrated, Multilevel Care for Cardiovascular Disease and HIV in Low and Middle Income Countries: A Scoping Review." 2019 New York City Epidemiology Forum.

310.   Hagen D., Goldmann E., Parikh N.S., Goodman M., **Boden-Albala B**. "Depressive Symptoms and Their Association with Acculturation Among Dominican Americans in New York City." 2019 New York City Epidemiology Forum.

311.   Meltzer G, Roberts E.T., Appleton N, **Boden-Albala B**. "John Henryism, Acculturation, Social Support, and Risk of Hypertension among Hispanics: Findings from the WICER Study." 2019 New York CityEpidemiology Forum.

312.   **Boden-Albala B**., Roberts E.T. "Cognitive decline after a mild or moderate stroke and TIA: evidence from the SWIFT Trial." American Academy of Neurology 71st Annual Meeting. Philadelphia, PA, May2019

313.   Meltzer G, Watkins B, Vieira D, Zelikoff J, **Boden-Albala B** "A Systematic Review of Environmental Health Outcomes in Selected American Indian and Alaska Native Populations" Journal of Racial and Ethnic Health Disparities, January 2020

314.   Stevens E, Shelley D, **Boden-Albala B** "Barriers to Engagement in Implementation Science Research: A National Survey" Translational Behavioral Medicine, January 2020

315.   Venkatesan A, **Boden-Albala B**, Parikh N, Goldmann E, "Exploring the Association Between Physician Trust and Recurrent Stroke and Transient Ischemic Attack (TIA)" Stroke, February 2020

316.   Goldmann E, Jacoby R, Finfer E, Appleton N, Parikh N, Roberts E, **Boden-Albala B** "Positive Health Beliefs and Blood Pressure Reduction in the DESERVE Study" Journal of the American Heart Association, April 2020

317.   Stevens E, Shelley D, **Boden-Albala B**, "Unrecognized Implementation Science Engagement

07/6/21

Among Health Researchers in the USA" Implementation Science Communications, 1, 1-9, April 2020

318.   Chow D, Soun J, Gavis-Bloom J, Weinberg B, Chang P, Mutasa S, Monuki E, Park J, Xie X, Bota D, Wu J, Thompson L, Amin A, Khan S, **Boden-Albala B** "The disproportionate rise in COVID-19 cases among Hispanic/Latinx in disadvantaged communities of Orange County, California: A socioeconomic case-series" medRxiv, May 2020

319.   Chow D, Glabis-Bloom J, Soun J, Weinberg B, Berens-Loveless T, et al..., **Boden-Albala B** "Development and External Validation of a Prognostic Tool for COVID-19 Critical Disease" medRxiv, May 2020

320.   Stevens, E, Shelley, D, **Boden-Albala, B** "Perceptions of barriers and facilitators to engaging in implementation science: a qualitative study" Public Health, July 2020

321.   Washburn K, LeBron A, Reyes A,Drum E, Boden-Albala B.Orange county, CA COVID-19 vaccine equity best practices checklist: A community-centered call to action for equitable vaccination practices. APHA 2021(submitted)

322.   Goodman S, Lakon C, Boden-Albala B, Bruckner T. Evidence of treatment among hepatitis c antibody positive residents of a large southern California county. APHA 2021 (submitted

323.   Souleles D, **Boden-Albala B**, Buch A, Woodward T, Morinaka R, Wu S.  Reducing the spread of sars- cov-2 (COVID 19) among college students by implementing layers of protection and engaging campus partners.  APHA 2021 (Submitted)

324.   **Boden-Albala B**, Drum E, WIngJ ,Ryan N, Chow D.   Metabolic syndrome is associated with severe outcomes among COVID-19 hospitalizations. APHA 2020

325.   Ryan N, Drum E, Stern-Nezer S, **Boden-Albala B**. Implementation of Stroke Prevention Interventions in Low- and Middle-Income Countries: A Scoping Review. ISC 2021

326.   Ryan N, Drum E, Stern-Nezer S, **Boden-Albala B.** Stroke Prevention Interventions in Low- and Middle-Income Countries: A Scoping Review. ISC 2021,

327.   Ryan N, Drum E, Stern-Nezer S, **Boden-Albala B**. Social Network Structure and function are associated with blood pressure reduction in stroke survivors. ISC 2021