EMILY T. KUWAHARA (SBN 252411)
  ekuwahara@crowell.com
URI NIV (SBN 307487)
  univ@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

KRISTIN J. MADIGAN (SBN 233436)
  kmadigan@crowell.com
SUZANNE E. RODE (SBN 253830)
  srode@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

[Additional Counsel Listed on Next Page]

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA and MICHAEL V. DRAKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AARON KHERIATY, M.D., <br><br> Plaintiff, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation, and MICHAEL V. DRAKE, in his official capacity as President of the UNIVERSITY OF CALIFORNIA, <br><br> Defendants. | Case No. 8:21-cv-01367-JVS-KES <br><br> **DECLARATION OF ANNABELLE DE ST. MAURICE, M.D., M.P.H., IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:    September 27, 2021 <br> Time:    1:30 P.M. <br> Place:   Courtroom 10 C <br> Judge:  Hon. James V. Selna |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DE ST. MAURICE, M.D , M.P.H., DECL. ISO DEF.'S
OPP. TO PL.'S MOT. FOR PRELIM. INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
NORMAN J. HAMILL (SBN 154272)
norman.hamill@ucop.edu
KATHARINE ESSICK (SBN 219426)
katharine.essick@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607
Telephone: 510.987.9800
Facsimile: 510.987.9757

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA AND MICHAEL V. DRAKE

I, Annabelle de St. Maurice, M.D., M.P.H., declare as follows:

1.     I provide this declaration in support of Defendants The Regents of the University of California and President Michael V. Drake's ("Defendants") Opposition to Plaintiff's Motion for Preliminary Injunction.  I base this declaration on my expertise as outlined below and facts within my personal knowledge, to which I could and would testify competently if called upon to do so.

2.     I am a fully licensed Pediatrician who is board certified in Pediatrics and Pediatric Infectious Diseases. I completed my residency training in Pediatrics at the University of Pittsburgh Medical Center/Children's Hospital of Pittsburgh and completed a fellowship in Pediatric Infectious Diseases at Vanderbilt University/Monroe Carell Jr. Children's Hospital. During my Pediatric Infectious Diseases fellowship, I also received my Masters in Public Health. Following fellowship, I was selected to be an Epidemic Intelligence Service officer in the Viral Special Pathogens branch within the Division of High Consequence Pathogens at the Centers for Disease Control and Prevention.

3.     Since 2017 I have been an Assistant Professor of Pediatric Infectious Diseases at the University of California Los Angeles (UCLA), David Geffen School of Medicine. In this role I take care of patients with infectious diseases and also serve as the Co-Chief Infection Prevention Officer for UCLA Health. During the COVID-19 pandemic, I have developed evidence-based hospital and campus policies and procedures to prevent transmission of SARS-CoV-2 (the virus that causes COVID-19). In addition to my clinical and administrative responsibilities I am engaged in clinical and public health research focused on reducing the transmission of infectious diseases. I have a strong research interest in vaccines and vaccine safety and have published peer-reviewed papers on the subjects of infection prevention, vaccine efficacy, vaccine safety, and vaccine hesitancy.  A true and correct copy of my curriculum vitae is attached as **Exhibit A**.

4.     I have served in Infection Prevention leadership roles both inside and

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

DE ST. MAURICE, M.D , M.P.H., DECL. ISO DEF.'S
OPP. TO PL.'S MOT. FOR PRELIM. INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

1   outside of UCLA Health during the COVID-19 pandemic. At UCLA I serve on the

2   Infection Control Committee for Ronald Reagan and Santa Monica hospital and

3   chair the Infection Control Committee for the Neuropsychiatric hospital. I have

4   taught courses at the Infection Prevention Leadership Academy at UCLA. I am an

5   active member of the UCLA campus Infection Control Working Group which

6   advises the campus on best practices around COVID-19. I have been an active

7   member of the UC Health Infection Prevention Collaborative which is a multi-

8   disciplinary group comprised of all the UC Health campuses. Our group discusses

9   effective measures for preventing COVID-19 infection at UC facilities, including

10  medical centers and provides guidance to UC leadership on Infection Prevention

11  guidelines for the entire UC system. I have also served as a consultant for

12  community groups on COVID-19 measures, including the Los Angeles Lakers.

13    5. I have reviewed the final UC Policy requiring that members of the UC

14  community must be vaccinated against COVID-19 as a condition of their physical

15  access to campus facilities ("UC Policy"), issued on July 15, 2021, that is the

16  subject of this action.

17    6. I am in full support of the critical value and essential need for the UC

18  Policy and believe that it should apply to individuals who have previously been

19  diagnosed with COVID-19 but are no longer receiving treatment and are no longer

20  infectious.  As an expert in Infection Prevention, I can attest that COVID-19

21  vaccination is the most effective way of assuring a safe campus and workplace for

22  UC's many thousands of workers, students, volunteers, and healthcare

23  professionals.  The COVID-19 vaccines are remarkably safe and effective, and

24  vaccinations, including for those individuals who have been previously diagnosed

25  with COVID-19, improve the health and safety of all members of the community.

26    7. The transmission of SARS-CoV-2 in communities has significantly

27  impacted the U.S. healthcare system.  Future surges of COVID-19 and emerging

28  variants of concern are a threat to the level of care that can be provided at

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

DE ST. MAURICE, M.D., M.P.H., DECL. ISO DEF.'S
OPP. TO PL.'S MOT. FOR PRELIM. INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

healthcare facilities, including UC Health Medical Centers.  The SARS-CoV-2 virus can lead to severe illness including hospitalization and death and can also have long term symptoms on those who recover from acute illness. These symptoms include, but are not limited to, respiratory issues, fatigue, joint and muscle pain, and difficulty with concentration.

8.      In order to protect our healthcare workforce, patients, and community during the COVID-19 pandemic, we have instituted Infection Prevention policies for doctors, staff, and patients aimed at reducing transmission within healthcare facilities. It is crucial that we ensure that all our staff is vaccinated in order to prevent transmission between patients and healthcare workers, allowing us to promote a healthy, stable workforce.  Protecting the health of our workforce and preventing the need for individuals to quarantine due to exposure to SARS-CoV-2 is critical to maintaining appropriate staffing in healthcare facilities and providing a safe work environment and safe patient care.

