1  EMILY T. KUWAHARA (SBN 252411)
   ekuwahara@crowell.com
2  URI NIV (SBN 307487)
   univ@crowell.com
3  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
4  Los Angeles, CA 90071
   Telephone: 213.622.4750
5  Facsimile: 213.622.2690

6  KRISTIN J. MADIGAN (SBN 233436)
   kmadigan@crowell.com
7  SUZANNE E. RODE (SBN 253830)
   srode@crowell.com
8  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
9  San Francisco, CA 94111
   Telephone: 415.986.2800
10 Facsimile: 415.986.2827

11 [Additional Counsel Listed on Next Page]

12 Attorneys for Defendants
   THE REGENTS OF THE UNIVERSITY OF
13 CALIFORNIA and MICHAEL V. DRAKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| AARON KHERIATY, M.D., | Case No. 8:21-cv-01367-JVS-KES |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DOCUMENT NO. 21, DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation, and MICHAEL V. DRAKE, in his official capacity as President of the UNIVERSITY OF CALIFORNIA, | Date: September 27, 2021<br>Time: 1:30 p.m.<br>Place: Courtroom 10 C<br>Judge: Hon. James V. Selna |
| Defendants. | |

| | |
|---|---|
| 1 | CHARLES F. ROBINSON (SBN 113197) |
| | charles.robinson@ucop.edu |
| 2 | NORMAN J. HAMILL (SBN 154272) |
| | norman.hamill@ucop.edu |
| 3 | KATHARINE ESSICK (SBN 219426) |
| | katharine.essick@ucop.edu |
| 4 | UNIVERSITY OF CALIFORNIA |
| | Office of General Counsel |
| 5 | 1111 Franklin Street, 8th Floor |
| | Oakland, CA  94607 |
| 6 | Telephone: 510.987.9800 |
| | Facsimile: 510.987.9757 |
| 7 | |
| | Attorneys for Defendants |
| 8 | THE REGENTS OF THE UNIVERSITY OF |
| | CALIFORNIA AND MICHAEL V. DRAKE |

**TO ALL PARTIES, CLERKS, AND THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Defendants, The Regents of the University of California ("The Regents") and President Michael V. Drake ("President Drake") (collectively, "Defendants"), hereby withdraw Docket No. 21, Defendants' Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction ("Memorandum"), filed on September 3, 2021. The Memorandum was erroneously filed only on behalf of The Regents, instead of both The Regents and President Drake. On September 3, 2021, Defendants filed a corrected Memorandum, Docket No. 22, on behalf of both The Regents and President Drake.

DATED:  September 9, 2021          CROWELL & MORING LLP


By:  */s/ Emily T. Kuwahara*
    Emily T. Kuwahara
    Kristin J. Madigan
    Suzanne E. Rode
    Uri Niv
    Attorneys for Defendants
    THE REGENTS OF THE UNIVERSITY
    OF CALIFORNIA and MICHAEL V.
    DRAKE