1  EMILY T. KUWAHARA (SBN 252411)
      ekuwahara@crowell.com
2  URI NIV (SBN 307487)
      univ@crowell.com
3  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
4  Los Angeles, CA  90071
   Telephone: 213.622.4750
5  Facsimile: 213.622.2690

6  KRISTIN J. MADIGAN (SBN 233436)
      kmadigan@crowell.com
7  SUZANNE E. RODE (SBN 253830)
      srode@crowell.com
8  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
9  San Francisco, CA  94111
   Telephone: 415.986.2800
10 Facsimile: 415.986.2827

11 [Additional Counsel Listed on Next Page]

12 Attorneys for Defendants
   THE REGENTS OF THE UNIVERSITY OF
13 CALIFORNIA and MICHAEL V. DRAKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AARON KHERIATY, M.D., | Case No. 8:21-cv-01367-JVS-KES |
| Plaintiff, | **DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation, and MICHAEL V. DRAKE, in his official capacity as President of the UNIVERSITY OF CALIFORNIA, | Date:   October 18, 2021<br>Time:   1:30 p.m.<br>Place:  Courtroom 10C<br>Judge:  Hon. James V. Selna |
| Defendants. | |

1  CHARLES F. ROBINSON (SBN 113197)
   Charles.Robinson@ucop.edu
2  NORMAN J. HAMILL (SBN 154272)
   Norman.Hamill@ucop.edu
3  KATHARINE ESSICK (SBN 219426)
   Katharine.Essick@ucop.edu
4  UNIVERSITY OF CALIFORNIA
   Office of General Counsel
5  1111 Franklin Street, 8th Floor
   Oakland, CA  94607
6  Telephone: 510.987.9800
   Facsimile: 510.987.9757
7
   Attorneys for Defendants
8  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA AND MICHAEL V. DRAKE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEFENDANT THE REGENTS' NOTICE OF MOTION
AND MOTION TO DISMISS PLAINTIFF'S
COMPLAINT; CASE NO. 8:21-CV-01367-JVS-KES

Defendant The Regents of the University of California ("The Regents") hereby moves for an order dismissing Plaintiff's complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). Defendant makes this motion based on the attached memorandum of points and authorities and any further evidence or argument that will be presented at the hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on September 7, 2021.

DATED: September 14, 2021     CROWELL & MORING LLP

By: */s/ Emily T. Kuwahara*
Emily T. Kuwahara
Kristin J. Madigan
Suzanne E. Rode
Uri Niv
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and MICHAEL V. DRAKE