# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aaron Kheriaty,<br><br>PLAINTIFF(S)<br>v.<br>The Regents of the University of California, et al,<br><br>DEFENDANT(S). | CASE NUMBER<br>SA CV 21-01367-JVS-KES<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| September 27, 2021 | 36 | Stipulation to Dismiss Defendant |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by  October 4, 2021 .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: September 28, 2021                    By: Deborah Lewman
                                                 Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge