SIRI & GLIMSTAD LLP
Aaron Siri (admitted Pro Hac Vice)
Email: aaron@sirillp.com
Elizabeth A. Brehm (admitted Pro Hac Vice)
Email: ebrehm@sirillp.com
200 Park Avenue
Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967

Caroline Tucker (SBN 261377)
Email: ctucker@sirillp.com
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone 213-376-3739
Facsimile 646-417-5967

CHRIS WIEST ATTORNEY AT LAW, PLLC
Chris Wiest (admitted Pro Hac Vice)
Email: chris@cwiestlaw.com
25 Town Center Blvd, STE 104
Crestview Hills, KY 41017
Telephone: 513-257-1895
Facsimile: 859-495-0803

Attorneys for Plaintiff
AARON KHERIATY, M.D.

SIRI & GLIMSTAD LLP
Aaron Siri (admitted Pro Hac Vice)
Email: aaron@sirillp.com
Elizabeth A. Brehm (admitted Pro Hac Vice)
Email: ebrehm@sirillp.com
200 Park Avenue
Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967

Caroline Tucker (SBN 261377)
Email: ctucker@sirillp.com
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone 213-376-3739
Facsimile 646-417-5967

CHRIS WIEST ATTORNEY AT LAW, PLLC
Chris Wiest (admitted Pro Hac Vice)
Email: chris@cwiestlaw.com
25 Town Center Blvd, STE 104
Crestview Hills, KY 41017
Telephone: 513-257-1895
Facsimile: 859-495-0803

Attorneys for Plaintiff
AARON KHERIATY, M.D.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| AARON KHERIATY, M.D., <br><br> Plaintiff, <br><br> v. | Case No. 8:21-cv-01367 JVS (KESx) <br><br> **VOLUNTARY DISMISSAL OF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,** |

1

| | |
|---|---|
| 1    THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation, *et al.*, | A CORPORATION (PURSUANT TO FRCP 41a(1)) |
| 2 | |
| 3                                 Defendants. | Judge: Hon. James V. Selna |

1   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation, *et al.*,     A CORPORATION (PURSUANT TO FRCP 41a(1))

2

3                                  Defendants.    Judge: Hon. James V. Selna

Plaintiff Aaron Kheriaty hereby dismisses The Regents of the University of California, a corporation, as a defendant in the instant litigation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

SIRI & GLIMSTAD LLP

_____
Elizabeth Brehm (admitted Pro Hac Vice)
200 Park Avenue, 17th Floor
New York, NY 10166
*Attorneys for Plaintiff*

Dated:   September 29, 2021

VOLUNTARY DISMISSAL OF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, A CORPORATION (PURSUANT TO FRCP 41a(1))