UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 21-1367 JVS (KESx)     Date  October 5, 2021

Title  Aaron Kheriaty v. Regents of the University of California, et al.

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Deborah Lewman | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] Order Regarding Motion to Dismiss**

    Plaintiff Aaron Kheriaty, M.D., ("Kheriaty) filed a complaint seeking declaratory and injunctive relief based on the alleged unconstitutionality of the University of California's COVID-19 vaccine policy. Compl., Dkt. No. 1. Defendant Regents of the University of California ("The Regents") filed a motion to dismiss the complaint. Mot. Dkt. No. 32. The Regents argue that the claims against it are barred by the Eleventh Amendment. Mot. at 2-3. Kheriaty subsequently filed a voluntary dismissal of The Regents as a defendant. Dkt. No. 40.

    Accordingly, the Court **DENIES** the motion as moot and **VACATES** the October 18, 2021 hearing.

    **IT IS SO ORDERED.**

:  0

Initials of Preparer  djl