9.      Vaccination of healthcare workers is also important to protect patients who are especially vulnerable to severe COVID-19 disease, including immunocompromised patients who may not have adequate response to immunizations and children under 12 years of age who are not yet eligible for immunization.  When there are safe, effective vaccines to help prevent the spread of a pandemic disease, physicians have an ethical duty to become immunized.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _2__ day of September 2021 at ___Los Angeles, California.

Annabelle de St. Maurice, M.D., M.P.H.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

DE ST. MAURICE, M.D., M.P.H., DECL. ISO DEF.'S
OPP. TO PL.'S MOT. FOR PRELIM. INJUNCTION;
CASE NO. 8:21-cv-01367-JVS-KES

# EXHIBIT A

**CURRICULUM VITAE**

**Annabelle de St. Maurice, MD, MPH**

## PERSONAL HISTORY

Work address**:**
Work email:
Personal email:
Mobile phone:

## EDUCATION

| | |
|---|---|
| Undergraduate:<br>1999-2003 | Washington University in St. Louis, St. Louis, MO<br>Bachelor of Arts *cum laude*<br>Major: Biology; Minor: French |
| Graduate:<br>2004-2008 | University of Rochester School of Medicine<br>Rochester, NY<br>Doctorate of Medicine |
| Post doctoral:<br>2008-2011 | Children's Hospital of Pittsburgh of the University of Pittsburgh Medical Center<br>Pittsburgh, PA<br>Internship and Residency, Pediatrics |
| 2012-2015 | Vanderbilt University Medical Center/Monroe Carell Jr. Children's Hospital<br>Nashville, TN<br>Clinical Fellow, Pediatric Infectious Diseases |
| 2013-2015 | Vanderbilt University School of Medicine, Nashville, TN<br>Masters of Public Health Program |
| 2015-2017 | Centers for Disease Control and Prevention (CDC), Atlanta, GA<br>Epidemic Intelligence Service Officer |

## LICENSURE

Medical Board of California A149993
Tennessee Board of Medical Examiners MD48680 (Expired)
Pennsylvania State Board of Medicine MD443080 (Expired)

## BOARD CERTIFICATION

American Board of Pediatrics, General Pediatrics 10/10/2011 ABP#1008022
American Board of Pediatrics, Infectious Diseases 11/11/2015 ABP#1008022

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2000-2003 | *Student Life* newspaper reporter and online editor<br>Washington University in St. Louis, St. Louis, MO. |
| 2000-2003 | Research technician<br>Department of Biology, Washington University in St. Louis, St. Louis, MO. |

| | |
|---|---|
| 2003-2004 | Research technician<br>Department of Ecology, Washington University in St. Louis, St. Louis, MO. |
| 2011-2012 | Primary care/ Urgent care physician<br>Children's Community Pediatrics, Pittsburgh, PA. |
| 2014-2015 | After-hours care physician<br>Vanderbilt University Medical Center/Monroe Carell Jr. Children's Hospital, Nashville, TN |
| 2017-present | Assistant Clinical Professor of Pediatric Infectious Diseases<br>Associate Medical Director Antibiotic Stewardship Program<br>Co-Chief Infection Prevention Officer (2019-present)<br>University of California Los Angeles (UCLA) Medical Center |
| 2020-present | Los Angeles Lakers<br>Infectious Disease Consultant<br>Los Angeles, CA |
| 2020-2021 | Resilience Health<br>Advisory Board |
| 2020-present | Entertainment Partners<br>Infectious Disease Consultant<br>Los Angeles, CA |

## PROFESSIONAL ACTIVITIES

### Institutional Service

| | |
|---|---|
| 2008-2011 | Children's Hospital of Pittsburgh Delegate to the American Academy of Pediatrics |
| 2008-2011 | Community Oriented Resident Experience member<br>Children's Hospital of Pittsburgh |
| 2010-2011 | Community Oriented Resident Experience (CORE) leader<br>Children's Hospital of Pittsburgh,<br>Responsibilities included:<br>• Organizing monthly training sessions for CORE residents on public health and advocacy topics<br>• Organizing guest lectures and site visits for training sessions |
| 2013-2015 | Coordinator, Pediatric Infectious Disease Fellows Didactic Series, Vanderbilt University Medical Center |
| 2015 | Deployment to Guinea for Ebola response with CDC Emergency Operations Center<br>• August 22-September 23 2015 |
| 2016 | Deployment to Brazil for Zika Case Control study with CDC Emergency Operations Center<br>• February 20, 2016-March 22, 2016 |

| | |
|---|---|
| 2016 | Deployment to Uganda for Rift Valley Fever outbreak with CDC Emergency Operations Center<br>• April 1, 2016-April 22, 2016 |
| 2017 | Deployment to Wisconsin for Seoul virus investigation with CDC Emergency Operations Center<br>• January 17-January 25, 2017 |
| 2017 | Hubert Global Fellowship Award Review Committee, CDC |
| 2017-present | Ronald Reagan Infection Control Committee member, UCLA Health |
| 2017-present | Resnick Neuropsychiatric Hospital Infection Control Committee chair, UCLA Health |
| 2017-present | Santa Monica Hospital Infection Control Committee member, UCLA Health |
| 2017-2020 | Pharmacy and Therapeutics Committee member, UCLA Health |
| 2017-present | Pediatric Quality Council Committee member, UCLA Health |
| 2017-present | Pediatric Services Committee member, UCLA Health |
| 2018-present | Department of Pediatrics Faculty Practice Group Clinical Operations Committee UCLA Health |
| 2018-present | Pediatric Surgical Performance Improvement and Patient Safety (PIPS) Committee member UCLA Health |
| 2018-present | Pediatric Infectious Diseases Fellowship Clinical Competency Committee UCLA Health |
| 2018-2019 | Medical School Admissions faculty interviewer UCLA Health |
| 2019-present | Medical Director Pediatric Infectious Diseases UCLA Health |
| 2019-present | Ambulatory Advisory Group member, UCLA Health |
| 2020-present | UCLA Campus Future Planning Taskforce-Infection Control Working Group |
| 2020-present | UCLA Campus Research Ramp-up Vaccination Working Group |

**Extramural activities**

| | |
|---|---|
| 2008 | Pediatric AIDS Initiative Clinical Elective<br>Baylor-Botswana Children's Clinical Center of Excellence, Gaborone, Botswana |
| 2014 | Masters of Public Health practicum, Meningitis Surveillance in Resource Limited Settings, Expanded Programme on Immunization, World Health Organization, Geneva, Switzerland |
| 2010-2011 | American Academy of Pediatrics Section on Medical Students, Residents and Fellowship Trainees Assistant District Coordinator, District III |

| | |
|---|---|
| 2011 | Project Medishare volunteer pediatrician<br>Hospital Bernard Mevs, Port au Prince, Haiti |
| 2012-2015 | American Academy of Pediatrics Section on Medical Students, Residents and Fellowship Trainees<br>Committee on Pediatric Subspecialties Liaison<br><ul><li>Worked with other members to address resident concerns about the Pediatric subspecialty match</li></ul> |
| 2013-2015 | American Academy of Pediatrics Section on Infectious Diseases<br>Executive Committee Training Fellow Liaison<br><ul><li>Reviewed AAP policy statements</li><li>Assisted with creation of a *Vaccine Hesitancy Pedialink* educational training module for pediatricians</li><li>Assisted with writing of *Vaccine Hesitancy Clinical Practice Guidelines*</li></ul> |
| 2013-present | *Vaccine* reviewer |
| 2015 | Online course reviewer: Vaccines lecture series<br>Henry Stewart Talks, London, England |
| 2017-present | *Journal of Pediatric Infectious Diseases* cover art editor |
| 2017-present | *Clinical Infectious Diseases* reviewer |
| 2018-present | Pediatric Infectious Disease Society, Training Committee member |
| October 2018 | 2018 IDWeek Session Moderator "Public Health: Epidemiology and Outbreaks" |
| 2019-present | Society for Healthcare Epidemiology, Awards Committee member |
| 2019-present | Public Health Committee member, Infectious Diseases Society of America |
| 2019 | MOCA-Pediatric Infectious Diseases Standard Setting Review Committee, American Board of Pediatrics |
| 2019-present | New England Journal of Medicine Resident 360 Pediatric Infectious Diseases Online Curriculum creator |
| 2020-present | PAC-12 COVID-19 Medical Advisory Group |
| 2020-2020 | Los Angeles Unified School District Testing Advisory Group |
| 2020-present | SeriousFun Network, Infectious Disease Advisor |
| 2021-present | Society for Healthcare Epidemiology, Pediatric Leadership council |

## PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 2008-present | American Academy of Pediatrics, member |
| 2012-2020 | Infectious Diseases Society of America, member |
| 2012-present | Pediatric Infectious Diseases Society, member |

| 2016-present | Society for Healthcare Epidemiology member |
| 2019-present | Society for Pediatric Research, member |

## EDUCATIONAL ACTIVITIES

**Teaching**

| 2003-2004 | Genetics Teaching Assistant.<br>Washington University in St. Louis, St. Louis MO. |
| 2007 | Neurology Elective Teaching Assistant<br>School of Medicine in English, Jagiellonian University Medical College, Krakow, Poland |
| 2008-2011 | Chairman's Rounds Resident Presentations<br>Children's Hospital of Pittsburgh of University of Pittsburgh Medical Center |
| 2017-present | UCLA Health Pediatric Infectious Diseases Weekly Conferences |
| 2017-present | Pediatric Practice Improvement Teaching Lectures<br>Mattel Children's Hospital, UCLA Health |
| 2017-present | Infection Prevention Leadership Academy<br>Ronald Reagan Hospital, UCLA Health |
| 2017-present | Hospital Epidemiology Infectious Disease/ Preventive Medicine Fellow Rotation<br>Mattel Children's Hospital/Ronald Reagan Hospital, UCLA Health |

## HONORS AND AWARDS

| 1999-2003 | Dean's List |
| 1999-2003 | Golden Key International Honors Society |
| 2008 | Gold Humanism in Medicine Society |
| 2008 | Robert Haggerty Award in Pediatrics |
| 2008 | Community Access to Child Health (CATCH) Grant Recipient<br>American Academy of Pediatrics |
| 2013, 2014, 2015 | IDSA ID Week Trainee Travel Grant |
| 2013 | Kathryn M. Edwards Fellow |
| 2013 | *Vaccine* and Edward Jenner Vaccine Society Young Investigator Program |
| 2014 | ICAAC Infectious Disease Fellows Grant |
| 2016 | United States Public Health Service Officer Basic Course Honor Squad |
| 2017 | National Center for Emerging and Zoonotic Infectious Diseases Honor award for Zika Investigation |

2017                     National Center for Emerging and Zoonotic Infectious Diseases Director's award for Seoul Virus Investigation

2020                     100 Trailblazing Women of UCLA Health

2021                     LA Business Journal, Top Doctors

## RESEARCH GRANTS

Pfizer ASPIRE #WI182734
**de St. Maurice (PI)**
$100,000
Invasive Pneumococcal Disease Among Healthy and High Risk Adults in the Post-PCV13 Era
12/2013-12/2014

Vanderbilt Institute for Clinical and Translational Research Voucher #VR8087
**de St. Maurice (PI)**
$1893.72
Association between Enterovirus Infections and Respiratory Disease in Neonates
8/29/2013-12/27/2013

NIH T32 #AI057157
Denison (PI)
Childhood Infections Research Program (ChIRP)
8/2013-6/2015

Pfizer *C. difficile* vaccine Clinical trial #B50191007
**de St. Maurice (PI)**
5/2019-present

UCLA Health Innovation Health Equity Challenge
$50,000
Esther Jun-Ihn (PI)
Improving Access to Pediatric Family-Centered Rounds during COVID-19 & Beyond
2/2021-present

## LECTURES AND PRESENTATIONS

### Teaching lectures

2014                     *Parasites 101*. Resident lecture series, Monroe Carell Jr. Children's Hospital of Vanderbilt, Nashville TN

2014                     *Palivizumab and RSV: The Evidence, Current Policy, and Future Recommendations*. Pediatric Infectious Diseases Journal Club, Vanderbilt University School of Medicine, Nashville, TN

2014                     *2014 Ebola Outbreak Investigation*, Pediatric Infectious Diseases Journal Club, Vanderbilt University School of Medicine, Nashville, TN

2015                     *Influenza: Vaccine and Illness,* Resident lecture series, Monroe Carell Jr. Children's Hospital of Vanderbilt, Nashville TN

Exhibit A, Page 10

2015            *Central Nervous System Infections: Diagnosis, Evaluation, and Management,* Nurse Practitioner teaching series, Vanderbilt University School of Nursing, Nashville, TN

2015            *Viral Hemorrhagic Fevers.* Emergency Response Preparedness Fellows lecture, Centers for Disease Control and Prevention, Atlanta, GA\

2015            *Lassa Fever.* Division of High Consequence Pathogens and Pathology Journal Club, Centers for Disease Control and Prevention, Atlanta, GA

2016            *An Outbreak of Hemorrhagic Fever in Africa.* International Epidemiology Fellows Course. Emory School of Public Health, Atlanta, GA.

2017            *Investigating an Outbreak.* Emory Pediatric Infectious Disease Research Conference. Emory School of Medicine, Atlanta, GA.

2018            *Investigating an Outbreak.* Quality Improvement Lunch and Learn. UCLA, Los Angeles, CA.

2018-19         *Arboviruses.* Pediatric Global Health Elective. UCLA Department of Pediatrics, Division of Hospital Medicine, Los Angeles, CA.

2018            *Respiratory Infections in Pediatrics.* Nursing Continuing Medical Education. Mattel Children's Hospital. Los Angeles, CA.

2018            *Introduction to Antibiotics and Causes of Sepsis in the NICU.* NICU Nursing Sepsis Education. Mattel Children's Hospital. Los Angeles, CA.

2018            *Infections in Bone Marrow Transplant Recipients.* Hematology/Oncology Continuing Education. Mattel Children's Hospital. Los Angeles, CA.

2019            *Investigating a Multi-state Outbreak.* Los Angeles Pediatric Infectious Disease Citywide conference. UCLA, Los Angeles, CA.

2019            *Investigating an Outbreak.* Clinical Microbiology Lab, UCLA.

2019            *Pediatric Osteomyelitis.* Orthopedics Resident Lecture, UCLA Orthopedic Institute, Los Angeles, CA.

2020            *Vaccine Preventable Diseases.* Pediatric Resident Noon Conference, Los Angeles, CA.

**Invited presentations (intramural)**

2008            *Physician as Activist: from Rudolf Virchow to Paul Farmer,* The George Washington Corner Society for the History of Medicine, Rochester, NY

2014            *Regional Differences in Invasive Pneumococcal Disease in TN,* Infectious Diseases Grand Rounds, Vanderbilt University School of Medicine, Nashville, TN

2015            *Regional and Racial Differences in Pediatric Invasive Pneumococcal Disease in TN,* Pediatric Infectious Diseases Research Conference, Vanderbilt University School of Medicine, Nashville, TN

| | |
|---|---|
| 2016 | *I Bless the Rains down in Africa: An Outbreak of Rift Valley Fever in Uganda.* Division of High-Consequence Pathogens and Pathology, Epi-forum. Centers for Disease Control and Prevention, Atlanta, GA |
| 2017 | *Applied Epidemiology and in Local and Global Settings.* UCLA Children's Discovery and Innovation Institute Research Seminar Series. Los Angeles, CA. |
| 2019 | *Antibiotic Stewardship: A Team Approach.* UCLA Mattel Children's Hospital Grand Rounds. Los Angeles, CA. |
| 2020 | *2019 Novel Coronavirus: Just how novel is it?* UCLA Mattel Children's Hospital Grand Rounds. Los Angeles, CA. |
| 2020 | *Vaccines and Vaccine Hesitancy in the Time of COVID-19.* UCLA Mattel Children's Hospital Grand Rounds. Los Angeles, CA. |
| 2020 | *Voting Rights During a Public Health Crisis*: panelist UCLA Voting Rights Project: 21st Century Voting Rights Act Conference Los Angeles, CA. |
| 2021 | *The COVID-19 Curveball: The Impact of COVID-19 on Sports.* UCLA Sports Medicine Noon Conference. Los Angeles, CA. |

**Invited presentations and panels (extramural)**

| | |
|---|---|
| 2015 | *Gender Differences in Invasive Pneumococcal Disease.* Infectious Disease Society of America: ID Week 2015 San Diego. |
| 2017 | *Investigating an Outbreak.* Emory Pediatric Infectious Disease Research Conference. Emory School of Medicine, Atlanta, GA |
| 2018 | *Infection Prevention and Outbreak Control Practices in the US.* 8th National Course of the Latest Progress in Diagnosis and Treatment of Infectious Diseases. Beijing Children's Hospital, Beijing, China. |
| 2018 | *Invasive Pneumococcal Disease in the US.* Pneumococcal Surveillance Research Group. Beijing Children's Hospital, Beijing, China. |
| 2019 | *Potential Increase in Hantavirus Pulmonary Syndrome in American Indian Populations in the Face of Climate Change.* American Thoracic Society Conference, Dallas, Texas. |
| 2020 | *Novel Coronavirus Update.* Los Angeles Pediatric Infectious Disease Citywide conference. UCLA, Los Angeles, CA. |
| 2020 | PIDS Panel Discussion: Return to Schools |
| 2020 | PIDS/IDSA Division Chiefs Roundtable Discussion: Return to Schools |
| 2020 | California Medical Association Virtual Grand Rounds: COVID-19 in Children |
| 2021 | *The COVID-19 Curveball: The Impact of COVID-19 on Sports.* University of Rochester School of Medicine Orthopedic Grand Rounds Rochester, NY. |

2021     PAC-12 Student Athlete Health Conference
       *COVID-19: Current Updates and Outlooks* Panel.


**RESEARCH PAPERS**

RESEARCH PAPERS (PEER REVIEWED)

 A. RESEARCH PAPERS-PEER REVIEWED

1. Allan B, Langerhans B, Ryberg W, Landesman W, Griffin N, Katz R, Oberle B, Schutztenhofer M, Smyth K, **de St. Maurice A**, Clark L, Crooks K, Hernandez D, McLean R, Ostfeld R, Chase J.  Ecological correlates of risk and incidence of West Nile Virus in the United States. Oecologia 2009; 158:699- 708.

2. Cohn SE, Jiang H, McCutchan JA, Koletar SL, Murphy RL, Robertson KR, **de St. Maurice AM,** Currier JS, Williams P. Association of Ongoing Drug and Alcohol Use with Non-Adherence to Anti-Retroviral Therapy and Higher Risk of AIDS and Death: Results from ACTG 362. AIDS Care 2011; 23: 775-785.

3. **de St. Maurice A.** Schmitz J, Szlan S, Abrama T, Halasa N. Case Series of Pneumococcal Meningitis in the Post 13-valent Pneumococcal Conjugate Vaccine Era. J Immunol Infect Dis 2014; 1:102.

4. **de St. Maurice A.** Frangoul H, Coogan A, Williams JV. Prolonged Fever and Splenic Lesions Caused by *Malassezia restricta* in an Immunocompromised Patient. Pediatric Transplantation 2014; 18:E283-6.

5. **de St. Maurice A,** Grijalva CG. Fonnesbeck C. Schaffner W. Halasa N. Racial and Regional Differences in Rates of Invasive Pneumococcal Disease. Pediatrics 2015; 136:e1186-94.

6. Renno M, **de St. Maurice A**, Kennedy C, Mink R. The Pediatric Subspecialty Match: Past, Present and Future. Journal of Pediatrics 2015; 173:4-5.

7. **de St. Maurice A**, Bridges B, Rycus, P, Fonnesbeck C, Fleming G, Halasa N. Global Trends in ECMO Use and Survival of Patients with Influenza Associated Illness. Pediatric Critical Care Medicine 2016; 17:976-83.

8. Adams, DA, Thomas KR, Jajosky RA, Foster L, Sharp P, Onweh DH, Shley AW, Anderson WJ; **Nationally Notifiable Infectious Conditions Group**. Summary of Notifiable Infectious Diseases and Conditions – United States, 2014. MMWR Morb Mortal Wkly Rep 2016; 14;63(54):1-152.

9. **de St. Maurice A,** Schaffner W, Griffin M, Halasa N, Grijalva CG. Persistent gender disparities in invasive pneumococcal diseases in the conjugate vaccine era. Journal of Infectious Diseases 2016; 214: 792-7.

10. **de St. Maurice A,**  Nyakarahuka L, Purpura L, Ervin E, Tumusiime A, Balinandi S, Kayondo J, Mulei S, Namutebi AM, Tusiime P, Wiersma S, Nichol S, Rollin P, Klena J, Knust B, Shoemaker T. Rift Valley Fever Response- Kabale District, Uganda, March 2016. Morbidity and Mortality Weekly Report 2016; 65: 1200-1201.

11. **de St. Maurice A,** Ervin E, Schumacher M, Yaglom H, VinHatton E, Melman S, Komatsu K, House J, Peterson D, Buttke D, Ryan A, Yazzie D, Manning C, Ettestad P, Rollin P, Knust B. Exposure Characteristics of Hantavirus Pulmonary Syndrome Patients, United States, 1993-2015. Emerging Infectious Diseases 2017; 23: 733-739.

12. Fill MM, Mullins H, May A, Henderson H, Brown S, Chiang C, Patel N, Klena J, **de St. Maurice A**, Knust B, Nichol S, Dunn J, Schaffner W, Jones T. Multiple cases of Seoul virus infection in a household with infected pet rats — Tennessee, December 2016–April 2017. Morb Mortal Wkly Rep 2017;66:1081–1082.

13. Kerins JL, Koske SE, Kazmierczak J, Austin, C, Gowdy K, Dibernado A, **Seoul Virus Working Group;** Candian Seoul Virus Investigation Group (Federal); Canadian Seoul Virus Investigation Group (Provincial). Outbreak of Seoul Virus Among Rats and Rat Owners—United States and Canada, 2017. Morb Mortal Wkly Rep 2018; 67: 131-134.

14. **de St. Maurice A,** Nyakarahuka L, Purpura L, Ervin E, Tumusiime A, Balinandi S, Kyondo J, Mulei S, Tusiime, Wiersma S, Rollin P, Knust B, Shoemaker S. Rift Valley Fever Knowledge, Attitudes, and Practice in Kabale District, Uganda. PLOS NTD 2018; 12.

15. **de St. Maurice A,** Harmon J, Nyakarahuka L, Balinandi S, Tumusiime A, Kyondo J, Mulei S, Namutebi A, Knust B, Shoemaker T, Nichol S, McElroy A, Spiropoulou C. Rift Valley Fever viral load correlates with the human inflammatory response and coagulation pathway abnormalities in humans with hemorrhagic manifestations. PLOS NTD 2018*; 12.*

16. Nyakarahuka L**, de St. Maurice A,** Purpura L, Ervin E, Balinandi S, Tumuusiime A, Kyondo J, Mulei S, Tusiime P, Klena J, Nichol ST, Brown S, Rollin P, Knust B, Shoemaker S. Prevalence and risk factors of Rift Valley fever in humans and animals from Kabale district in Southwestern Uganda 2016. PLOS NTD 2018; 12.

17. Krow-lucal E, de Andrade M, Cananea J, Moore C, Leite P, Biggerstaff B, Cabral C, Itoh M, Percio J, Wada M, Powers A, Barbosa R, Abath R, Staples JE, Coelho G, **Paraiba Microcephaly Work Group.** Association and birth prevalence of microcephaly attributable to Zika virus infection among infants in Paraiba, Brazil, in 2015-16: a case-control study. The Lancet Child and Adolescent Health 2018; 2: 205-212.

18. **de St. Maurice A**, Ervin E, Orone R, Choi M, Dokubo EK, Rollin PE, Nichol ST, Williams D, Brown J, Sacra R, Fankhauser J, Knust B. Care of Ebola Survivors and Factors associated with Clinical Sequelae – Monrovia, Liberia. Open Forum Infectious Diseases 2018; 21: doi: 10.1093/ofid/ofy239.

19. Langston S, Pithia N, Shin Sim M, Garg M, **de St. Maurice A**, Chu A. Lack of Utility of Tracheal Aspirates in the Management of Suspected Neonatal Pneumonia in Intubated Neonates. Infection Control and Hospital Epidemiology; 2020: 660-665. (*Trainee mentored by Dr. de St. Maurice)*

20. Banerjee R, Komarow L, Virk A, Rajapakse N, Schuetz A, Dylla B, Early M, Lok J, Kohner S, Ihde S, Cole N, Hines L, Read K, Garner O, Chandrasekaran S, **de St. Maurice A,** Kanatani M, Curello J, Arias R, Swearingen W, Doernberg SB, Patel R. Randomized Clinical Trial Evaluating Clinical Impact of RAPid Identification and Antimicrobial Susceptibility Testing for Gram-Negative Bacteremia (RAPIDS-GN). Clinical Infectious Diseases 2020*;* online ahead of print.

21. Knust B, Brown S, **de St. Maurice A,** Patel K, Ervin E, Graziano J, Whitmer S, Koske S, Morales Betoulle M, Austin C, Cannon D, Kerins J, Holzbauer S, Gibbons-Burgener S, Colton L, Dunn J, Zufan S, Choi MJ, Davis W, Chiang CF, Manning C, Roesch L, Shoemaker T, Purpura L, McQuiston J, Peterson D, Radcliffe R, Christel E, Scheftel J, Kazmierczak J, Klena J, Nichol S, Rollin PE on behalf of the Multistate Seoul Virus Outbreak Investigation Team. Seoul virus infection and spread in U.S. home-based ratteries—rat and human testing results from a multistate outbreak investigation. Journal of Infectious Diseases 2020; 222(8):1311-1319.

22. Singer J, Cheng EM, Murad D, **de St. Maurice A**, Hines OJ, Uslan DZ, Garner O, Pregler J, Bukata SV, Pfeffer MA, Cherry RA. Low Prevalence (0.13%) of COVID-19 Infection in Asymptomatic Pre-operative/Pre-procedure Patients at a Large Academic Medical Center Informs Approaches to Perioperative Care. Surgery 2020; online ahead of print.

23. Atherstone C, Peterson ML, Malone M, Honein MA, MacNeil A, O'Neal C, Paul S, Harmon KG, Goerl K, Wolfe CR, Casani J, Barrios LC, **COVID-19 Collegiate Athlete Testing Group**. Time from Start of Quarantine to SARS-CoV-2 Positive Test Among Quarantined College and University Athletes-17 States, June-October 2020. MMWR Morbidity Mortality Weekly Report 2021; 70(1):7-11.

24. Zunner-Keating B, De Jesus Alberto P, Sweeney S, **de St. Maurice A,** Eggins E, Walton SC, Lingard M, Kao Y, Uslan D. Rapid Implementation of Ultraviolet Germicidal Irradiation and Reuse Processes for N95 Respirators at a Health System During the COVID-19 Pandemic. Infection Control and Hospital Epidemiology 2020; 16:1-3.

25. Yang S, Stanzione N, Uslan D, Garner O, **de St. Maurice A.** Clinical and Epidemiological Evaluation of Inconclusive COVID-19 PCR Results Using A Quantitative Algorithm. American Journal of Clinical Pathology 2021; 155(3):376-380.

26. Oland G, Garner O, **de St. Maurice A.** Prospective Clinical Validation of 3D Printed Nasopharyngeal Swabs for Diagnosis of COVID-19. Diagnostic Microbiology and Infectious Diseases 2021; 99(3):115257. *(Trainee supervised by Dr. de St. Maurice).*

27. Hilt E, Fitzwater S, **de St Maurice A,** Ward K, Chandrasekaran S, Garner O, Yang S. arbapenem Resistant *Aeromonas hydrophila* Carrying blacphA7 Isolated from Two Solid Organ Transplant Patients. Frontiers Cellular and Infection Clinical Microbiology 2020;10:563482.

28. Shahbaz S, **de St. Maurice A,** Myung-Shin S, Rubin Z, Garg M. Effect of Contact Precautions on *Staphylococcus aureus* and Clinical Outcomes of Colonized Patients in the Neonatal Intensive Care Unit. Pediatric Infectious Disease Journal 2020; 39(11):1045-1049. *(Trainee mentored by Dr. de St. Maurice)*

29. Douglass KM, Strobel KM, Richley M, Mok T, **de St. Maurice A,** Fajardo V, Young AT, Rao R, Lee L, Benharash P, Chu A, Afshar Y. Maternal-Neonatal Dyad Outcomes of Maternal COVID-19 Requiring Extracorporeal Membrane Support: A Case Series. American Journal of Perinatology 2021; 38(1):82-87.

30. Price T, Mirasol R, Ward KW, Dayo AJ, Hiltt EE, Chandrasekaran S, Garner OB, **de St. Maurice A**, Yang S. Genomic Characterizations of Clade III Lineage of *Candida auris*, California, USA. Emerging Infectious Diseases 2021 May. https://doi.org/10.3201/eid2704.20436.

B.  RESEARCH PAPERS- PEER REVEIWED (IN PRESS)

1.  Harmon K, **de St. Maurice A,** Brady A, Swaminatham S, Aukerman D, Rueda M, Terrell K, Cohen R, Gamradt S, Henry S, Huston L, McAllister D, McCarty K, Pass A, Paul S, Petron D, Kliethermes S. Surveillance Testing for SARS-CoV-2 Infection in an Asymptomatic Athlete Population; The Experience of 123,362 Tests and 23,463 Paired RT-PCR/Antigen Samples. BMJ Open Sport and Exercise Medicine. *In press.*

C.  RESEARCH PAPERS-PEER REVIEWED (SUBMITTED)

1.  Soni P, Yeganeh N, **de St. Maurice A.** A Tale of Two Pathogens: *Staphylococcus aureus* and *Coxiella Burnetti*.

2.  Hilt E, Bisht A, Price T, Hallmark A, Bowland B, MIirasol R, Uslan D, **de St. Maurice A**, Yang S, Garner O. Validation and Implementation of a Clinical PCR Test for Candida auris Surveillance in a Hospital Setting.

3.  Xu K, Finn L, Geist RL, Prestel C, Moulton-Meissner H, Kim M, Stacey B, McAllister GA, Gable P, Kamali T, **de St. Maurice A**, Yang S, Perkins KM, Crist MB. Mycobacterium chimaera infections among cardiothoracic surgery patients associated with heater-cooler devices – Kansas and California, 2019.

4.  Winnett A, Srinivasan V, Davis M, Vijayan T, Uslan D, Garner O, **de St. Maurice A.** The Path of More Resistance: A Comparison of NHSN and CLSI Criteria in Develop Institutional Antibiograms.

5. Harmon K, **de St. Maurice A**, Brady A, Swaminathan S, Aukerman D, Rueda M, Terrell K, Cohen R, Gamradt S, Henry S, Huston L, McAllister D, McCarty K, Pass A, Paul S, Petron D, Kliethermes S. Surveillance Testing for SARS-COV-2 Infection in an Asymptomatic Athlete Population; the Experience of 123,362 Tests and 23,463 Paired RT-PCR/Antigen Samples.

RESEARCH PAPERS (NON-PEER REVIEWED)

1. RESEARCH PAPERS-NON PEER REVIEWED

    1. Voting and Infection Prevention of COVID-19. De Witt A, **de St. Maurice A**, Rios M. http://lppi.sites.luskin.ucla.edu/research/ucla-voting-rights-project-voting-and-infection-prevention-of-covid-19/

2. RESEARCH PAPERS-NON-PEER REVIEWED (IN PRESS)

    1. None

3. RESEARCH PAPERS-NON-PEER REVIEWED (SUBMITTED)

    1. None

## CHAPTERS

1. None

CHAPTERS (IN PRESS)

1. None

## LETTERS TO THE EDITOR

1. **de St. Maurice A,** Willis Z, Ross S. Antibiotic Stewardship and the Diagnosis of UTI in Children with Neurogenic Bladders. Pediatrics 2018; 142: pii: e20181481A

## REVIEWS

1. Carroll J, Willis Z, **de St. Maurice A,** Kohanim S. Human papilloma virus vaccination and incidence of ocular surface squamous neoplasia. International Ophthalmology Clinics 2017; 57: 57-74.

2. **de St. Maurice A**, Halasa N. Immunization and treatment updates: 2016-2017 influenza season. Pediatric Transplantation 2017; 21. Epub.

3. **de St. Maurice A**, Halasa N. Preparing for the 2018-2019 Influenza Season. Pediatric Transplantation 2018; 22. Epub.

4. Dulek D, **de St. Maurice A,** Halasa N. Vaccines in Pediatric Transplant Recipients–Past, Present, and Future. Pediatric Transplantation 2018; 22. Epub.

5. Willis Z, **de St. Maurice A**. Strategies to improve antibiotic use in the neonatal ICU. Current Opinions in Pediatrics 2019; 37:127-134.

6. **de St. Maurice A,** Halasa N. 2019-2020 Influenza Update. Pediatric Transplantation 2020*;* (1):e13645.

7. Chu A, **de St. Maurice A**, Sim MS, Kallapur SG. Neonatal Mycoplasma and Ureaplasma Infections. Pediatric Annals 2020; 49: e305-312.

8. **de St. Maurice A**, Rubin Z. Chapter 8. Endoscopy in the Era of Antibiotic Resistant Bacteria. GI Endoscopy Clinics of North America 2020; 30: 735-743.

9. Altendahl M, Afshar Y, **de St. Maurice A**, Fajardo V, Chu A. Perinatal Maternal-Fetal/Neonatal Transmission of COVID-19: A Guide to Safe Maternal and Neonatal Care in the Era of COVID-19 and Physical Distancing. NeoReviews 2020;21(12):e783-e794.

10. Wu S, Huang G, **de St. Maurice A,** Lehman D, Graber C, Goetz M, Haake D. What's in a Name? The Impact of Rapid Species Identification on Management of Bloodstream Infections. Mayo Clinic Proceedings 2020; 95(11):2509-2524.

11. **de St. Maurice A**, Ervin E, Chu A. Ebola, Dengue, Chikungunya, and Zika Infections in Neonates and Infants. Clin. Perinatology 2021; 48(2):311-329.

12. **de St. Maurice A,** Martin-Blais R, Halasa N. Preparing for the 2020-2021 influenza season. Pediatric Transplantation 2021; online ahead of print.

13. Willis Z, **de St. Maurice A**. A Piece of the Puzzle: The Role of Molecular Testing in Antimicrobial Stewardship. Journal of the Pediatric Infectious Diseases Society, 2021;, piab037, https://doi.org/10.1093/jpids/piab037.

## EDITORIALS

1. **de St. Maurice A,** Edwards KM. Post-licensure monitoring to evaluate vaccine safety. The Journal of Pediatrics 2015; 166:513-5.

2. **de St. Maurice A,** Edwards KM. Vaccine Hesitancy in Children—A Call for Action. Children 2016; 3:2.

3. **de St. Maurice A,** Halasa N. Ensuring Adequate Immunizations among Pediatric Liver Transplant Recipients: A Team Approach. Pediatric Transplantation 2016; 20: 1018-1019.

4. **de St. Maurice A,** Edwards K, Hackell J. Addressing Vaccine Hesitancy in Clinical Practice. Pediatric Annals 2018; 47: e366-370.

5. Grijalva, CG, **de St. Maurice A.** Timing is Everything: Pneumococcal Immunization in Inflammatory Bowel Disease. Clinical Infectious Diseases 2020: 70: 605-607.

6. Howard, L. **de St. Maurice A.** Unraveling the Impact of Pneumococcal Conjugate Vaccines on Bacterial Conjunctivitis in Children. Clinical Infectious Diseases. Online ahead of print.

7. **de St. Maurice,** Edwards KE. Rethinking Flu Vaccine Messaging. Pediatrics 2020; 146: epub.

8. Bartlett AH, Ravin KA, Rubin LG, McGrath C, **de St. Maurice A,** Linam WM, Logan LK, Muller M, Caughell C, Ramirez-Avila L; SHEA Pediatric Leadership Council. SHEA Pediatric Leadership Council Commentary: Inpatient Visitor Considerations for Pediatric Patients during the COVID-19 Pandemic.

9. Schuster JE, **de St. Maurice**. COVID-19 in Children-Not Just Little Adults. JAMA Network. Open 1;4(6):e2111441.

10. Srinivasan V, Gohil S, Abeles S, Yokoe D, Cohen S, Ramirez-Avila L, Prabaker K, **de St. Maurice A.** Finding a Needle in a Haystack: The Hidden Costs of Asymptomatic Testing in a Low Incidence Setting. Infection Control and Hospital Epidemiology. *In press.*

## PAPERS IN PREPARATION (RESEARCH COMPLETED)

1. **de St. Maurice A,** Ng, G, Ayasomayajula C, Wozniak L. Hepatitis A and B Immunity in Pediatric Liver Transplant Recipients.

## ABSTRACTS:

1. **de St. Maurice A,** Khuri-Bulos N, Fouri S, Shehabi A, Wang Li, Williams J, Halasa, N.  Adenovirus Illness in Hospitalized Children in Amman, Jordan. Infectious Diseases Society of America Week October 2013, San Francisco, California.

2. **de St. Maurice A,** Bridges B, Fonnesbeck C, Rycus P, Fleming G, Halasa N. Extracorporeal Membrane Oxygenation Use for Influenza Associated Illness. Poster session presented at: Pediatric Academic Societies and Asian Society for Pediatric Research Meeting; May 3 2014, Vancouver, CN.

3. **de St. Maurice A,** Fonnesbeck C, Schaffner W, Grijalva C, Halasa N. Invasive Pneumococcal Disease (IPD) in Tennessee (TN): Regional Trends in Antibiotic Susceptibility Pre and Post PCV13. Interscience Conference on Antimicrobial Agents and Chemotherapy. September 6-9, 2014 Washington D.C.

4. **de St. Maurice A,** Fonnesbeck C, Schaffner W, Halasa N, Grijalva C, Regional Differences in Adult Invasive Pneumococcal Disease (IPD) in Tennessee (TN). Infectious Diseases Society of America Week. October 2014, Philadelphia, PA.

5. **de St. Maurice A,** Fonnesbeck C, Schaffner W,  Halasa N, Grijalva C. Regional Differences in Pediatric Invasive Pneumococcal Disease (IPD) in Tennessee (TN). Infectious Diseases Society of America Week. October 2014, Philadelphia, PA.

6. **de St. Maurice A,** Fonnesbeck C, Schaffner W, Grijalva C, Halasa N. Racial Differences in Pediatric Invasive Pneumococcal Disease (IPD) in Tennessee (TN). Pediatric Infectious Diseases Society meeting. February 2015, Memphis, TN.

7. Halasa N, Payne D, **de St. Maurice A**, Parashar U, Woron A, McHenry R, Chappell J, Hall AJ, Dunn JR. The Changing Landscape of Pediatric Viral Enteropathogens in the Post-Rotavirus Vaccine Era. Pediatric Academic Societies and Asian Society for Pediatric Research Meeting: April 25, 2015 Vancouver, Canada.

8. Clark D, Kaufman L, Denby K, **de St. Maurice A**, Pletzer S, Fill M, Halasa N. Racial Disparities with IVIG Response and Cardiac Involvement in Kawasaki Disease. Infectious Disease Society of America: ID Week 2015 San Diego. October 8, 2015.

9. **de St. Maurice A,** Orone R, Fankhauser J, Brown J, Williams D, Dokubo K, Rollin P, Choi M, Knust B. Care of Ebola Survivors at a Clinic in Monrovia, Liberia. American Society for Tropical Medicine and Hygiene: ASTMH Conference 2016: Atlanta, GA, November 14, 2016.

10. **de St. Maurice A,** Grijalva C, Schaffner W, Halasa N. Racial Differences in Invasive Pneumococcal Disease in Young Children. International Symposium on Pneumococci and Pneumococcal Diseases. Melbourne Australia, April 15-19, 2018.

11. **de St. Maurice A,** Halasa N, Schaffner W, Grijalva C. Gender Differences in Invasive Pneumococcal Disease. International Symposium on Pneumococci and Pneumococcal Diseases. Melbourne Australia, April 15-19, 2018.

12. Martin E, Bryant B, Curello J, Pham C, **de St. Maurice A**, Kanatani M, Uslan D. Use of Electronic Health Record Algorithms to Enhance Antimicrobial Stewardship Interventions. Society for Healthcare Epidemiology of America. Portland, Oregon, April 18-20, 2018.

13. Shahbaz S, **de St Maurice A**, Garg M, Myung S, Rubin Z. Effect of contact precautions on Staphylococcus aureus in the Neonatal Intensive Care Unit. Poster session presented at: 94[h] Perinatal and Developmental Medicine Symposium: Perinatal Infection and Immunology; 2019 June 4-7; Snowmass, CO. (*Trainee mentored by Dr. de St. Maurice).*

14. **de St. Maurice A,** Martinez S, Sweeney S, Genta E, Walton SC, Rubin Z, Uslan D. Implementation of an Electronic Travel History and Screening in an Urban Medical Center. IDWeek 2019.

15. Banerjee R, Komarow L, Virk A, Rajapakse N, Schuetz A, Dylla B, Early M, Lok J, Kohner S, Ihde S, Cole N, Hines L, Read K, Garner O, Chandrasekaran S, **de St. Maurice A,** Kanatani M, Curello J, Arias R, Swearingen W, Doernberg SB, Patel R. Randomized Clinical Trial Evaluating Clinical

Impact of RAPid Identification and Antimicrobial Susceptibility Testing for Gram-Negative Bacteremia (RAPIDS-GN). IDWeek 2019.

16. Siddiqui H, Kulkarni D, **de St. Maurice A.** Epidemiological Analysis of Continuous Vancomycin Infusion in Hospitalized Children.UCLA Fellows work in progress noon lecture, oral presentation, Pediatric Academic Society, Baltimore, MD, 2019. (*Trainee mentored by Dr. de St. Maurice).*

17. Siddiqui H, Kulkarni D, **de St. Maurice A.** Retrospective Analysis of Continuous Vancomycin Infusion in Hospitalized Children, Pediatric Hospital Medicine Conference, oral presentation, Seattle, WA, 2019. (*Trainee mentored by Dr. de St. Maurice).*

18. Langston S, Pithia N, Shin Sim M, Garg M, **de St. Maurice A**, Chu A. Lack of Utility of Tracheal Aspirates in the Management of Suspected Neonatal Pneumonia in Intubated Neonates. Western Regional Medical Conference, Carmel, CA, 2020. (*Trainee mentored by Dr. de St. Maurice).*

19. Hardin K, Garner O, **de St. Maurice A.** Value of Methicillin Resistant *Staphylococcus aureus* Nasal Screening in Prediction of MRSA Invasive Disease in the Pediatric. SHEA Decennial Conference, 2020. (*Trainee mentored by Dr. de St. Maurice).*

20. **de St. Maurice A,** Hallmark A, Uslan D, Walton S, Yang S, Garner O. Implementation of Hospital-based *Candida auris* Surveillance Screening Among at Risk Patients. SHEA Decennial Conference, 2020.